# EXHIBIT G

US008190116B2

(12) **United States Patent**    (10) **Patent No.:**    **US 8,190,116 B2**
Sorrells et al.                   (45) **Date of Patent:**    **May 29, 2012**

(54) **METHODS AND SYSTEMS FOR DOWN-CONVERTING A SIGNAL USING A COMPLEMENTARY TRANSISTOR STRUCTURE**

(75) Inventors: **David F. Sorrells**, Middleburg, FL (US); **Michael J. Bultman**, Jacksonville, FL (US); **Robert W. Cook**, Switzerland, FL (US); **Richard C. Looke**, Jacksonville, FL (US); **Charley D. Moses, Jr.**, DeBary, FL (US)

(73) Assignee: **Parker Vision, Inc.**, Jacksonville, FL (US)

( * ) Notice:   Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **13/040,570**

(22) Filed:   **Mar. 4, 2011**

(65)             **Prior Publication Data**

US 2011/0151821 A1    Jun. 23, 2011

**Related U.S. Application Data**

(60) Continuation of application No. 12/059,333, filed on Mar. 31, 2008, now Pat. No. 7,937,059, which is a continuation of application No. 11/355,167, filed on Feb. 16, 2006, now Pat. No. 7,376,410, which is a division of application No. 11/020,547, filed on Dec. 27, 2004, now Pat. No. 7,194,246, which is a continuation of application No. 10/330,219, filed on Dec. 30, 2002, now Pat. No. 6,836,650, which is a continuation of application No. 09/293,095, filed on Apr. 16, 1999, now Pat. No. 6,580,902, which is a continuation-in-part of application No. 09/176,022, filed on Oct. 21, 1998, now Pat. No. 6,061,551.

(51) **Int. Cl.**
*H04B 1/26*            (2006.01)

(52) **U.S. Cl.** ......... **455/313**; 455/311; 455/318; 455/319

(58) **Field of Classification Search** ................. 455/118, 455/130, 131, 189.1, 190.1, 205, 207, 209, 455/323, 333, 334, 311, 313, 318, 319
See application file for complete search history.

(56)             **References Cited**

U.S. PATENT DOCUMENTS

2,057,613 A    10/1936   Gardner
                  (Continued)

FOREIGN PATENT DOCUMENTS

DE            1936252       1/1971
                  (Continued)

OTHER PUBLICATIONS

Aghvami, H. et al., "Land Mobile Satellites Using the Highly Elliptic Orbits—The UK T-SAT Mobile Payload," *Fourth International Conference on Satellite Systems for Mobile Communications and Navigation*, IEE, pp. 147-153 (Oct. 17-19, 1988).

                  (Continued)

*Primary Examiner* — Cong Tran
(74) *Attorney, Agent, or Firm* — Workman Nydegger

(57)             **ABSTRACT**
Methods, systems, and apparatuses for down-converting an electromagnetic (EM) signal by aliasing the EM signal are described herein. Briefly stated, such methods, systems, and apparatuses operate by receiving an EM signal and an aliasing signal having an aliasing rate. The EM signal is aliased according to the aliasing signal to down-convert the EM signal. The term aliasing, as used herein, refers to both down-converting an EM signal by under-sampling the EM signal at an aliasing rate, and down-converting an EM signal by transferring energy from the EM signal at the aliasing rate. In an embodiment, the EM signal is down-converted to an intermediate frequency (IF) signal. In another embodiment, the EM signal is down-converted to a demodulated baseband information signal. In another embodiment, the EM signal is a frequency modulated (FM) signal, which is down-converted to a non-FM signal, such as a phase modulated (PM) signal or an amplitude modulated (AM) signal.

**56 Claims, 178 Drawing Sheets**



**US 8,190,116 B2**

Page 2

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,241,078 A | 5/1941 | Vreeland |
| 2,270,385 A | 1/1942 | Skillman |
| 2,283,575 A | 5/1942 | Roberts |
| 2,358,152 A | 9/1944 | Earp |
| 2,410,350 A | 10/1946 | Labin et al. |
| 2,451,430 A | 10/1948 | Barone |
| 2,462,069 A | 2/1949 | Chatterjea et al. |
| 2,462,181 A | 2/1949 | Grosselfinger |
| 2,472,798 A | 6/1949 | Fredendall |
| 2,497,859 A | 2/1950 | Boughtwood et al. |
| 2,499,279 A | 2/1950 | Peterson |
| 2,530,824 A | 11/1950 | King |
| 2,802,208 A | 8/1957 | Hobbs |
| 2,985,875 A | 5/1961 | Grisdale et al. |
| 3,023,309 A | 2/1962 | Foulkes |
| 3,069,679 A | 12/1962 | Sweeney et al. |
| 3,104,393 A | 9/1963 | Vogelman |
| 3,114,106 A | 12/1963 | McManus |
| 3,118,117 A | 1/1964 | King et al. |
| 3,226,643 A | 12/1965 | McNair |
| 3,246,084 A | 4/1966 | Kryter |
| 3,258,694 A | 6/1966 | Shepherd |
| 3,383,598 A | 5/1968 | Sanders |
| 3,384,822 A | 5/1968 | Miyagi |
| 3,454,718 A | 7/1969 | Perreault |
| 3,523,291 A | 8/1970 | Pierret |
| 3,548,342 A | 12/1970 | Maxey |
| 3,555,428 A | 1/1971 | Perreault |
| 3,614,627 A | 10/1971 | Runyan et al. |
| 3,614,630 A | 10/1971 | Rorden |
| 3,617,892 A | 11/1971 | Hawley et al. |
| 3,617,898 A | 11/1971 | Janning, Jr. |
| 3,621,402 A | 11/1971 | Gardner |
| 3,622,885 A | 11/1971 | Kruszynski et al. |
| 3,623,160 A | 11/1971 | Giles et al. |
| 3,626,315 A | 12/1971 | Stirling et al. |
| 3,626,417 A | 12/1971 | Gilbert |
| 3,629,696 A | 12/1971 | Bartelink |
| 3,643,168 A | 2/1972 | Manicki |
| 3,662,268 A | 5/1972 | Gans et al. |
| 3,689,841 A | 9/1972 | Bello et al. |
| 3,694,754 A | 9/1972 | Baltzer |
| 3,702,440 A | 11/1972 | Moore |
| 3,714,577 A | 1/1973 | Hayes |
| 3,716,730 A | 2/1973 | Cerny, Jr. |
| 3,717,844 A | 2/1973 | Barret et al. |
| 3,719,903 A | 3/1973 | Goodson |
| 3,735,048 A | 5/1973 | Tomsa et al. |
| 3,736,513 A | 5/1973 | Wilson |
| 3,737,778 A | 6/1973 | Van Gerwen et al. |
| 3,739,282 A | 6/1973 | Bruch et al. |
| 3,740,636 A | 6/1973 | Hogrefe et al. |
| 3,764,921 A | 10/1973 | Huard |
| 3,767,984 A | 10/1973 | Shinoda et al. |
| 3,806,811 A | 4/1974 | Thompson |
| 3,809,821 A | 5/1974 | Melvin |
| 3,852,530 A | 12/1974 | Shen |
| 3,868,601 A | 2/1975 | MacAfee |
| 3,940,697 A | 2/1976 | Morgan |
| 3,949,300 A | 4/1976 | Sadler |
| 3,967,202 A | 6/1976 | Batz |
| 3,980,945 A | 9/1976 | Bickford |
| 3,987,280 A | 10/1976 | Bauer |
| 3,991,277 A | 11/1976 | Hirata |
| 4,003,002 A | 1/1977 | Snijders et al. |
| 4,004,237 A | 1/1977 | Kratzer |
| 4,013,966 A | 3/1977 | Campbell |
| 4,016,366 A | 4/1977 | Kurata |
| 4,017,798 A | 4/1977 | Gordy et al. |
| 4,019,140 A | 4/1977 | Swerdlow |
| 4,020,487 A | 4/1977 | Winter |
| 4,032,847 A | 6/1977 | Unkauf |
| 4,035,732 A | 7/1977 | Lohrmann |
| 4,045,740 A | 8/1977 | Baker |
| 4,047,121 A | 9/1977 | Campbell |
| 4,048,598 A | 9/1977 | Knight |
| 4,051,475 A | 9/1977 | Campbell |
| 4,066,841 A | 1/1978 | Young |

| | | |
|---|---|---|
| 4,066,919 A | 1/1978 | Huntington |
| 4,080,573 A | 3/1978 | Howell |
| 4,081,748 A | 3/1978 | Batz |
| 4,115,737 A | 9/1978 | Hongu et al. |
| 4,130,765 A | 12/1978 | Arakelian et al. |
| 4,130,806 A | 12/1978 | Van Gerwen et al. |
| 4,132,952 A | 1/1979 | Hongu et al. |
| 4,142,155 A | 2/1979 | Adachi |
| 4,143,322 A | 3/1979 | Shimamura |
| 4,145,659 A | 3/1979 | Wolfram |
| 4,158,149 A | 6/1979 | Otofuji |
| 4,170,764 A | 10/1979 | Salz et al. |
| 4,173,164 A | 11/1979 | Adachi et al. |
| 4,204,171 A | 5/1980 | Sutphin, Jr. |
| 4,210,872 A | 7/1980 | Gregorian |
| 4,220,977 A | 9/1980 | Yamanaka |
| 4,241,451 A | 12/1980 | Maixner et al. |
| 4,245,355 A | 1/1981 | Pascoe et al. |
| 4,250,458 A | 2/1981 | Richmond et al. |
| 4,253,066 A | 2/1981 | Fisher et al. |
| 4,253,067 A | 2/1981 | Caples et al. |
| 4,253,069 A | 2/1981 | Nossek |
| 4,286,283 A | 8/1981 | Clemens |
| 4,308,614 A | 12/1981 | Fisher et al. |
| 4,313,222 A | 1/1982 | Katthän |
| 4,320,361 A | 3/1982 | Kikkert |
| 4,320,536 A | 3/1982 | Dietrich |
| 4,334,324 A | 6/1982 | Hoover |
| 4,346,477 A | 8/1982 | Gordy |
| 4,355,401 A | 10/1982 | Ikoma et al. |
| 4,356,558 A | 10/1982 | Owen et al. |
| 4,360,867 A | 11/1982 | Gonda |
| 4,363,132 A | 12/1982 | Collin |
| 4,363,976 A | 12/1982 | Minor |
| 4,365,217 A | 12/1982 | Berger et al. |
| 4,369,522 A | 1/1983 | Cerny, Jr. et al. |
| 4,370,572 A | 1/1983 | Cosand et al. |
| 4,380,828 A | 4/1983 | Moon |
| 4,384,357 A | 5/1983 | deBuda et al. |
| 4,389,579 A | 6/1983 | Stein |
| 4,392,255 A | 7/1983 | Del Giudice |
| 4,393,352 A | 7/1983 | Volpe et al. |
| 4,393,395 A | 7/1983 | Hacke et al. |
| 4,405,835 A | 9/1983 | Jansen et al. |
| 4,409,877 A | 10/1983 | Budelman |
| 4,430,629 A | 2/1984 | Betzl et al. |
| 4,439,787 A | 3/1984 | Mogi et al. |
| 4,441,080 A | 4/1984 | Saari |
| 4,446,438 A | 5/1984 | Chang et al. |
| 4,456,990 A | 6/1984 | Fisher et al. |
| 4,463,320 A | 7/1984 | Dawson |
| 4,470,145 A | 9/1984 | Williams |
| 4,472,785 A | 9/1984 | Kasuga |
| 4,479,226 A | 10/1984 | Prabhu et al. |
| 4,481,490 A | 11/1984 | Huntley |
| 4,481,642 A | 11/1984 | Hanson |
| 4,483,017 A | 11/1984 | Hampel et al. |
| 4,484,143 A | 11/1984 | French et al. |
| 4,485,347 A | 11/1984 | Hirasawa et al. |
| 4,485,488 A | 11/1984 | Houdart |
| 4,488,119 A | 12/1984 | Marshall |
| 4,504,803 A | 3/1985 | Lee et al. |
| 4,510,467 A | 4/1985 | Chang et al. |
| 4,517,519 A | 5/1985 | Mukaiyama |
| 4,517,520 A | 5/1985 | Ogawa |
| 4,518,935 A | 5/1985 | van Roermund |
| 4,521,892 A | 6/1985 | Vance et al. |
| 4,562,414 A | 12/1985 | Linder et al. |
| 4,563,773 A | 1/1986 | Dixon, Jr. et al. |
| 4,571,738 A | 2/1986 | Vance |
| 4,577,157 A | 3/1986 | Reed |
| 4,583,239 A | 4/1986 | Vance |
| 4,591,736 A | 5/1986 | Hirao et al. |
| 4,591,930 A | 5/1986 | Baumeister |
| 4,596,046 A | 6/1986 | Richardson et al. |
| 4,601,046 A | 7/1986 | Halpern et al. |
| 4,602,220 A | 7/1986 | Kurihara |
| 4,603,300 A | 7/1986 | Welles, II et al. |
| 4,612,464 A | 9/1986 | Ishikawa et al. |

US 8,190,116 B2

Page 3

| | | |
|---|---|---|
| 4,612,518 A | 9/1986 | Gans et al. |
| 4,616,191 A | 10/1986 | Galani et al. |
| 4,621,217 A | 11/1986 | Saxe et al. |
| 4,628,517 A | 12/1986 | Schwarz et al. |
| 4,633,510 A | 12/1986 | Suzuki et al. |
| 4,634,998 A | 1/1987 | Crawford |
| 4,648,021 A | 3/1987 | Alberkrack |
| 4,651,034 A | 3/1987 | Sato |
| 4,651,210 A | 3/1987 | Olson |
| 4,653,117 A | 3/1987 | Heck |
| 4,660,164 A | 4/1987 | Leibowitz |
| 4,663,744 A | 5/1987 | Russell et al. |
| 4,675,882 A | 6/1987 | Lillie et al. |
| 4,688,237 A | 8/1987 | Brault |
| 4,688,253 A | 8/1987 | Gumm |
| 4,716,376 A | 12/1987 | Daudelin |
| 4,716,388 A | 12/1987 | Jacobs |
| 4,718,113 A | 1/1988 | Rother et al. |
| 4,726,041 A | 2/1988 | Prohaska et al. |
| 4,733,403 A | 3/1988 | Simone |
| 4,734,591 A | 3/1988 | Ichitsubo |
| 4,737,969 A | 4/1988 | Steel et al. |
| 4,740,675 A | 4/1988 | Brosnan et al. |
| 4,740,792 A | 4/1988 | Sagey et al. |
| 4,743,858 A | 5/1988 | Everard |
| 4,745,463 A | 5/1988 | Lu |
| 4,751,468 A | 6/1988 | Agoston |
| 4,757,538 A | 7/1988 | Zink |
| 4,761,798 A | 8/1988 | Griswold, Jr. et al. |
| 4,768,187 A | 8/1988 | Marshall |
| 4,769,612 A | 9/1988 | Tamakoshi et al. |
| 4,771,265 A | 9/1988 | Okui et al. |
| 4,772,853 A | 9/1988 | Hart |
| 4,785,463 A | 11/1988 | Janc et al. |
| 4,789,837 A | 12/1988 | Ridgers |
| 4,791,584 A | 12/1988 | Greivenkamp, Jr. |
| 4,801,823 A | 1/1989 | Yokoyama |
| 4,806,790 A | 2/1989 | Sone |
| 4,810,904 A | 3/1989 | Crawford |
| 4,810,976 A | 3/1989 | Cowley et al. |
| 4,811,362 A | 3/1989 | Yester, Jr. et al. |
| 4,811,422 A | 3/1989 | Kahn |
| 4,814,649 A | 3/1989 | Young |
| 4,816,704 A | 3/1989 | Fiori, Jr. |
| 4,819,252 A | 4/1989 | Christopher |
| 4,833,445 A | 5/1989 | Buchele |
| 4,841,265 A | 6/1989 | Watanabe et al. |
| 4,845,389 A | 7/1989 | Pyndiah et al. |
| 4,855,894 A | 8/1989 | Asahi et al. |
| 4,857,928 A | 8/1989 | Gailus et al. |
| 4,862,121 A | 8/1989 | Hochschild et al. |
| 4,866,441 A | 9/1989 | Conway et al. |
| 4,868,654 A | 9/1989 | Juri et al. |
| 4,870,659 A | 9/1989 | Oishi et al. |
| 4,871,987 A | 10/1989 | Kawase |
| 4,873,492 A | 10/1989 | Myer |
| 4,885,587 A | 12/1989 | Wiegand et al. |
| 4,885,671 A | 12/1989 | Peil |
| 4,885,756 A | 12/1989 | Fontanes et al. |
| 4,888,557 A | 12/1989 | Puckette, IV et al. |
| 4,890,302 A | 12/1989 | Muilwijk |
| 4,893,316 A | 1/1990 | Janc et al. |
| 4,893,341 A | 1/1990 | Gehring |
| 4,894,766 A | 1/1990 | De Agro |
| 4,896,152 A | 1/1990 | Tiemann |
| 4,902,979 A | 2/1990 | Puckette, IV |
| 4,908,579 A | 3/1990 | Tawfik et al. |
| 4,910,752 A | 3/1990 | Yester, Jr. et al. |
| 4,914,405 A | 4/1990 | Wells |
| 4,920,510 A | 4/1990 | Senderowicz et al. |
| 4,922,452 A | 5/1990 | Larsen et al. |
| 4,931,716 A | 6/1990 | Jovanovic et al. |
| 4,931,921 A | 6/1990 | Anderson |
| 4,943,974 A | 7/1990 | Motamedi |
| 4,944,025 A | 7/1990 | Gehring et al. |
| 4,955,079 A | 9/1990 | Connerney et al. |
| 4,965,467 A | 10/1990 | Bilterijst |
| 4,967,160 A | 10/1990 | Quievy et al. |
| 4,968,958 A | 11/1990 | Hoare |
| 4,970,703 A | 11/1990 | Hariharan et al. |
| 4,972,436 A | 11/1990 | Halim et al. |
| 4,982,353 A | 1/1991 | Jacob et al. |
| 4,984,077 A | 1/1991 | Uchida |
| 4,995,055 A | 2/1991 | Weinberger et al. |
| 5,003,621 A | 3/1991 | Gailus |
| 5,005,169 A | 4/1991 | Bronder et al. |
| 5,006,810 A | 4/1991 | Popescu |
| 5,006,854 A | 4/1991 | White et al. |
| 5,010,585 A | 4/1991 | Garcia |
| 5,012,245 A | 4/1991 | Scott et al. |
| 5,014,130 A | 5/1991 | Heister et al. |
| 5,014,304 A | 5/1991 | Nicollini et al. |
| 5,015,963 A | 5/1991 | Sutton |
| 5,016,242 A | 5/1991 | Tang |
| 5,017,924 A | 5/1991 | Guiberteau et al. |
| 5,020,149 A | 5/1991 | Hemmie |
| 5,020,154 A | 5/1991 | Zierhut |
| 5,020,745 A | 6/1991 | Stetson, Jr. |
| 5,023,572 A | 6/1991 | Caldwell et al. |
| 5,047,860 A | 9/1991 | Rogalski |
| 5,052,050 A | 9/1991 | Collier et al. |
| 5,058,107 A | 10/1991 | Stone et al. |
| 5,062,122 A | 10/1991 | Pham et al. |
| 5,063,387 A | 11/1991 | Mower |
| 5,065,409 A | 11/1991 | Hughes et al. |
| 5,083,050 A | 1/1992 | Vasile |
| 5,091,921 A | 2/1992 | Minami |
| 5,095,533 A | 3/1992 | Loper et al. |
| 5,095,536 A | 3/1992 | Loper |
| 5,111,152 A | 5/1992 | Makino |
| 5,113,094 A | 5/1992 | Grace et al. |
| 5,113,129 A | 5/1992 | Hughes |
| 5,115,409 A | 5/1992 | Stepp |
| 5,122,765 A | 6/1992 | Pataut |
| 5,124,592 A | 6/1992 | Hagino |
| 5,126,682 A | 6/1992 | Weinberg et al. |
| 5,131,014 A | 7/1992 | White |
| 5,136,267 A | 8/1992 | Cabot |
| 5,140,705 A | 8/1992 | Kosuga |
| 5,150,124 A | 9/1992 | Moore et al. |
| 5,151,661 A | 9/1992 | Caldwell et al. |
| 5,157,687 A | 10/1992 | Tymes |
| 5,159,710 A | 10/1992 | Cusdin |
| 5,164,985 A | 11/1992 | Nysen et al. |
| 5,170,414 A | 12/1992 | Silvian |
| 5,172,019 A | 12/1992 | Naylor et al. |
| 5,172,070 A | 12/1992 | Hiraiwa et al. |
| 5,179,731 A | 1/1993 | Tränkle et al. |
| 5,191,459 A | 3/1993 | Thompson et al. |
| 5,196,806 A | 3/1993 | Ichihara |
| 5,204,642 A | 4/1993 | Ashgar et al. |
| 5,212,827 A | 5/1993 | Meszko et al. |
| 5,214,787 A | 5/1993 | Karkota, Jr. |
| 5,218,562 A | 6/1993 | Basehore et al. |
| 5,220,583 A | 6/1993 | Solomon |
| 5,220,680 A | 6/1993 | Lee |
| 5,222,079 A | 6/1993 | Rasor |
| 5,222,144 A | 6/1993 | Whikehart |
| 5,222,250 A | 6/1993 | Cleveland et al. |
| 5,230,097 A | 7/1993 | Currie et al. |
| 5,239,496 A | 8/1993 | Vancraeynest |
| 5,239,686 A | 8/1993 | Downey |
| 5,239,687 A | 8/1993 | Chen |
| 5,241,561 A | 8/1993 | Barnard |
| 5,249,203 A | 9/1993 | Loper |
| 5,251,218 A | 10/1993 | Stone et al. |
| 5,251,232 A | 10/1993 | Nonami |
| 5,260,970 A | 11/1993 | Henry et al. |
| 5,260,973 A | 11/1993 | Watanabe |
| 5,263,194 A | 11/1993 | Ragan |
| 5,263,196 A | 11/1993 | Jasper |
| 5,263,198 A | 11/1993 | Geddes et al. |
| 5,267,023 A | 11/1993 | Kawasaki |
| 5,278,826 A | 1/1994 | Murphy et al. |
| 5,282,023 A | 1/1994 | Scarpa |
| 5,282,222 A | 1/1994 | Fattouche et al. |
| 5,287,516 A | 2/1994 | Schaub |
| 5,293,398 A | 3/1994 | Hamao et al. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 5,303,417 | A | 4/1994 | Laws | 5,500,758 | A | 3/1996 | Thompson et al. |
| 5,307,517 | A | 4/1994 | Rich | 5,512,946 | A | 4/1996 | Murata et al. |
| 5,315,583 | A | 5/1994 | Murphy et al. | 5,513,389 | A | 4/1996 | Reeser et al. |
| 5,319,799 | A | 6/1994 | Morita | 5,515,014 | A | 5/1996 | Troutman |
| 5,321,852 | A | 6/1994 | Seong | 5,517,688 | A | 5/1996 | Fajen et al. |
| 5,325,204 | A | 6/1994 | Scarpa | 5,519,890 | A | 5/1996 | Pinckley |
| 5,337,014 | A | 8/1994 | Najle et al. | 5,523,719 | A | 6/1996 | Longo et al. |
| 5,339,054 | A | 8/1994 | Taguchi | 5,523,726 | A | 6/1996 | Kroeger et al. |
| 5,339,395 | A | 8/1994 | Pickett et al. | 5,523,760 | A | 6/1996 | McEwan |
| 5,339,459 | A | 8/1994 | Schiltz et al. | 5,528,068 | A | 6/1996 | Ohmi |
| 5,345,239 | A | 9/1994 | Madni et al. | 5,535,402 | A | 7/1996 | Leibowitz et al. |
| 5,353,306 | A | 10/1994 | Yamamoto | 5,539,770 | A | 7/1996 | Ishigaki |
| 5,355,114 | A | 10/1994 | Sutterlin et al. | 5,551,076 | A | 8/1996 | Bonn |
| 5,361,408 | A | 11/1994 | Watanabe et al. | 5,552,789 | A | 9/1996 | Schuermann |
| 5,369,404 | A | 11/1994 | Galton | 5,555,453 | A | 9/1996 | Kajimoto et al. |
| 5,369,789 | A | 11/1994 | Kosugi et al. | 5,557,641 | A | 9/1996 | Weinberg |
| 5,369,800 | A | 11/1994 | Takagi et al. | 5,557,642 | A | 9/1996 | Williams |
| 5,375,146 | A | 12/1994 | Chalmers | 5,559,468 | A | 9/1996 | Gailus et al. |
| 5,379,040 | A | 1/1995 | Mizomoto et al. | 5,559,809 | A | 9/1996 | Jeon et al. |
| 5,379,141 | A | 1/1995 | Thompson et al. | 5,563,550 | A | 10/1996 | Toth |
| 5,388,063 | A | 2/1995 | Takatori et al. | 5,564,097 | A | 10/1996 | Swanke |
| 5,389,839 | A | 2/1995 | Heck | 5,574,755 | A | 11/1996 | Persico |
| 5,390,215 | A | 2/1995 | Anita et al. | 5,579,341 | A | 11/1996 | Smith et al. |
| 5,390,364 | A | 2/1995 | Webster et al. | 5,579,347 | A | 11/1996 | Lindquist et al. |
| 5,400,084 | A | 3/1995 | Scarpa | 5,584,068 | A | 12/1996 | Mohindra |
| 5,400,363 | A | 3/1995 | Waugh et al. | 5,589,793 | A | 12/1996 | Kassapian |
| 5,404,127 | A | 4/1995 | Lee et al. | 5,592,131 | A | 1/1997 | Labreche et al. |
| 5,410,195 | A | 4/1995 | Ichihara | 5,600,680 | A | 2/1997 | Mishima et al. |
| 5,410,270 | A | 4/1995 | Rybicki et al. | 5,602,847 | A | 2/1997 | Pagano et al. |
| 5,410,541 | A | 4/1995 | Hotto | 5,602,868 | A | 2/1997 | Wilson |
| 5,410,743 | A | 4/1995 | Seely et al. | 5,604,592 | A | 2/1997 | Kotidis et al. |
| 5,412,352 | A | 5/1995 | Graham | 5,604,732 | A | 2/1997 | Kim et al. |
| 5,416,449 | A | 5/1995 | Joshi | 5,606,731 | A | 2/1997 | Pace et al. |
| 5,416,803 | A | 5/1995 | Janer | 5,608,531 | A | 3/1997 | Honda et al. |
| 5,422,909 | A | 6/1995 | Love et al. | 5,610,946 | A | 3/1997 | Tanaka et al. |
| 5,422,913 | A | 6/1995 | Wilkinson | RE35,494 | E | 4/1997 | Nicollini |
| 5,423,082 | A | 6/1995 | Cygan et al. | 5,617,451 | A | * 4/1997 | Mimura et al. ............... 375/340 |
| 5,428,638 | A | 6/1995 | Cioffi et al. | 5,619,538 | A | 4/1997 | Sempel et al. |
| 5,428,640 | A | 6/1995 | Townley | 5,621,455 | A | 4/1997 | Rogers et al. |
| 5,434,546 | A | 7/1995 | Palmer | 5,628,055 | A | 5/1997 | Stein |
| 5,438,329 | A | 8/1995 | Gastouniotis et al. | 5,630,227 | A | 5/1997 | Bella et al. |
| 5,438,692 | A | 8/1995 | Mohindra | 5,633,610 | A | 5/1997 | Maekawa et al. |
| 5,440,311 | A | 8/1995 | Gallagher et al. | 5,633,815 | A | 5/1997 | Young |
| 5,444,415 | A | 8/1995 | Dent et al. | 5,634,207 | A | 5/1997 | Yamaji et al. |
| 5,444,416 | A | 8/1995 | Ishikawa et al. | 5,636,140 | A | 6/1997 | Lee et al. |
| 5,444,865 | A | 8/1995 | Heck et al. | 5,638,396 | A | 6/1997 | Klimek |
| 5,446,421 | A | 8/1995 | Kechkaylo | 5,640,415 | A | 6/1997 | Pandula |
| 5,446,422 | A | 8/1995 | Mattila et al. | 5,640,424 | A | 6/1997 | Banavong et al. |
| 5,448,602 | A | 9/1995 | Ohmori et al. | 5,640,428 | A | 6/1997 | Abe et al. |
| 5,449,939 | A | 9/1995 | Horiguchi et al. | 5,640,698 | A | 6/1997 | Shen et al. |
| 5,451,899 | A | 9/1995 | Lawton | 5,642,071 | A | 6/1997 | Sevenhans et al. |
| 5,454,007 | A | 9/1995 | Dutta | 5,648,985 | A | 7/1997 | Bjerede et al. |
| 5,454,009 | A | 9/1995 | Fruit et al. | 5,650,785 | A | 7/1997 | Rodal |
| 5,461,646 | A | 10/1995 | Anvari | 5,659,372 | A | 8/1997 | Patel et al. |
| 5,463,356 | A | 10/1995 | Palmer | 5,661,424 | A | 8/1997 | Tang |
| 5,463,357 | A | 10/1995 | Hobden | 5,663,878 | A | 9/1997 | Walker |
| 5,465,071 | A | 11/1995 | Kobayashi et al. | 5,663,986 | A | 9/1997 | Striffler |
| 5,465,410 | A | 11/1995 | Hiben et al. | 5,668,836 | A | 9/1997 | Smith et al. |
| 5,465,415 | A | 11/1995 | Bien | 5,675,392 | A | 10/1997 | Nayebi et al. |
| 5,465,418 | A | 11/1995 | Zhou et al. | 5,678,220 | A | 10/1997 | Fournier |
| 5,471,162 | A | 11/1995 | McEwan | 5,678,226 | A | 10/1997 | Li et al. |
| 5,471,665 | A | 11/1995 | Pace et al. | 5,680,078 | A | 10/1997 | Ariie |
| 5,479,120 | A | 12/1995 | McEwan | 5,680,418 | A | 10/1997 | Croft et al. |
| 5,479,447 | A | 12/1995 | Chow et al. | 5,682,099 | A | 10/1997 | Thompson et al. |
| 5,481,570 | A | 1/1996 | Winters | 5,689,413 | A | 11/1997 | Jaramillo et al. |
| 5,483,193 | A | 1/1996 | Kennedy et al. | 5,691,629 | A | 11/1997 | Belnap |
| 5,483,245 | A | 1/1996 | Ruinet | 5,694,096 | A | 12/1997 | Ushiroku et al. |
| 5,483,549 | A | 1/1996 | Weinberg et al. | 5,697,074 | A | 12/1997 | Makikallio et al. |
| 5,483,600 | A | 1/1996 | Werrbach | 5,699,006 | A | 12/1997 | Zele et al. |
| 5,483,691 | A | 1/1996 | Heck et al. | 5,703,584 | A | 12/1997 | Hill |
| 5,483,695 | A | 1/1996 | Pardoen | 5,705,949 | A | 1/1998 | Alelyunas et al. |
| 5,490,173 | A | 2/1996 | Whikehart et al. | 5,705,955 | A | 1/1998 | Freeburg et al. |
| 5,490,176 | A | 2/1996 | Peltier | 5,710,992 | A | 1/1998 | Sawada et al. |
| 5,493,581 | A | 2/1996 | Young et al. | 5,710,998 | A | 1/1998 | Opas |
| 5,493,721 | A | 2/1996 | Reis | 5,714,910 | A | 2/1998 | Skoczen et al. |
| 5,495,200 | A | 2/1996 | Kwan et al. | 5,715,281 | A | 2/1998 | Bly et al. |
| 5,495,202 | A | 2/1996 | Hsu | 5,721,514 | A | 2/1998 | Crockett et al. |
| 5,495,500 | A | 2/1996 | Jovanovich et al. | 5,724,002 | A | 3/1998 | Hulick |
| 5,499,267 | A | 3/1996 | Ohe et al. | 5,724,041 | A | * 3/1998 | Inoue et al. .................... 342/70 |

US 8,190,116 B2

Page 5

| | | |
|---|---|---|
| 5,724,653 A | 3/1998 | Baker et al. |
| 5,729,577 A | 3/1998 | Chen |
| 5,729,829 A | 3/1998 | Talwar et al. |
| 5,732,333 A | 3/1998 | Cox et al. |
| 5,734,683 A | 3/1998 | Hulkko et al. |
| 5,736,895 A | 4/1998 | Yu et al. |
| 5,737,035 A | 4/1998 | Rotzoll |
| 5,742,189 A | 4/1998 | Yoshida et al. |
| 5,745,846 A | 4/1998 | Myer et al. |
| 5,748,683 A | 5/1998 | Smith et al. |
| 5,751,154 A | 5/1998 | Tsugai |
| 5,757,858 A | 5/1998 | Black et al. |
| 5,757,864 A | 5/1998 | Petranovich et al. |
| 5,757,870 A | 5/1998 | Miya et al. |
| RE35,829 E | 6/1998 | Sanderford, Jr. |
| 5,760,629 A | 6/1998 | Urabe et al. |
| 5,760,632 A | 6/1998 | Kawakami et al. |
| 5,760,645 A | 6/1998 | Comte et al. |
| 5,764,087 A | 6/1998 | Clark |
| 5,767,726 A | 6/1998 | Wang |
| 5,768,118 A | 6/1998 | Faulk et al. |
| 5,768,323 A | 6/1998 | Kroeger et al. |
| 5,770,985 A | 6/1998 | Ushiroku et al. |
| 5,771,442 A | 6/1998 | Wang et al. |
| 5,777,692 A | 7/1998 | Ghosh |
| 5,777,771 A | 7/1998 | Smith |
| 5,778,022 A | 7/1998 | Walley |
| 5,781,600 A | 7/1998 | Reeve et al. |
| 5,784,689 A | 7/1998 | Kobayashi |
| 5,786,844 A | 7/1998 | Rogers et al. |
| 5,787,125 A | 7/1998 | Mittel |
| 5,790,587 A | 8/1998 | Smith et al. |
| 5,793,801 A | 8/1998 | Fertner |
| 5,793,817 A | 8/1998 | Wilson |
| 5,793,818 A | 8/1998 | Claydon et al. |
| 5,801,654 A | 9/1998 | Traylor |
| 5,802,463 A | 9/1998 | Zuckerman |
| 5,805,460 A | 9/1998 | Greene et al. |
| 5,809,060 A | 9/1998 | Cafarella et al. |
| 5,812,546 A | 9/1998 | Zhou et al. |
| 5,818,582 A | 10/1998 | Fernandez et al. |
| 5,818,869 A | 10/1998 | Miya et al. |
| 5,825,254 A | 10/1998 | Lee |
| 5,825,257 A | 10/1998 | Klymyshyn et al. |
| 5,834,979 A | 11/1998 | Yatsuka |
| 5,834,985 A | 11/1998 | Sundegård |
| 5,834,987 A | 11/1998 | Dent |
| 5,841,324 A | 11/1998 | Williams |
| 5,841,811 A | 11/1998 | Song |
| 5,844,449 A | 12/1998 | Abeno et al. |
| 5,844,868 A | 12/1998 | Takahashi et al. |
| 5,847,594 A | 12/1998 | Mizuno |
| 5,859,878 A | 1/1999 | Phillips et al. |
| 5,864,754 A | 1/1999 | Hotto |
| 5,870,670 A | 2/1999 | Ripley et al. |
| 5,872,446 A | 2/1999 | Cranford, Jr. et al. |
| 5,878,088 A | 3/1999 | Knutson et al. |
| 5,881,375 A | 3/1999 | Bonds |
| 5,883,548 A | 3/1999 | Assard et al. |
| 5,884,154 A | 3/1999 | Sano et al. |
| 5,886,547 A | 3/1999 | Durec et al. |
| 5,887,001 A | 3/1999 | Russell |
| 5,892,380 A | 4/1999 | Quist |
| 5,894,239 A | 4/1999 | Bonaccio et al. |
| 5,894,496 A | 4/1999 | Jones |
| 5,896,304 A | 4/1999 | Tiemann et al. |
| 5,896,347 A | 4/1999 | Tomita et al. |
| 5,896,562 A | 4/1999 | Heinonen |
| 5,898,912 A | 4/1999 | Heck et al. |
| 5,900,746 A | 5/1999 | Sheahan |
| 5,900,747 A | 5/1999 | Brauns |
| 5,901,054 A | 5/1999 | Leu et al. |
| 5,901,187 A | 5/1999 | Iinuma |
| 5,901,344 A | 5/1999 | Opas |
| 5,901,347 A | 5/1999 | Chambers et al. |
| 5,901,348 A | 5/1999 | Bang et al. |
| 5,901,349 A | 5/1999 | Guegnaud et al. |
| 5,903,178 A | 5/1999 | Miyatsuji et al. |
| 5,903,187 A | 5/1999 | Claverie et al. |
| 5,903,196 A | 5/1999 | Salvi et al. |
| 5,903,421 A | 5/1999 | Furutani et al. |
| 5,903,553 A | 5/1999 | Sakamoto et al. |
| 5,903,595 A | 5/1999 | Suzuki |
| 5,903,609 A | 5/1999 | Kool et al. |
| 5,903,827 A | 5/1999 | Kennan et al. |
| 5,903,854 A | 5/1999 | Abe et al. |
| 5,905,433 A | 5/1999 | Wortham |
| 5,905,449 A | 5/1999 | Tsubouchi et al. |
| 5,907,149 A | 5/1999 | Marckini |
| 5,907,197 A | 5/1999 | Faulk |
| 5,909,447 A | 6/1999 | Cox et al. |
| 5,909,460 A | 6/1999 | Dent |
| 5,911,116 A | 6/1999 | Nosswitz |
| 5,911,123 A | 6/1999 | Shaffer et al. |
| 5,914,622 A | 6/1999 | Inoue |
| 5,915,278 A | 6/1999 | Mallick |
| 5,918,167 A | 6/1999 | Tiller et al. |
| 5,920,199 A | 7/1999 | Sauer |
| 5,926,065 A | 7/1999 | Wakai et al. |
| 5,926,513 A | 7/1999 | Suominen et al. |
| 5,933,467 A | 8/1999 | Sehier et al. |
| 5,937,013 A | 8/1999 | Lam et al. |
| 5,943,370 A | 8/1999 | Smith |
| 5,945,660 A | 8/1999 | Nakasuji et al. |
| 5,949,827 A | 9/1999 | DeLuca et al. |
| 5,952,895 A | 9/1999 | McCune, Jr. et al. |
| 5,953,642 A | 9/1999 | Feldtkeller et al. |
| 5,955,992 A | 9/1999 | Shattil |
| 5,959,850 A | 9/1999 | Lim |
| 5,960,033 A | 9/1999 | Shibano et al. |
| 5,970,053 A | 10/1999 | Schick et al. |
| 5,973,568 A | 10/1999 | Shapiro et al. |
| 5,973,570 A | 10/1999 | Salvi et al. |
| 5,982,315 A | 11/1999 | Bazarjani et al. |
| 5,982,329 A | 11/1999 | Pittman et al. |
| 5,982,810 A | 11/1999 | Nishimori |
| 5,986,600 A | 11/1999 | McEwan |
| 5,994,689 A | 11/1999 | Charrier |
| 5,995,030 A | 11/1999 | Cabler |
| 5,999,561 A | 12/1999 | Naden et al. |
| 6,005,506 A | 12/1999 | Bazarjani et al. |
| 6,005,903 A | 12/1999 | Mendelovicz |
| 6,009,317 A | 12/1999 | Wynn |
| 6,011,435 A | 1/2000 | Takeyabu et al. |
| 6,014,176 A | 1/2000 | Nayebi et al. |
| 6,014,551 A | 1/2000 | Pesola et al. |
| 6,018,262 A | 1/2000 | Noro et al. |
| 6,018,553 A | 1/2000 | Sanielevici et al. |
| 6,026,286 A | 2/2000 | Long |
| 6,028,887 A | 2/2000 | Harrison et al. |
| 6,031,217 A | 2/2000 | Aswell et al. |
| 6,034,566 A | 3/2000 | Ohe |
| 6,038,265 A | 3/2000 | Pan et al. |
| 6,041,073 A | 3/2000 | Davidovici et al. |
| 6,044,332 A | 3/2000 | Korsah et al. |
| 6,047,026 A | 4/2000 | Chao et al. |
| 6,049,573 A | 4/2000 | Song |
| 6,049,706 A | 4/2000 | Cook et al. |
| 6,054,889 A | 4/2000 | Kobayashi |
| 6,057,714 A | 5/2000 | Andrys et al. |
| 6,061,551 A | 5/2000 | Sorrells et al. |
| 6,061,555 A | 5/2000 | Bultman et al. |
| 6,064,054 A | 5/2000 | Waczynski et al. |
| 6,067,329 A | 5/2000 | Kato et al. |
| 6,072,996 A | 6/2000 | Smith |
| 6,073,001 A | 6/2000 | Sokoler |
| 6,076,015 A | 6/2000 | Hartley et al. |
| 6,078,630 A | 6/2000 | Prasanna |
| 6,081,691 A | 6/2000 | Renard et al. |
| 6,084,465 A | 7/2000 | Dasgupta |
| 6,084,922 A | 7/2000 | Zhou et al. |
| 6,085,073 A | 7/2000 | Palermo et al. |
| 6,088,348 A | 7/2000 | Bell, III et al. |
| 6,091,289 A | 7/2000 | Song et al. |
| 6,091,939 A | 7/2000 | Banh |
| 6,091,940 A | 7/2000 | Sorrells et al. |
| 6,091,941 A | 7/2000 | Moriyama et al. |
| 6,094,084 A | 7/2000 | Abou-Allam et al. |

US 8,190,116 B2

Page 6

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 6,097,762 | A | 8/2000 | Suzuki et al. | 6,546,061 | B2 | 4/2003 | Signell et al. |
| 6,098,046 | A | 8/2000 | Cooper et al. | 6,560,301 | B1 | 5/2003 | Cook et al. |
| 6,098,886 | A | 8/2000 | Swift et al. | 6,560,451 | B1 | 5/2003 | Somayajula |
| 6,112,061 | A | 8/2000 | Rapeli | 6,567,483 | B1 | 5/2003 | Dent et al. |
| 6,121,819 | A | 9/2000 | Traylor | 6,580,902 | B1 | 6/2003 | Sorrells et al. |
| 6,125,271 | A | 9/2000 | Rowland et al. | 6,591,310 | B1 | 7/2003 | Johnson |
| 6,128,746 | A | 10/2000 | Clark et al. | 6,597,240 | B1 | 7/2003 | Walburger et al. |
| 6,137,321 | A | 10/2000 | Bazarjani | 6,600,795 | B1 | 7/2003 | Ohta et al. |
| 6,144,236 | A | 11/2000 | Vice et al. | 6,600,911 | B1 | 7/2003 | Morishige et al. |
| 6,144,331 | A | 11/2000 | Jiang | 6,608,647 | B1 | 8/2003 | King |
| 6,144,846 | A | 11/2000 | Durec | 6,611,569 | B1 | 8/2003 | Schier et al. |
| 6,147,340 | A | 11/2000 | Levy | 6,618,579 | B1 | 9/2003 | Smith et al. |
| 6,147,763 | A | 11/2000 | Steinlechner | 6,625,470 | B1 | 9/2003 | Fourtet et al. |
| 6,150,890 | A | 11/2000 | Damgaard et al. | 6,628,328 | B1 | 9/2003 | Yokouchi et al. |
| 6,151,354 | A | 11/2000 | Abbey | 6,633,194 | B2 | 10/2003 | Arnborg et al. |
| 6,160,280 | A | 12/2000 | Bonn et al. | 6,634,555 | B1 | 10/2003 | Sorrells et al. |
| 6,167,247 | A | 12/2000 | Kannell et al. | 6,639,939 | B1 | 10/2003 | Naden et al. |
| 6,169,733 | B1 | 1/2001 | Lee | 6,647,250 | B1 | 11/2003 | Bultman et al. |
| 6,175,728 | B1 | 1/2001 | Mitama | 6,647,270 | B1 | 11/2003 | Himmelstein |
| 6,178,319 | B1 | 1/2001 | Kashima | 6,686,879 | B2 | 2/2004 | Shattil |
| 6,182,011 | B1 | 1/2001 | Ward | 6,687,493 | B1 | 2/2004 | Sorrells et al. |
| 6,188,221 | B1 | 2/2001 | Van de Kop et al. | 6,690,232 | B2 | 2/2004 | Ueno et al. |
| 6,192,225 | B1 | 2/2001 | Arpaia et al. | 6,690,741 | B1 | 2/2004 | Larrick, Jr. et al. |
| 6,195,539 | B1 | 2/2001 | Galal et al. | 6,694,128 | B1 | 2/2004 | Sorrells et al. |
| 6,198,941 | B1 | 3/2001 | Aho et al. | 6,697,603 | B1 | 2/2004 | Lovingsgood et al. |
| 6,204,789 | B1 | 3/2001 | Nagata | 6,704,549 | B1 | 3/2004 | Sorrells et al. |
| 6,208,636 | B1 | 3/2001 | Tawil et al. | 6,704,558 | B1 | 3/2004 | Sorrells et al. |
| 6,208,875 | B1 | 3/2001 | Damgaard et al. | 6,731,146 | B1 | 5/2004 | Gallardo |
| RE37,138 | E | 4/2001 | Dent | 6,738,609 | B1 | 5/2004 | Clifford |
| 6,211,718 | B1 | 4/2001 | Souetinov | 6,738,611 | B1 | 5/2004 | Politi |
| 6,212,369 | B1 | 4/2001 | Avasarala | 6,741,139 | B2 | 5/2004 | Pleasant et al. |
| 6,215,475 | B1 | 4/2001 | Meyerson et al. | 6,741,650 | B1 | 5/2004 | Painchaud et al. |
| 6,215,828 | B1 | 4/2001 | Signell et al. | 6,775,684 | B1 | 8/2004 | Toyoyama et al. |
| 6,215,830 | B1 | 4/2001 | Temeriniac et al. | 6,798,351 | B1 | 9/2004 | Sorrells et al. |
| 6,223,061 | B1 | 4/2001 | Dacus et al. | 6,801,253 | B1 | 10/2004 | Yonemoto et al. |
| 6,225,848 | B1 | 5/2001 | Tilley et al. | 6,813,320 | B1 | 11/2004 | Claxton et al. |
| 6,230,000 | B1 | 5/2001 | Tayloe | 6,813,485 | B2 | 11/2004 | Sorrells et al. |
| 6,246,695 | B1 | 6/2001 | Seazholtz et al. | 6,823,178 | B2 | 11/2004 | Pleasant et al. |
| 6,259,293 | B1 | 7/2001 | Hayase et al. | 6,829,311 | B1 | 12/2004 | Riley |
| 6,266,518 | B1 | 7/2001 | Sorrells et al. | 6,836,650 | B2 | 12/2004 | Sorrells et al. |
| 6,275,542 | B1 | 8/2001 | Katayama et al. | 6,850,742 | B2 | 2/2005 | Fayyaz |
| 6,298,065 | B1 | 10/2001 | Dombkowski et al. | 6,853,690 | B1 | 2/2005 | Sorrells et al. |
| 6,307,894 | B2 | 10/2001 | Eidson et al. | 6,865,399 | B2 | 3/2005 | Fujioka et al. |
| 6,308,058 | B1 | 10/2001 | Souetinov et al. | 6,873,836 | B1 | 3/2005 | Sorrells et al. |
| 6,313,685 | B1 | 11/2001 | Rabii | 6,876,846 | B2 | 4/2005 | Tamaki et al. |
| 6,313,700 | B1 | 11/2001 | Nishijima et al. | 6,879,817 | B1 | 4/2005 | Sorrells et al. |
| 6,314,279 | B1 | 11/2001 | Mohindra | 6,882,194 | B2 | 4/2005 | Belot et al. |
| 6,317,589 | B1 | 11/2001 | Nash | 6,892,057 | B2 | 5/2005 | Nilsson |
| 6,321,073 | B1 | 11/2001 | Luz et al. | 6,892,062 | B2 | 5/2005 | Lee et al. |
| 6,324,379 | B1 | 11/2001 | Hadden et al. | 6,894,988 | B1 | 5/2005 | Zehavi |
| 6,327,313 | B1 | 12/2001 | Traylor et al. | 6,909,739 | B1 | 6/2005 | Eerola et al. |
| 6,330,244 | B1 | 12/2001 | Swartz et al. | 6,910,015 | B2 | 6/2005 | Kawai |
| 6,332,007 | B1 | 12/2001 | Sasaki | 6,917,796 | B2 | 7/2005 | Setty et al. |
| 6,335,656 | B1 | 1/2002 | Goldfarb et al. | 6,920,311 | B2 | 7/2005 | Rofougaran et al. |
| 6,353,735 | B1 | 3/2002 | Sorrells et al. | 6,959,178 | B2 | 10/2005 | Macedo et al. |
| 6,363,126 | B1 | 3/2002 | Furukawa et al. | 6,963,626 | B1 | 11/2005 | Shaeffer et al. |
| 6,363,262 | B1 | 3/2002 | McNicol | 6,963,734 | B2 | 11/2005 | Sorrells et al. |
| 6,366,622 | B1 | 4/2002 | Brown et al. | 6,973,476 | B1 | 12/2005 | Naden et al. |
| 6,366,765 | B1 | 4/2002 | Hongo et al. | 6,975,848 | B2 | 12/2005 | Rawlins et al. |
| 6,370,371 | B1 | 4/2002 | Sorrells et al. | 6,999,747 | B2 | 2/2006 | Su |
| 6,385,439 | B1 | 5/2002 | Hellberg | 7,006,805 | B1 | 2/2006 | Sorrells et al. |
| 6,393,070 | B1 | 5/2002 | Reber | 7,010,286 | B2 | 3/2006 | Sorrells et al. |
| 6,400,963 | B1 | 6/2002 | Glöckler et al. | 7,010,559 | B2 | 3/2006 | Rawlins et al. |
| 6,404,758 | B1 | 6/2002 | Wang | 7,016,663 | B2 | 3/2006 | Sorrells et al. |
| 6,404,823 | B1 | 6/2002 | Grange et al. | 7,027,786 | B1 | 4/2006 | Smith et al. |
| 6,408,018 | B1 | 6/2002 | Dent | 7,039,372 | B1 | 5/2006 | Sorrells et al. |
| 6,421,534 | B1 | 7/2002 | Cook et al. | 7,050,508 | B2 | 5/2006 | Sorrells et al. |
| 6,437,639 | B1 | 8/2002 | Nguyen et al. | 7,054,296 | B1 | 5/2006 | Sorrells et al. |
| 6,438,366 | B1 | 8/2002 | Lindfors et al. | 7,065,162 | B1 | 6/2006 | Sorrells et al. |
| 6,441,694 | B1 | 8/2002 | Turcotte et al. | 7,072,390 | B1 | 7/2006 | Sorrells et al. |
| 6,445,726 | B1 | 9/2002 | Gharpurey | 7,072,427 | B2 | 7/2006 | Rawlins et al. |
| 6,459,721 | B1 | 10/2002 | Mochizuki et al. | 7,076,011 | B2 | 7/2006 | Cook et al. |
| 6,509,777 | B2 | 1/2003 | Razavi et al. | 7,082,171 | B1 | 7/2006 | Johnson et al. |
| 6,512,544 | B1 | 1/2003 | Merrill et al. | 7,085,335 | B2 | 8/2006 | Rawlins et al. |
| 6,512,785 | B1 | 1/2003 | Zhou et al. | 7,107,028 | B2 | 9/2006 | Sorrells et al. |
| 6,512,798 | B1 | 1/2003 | Akiyama et al. | 7,110,435 | B1 | 9/2006 | Sorrells et al. |
| 6,516,185 | B1 | 2/2003 | MacNally | 7,110,444 | B1 | 9/2006 | Sorrells et al. |
| 6,531,979 | B1 | 3/2003 | Hynes | 7,149,487 | B2 | 12/2006 | Yoshizawa |
| 6,542,722 | B1 | 4/2003 | Sorrells et al. | 7,190,941 | B2 | 3/2007 | Sorrells et al. |

**US 8,190,116 B2**

Page 7

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 7,193,965 | B1 | 3/2007 | Nevo et al. | DE | 196 48 915 | A1 | 6/1998 |
| 7,194,044 | B2 | 3/2007 | Birkett et al. | DE | 197 35 798 | C1 | 7/1998 |
| 7,194,246 | B2 | 3/2007 | Sorrells et al. | EP | 0 035 166 | A1 | 9/1981 |
| 7,197,081 | B2 | 3/2007 | Saito | EP | 0 087 336 | A1 | 8/1983 |
| 7,209,725 | B1 | 4/2007 | Sorrells et al. | EP | 0 099 265 | A1 | 1/1984 |
| 7,212,581 | B2 | 5/2007 | Birkett et al. | EP | 0 087 336 | B1 | 7/1986 |
| 7,218,899 | B2 | 5/2007 | Sorrells et al. | EP | 0 254 844 | A2 | 2/1988 |
| 7,218,907 | B2 | 5/2007 | Sorrells et al. | EP | 0 276 130 | A2 | 7/1988 |
| 7,224,749 | B2 | 5/2007 | Sorrells et al. | EP | 0 276 130 | A3 | 7/1988 |
| 7,233,969 | B2 | 6/2007 | Rawlins et al. | EP | 0 193 899 | B1 | 6/1990 |
| 7,236,754 | B2 | 6/2007 | Sorrells et al. | EP | 0 380 351 | A2 | 8/1990 |
| 7,245,886 | B2 | 7/2007 | Sorrells et al. | EP | 0 380 351 | A3 | 2/1991 |
| 7,272,164 | B2 | 9/2007 | Sorrells et al. | EP | 0 411 840 | A2 | 2/1991 |
| 7,292,835 | B2 | 11/2007 | Sorrells et al. | EP | 0 423 718 | A2 | 4/1991 |
| 7,295,826 | B1 | 11/2007 | Cook et al. | EP | 0 411 840 | A3 | 7/1991 |
| 7,308,242 | B2 | 12/2007 | Sorrells et al. | EP | 0 486 095 | A1 | 5/1992 |
| 7,321,640 | B2 | 1/2008 | Milne et al. | EP | 0 423 718 | A3 | 8/1992 |
| 7,321,735 | B1 | 1/2008 | Smith et al. | EP | 0 512 748 | A2 | 11/1992 |
| 7,321,751 | B2 | 1/2008 | Sorrells et al. | EP | 0 529 836 | A1 | 3/1993 |
| 7,358,801 | B2 | 4/2008 | Perdoor et al. | EP | 0 548 542 | A1 | 6/1993 |
| 7,376,410 | B2 | 5/2008 | Sorrells et al. | EP | 0 512 748 | A3 | 7/1993 |
| 7,379,515 | B2 | 5/2008 | Johnson et al. | EP | 0 560 228 | A1 | 9/1993 |
| 7,379,883 | B2 | 5/2008 | Sorrells | EP | 0 632 288 | A2 | 1/1995 |
| 7,386,292 | B2 | 6/2008 | Sorrells et al. | EP | 0 632 577 | A1 | 1/1995 |
| 7,389,100 | B2 | 6/2008 | Sorrells et al. | EP | 0 643 477 | A2 | 3/1995 |
| 7,433,910 | B2 | 10/2008 | Rawlins et al. | EP | 0 643 477 | A3 | 3/1995 |
| 7,454,453 | B2 | 11/2008 | Rawlins et al. | EP | 0 411 840 | B1 | 10/1995 |
| 7,460,584 | B2 | 12/2008 | Parker et al. | EP | 0 696 854 | A1 | 2/1996 |
| 7,483,686 | B2 | 1/2009 | Sorrells et al. | EP | 0 632 288 | A3 | 7/1996 |
| 7,496,342 | B2 | 2/2009 | Sorrells et al. | EP | 0 732 803 | A1 | 9/1996 |
| 7,515,896 | B1 | 4/2009 | Sorrells et al. | EP | 0 486 095 | B1 | 2/1997 |
| 7,529,522 | B2 | 5/2009 | Sorrells et al. | EP | 0 782 275 | A2 | 7/1997 |
| 7,539,474 | B2 | 5/2009 | Sorrells et al. | EP | 0 785 635 | A1 | 7/1997 |
| 7,546,096 | B2 | 6/2009 | Sorrells et al. | EP | 0 789 449 | A2 | 8/1997 |
| 7,554,508 | B2 | 6/2009 | Johnson et al. | EP | 0 789 449 | A3 | 8/1997 |
| 7,599,421 | B2 | 10/2009 | Sorrells et al. | EP | 0 795 955 | A2 | 9/1997 |
| 7,620,378 | B2 | 11/2009 | Sorrells et al. | EP | 0 795 955 | A3 | 9/1997 |
| 7,653,145 | B2 | 1/2010 | Sorrells et al. | EP | 0 795 978 | A2 | 9/1997 |
| 7,653,158 | B2 | 1/2010 | Rawlins et al. | EP | 0 817 369 | A2 | 1/1998 |
| 7,693,230 | B2 | 4/2010 | Sorrells et al. | EP | 0 817 369 | A3 | 1/1998 |
| 7,693,502 | B2 | 4/2010 | Sorrells et al. | EP | 0 837 565 | A1 | 4/1998 |
| 7,697,916 | B2 | 4/2010 | Sorrells et al. | EP | 0 862 274 | A1 | 9/1998 |
| 7,724,845 | B2 | 5/2010 | Sorrells et al. | EP | 0 874 499 | A2 | 10/1998 |
| 7,773,688 | B2 | 8/2010 | Sorrells et al. | EP | 0 512 748 | B1 | 11/1998 |
| 7,783,250 | B2 | 8/2010 | Lynch | EP | 0 877 476 | A1 | 11/1998 |
| 7,822,401 | B2 | 10/2010 | Sorrells et al. | EP | 0 977 351 | A1 | 2/2000 |
| 7,826,817 | B2 | 11/2010 | Sorrells et al. | FR | 2 245 130 | | 4/1975 |
| 7,865,177 | B2 | 1/2011 | Sorrells et al. | FR | 2 669 787 | A1 | 5/1992 |
| 7,894,789 | B2 | 2/2011 | Sorrells et al. | FR | 2 743 231 | A1 | 7/1997 |
| 7,929,638 | B2 | 4/2011 | Sorrells et al. | GB | 2 161 344 | A | 1/1986 |
| 7,936,022 | B2 | 5/2011 | Sorrells et al. | GB | 2 215 945 | A | 9/1989 |
| 7,937,059 | B2 | 5/2011 | Sorrells et al. | GB | 2 324 919 | A | 11/1998 |
| 7,991,815 | B2 | 8/2011 | Rawlins et al. | JP | 47-2314 | | 2/1972 |
| 8,019,291 | B2 | 9/2011 | Sorrells et al. | JP | 55-66057 | | 5/1980 |
| 8,036,304 | B2 | 10/2011 | Sorrells et al. | JP | 56-114451 | | 9/1981 |
| 8,077,797 | B2 | 12/2011 | Sorrells et al. | JP | 58-7903 | | 1/1983 |
| 2001/0015673 | A1 | 8/2001 | Yamashita et al. | JP | 58-031622 | | 2/1983 |
| 2001/0036818 | A1 | 11/2001 | Dobrovolny | JP | 58-133004 | | 8/1983 |
| 2002/0021685 | A1 | 2/2002 | Sakusabe | JP | 59-022438 | | 2/1984 |
| 2002/0037706 | A1 | 3/2002 | Ichihara | JP | 59-123318 | | 7/1984 |
| 2002/0080728 | A1 | 6/2002 | Sugar et al. | JP | 59-144249 | | 8/1984 |
| 2002/0098823 | A1 | 7/2002 | Lindfors et al. | JP | 60-58705 | | 4/1985 |
| 2002/0132642 | A1 | 9/2002 | Hines et al. | JP | 60-130203 | | 7/1985 |
| 2002/0163921 | A1 | 11/2002 | Ethridge et al. | JP | 61-30821 | | 2/1986 |
| 2003/0045263 | A1 | 3/2003 | Wakayama et al. | JP | 61-193521 | | 8/1986 |
| 2003/0078011 | A1 | 4/2003 | Cheng et al. | JP | 61-232706 | | 10/1986 |
| 2003/0081781 | A1 | 5/2003 | Jensen et al. | JP | 61-245749 | | 11/1986 |
| 2003/0149579 | A1 | 8/2003 | Begemann et al. | JP | 62-12381 | | 1/1987 |
| 2003/0193364 | A1 | 10/2003 | Liu et al. | JP | 62-047214 | | 2/1987 |
| 2004/0125879 | A1 | 7/2004 | Jaussi et al. | JP | 63-54002 | | 3/1988 |
| 2006/0002491 | A1 | 1/2006 | Darabi et al. | JP | 63-65587 | | 3/1988 |
| 2006/0039449 | A1 | 2/2006 | Fontana et al. | JP | 63-153691 | | 6/1988 |
| 2006/0209599 | A1 | 9/2006 | Kato et al. | JP | 63-274214 | | 11/1988 |
| | | | | JP | 64-048557 | | 2/1989 |
| | | FOREIGN PATENT DOCUMENTS | | JP | 2-39632 | | 2/1990 |
| | | | | JP | 2-131629 | | 5/1990 |
| DE | 35 41 031 | A1 | 5/1986 | JP | 2-276351 | | 11/1990 |
| DE | 42 37 692 | C1 | 3/1994 | JP | 4-123614 | | 4/1992 |
| DE | 196 27 640 | A1 | 1/1997 | JP | 4-127601 | | 4/1992 |
| DE | 692 21 098 | T2 | 1/1998 | | | | |

## US 8,190,116 B2

Page 8

| JP | 4-154227 | 5/1992 |
|----|----------|--------|
| JP | 5-175730 | 7/1993 |
| JP | 5-175734 | 7/1993 |
| JP | 5-327356 | 12/1993 |
| JP | 6-237276 | 8/1994 |
| JP | 6-284038 | 10/1994 |
| JP | 7-154344 | 6/1995 |
| JP | 7-169292 A | 7/1995 |
| JP | 7-307620 | 11/1995 |
| JP | 8-23359 | 1/1996 |
| JP | 8-32556 | 2/1996 |
| JP | 8-139524 | 5/1996 |
| JP | 8-288882 A | 11/1996 |
| JP | 9-36664 | 2/1997 |
| JP | 9-171399 | 6/1997 |
| JP | 10-22804 A | 1/1998 |
| JP | 10-41860 | 2/1998 |
| JP | 10-96778 | 4/1998 |
| JP | 10-173563 | 6/1998 |
| JP | 11-98205 | 4/1999 |
| WO | WO 80/01633 A1 | 8/1980 |
| WO | WO 91/18445 A1 | 11/1991 |
| WO | WO 94/05087 A1 | 3/1994 |
| WO | WO 95/01006 A1 | 1/1995 |
| WO | WO 95/19073 A2 | 7/1995 |
| WO | WO 96/02977 A1 | 2/1996 |
| WO | WO 96/08078 A1 | 3/1996 |
| WO | WO 96/39750 A1 | 12/1996 |
| WO | WO 97/08839 A2 | 3/1997 |
| WO | WO 97/08839 A3 | 3/1997 |
| WO | WO 97/38490 A1 | 10/1997 |
| WO | WO 98/00953 A1 | 1/1998 |
| WO | WO 98/24201 A1 | 6/1998 |
| WO | WO 98/40968 A2 | 9/1998 |
| WO | WO 98/40968 A3 | 9/1998 |
| WO | WO 98/53556 A2 | 11/1998 |
| WO | WO 99/23755 A1 | 5/1999 |
| WO | WO 00/31659 A1 | 6/2000 |

### OTHER PUBLICATIONS

Akers, N.P. et al., "RF Sampling Gates: a Brief Review," *IEE Proceedings*, IEE, vol. 133, Part A, No. 1, pp. 45-49 (Jan. 1986).

Al-Ahmad, H.A.M. et al., "Doppler Frequency Correction for a Non-Geostationary Communications Satellite. Techniques for CERS and T-SAT," *Electronics Division Colloquium on Low Noise Oscillators and Synthesizers*, IEE, pp. 4/1-4/5 (Jan. 23, 1986).

Ali, I. et al., "Doppler Characterization for LEO Satellites," *IEEE Transactions on Communications*, IEEE, vol. 46, No. 3, pp. 309-313 (Mar. 1998).

Allan, D.W., "Statistics of Atomic Frequency Standards," *Proceedings of the IEEE Special Issue on Frequency Stability*, IEEE, pp. 221-230 (Feb. 1966).

Allstot, D.J. et al., "MOS Switched Capacitor Ladder Filters," *IEEE Journal of Solid-State Circuits*, IEEE, vol. SC-13, No. 6, pp. 806-814 (Dec. 1978).

Allstot, D.J. and Black Jr. W.C., "Technological Design Considerations for Monolithic MOS Switched-Capacitor Filtering Systems," *Proceedings of the IEEE*, IEEE, vol. 71, No. 8, pp. 967-986 (Aug. 1983).

Alouini, M. et al., "Channel Characterization and Modeling for Ka-Band Very Small Aperture Terminals," *Proceedings of the IEEE*, IEEE, vol. 85, No. 6, pp. 981-997 (Jun. 1997).

Andreyev, G.A. and Ogarev, S.A., "Phase Distortions of Keyed Millimeter-Wave Signals in the Case of Propagation in a Turbulent Atmosphere," *Telecommunications and Radio Engineering*, Scripta Technica, vol. 43, No. 12, pp. 87-90 (Dec. 1988).

Antonetti, A. et al., "Optoelectronic Sampling in the Picosecond Range," *Optics Communications*, North-Holland Publishing Company, vol. 21, No. 2, pp. 211-214 (May 1977).

Austin, J. et al., "Doppler Correction of the Telecommunication Payload Oscillators in the UK T-SAT," *18th European Microwave Conference*, Microwave Exhibitions and Publishers Ltd., pp. 851-857 (Sep. 12-15, 1988).

Auston, D.H., "Picosecond optoelectronic switching and gating in silicon," *Applied Physics Letters*, American Institute of Physics, vol. 26, No. 3, pp. 101-103 (Feb. 1, 1975).

Baher, H., "Transfer Functions for Switched-Capacitor and Wave Digital Filters," *IEEE Transactions on Circuits and Systems*, IEEE Circuits and Systems Society, vol. CAS-33, No. 11, pp. 1138-1142 (Nov. 1986).

Baines, R., "The DSP Bottleneck," *IEEE Communications Magazine*, IEEE Communications Society, pp. 46-54 (May 1995).

Banjo, O.P. and Vilar, E., "Binary Error Probabilities on Earth-Space Links Subject to Scintillation Fading," *Electronics Letters*, IEE, vol. 21, No. 7, pp. 296-297 (Mar. 28, 1985).

Banjo, O.P. and Vilar, E., "The Dependence of Slant Path Amplitude Scintillations on Various Meteorological Parameters," *Fifth International Conference on Antennas and Propagation (ICAP 87) Part 2: Propagation*, IEE, pp. 277-280 (Mar. 30-Apr. 2, 1987).

Banjo, O.P. and Vilar, E. "Measurement and Modeling of Amplitude Scintillations on Low-Elevation Earth-Space Paths and Impact on Communication Systems," *IEEE Transactions on Communications*, IEEE Communications Society, vol. COM-34, No. 8, pp. 774-780 (Aug. 1986).

Banjo, O.P. et al., "Tropospheric Amplitude Spectra Due to Absorption and Scattering in Earth-Space Paths," *Fourth International Conference on Antennas and Propagation (ICAP 85)*, IEE, pp. 77-82 (Apr. 16-19, 1985).

Basili,P. et al., "Case Study of Intense Scintillation Events on the OTS Path," *IEEE Transactions on Antennas and Propagation*, IEEE, vol. 38, No. 1, pp. 107-113 (Jan. 1990).

Basili, P. et al., "Observation of High $C^2$ and Turbulent Path Length on OTS Space-Earth Link," *Electronics Letters*, IEE, vol. 24, No. 17, pp. 1114-1116 (Aug. 18, 1988).

Blakey, J.R. et al., "Measurement of Atmospheric Millimetre-Wave Phase Scintillations in an Absorption Region," *Electronics Letters*, IEE, vol. 21, No. 11, pp. 486-487 (May 23, 1985).

Burgueño, A. et al., "Influence of rain gauge integration time on the rain rate statistics used in microwave communications," *annales des télècommunications*, International Union of Radio Science, pp. 522-527 (Sep./Oct. 1988).

Burgueño, A. et al., "Long-Term Joint Statistical Analysis of Duration and Intensity of Rainfall Rate with Application to Microwave Communications," *Fifth International Conference on Antennas and Propagation (ICAP 87) Part 2: Propagation*, IEE, pp. 198-201 (Mar. 30-Apr. 2, 1987).

Burgueño, A. et al., "Long Term Statistics of Precipitation Rate Return Periods in the Context of Microwave Communications," *Sixth International Conference on Antennas and Propagation (ICAP 89) Part 2: Propagation*, IEE, pp. 297-301 (Apr. 4-7, 1989).

Burgueño, A. et al., "Spectral Analysis of 49 Years of Rainfall Rate and Relation to Fade Dynamics," *IEEE Transactions on Communications*, IEEE Communications Society, vol. 38, No. 9, pp. 1359-1366 (Sep. 1990).

Catalan, C. and Vilar, E., "Approach for satellite slant path remote sensing," *Electronics Letters*, IEE, vol. 34, No. 12, pp. 1238-1240 (Jun. 11, 1998).

Chan, P. et al., "A Highly Linear 1-GHz CMOS Downconversion Mixer," *European Solid State Circuits Conference*, IEEE Communication Society, pp. 210-213 (Sep. 22-24, 1993).

Declaration of Michael J. Bultman filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 2 pages.

Declaration of Robert W. Cook filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 2 pages.

Declaration of Alex Holtz filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 3 pages.

Declaration of Richard C. Looke filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 2 pages.

Declaration of Charley D. Moses, Jr. filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 2 pages.

Declaration of Jeffrey L. Parker and David F. Sorrells, with attachment Exhibit 1, filed in U.S. Appl. No. 09/176,022, which is directed to related subject matter, 130 pages.

Dewey, R.J. and Collier, C.J., "Multi-Mode Radio Receiver," *Electronics Division Colloquium on Digitally Implemented Radios*, IEE, pp. 3/1-3/5 (Oct. 18, 1985).

Dialog File 347 (JAPIO) English Language Patent Abstract for JP 2-276351, 1 page (Nov. 13, 1990—Date of publication of application).

US 8,190,116 B2
Page 9

Dialog File 347 (JAPIO) English Language Patent Abstract for JP 2-131629, 1 page (May 21, 1990—Date of publication of application).
Dialog File 347 (JAPIO) English Language Patent Abstract for JP 2-39632, 1 page (Feb. 8, 1990—Date of publication of application).
Dialog File 348 (European Patents) English Language Patent Abstract for EP 0 785 635 A1, 3 pages (Dec. 26, 1996—Date of publication of application).
Dialog File 348 (European Patents) English Language Patent Abstract for EP 35166 A1, 2 pages (Feb. 18, 1981—Date of publication of application).
"DSO takes sampling rate to 1 Ghz," Electronic Engineering, Morgan Grampian Publishers, vol. 59, No. 723, pp. 77 and 79 (Mar. 1987).
Erdi, G. and Henneuse, P.R., "A Precision FET-Less Sample-and-Hold with High Charge-to-Droop Current Ratio," IEEE Journal of Solid-State Circuits, IEEE, vol. SC-13, No. 6, pp. 864-873 (Dec. 1978).
Faulkner, N.D. and Vilar, E., "Subharmonic Sampling for the Measurement of Short Term Stability of Microwave Oscillators," IEEE Transactions on Instrumentation and Measurement, IEEE, vol. IM-32, No. 1, pp. 208-213 (Mar. 1983).
Faulkner, N.D. et al., "Sub-Harmonic Sampling for the Accurate Measurement of Frequency Stability of Microwave Oscillators," CPEM 82 Digest: Conference on Precision Electromagnetic Measurements, IEEE, pp. M-10 and M-11 (1982).
Faulkner, N.D. and Vilar, E., "Time Domain Analysis of Frequency Stability Using Non-Zero Dead-Time Counter Techniques," CPEM 84 Digest Conference on Precision Electromagnetic Measurements, IEEE, pp. 81-82 (1984).
Filip, M. and Vilar, E., "Optimum Utilization of the Channel Capacity of a Satellite Link in the Presence of Amplitude Scintillations and Rain Attenuation," IEEE Transactions on Communications, IEEE Communications Society, vol. 38, No. 11, pp. 1958-1965 (Nov. 1990).
Fukahori, K., "A CMOS Narrow-Band Signaling Filter with Q Reduction," IEEE Journal of Solid-State Circuits, IEEE, vol. SC-19, No. 6, pp. 926-932 (Dec. 1984).
Fukuchi, H. and Otsu, Y., "Available time statistics of rain attenuation on earth-space path," IEE Proceedings-H: Microwaves, Antennas and Propagation, IEE, vol. 135, Pt. H, No. 6, pp. 387-390 (Dec. 1988).
Gibbins, C.J. and Chadha, R., "Millimetre-wave propagation through hydrocarbon flame," IEE Proceedings, IEE, vol. 134, Pt. H, No. 2, pp. 169-173 (Apr. 1987).
Gilchrist, B. et al., "Sampling hikes performance of frequency synthesizers," Microwaves & RF, Hayden Publishing, vol. 23, No. 1, pp. 93-94 and 110 (Jan. 1984).
Gossard, E.E., "Clear weather meteorological effects on propagation at frequencies above 1 Ghz," Radio Science, American Geophysical Union, vol. 16, No. 5, pp. 589-608 (Sep.-Oct. 1981).
Gregorian, R. et al., "Switched-Capacitor Circuit Design," Proceedings of the IEEE, IEEE, vol. 71, No. 8, pp. 941-966 (Aug. 1983).
Groshong et al., "Undersampling Techniques Simplify Digital Radio," Electronic Design, Penton Publishing, pp. 67-68, 70, 73-75 and 78 (May 23, 1991).
Grove, W.M., "Sampling for Oscilloscopes and Other RF Systems: Dc through X-Band," IEEE Transactions on Microwave Theory and Techniques, IEEE, pp. 629-635 (Dec. 1966).
Haddon, J. et al., "Measurement of Microwave Scintillations on a Satellite Down-Link at X-Band," Antennas and Propagation, IEE, pp. 113-117 (1981).
Haddon, J. and Vilar, E., "Scattering Induced Microwave Scintillations from Clear Air and Rain on Earth Space Paths and the Influence of Antenna Aperture," IEEE Transactions on Antennas and Propagation, IEEE, vol. AP-34, No. 5, pp. 646-657 (May 1986).
Hafdallah, H. et al., "2-4 Ghz MESFET Sampler," Electronics Letters, IEEE, vol. 24, No. 3, pp. 151-153 (Feb. 4, 1988).
Herben, M.H.A.J., "Amplitude and Phase Scintillation Measurements on 8-2 km Line-of-Sight Path at 30 Ghz," Electronics Letters, IEE, vol. 18, No. 7, pp. 287-289 (Apr. 1, 1982).

Hewitt, A. et al., "An 18 Ghz Wideband LOS Multipath Experiment," International Conference on Measurements for Telecommunication Transmission System—MTTS 85, IEE, pp. 112-116 (Nov. 27-28, 1985).
Hewitt, A. et al., "An Autoregressive Approach to the Identification of Multipath Ray Parameters from Field Measurements," IEEE Transactions on Communications, IEEE Communications Society, vol. 37, No. 11, pp. 1136-1143 (Nov. 1989).
Hewitt, A. and Vilar, E., "Selective fading on LOS Microwave Links: Classical and Spread-Spectrum Measurement Techniques," IEEE Transactions on Communications, IEEE Communications Society, vol. 36, No. 7, pp. 789-796 (Jul. 1988).
Hospitalier, E., "Instruments for Recording and Observing Rapidly Varying Phenomena," Science Abstracts, IEE, vol. VII, pp. 22-23 (1904).
Howard, I.M. and Swansson, N.S., "Demodulating High Frequency Resonance Signals for Bearing Fault Detection," The Institution of Engineers Australia Vibration and Noise Conference, Institution of Engineers, Australia, pp. 115-121 (Sep. 18-20, 1990).
Hu, X., A Switched-Current Sample-and-Hold Amplifier for FM Demodulation, Thesis for Master of Applied Science, Dept. of Electrical and Computer Engineering, University of Toronto, UMI Dissertation Services, pp. 1-64 (1995).
Hung, H.-L. A. et al., "Characterization of Microwave Integrated Circuits Using an Optical Phase-Locking and Sampling System," IEEE MTT-S Digest, IEEE, pp. 507-510 (1991).
Hurst, P.J., "Shifting the Frequency Response of Switched-Capacitor Filters by Nonuniform Sampling," IEEE Transactions on Circuits and Systems, IEEE Circuits and Systems Society, vol. 38, No. 1, pp. 12-19 (Jan. 1991).
Itakura, T., "Effects of the sampling pulse width on the frequency characteristics of a sample-and-hold circuit," IEE Proceedings Circuits, Devices and Systems, IEE, vol. 141, No. 4, pp. 328-336 (Aug. 1994).
Janssen, J.M.L., "An Experimental 'Stroboscopic' Oscilloscope for Frequencies up to about 50 Mc/s: I. Fundamentals," Philips Technical Review, Philips Research Laboratories, vol. 12, No. 2, pp. 52-59 (Aug. 1950).
Janssen, J.M.L. and Michels, A.J., "An Experimental 'Stroboscopic' Oscilloscope for Frequencies up to about 50 Mc/s: II. Electrical Build-Up," Philips Technical Review, Philips Research Laboratories, vol. 12, No. 3, pp. 73-82 (Sep. 1950).
Jondral, V.F. et al., "Doppler Profiles for Communication Satellites," Frequenz, Herausberger, pp. 111-116 (May-Jun. 1996).
Kaleh, G.K., "A Frequency Diversity Spread Spectrum System for Communication in the Presence of In-band Interference," 1995 IEEE Globecom, IEEE Communications Society, pp. 66-70 (1995).
Karasawa, Y. et al., "A New Prediction Method for Tropospheric Scintillation on Earth-Space Paths," IEEE Transactions on Antennas and Propagation, IEEE Antennas and Propagation Society, vol. 36, No. 11, pp. 1608-1614 (Nov. 1988).
Kirsten, J. and Fleming, J., "Undersampling reduces data-acquisition costs for select applications," EDN, Cahners Publishing, vol. 35, No. 13, pp. 217-222, 224, 226-228 (Jun. 21, 1990).
Lam, W.K. et al., "Measurement of the Phase Noise Characteristics of an Unlocked Communications Channel Identifier," Proceedings of the 1993 IEEE International Frequency Control Symposium, IEEE, pp. 283-288 (Jun. 2-4, 1993).
Lam, W.K. et al., "Wideband sounding of 11.6 Ghz transhorizon channel," Electronics Letters, IEE, vol. 30, No. 9, pp. 738-739 (Apr. 28, 1994).
Larkin, K.G., "Efficient demodulator for bandpass sampled AM signals," Electronics Letters, IEE, vol. 32, No. 2, pp. 101-102 (Jan. 18, 1996).
Lau, W.H. et al., "Analysis of the Time Variant Structure of Microwave Line-of-sight Multipath Phenomena," IEEE Global Telecommunications Conference & Exhibition, IEEE, pp. 1707-1711 (Nov. 28-Dec. 1, 1988).
Lau, W.H. et al., "Improved Prony Algorithm to Identify Multipath Components," Electronics Letters, IEE, vol. 23, No. 20, pp. 1059-1060 (Sep. 24, 1987).
Lesage, P. and Audoin, C., "Effect of Dead-Time on the Estimation of the Two-Sample Variance," IEEE Transactions on Instrumentation

**US 8,190,116 B2**
Page 10

*and Measurement*, IEEE Instrumentation and Measurement Society, vol. IM-28, No. 1, pp. 6-10 (Mar. 1979).

Liechti, C.A., "Performance of Dual-gate GaAs MESFET's as Gain-Controlled Low-Noise Amplifiers and High-Speed Modulators," *IEEE Transactions on Microwave Theory and Techniques*, IEEE Microwave Theory and Techniques Society, vol. MTT-23, No. 6, pp. 461-469 (Jun. 1975).

Linnenbrink, T.E. et al., "A One Gigasample Per Second Transient Recorder," *IEEE Transactions on Nuclear Science*, IEEE Nuclear and Plasma Sciences Society, vol. NS-26, No. 4, pp. 4443-4449 (Aug. 1979).

Liou, M.L., "A Tutorial on Computer-Aided Analysis of Switched-Capacitor Circuits," *Proceedings of the IEEE*, IEEE, vol. 71, No. 8, pp. 987-1005 (Aug. 1983).

Lo, P. et al., "Coherent Automatic Gain Control," *IEE Colloquium on Phase Locked Techniques*, IEE, pp. 2/1-2/6 (Mar. 26, 1980).

Lo, P. et al., "Computation of Rain Induced Scintillations on Satellite Down-Links at Microwave Frequencies," *Third International Conference on Antennas and Propagation (ICAP 83)*, pp. 127-131 (Apr. 12-15, 1983).

Lo, P.S.L.O. et al., "Observations of Amplitude Scintillations on a Low-Elevation Earth-Space Path," *Electronics Letters*, IEE, vol. 20, No. 7, pp. 307-308 (Mar. 29, 1984).

Madani, K. and Aithison, C.S., "A 20 Ghz Microwave Sampler," *IEEE Transactions on Microwave Theory and Techniques*, IEEE Microwave Theory and Techniques Society, vol. 40, No. 10, pp. 1960-1963 (Oct. 1992).

Marsland, R.A. et al., "130 Ghz GaAs monolithic integrated circuit sampling head," *Appl. Phys. Lett.*, American Institute of Physics, vol. 55, No. 6, pp. 592-594 (Aug. 7, 1989).

Martin, K. and Sedra, A.S., "Switched-Capacitor Building Blocks for Adaptive Systems," *IEEE Transactions on Circuits and Systems*, IEEE Circuits and Systems Society, vol. CAS-28, No. 6, pp. 576-584 (Jun. 1981).

Marzano, F.S. and d'Auria, G., "Model-based Prediction of Amplitude Scintillation variance due to Clear-Air Tropospheric Turbulence on Earth-Satellite Microwave Links," *IEEE Transactions on Antennas and Propagation*, IEEE Antennas and Propagation Society, vol. 46, No. 10, pp. 1506-1518 (Oct. 1998).

Matricciani, E., "Prediction of fade durations due to rain in satellite communication systems," *Radio Science*, American Geophysical Union, vol. 32, No. 3, pp. 935-941 (May-Jun. 1997).

McQueen, J.G., "The Monitoring of High-Speed Waveforms," *Electronic Engineering*, Morgan Brothers Limited, vol. XXIV, No. 296, pp. 436-441 (Oct. 1952).

Merkelo, J. and Hall, R.D., "Broad-Band Thin-Film Signal Sampler," *IEEE Journal of Solid-State Circuits*, IEEE, vol. SC-7, No. 1, pp. 50-54 (Feb. 1972).

Merlo, U. et al., "Amplitude Scintillation Cycles in a Sirio Satellite-Earth Link," *Electronics Letters*, IEE, vol. 21, No. 23, pp. 1094-1096 (Nov. 7, 1985).

Morris, D., "Radio-holographic reflector measurement of the 30-m millimeter radio telescope at 22 Ghz with a cosmic signal source," *Astronomy and Astrophysics*, Springer-Verlag, vol. 203, No. 2, pp. 399-406 (Sep. 11, 1988).

Moulsley, T.J. et al., "The efficient acquisition and processing of propagation statistics," *Journal of the Institution of Electronic and Radio Engineers*, IERE, vol. 55, No. 3, pp. 97-103 (Mar. 1985).

Ndzi, D. et al., "Wide-Band Statistical Characterization of an Over-the-Sea Experimental Transhorizon Link," *IEE Colloquium on Radio Communications at Microwave and Millimetre Wave Frequencies*, IEE, pp. 1/1-1/6 (Dec. 16, 1996).

Ndzi, D. et al., "Wideband Statistics of Signal Levels and Doppler Spread on an Over-The-Sea Transhorizon Link," *IEE Colloquium on Propagation Characteristics and Related System Techniques for Beyond Line-of-Sight Radio*, IEE, pp. 9/1-9/6 (Nov. 24, 1997).

"New zero IF chipset from Philips," *Electronic Engineering*, United News & Media, vol. 67, No. 825, p. 10 (Sep. 1995).

Ohara, H. et al., "First monolithic PCM filter cuts cost of telecomm systems," *Electronic Design*, Hayden Publishing Company, vol. 27, No. 8, pp. 130-135 (Apr. 12, 1979).

Oppenheim, A.V. et al., *Signals and Systems*, Prentice-Hall, pp. 527-531 and 561-562 (1983).

Ortgies, G., "Experimental Parameters Affecting Amplitude Scintillation Measurements on Satellite Links," *Electronics Letters*, IEE, vol. 21, No. 17, pp. 771-772 (Aug. 15, 1985).

Pärssinen et al., "A 2-GHz Subharmonic Sampler for Signal Downconversion," *IEEE Transactions on Microwave Theory and Techniques*, IEEE, vol. 45, No. 12, 7 pages (Dec. 1997).

Peeters, G. et al., "Evaluation of Statistical Models for Clear-Air Scintillation Prediction Using Olympus Satellite Measurements," *International Journal of Satellite Communications*, John Wiley and Sons, vol. 15, No. 2, pp. 73-88 (Mar.-Apr. 1997).

Perrey, A.G. and Schoenwetter, H.K., *NBS Technical Note 1121: A Schottky Diode Bridge Sampling Gate*, U.S. Dept. of Commerce, pp. 1-14 (May 1980).

Poulton, K. et al., "A 1-Ghz 6-bit ADC System," *IEEE Journal of Solid-State Circuits*, IEEE, vol. SC-22, No. 6, pp. 962-969 (Dec. 1987).

Press Release, "Parkervision, Inc. Announces Fiscal 1993 Results," Lippert/Heilshorn and Associates, 2 Pages (Apr. 6, 1994).

Press Release, "Parkervision, Inc. Announces the Appointment of Michael Baker to the New Position of National Sales Manager," Lippert/Heilshorn and Associates, 1 page (Apr. 7, 1994).

Press Release, "Parkervision's Cameraman Well-Received by Distance Learning Market," Lippert/Heilshorn and Associates, 2 Pages (Apr. 8, 1994).

Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," Lippert/Heilshorn and Associates, 2 Pages (Apr. 26, 1994).

Press Release, "Parkervision, Inc. Announces the Retirement of William H. Fletcher, Chief Financial Officer," Lippert/Heilshorn and Associates, 1 Page (May 11, 1994).

Press Release, "Parkervision, Inc. Announces New Cameraman System II™ at Infocomm Trade Show," Lippert/Heilshorn and Associates, 3 Pages (Jun. 9, 1994).

Press Release, "Parkervision, Inc. Announces Appointments to its National Sales Force," Lippert/Heilshorn and Associates, 2 Pages (Jun. 17, 1994).

Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," Lippert/Heilshorn and Associates, 3 Pages (Aug. 9, 1994).

Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," Lippert/Heilshorn and Associates, 3 Pages (Oct. 28, 1994).

Press Release, "Parkervision, Inc. Announces First Significant Sale of its *Cameraman*® System II," Lippert/Heilshorn and Associates, 2 Pages (Nov. 7, 1994).

Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Results," Lippert/Heilshorn and Associates, 2 Pages (Mar. 1, 1995).

Press Release, "Parkervision, Inc. Announces Joint Product Developments With VTEL," Lippert/Heilshorn and Associates, 2 Pages (Mar. 21, 1995).

Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," Lippert/Heilshorn and Associates, 3 Pages (Apr. 28, 1995).

Press Release, "Parkervision Wins Top 100 Product Districts' Choice Award," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Jun. 29, 1995).

Press Release, "Parkervision National Sales Manager Next President of USDLA," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Jul. 6, 1995).

Press Release, "Parkervision Granted New Patent," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Jul. 21, 1995).

Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jul. 31, 1995).

Press Release, "Parkervision, Inc. Expands its Cameraman System II Product Line," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Sep. 22, 1995).

Press Release, "Parkervision Announces New Camera Control Technology," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 25, 1995).

Press Release, "Parkervision, Inc. Announces Completion of VTEL/Parkervision Joint Product Line," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 30, 1995).

Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 30, 1995).

Press Release, "Parkervision's Cameraman Personal Locator Camera System Wins Telecon XV Award," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Nov. 1, 1995).

Press Release, "Parkervision, Inc. Announces Purchase Commitment From VTEL Corporation," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Feb. 26, 1996).

Press Release, "ParkerVision, Inc. Announces Fourth Quarter and Year End Results," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Feb. 27, 1996).

Press Release, "ParkerVision, Inc. Expands its Product Line," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Mar. 7, 1996).

Press Release, "ParkerVision Files Patents for its Research of Wireless Technology," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Mar. 28, 1996).

Press Release, "Parkervision, Inc. Announces First Significant Sale of its Cameraman® Three-Chip System," Parkervision Marketing and Manufacturing Headquarters, 2 pages (Apr. 12, 1996).

Press Release, "Parkervision, Inc. Introduces New Product Line for Studio Production Market," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Apr. 15, 1996).

Press Release, "Parkervision, Inc. Announces Private Placement of 800,000 Shares," Parkervision Marketing and Manufacturing Headquarters, 1 Page (Apr. 15, 1996).

Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Apr. 30, 1996).

Press Release, "ParkerVision's New Studio Product Wins Award," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jun. 5, 1996).

Press Release, "Parkervision, Inc. Announces Second Quarter and Six Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Aug. 1, 1996).

Press Release, "Parkervision, Inc. Announces Third Quarter and Nine Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 29, 1996).

Press Release, "PictureTel and ParkerVision Sign Reseller Agreement," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 30, 1996).

Press Release, "CLI and ParkerVision Bring Enhanced Ease-of-Use to Videoconferencing," CLI/Parkervision, 2 Pages (Jan. 20, 1997).

Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Feb. 27, 1997).

Press Release, "Parkervision, Inc. Announces First Quarter Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Apr. 29, 1997).

Press Release, "NEC and Parkervision Make Distance Learning Closer," NEC America, 2 Pages (Jun. 18, 1997).

Press Release, "Parkervision Supplies JPL with Robotic Cameras, Cameraman Shot Director for Mars Mission," Parkervision Marketing and Manufacturing Headquarters, 2 pages (Jul. 8, 1997).

Press Release, "ParkerVision and IBM Join Forces to Create Wireless Computer Peripherals," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jul. 23, 1997).

Press Release, "ParkerVision, Inc. Announces Second Quarter and Six Months Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Jul. 31, 1997).

Press Release, "Parkervision, Inc. Announces Private Placement of 990,000 Shares," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Sep. 8, 1997).

Press Release, "Wal-Mart Chooses Parkervision for Broadcast Production," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Oct. 24, 1997).

Press Release, "Parkervision, Inc. Announces Third Quarter Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Oct. 30, 1997).

Press Release, "ParkerVision Announces Breakthrough in Wireless Radio Frequency Technology," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Dec. 10, 1997).

Press Release, "Parkervision, Inc. Announces the Appointment of Joseph F. Skovron to the Position of Vice President, Licensing—Wireless Technologies," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jan. 9, 1998).

Press Release, "Parkervision Announces Existing Agreement with IBM Terminates—Company Continues with Strategic Focus Announced in December," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jan. 27, 1998).

Press Release, "Laboratory Tests Verify Parkervision Wireless Technology," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Mar. 3, 1998).

Press Release, "Parkervision, Inc. Announces Fourth Quarter and Year End Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Mar. 5, 1998).

Press Release, "Parkervision Awarded Editors' Pick of Show for NAB 98," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Apr. 15, 1998).

Press Release, "Parkervision Announces First Quarter Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (May 4, 1998).

Press Release, "Parkervision 'DIRECT2DATA' Introduced in Response to Market Demand," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Jul. 9, 1998).

Press Release, "Parkervision Expands Senior Management Team," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Jul. 29, 1998).

Press Release, "Parkervision Announces Second Quarter and Six Month Financial Results," Parkervision Marketing and Manufacturing Headquarters, 4 Pages (Jul. 30, 1998).

Press Release, "Parkervision Announces Third Quarter and Nine Month Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Oct. 30, 1998).

Press Release, "Questar Infocomm, Inc. Invests $5 Million in Parkervision Common Stock," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Dec. 2, 1998).

Press Release, "Parkervision Adds Two New Directors," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Mar. 5, 1999).

Press Release, "Parkervision Announces Fourth Quarter and Year End Financial Results," Parkervision Marketing and Manufacturing Headquarters, 3 Pages (Mar. 5, 1999).

Press Release, "Joint Marketing Agreement Offers New Automated Production Solution," Parkervision Marketing and Manufacturing Headquarters, 2 Pages (Apr. 13, 1999).

"Project COST 205: Scintillations in Earth-satellite links," *Alta Frequenza: Scientific Review in Electronics*, AEI, vol. LIV, No. 3, pp. 209-211 (May-Jun. 1985).

Razavi, B., *RF Microelectronics*, Prentice-Hall, pp. 147-149 (1998).

Reeves, R.J.D., "The Recording and Collocation of Waveforms (Part 1)," *Electronic Engineering*, Morgan Brothers Limited, vol. 31, No. 373, pp. 130-137 (Mar. 1959).

Reeves, R.J.D., "The Recording and Collocation of Waveforms (Part 2)," *Electronic Engineering*, Morgan Brothers Limited, vol. 31, No. 374, pp. 204-212 (Apr. 1959).

Rein, H.M. and Zahn, M., "Subnanosecond-Pulse Generator with Variable Pulsewidth Using Avalanche Transistors," *Electronics Letters*, IEE, vol. 11, No. 1, pp. 21-23 (Jan. 9, 1975).

Riad, S.M. and Nahman, N.S., "Modeling of the Feed-through Wideband (DC to 12.4 Ghz) Sampling-Head," *IEEE MTT-S International Microwave Symposium Digest*, IEEE, pp. 267-269 (Jun. 27-29, 1978).

Rizzoli, V. et al., "Computer-Aided Noise Analysis of MESFET and HEMT Mixers," *IEEE Transactions on Microwave Theory and Techniques*, IEEE, vol. 37, No. 9, pp. 1401-1410 (Sep. 1989).

Rowe, H.E., *Signals and Noise in Communication Systems*, D. Van Nostrand Company, Inc., Princeton, New Jersey, including, for example, Chapter V, Pulse Modulation Systems (1965).

Rücker, F. and Dintelmann, F. "Effect of Antenna Size on OTS Signal Scintillations and Their Seasonal Dependence," *Electronics Letters*, IEE, vol. 19, No. 24, pp. 1032-1034 (Nov. 24, 1983).

Russell, R. and Hoare, L., "Millimeter Wave Phase Locked Oscillators," *Military Microwaves '78 Conference Proceedings*, Microwave Exhibitions and Publishers, pp. 238-242 (Oct. 25-27, 1978).

Sabel, L.P., "A DSP Implementation of a Robust Flexible Receiver/ Demultiplexer for Broadcast Data Satellite Communications," *The Institution of Engineers Australia Communications Conference*, Institution of Engineers, Australia, pp. 218-223 (Oct. 16-18, 1990).

Salous, S., "IF digital generation of FMCW waveforms for wideband channel characterization," *IEE Proceedings—I*, IEE, vol. 139, No. 3, pp. 281-288 (Jun. 1992).

"Sampling Loops Lock Sources to 23 Ghz," *Microwaves & RF*, Penton Publishing, p. 212 (Sep. 1990).

Sasikumar, M. et al., "Active Compensation in the Switched-Capacitor Biquad," *Proceedings of the IEEE*, IEEE, vol. 71, No. 8, pp. 1008-1009 (Aug. 1983).

Saul, P.H., "A GaAs MESFET Sample and Hold Switch," *Fifth European Solid State Circuits Conference—ESSCIRC 79*, IEE, pp. 5-7 (1979).

Shen, D.H. et al., "A 900-MHZ RF Front-End with Integrated Discrete-Time Filtering," *IEEE Journal of Solid-State State Circuits*, IEEE Solid-State Circuits Council, vol. 31, No. 12, pp. 1945-1954 (Dec. 1996).

Shen, X.D. and Vilar, E., "Anomalous transhorizon propagation and meteorological processes of a multilink path," *Radio Science*, American Geophysical Union, vol. 30, No. 5, pp. 1467-1479 (Sep.-Oct. 1995).

Shen, X. and Tawfik, A.N., "Dynamic Behaviour of Radio Channels Due to Trans-Horizon Propagation Mechanisms," *Electronics Letters*, IEE, vol. 29, No. 17, pp. 1582-1583 (Aug. 19, 1993).

Shen, X. et al., "Modeling Enhanced Spherical Diffraction and Troposcattering on a Transhorizon Path with aid of the parabolic Equation and Ray Tracing Methods," *IEE Colloquium on Common modeling techniques for electromagnetic wave and acoustic wave propagation*, IEE, pp. 4/1-4/7 (Mar. 8, 1996).

Shen, X. and Vilar, E. "Path loss statistics and mechanisms of transhorizon propagation over a sea path," *Electronics Letters*, IEE, vol. 32, No. 3, pp. 259-261 (Feb. 1, 1996).

Shen, D. et al., "A 900 MHZ integrated Discrete-Time Filtering RF Front-End," *IEEE International Solid State Circuits Conference*, IEEE, vol. 39, pp. 54-55 and 417 (Feb. 1996).

Spillard, C. et al., "X-Band Tropospheric Transhorizon Propagation Under Differing Meteorological Conditions," *Sixth International Conference on Antennas and Propagation (ICAP 89) Part 2: Propagation*, IEE, pp. 451-455 (Apr. 4-7, 1989).

Stafford, K.R. et al., "A Complete Monolithic Sample/Hold Amplifier," *IEEE Journal of Solid-State Circuits*, IEEE, vol. SC-9, No. 6, pp. 381-387 (Dec. 1974).

Staruk, W. Jr. et al., "Pushing HF Data Rates," *Defense Electronics*, EW Communications, vol. 17, No. 5, pp. 211, 213, 215, 217, 220 and 222 (May 1985).

Stephenson, A.G., "Digitizing multiple RF signals requires an optimum sampling rate," *Electronics*, McGraw-Hill, pp. 106-110 (Mar. 27, 1972).

Sugarman, R., "Sampling Oscilloscope for Statistically Varying Pulses," *The Review of Scientific Instruments*, American Institute of Physics, vol. 28, No. 11, pp. 933-938 (Nov. 1957).

Sylvain, M., "Experimental probing of multipath microwave channels," *Radio Science*, American Geophysical Union, vol. 24, No. 2, pp. 160-178 (Mar.-Apr. 1989).

Takano, T., "Novel GaAs Pet Phase Detector Operable to Ka Band," *IEEE MT-S Digest*, IEEE, pp. 381-383 (1984).

Tan, M.A., "Biquadratic Transconductance Switched-Capacitor Filters," *IEEE Transactions on Circuits and Systems—I: Fundamental Theory and Applications*, IEEE Circuits and Systems Society, vol. 40, No. 4, pp. 272-275 (Apr. 1993).

Tanaka, K. et al., "Single Chip Multisystem AM Stereo Decoder IC," *IEEE Transactions on Consumer Electronics*, IEEE Consumer Electronics Society, vol. CE-32, No. 3, pp. 482-496 (Aug. 1986).

Tawfik, A.N., "Amplitude, Duration and Predictability of Long Hop Trans-Horizon X-band Signals Over the Sea," *Electronics Letters*, IEE, vol. 28, No. 6, pp. 571-572 (Mar. 12, 1992).

Tawfik, A.N. and Vilar, E., "Correlation of Transhorizon Signal Level Strength with Localized Surface Meteorological Parameters," *Eighth International Conference on Antennas and Propagation*, Electronics Division of the IEE, pp. 335-339 (Mar. 30-Apr. 2, 1993).

Tawfik, A.N. and Vilar, E., "Dynamic Structure of a Transhorizon Signal at X-band Over a Sea Path," *Sixth International Conference on Antennas and Propagation (ICAP 89) Part 2: Propagation*, IEE, pp. 446-450 (Apr. 4-7, 1989).

Tawfik, A.N. and Vilar, E., "Statistics of Duration and Intensity of Path Loss in a Microwave Transhorizon Sea-Path," *Electronics Letters*, IEE, vol. 26, No. 7, pp. 474-476 (Mar. 29, 1990).

Tawfik, A.N. and Vilar, E., "X-Band Transhorizon Measurements of CW Transmissions Over the Sea—Part 1: Path Loss, Duration of Events, and Their Modeling," *IEEE Transactions on Antennas and Propagation*, IEEE Antennas and Propagation Society, vol. 41, No. 11, pp. 1491-1500 (Nov. 1993).

Temes, G.C. and Tsividis, T., "The Special Section on Switched-Capacitor Circuits," *Proceedings of the IEEE*, IEEE, vol. 71, No. 8, pp. 915-916 (Aug. 1983).

Thomas, G.B., *Calculus and Analytic Geometry*, Third Edition, Addison-Wesley Publishing, pp. 119-133 (1960).

Tomassetti, Q., "An Unusual Microwave Mixer," *16th European Microwave Conference*, Microwave Exhibitions and Publishers, pp. 754-759 (Sep. 8-12, 1986).

Tortoli, P. et al., "Bidirectional Doppler Signal Analysis Based on a Single RF Sampling Channel," *IEEE Transactions on Ultrasonics, Ferroelectrics, and Frequency Control*, IEEE Ultrasonics, Ferroelectrics, and Frequency Control Society, vol. 41, No. 1, pp. 1-3 (Jan. 1984).

Tsividis, Y. and Antognetti, P. (Ed.), *Design of MOS VLSI Circuits for Telecommunications*, Prentice-Hall, p. 304 (1985).

Tsividis, Y., "Principles of Operation and Analysis of Switched-Capacitor Circuits," *Proceedings of the IEEE*, IEEE, vol. 71, No. 8, pp. 926-940 (Aug. 1983).

Tsurumi, H. and Maeda, T., "Design Study on a Direct Conversion Receiver Front-End for 280 MHZ, 900 MHZ, and 2.6 Ghz Band Radio Communication Systems," *41st IEEE Vehicular Technology Conference*, IEEE Vehicular Technology Society, pp. 457-462 (May 19-22, 1991).

Valdmanis, J.A. et al., "Picosecond and Subpicosend Optoelectronics for Measurements of Future High Speed Electronic Devices," *IEDM Technical Digest*, IEEE, pp. 597-600 (Dec. 5-7, 1983).

van de Kamp, M.M.J.L., "Asymmetric signal level distribution due to tropospheric scintillation," *Electronics Letters*, IEE, vol. 34, No. 11, pp. 1145-1146 (May 28, 1998).

Vasseur, H. and Vanhoenacker, D., "Characterization of tropospheric turbulent layers from radiosonde data," *Electronics Letters*, IEE, vol. 34, No. 4, pp. 318-319 (Feb. 19, 1998).

Verdone, R., "Outage Probability Analysis for Short-Range Communication Systems at 60 Ghz in ATT Urban Environments," *IEEE Transactions on Vehicular Technology*, IEEE Vehicular Technology Society, vol. 46, No. 4, pp. 1027-1039 (Nov. 1997).

Vieira-Ribeiro, S.A., *Single-IF DECT Receiver Architecture using a Quadrature Sub-Sampling Band-Pass Sigma-Delta Modulator*, Thesis for Degree of Master's of Engineering, Carleton University, UMI Dissertation Services, pp. 1-180 (Apr. 1995).

Vilar, E. et al., "A Comprehensive/Selective MM-Wave Satellite Downlink Experiment on Fade Dynamics," *Tenth International Conference on Antennas and Propagation*, Electronics Division of the IEE, pp. 2.98-2.101 (Apr. 14-17, 1997).

Vilar, E. et al., "A System to Measure LOS Atmospheric Transmittance at 19 Ghz," *AGARD Conference Proceedings No. 346: Characteristics of the Lower Atmosphere Influencing Radio Wave Propagation*, AGARD, pp. 8-1-8-16 (Oct. 4-7, 1983).

Vilar, E. and Smith, H., "A Theoretical and Experimental Study of Angular Scintillations in Earth Space Paths," *IEEE Transactions on Antennas and Propagation*, IEEE, vol. AP-34, No. 1, pp. 2-10 (Jan. 1986).

Vilar, E. et al., "A Wide Band Transhorizon Experiment at 11.6 Ghz," *Eighth International Conference on Antennas and Propagation*, Electronics Division of the IEE, pp. 441-445 (Mar. 30-Apr. 2, 1993).

Vilar, E. and Matthews, P.A., "Amplitude Dependence of Frequency in Oscillators," *Electronics Letters*, IEE, vol. 8, No. 20, pp. 509-511 (Oct. 5, 1972).

US 8,190,116 B2

Page 13

Vilar, E. et al., "An experimental mm-wave receiver system for measuring phase noise due to atmospheric turbulence," *Proceedings of the 25th European Microwave Conference*, Nexus House, pp. 114-119 (1995).

Vilar, E. and Burgueño, A., "Analysis and Modeling of Time Intervals Between Rain Rate Exceedances in the Context of Fade Dynamics," *IEEE Transactions on Communications*, IEEE Communications Society, vol. 39, No. 9, pp. 1306-1312 (Sep. 1991).

Vilar, E. et al., "Angle of Arrival Fluctuations in High and Low Elevation Earth Space Paths," *Fourth International Conference on Antennas and Propagation (ICAP 85)*, Electronics Division of the IEE, pp. 83-88 (Apr. 16-19, 1985).

Vilar, E., "Antennas and Propagation: A Telecommunications Systems Subject," *Electronics Division Colloquium on Teaching Antennas and Propagation to Undergraduates*, IEE, pp. 7/1-7/6 (Mar. 8, 1988).

Vilar, E. et al., "CERS*. Millimetre-Wave Beacon Package and Related Payload Doppler Correction Strategies," *Electronics Division Colloquium on CERS—Communications Engineering Research Satellite*, IEE, pp. 10/1-10/10 (Apr. 10, 1984).

Vilar, E. and Moulsley, T.J., "Comment and Reply: Probability Density Function of Amplitude Scintillations," *Electronics Letters*, IEE, vol. 21, No. 14, pp. 620-622 (Jul. 4, 1985).

Vilar, E. et al., "Comparison of Rainfall Rate Duration Distributions for ILE-IFE and Barcelona," *Electronics Letters*, IEE, vol. 28, No. 20, pp. 1922-1924 (Sep. 24, 1992).

Vilar, E., "Depolarization and Field Transmittances in Indoor Communications," *Electronics Letters*, IEE, vol. 27, No. 9, pp. 732-733 (Apr. 25, 1991).

Vilar, E. and Larsen, J.R., "Elevation Dependence of Amplitude Scintillations on Low Elevation Earth Space Paths," *Sixth International Conference on Antennas and Propagation (ICAP 89) Part 2: Propagation*, IEE, pp. 150-154 (Apr. 4-7, 1989).

Vilar, E. et al., "Experimental System and Measurements of Transhorizon Signal Levels at 11 Ghz," *18th European Microwave Conference*, Microwave Exhibitions and Publishers Ltd., pp. 429-435 (Sep. 12-15, 1988).

Vilar, E. and Matthews, P.A., "Importance of Amplitude Scintillations in Millimetric Radio Links," *Proceedings of the 4th European Microwave Conference*, Microwave Exhibitions and Publishers, pp. 202-206 (Sep. 10-13, 1974).

Vilar, E. and Haddon, J., "Measurement and Modeling of Scintillation Intensity to Estimate Turbulence Parameters in an Earth-Space Path," *IEEE Transactions on Antennas and Propagation*, IEEE Antennas and Propagation Society, vol. AP-32, No. 4, pp. 340-346 (Apr. 1984).

Vilar, E. and Matthews, P.A., "Measurement of Phase Fluctuations on Millimetric Radiowave Propagation," *Electronics Letters*, IEE, vol. 7, No. 18, pp. 566-568 (Sep. 9, 1971).

Vilar, E. and Wan, K.W., "Narrow and Wide Band Estimates of Field Strength for Indoor Communications in the Millimetre Band," *Electronics Division Colloquium on Radiocommunications in the Range 30-60 Ghz*, IEE, pp. 5/1-5/8 (Jan. 17, 1991).

Vilar, E. and Faulkner, N.D., "Phase Noise and Frequency Stability Measurements. Numerical Techniques and Limitations," *Electronics Division Colloquium on Low Noise Oscillators and Synthesizer*, IEE, 5 pages (Jan. 23, 1986).

Vilar, E. and Senin, S., "Propagation phase noise identified using 40 Ghz satellite downlink," *Electronics Letters*, IEE, vol. 33, No. 22, pp. 1901-1902 (Oct. 23, 1997).

Vilar, E. et al., "Scattering and Extinction: Dependence Upon Raindrop Size Distribution in Temperate (Barcelona) and Tropical (Belem) Regions," *Tenth International Conference on Antennas and Propagation*, Electronics Division of the IEE, pp. 2.230-2.233 (Apr. 14-17, 1997).

Vilar, E. and Haddon, J., "Scintillation Modeling and Measurement—A Tool for Remote-Sensing Slant Paths," *AGARD Conference Proceedings No. 332: Propagation Aspects of Frequency Sharing, Interference and System Diversity*, AGARD, pp. 27-1-27-13 (Oct. 18-22, 1982).

Vilar, E., "Some Limitations on Digital Transmission Through Turbulent Atmosphere," *International Conference on Satellite Communication Systems Technology*, Electronics Division of the IEE, pp. 169-187 (Apr. 7-10, 1975).

Vilar, E. and Matthews, P.A., "Summary of Scintillation Observations in a 36 Ghz Link Across London," *International Conference on Antennas and Propagation Part 2: Propagation*, IEE, pp. 36-40 (Nov. 28-30, 1978).

Vilar, E., "Wideband Characterization of Scattering Channels," *Tenth International Conference on Antennas and Propagation*, Electronics Division of the IEE, pp. 2.353-2.358 (Apr. 14-17, 1997).

Vollmer, A., "Complete GPS Receiver Fits on Two Chips," *Electronic Design*, Penton Publishing, pp. 50, 52, 54 and 56 (Jul. 6, 1998).

*Voltage and Time Resolution in Digitizing Oscilloscopes: Application Note 348*, Hewlett Packard, pp. 1-11 (Nov. 1986).

Wan, K.W. et al., "A Novel Approach to the Simultaneous Measurement of Phase and Amplitude Noises in Oscillator," *Proceedings of the 19th European Microwave Conference*, Microwave Exhibitions and Publishers Ltd., pp. 809-813 (Sep. 4-7, 1989).

Wan, K.W. et al., "Extended Variances and Autoregressive/Moving Average Algorithm for the Measurement and Synthesis of Oscillator Phase Noise," *Proceedings of the 43rd Annual Symposium on Frequency Control*, IEEE, pp. 331-335 (1989).

Wan, K.W. et al., "Wideband Transhorizon Channel Sounder at 11 Ghz," *Electronics Division Colloquium on High Bit Rate UHF/SHF Channel Sounders—Technology and Measurement*, IEE, pp. 3/1-3/5 (Dec. 3, 1993).

Wang, H., "A 1-V Multigigahertz RF Mixer Core in 0.5-μm CMOS," *IEEE Journal of Solid-State Circuits*, IEEE Solid-State Circuits Society, vol. 33, No. 12, pp. 2265-2267 (Dec. 1998).

Watson, A.W.D. et al., "Digital Conversion and Signal Processing for High Performance Communications Receivers," *Digital Processing of Signals in Communications*, Institution of Electronic and Radio Engineers, pp. 367-373 (Apr. 22-26, 1985).

Weast, R.C. et al. (Ed.), *Handbook of Mathematical Tables*, Second Edition, The Chemical Rubber Co., pp. 480-485 (1964).

Wiley, R.G., "Approximate FM Demodulation Using Zero Crossings," *IEEE Transactions on Communications*, IEEE, vol. COM-29, No. 7, pp. 1061-1065 (Jul. 1981).

Worthman, W., "Convergence . . . Again," *RF Design*, Primedia, p. 102 (Mar. 1999).

Young, I.A. and Hodges, D.A., "MOS Switched-Capacitor Analog Sampled-Data Direct-Form Recursive Filters," *IEEE Journal of Solid-State Circuits*, IEEE, vol. SC-14, No. 6, pp. 1020-1033 (Dec. 1979).

Translation of Specification and Claims of FR Patent No. 2245130, 3 pages (Apr. 18, 1975—Date of publication of application).

Fest, Jean-Pierre, "Le Convertisseur A/N Revolutionne Le Recepteur Radio," *Electronique*, JMJ (Publisher), No. 54, pp. 40-42 (Dec. 1995).

Translation of DE Patent No. 35 41 031 A1, 22 pages (May 22, 1986—Date of publication of application).

Translation of EP Patent No. 0 732 803 A1, 9 pages (Sep. 18, 1996—Date of publication of application).

Fest, Jean-Pierre, "The A/D Converter Revolutionizes the Radio Receiver," *Electronique*, JMJ (Publisher), No. 54, 3 pages (Dec. 1995). (Translation of Doc. AQ50).

Translation of German Patent No. DE 197 35 798 C1, 8 pages (Jul. 16, 1998—Date of publication of application).

Miki, S. and Nagahama, R., *Modulation System II*, Common Edition 7, Kyoritsu Publishing Co., Ltd., pp. 146-154 (Apr. 30, 1956).

Miki, S. and Nagahama, R., *Modulation System II*, Common Edition 7, Kyoritsu Publishing Co., Ltd., pp. 146-149 (Apr. 30, 1956). (Partial Translation of Doc. AQ51).

Rabiner, L.R. and Gold, B., *Theory and Application of Digital Signal Processing*, Prentice-Hall, Inc., pp. v-xii and 40-46 (1975).

English-language Abstract of Japanese Patent Publication No. 08-032556, from http://www1.ipdl.jpo.go.jp, 2 Pages (Feb. 2, 1996—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 08-139524, from http://www1.ipdl.jpo.go.jp, 2 Pages (May 31, 1996—Date of publication of application).

**US 8,190,116 B2**

Page 14

English-language Abstract of Japanese Patent Publication No. 59-144249, from http://www1.ipdl.jpo.go.jp, 2 Pages (Aug. 18, 1984—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 63-054002, from http://www1.ipdl.jpo.go.jp, 2 Pages (Mar. 8, 1988—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 06-237276, from http://www1.ipdl.jpo.go.jp, 2 Pages (Aug. 23, 1994—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 08-023359, from http://www1.ipdl.jpo.go.jp, 2 Pages(Jan. 23, 1996—Date of publication of application).

Translation of Japanese Patent Publication No. 47-2314, 7 pages (Feb. 4, 1972—Date of publication of application).

Partial Translation of Japanese Patent Publication No. 58-7903, 3 pages (Jan. 17, 1983—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 58-133004, from http://www1.ipdl.jpo.go.jp, 2 Pages (Aug. 8, 1993—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 60-058705, from http://www1.ipdl.jpo.go.jp, 2 Pages (Apr. 4, 1985—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 04-123614, from http://www1.ipdl.jpo.go.jp, 2 Pages (Apr. 23, 1992—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 04-127601, from http://www1.ipdl.jpo.go.jp, 2 Pages (Apr. 28, 1992—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 05-175730, from http://www1.ipdl.jpo.go.jp, 2 Pages (Jul. 13, 1993—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 05-175734, from http://www1.ipdl.jpo.go.jp, 2 Pages (Jul. 13, 1993—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 07-154344, from http://www1.ipdl.jpo.go.jp, 2 Pages (Jun. 16, 1995—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 07-307620, from http://www1.ipdl.jpo.go.jp, 2 Pages (Nov. 21, 1995—Date of publication of application).

Oppenheim, S.V. and Schafer, R.W., *Digital Signal Processing*, Prentice-Hall, pp. vii-x, 6-35, 45-78, 87-121 and 136-165 (1975).

English-language Abstract of Japanese Patent Publication No. 55-066057, from http://www1.ipdl.jpo.go.jp, 2 Pages (May 19, 1980—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 63-065587, from http://www1.ipdl.jpo.go.jp, 2 Pages (Mar. 24, 1988—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 63-153691, from http://www1.ipdl.jpo.go.jp, 2 Pages (Jun. 27, 1988—Date of publication of application).

Translation of Japanese Patent Publication No. 60-130203, 3 pages (Jul. 11, 1985—Date of publication of application).

Razavi, B., "A 900-MHz/1.8-Ghz CMOS Transmitter for Dual-Band Applications," *Symposium on VLSI Circuits Digest of Technical Papers*, IEEE, pp. 128-131 (1998).

Ritter, G.M., "SDA, A New Solution for Transceivers," *16th European Microwave Conference*, Microwave Exhibitions and Publishers, pp. 729-733 (Sep. 8, 1986).

Dialog File 351 (Derwent WPI) English Language Patent Abstract for FR 2 669 787, 1 page (May 29, 1992—Date of publication of application).

Akos, D.M. et al., "Direct Bandpass Sampling of Multiple Distinct RF Signals," *IEEE Transactions on Communications*, IEEE, vol. 47, No. 7, pp. 983-988 (Jul. 1999).

Patel, M. et al., "Bandpass Sampling for Software Radio Receivers, and the Effect of Oversampling on Aperture Jitter," *VTC 2002*, IEEE, pp. 1901-1905 (2002).

English-language Abstract of Japanese Patent Publication No. 61-030821, from http://www1.ipdl.jpo.go.jp, 2 Pages (Feb. 13, 1986—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. 05-327356, from http://www1.ipdl.jpo.go.jp, 2 Pages (Dec. 10, 1993—Date of publication of application).

Tayloe, D., "A Low-noise, High-performance Zero IF Quadrature Detector/Preamplifier," *RF Design*, Primedia Business Magazines & Media, Inc., pp. 58, 60, 62 and 69 (Mar. 2003).

Dines, J.A.B., "Smart Pixel Optoelectronic Receiver Based on a Charge Sensitive Amplifier Design," *IEEE Journal of Selected Topics in Quantum Electronics*, IEEE, vol. 2, No. 1, pp. 117-120 (Apr. 1996).

Simoni, A. et al., "A Digital Camera for Machine Vision," *20th International Conference on Industrial Electronics, Control and Instrumentation*, IEEE, pp. 879-883 (Sep. 1994).

Stewart, R.W. and Pfann, E., "Oversampling and sigma-delta strategies for data conversion," *Electronics & Communication Engineering Journal*, IEEE, pp. 37-47 (Feb. 1998).

Rudell, J.C. et al., "A 1.9-Ghz Wide-Band IF Double Conversion CMOS Receiver for Cordless Telephone Applications," *IEEE Journal of Solid-State Circuits*, IEEE, vol. 32, No. 12, pp. 2071-2088 (Dec. 1997).

English-language Abstract of Japanese Patent Publication No. 09-036664, from http://www1.ipdl.jpo.go.jp, 2 Pages (Feb. 7, 1997—Date of publication of application).

Simoni, A. et al., "A Single-Chip Optical Sensor with Analog Memory for Motion Detection," *IEEE Journal of Solid-State Circuits*, IEEE, vol. 30, No. 7, pp. 800-806 (Jul. 1995).

English Translation of German Patent Publication No. DE 196 48 915 A1, 10 pages.

Deboo, Gordon J., *Integrated Circuits and Semiconductor Devices*, 2nd Edition, McGraw-Hill, Inc., pp. 41-45 (1977).

Hellwarth, G.A. and Jones, G.D, "Automatic Conditioning of Speech Signals," *IEEE Transactions on Audio and Electroacoustics*, vol. AU-16, No. 2, pp. 169-179 (Jun. 1968).

English Abstract for German Patent No. DE 692 21 098 T2, 1 page, data supplied from the espacenet.

Gaudiosi, J., "Retailers will bundle Microsoft's Xbox with games and peripherals," *Video Store Magazine*, vol. 23, Issue 36, p. 8, 2 pages (Sep. 2-8, 2001).

English-language Translation of German Patent Publication No. DT 1936252, translation provided by Transperfect Translations, 12 pages (Jan. 28, 1971—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 62-12381, data supplied by the espacenet, 1 page (Jan. 21, 1987—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 4-154227, data supplied by the espacenet, 1 page (May 27, 1992—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 6-284038, data supplied by the espacenet, 1 page (Oct. 7, 1994—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 10-96778, data supplied by the espacenet, 1 page (Apr. 14, 1998—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 11-98205, data supplied by the espacenet, 1 page (Apr. 9, 1999—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 61-232706, data supplied by the espacenet, 1 page (Oct. 17, 1986—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 9-171399, data supplied by the espacenet, 1 page (Jun. 30, 1997—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 10-41860, data supplied by the espacenet, 1 page (Feb. 13, 1998—Date of publication of application).

English-language Computer Translation of Japanese Patent Publication No. JP 10-41860, provided by the JPO (Jun. 26, 1998—Date of publication of application) and cited in U.S. Appl. No. 10/305,299, directed to related subject matter.

*What is I/Q Data?*, printed Sep. 16, 2006, from http://zone.ni.com, 8 pages (Copyright 2003).

US 8,190,116 B2

Page 15

English-language Abstract of Japanese Patent Publication No. JP 58-031622, data supplied by ep.espacenet.com, 1 page (Feb. 24, 1983—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 61-245749, data supplied by ep.espacenet.com, 1 page (Nov. 1, 1986—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 64-048557, data supplied by ep.espacenet.com, 1 page (Feb. 23, 1989—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 59-022438, data supplied by ep.espacenet.com, 1 page (Feb. 4, 1984—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 59-123318, data supplied by ep.espacenet.com, 1 page (Jul. 17, 1984—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 61-193521, data supplied by ep.espacenet.com, 1 page (Aug. 28, 1986—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 62-047214, data supplied by ep.espacenet.com, 1 page (Feb. 28, 1987—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 63-274214, data supplied by ep.espacenet.com, 1 page (Nov. 11, 1988—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 7-169292, data supplied by ep.espacenet.com, 1 page (Jul. 4, 1995—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 10-22804, data supplied by ep.espacenet.com, 1 page (Jan. 23, 1998—Date of publication of application).

English-language Abstract of Japanese Patent Publication No. JP 8-288882, data supplied by ep.espacenet.com, 1 page (Nov. 1, 1996—Date of publication of application).

Notice of Allowance dated Feb. 16, 2012 cited in U.S. Appl. No. 12/881,912, filed Sep. 14, 2010.

Office action dated Jan. 13, 2012 cited in U.S. Appl. No. 12/615,326, filed Nov. 10, 2009.

Office Action dated Dec. 14, 2011 cited in U.S. Appl. No. 12/634,233, filed Dec. 9, 2009.

Notice of Allowance dated Dec. 20, 2012 cited in U.S. Appl. No. 11/589,921, filed Oct. 31, 2006.

Office Action dated May 26, 2011 cited in U.S. Appl. No. 11/589,921, filed Oct. 31, 2006.

Office Action dated Oct. 6, 2011 cited in U.S. Appl. No. 12/118,111, filed May 9, 2008.

Notice of Allowance dated Jan. 20, 2012 cited in U.S. Appl. No. 12/881,912, filed Sep. 4, 2010.

* cited by examiner



FIG. 1

FIG. 2
EXAMPLE ANALOG MODULATING BASEBAND SIGNAL $F_{MB}$

FIG. 3
EXAMPLE DIGITAL MODULATING BASEBAND SIGNAL $F_{MB}$

FIG. 4



ANALOG
BASEBAND SIGNAL
210

FIG. 5A



CARRIER SIGNAL
410

FIG. 5B



AM CARRIER
SIGNAL
516

FIG. 5C



DIGITAL
BASEBAND SIGNAL
310

FIG. 6A

$t_0$   $t_1$   $t_2$   $t_3$   $t_4$



CARRIER SIGNAL
410

FIG. 6B



AM CARRIER SIGNAL
616

FIG. 6C

$t_0$   $t_1$   $t_2$   $t_3$   $t_4$



ANALOG
BASEBAND SIGNAL
210

FIG. 7A



CARRIER SIGNAL
410

FIG. 7B



FM CARRIER SIGNAL
716

FIG. 7C

DIGITAL
BASEBAND SIGNAL
310

FIG. 8A



CARRIER SIGNAL
410

FIG. 8B



FM CARRIER SIGNAL
816

FIG. 8C





FIG. 9A



FIG. 9B



FIG. 9C



DIGITAL
BASEBAND SIGNAL
310

FIG. 10A

314
SECOND STATE
(AMPLITUDE 2)
FIRST STATE
(AMPLITUDE 1)
312

$t_0$     $t_1$     $t_2$     $t_3$     $t_4$



CARRIER SIGNAL
410

FIG. 10B



PHASE MODULATED
CARRIER SIGNAL
1016

FIG. 10C

$t_0$     $t_1$     $t_2$     $t_3$     $t_4$



FIG. 11

## FIG. 12A



1201

RECEIVING AN EM SIGNAL — 1202

RECEIVING AN ALIASING SIGNAL HAVING AN ALIASING RATE — 1204

DOWN-CONVERTING THE EM SIGNAL — 1206

GENERIC DOWN-CONVERTING
FLOWCHART

## FIG. 12B



1207

RECEIVING AN EM SIGNAL — 1208

RECEIVING AN ALIASING SIGNAL HAVING AN ALIASING RATE — 1210

DOWN-CONVERTING THE EM SIGNAL TO AN IF SIGNAL — 1212

DOWN-CONVERTING AN EM
SIGNAL TO AN IF SIGNAL

## FIG. 12C



1213

RECEIVING AN EM SIGNAL — 1214

RECEIVING AN ALIASING SIGNAL HAVING AN ALIASING RATE — 1216

DIRECTLY DOWN-CONVERTING THE EM SIGNAL TO A DEMODULATED BASEBAND SIGNAL — 1218

DIRECTLY DOWN-CONVERTING AN EM
SIGNAL TO A DEMODULATED BASEBAND SIGNAL

## FIG. 12D



1219

RECEIVING AN FM SIGNAL — 1220

RECEIVING AN ALIASING SIGNAL HAVING AN ALIASING RATE — 1222

CONVERTING THE FM SIGNAL TO A NON-FM SIGNAL — 1224

MODULATION CONVERSION

## FIG. 13



GENERIC DOWN-CONVERTING SYSTEM

## FIG. 14A



FIG. 14B



1407

RECEIVING AN EM SIGNAL — 1408

RECEIVING AN UNDER-SAMPLING
SIGNAL HAVING AN ALIASING RATE — 1410

UNDER-SAMPLING THE EM SIGNAL
AT THE ALIASING RATE TO
DOWN-CONVERT THE EM SIGNAL
TO AN IF SIGNAL — 1412

FIG. 14C



1413

RECEIVING AN EM SIGNAL — 1414

RECEIVING AN UNDER-SAMPLING
SIGNAL HAVING AN ALIASING RATE — 1416

UNDER-SAMPLING THE EM SIGNAL AT
THE ALIASING RATE TO DIRECTLY
DOWN-CONVERT THE EM SIGNAL TO
A DEMODULATED BASEBAND SIGNAL — 1418

# FIG. 14D

1419



RECEIVING AN FM SIGNAL — 1420

RECEIVING AN UNDER-SAMPLING
SIGNAL HAVING AN ALIASING RATE — 1422

UNDER-SAMPLING THE FM SIGNAL
AT THE ALIASING RATE TO CONVERT
THE FM SIGNAL TO A NON-FM SIGNAL — 1424



FIG. 15E

FIG. 15A

FIG. 15B

FIG. 15C

FIG. 15D

FIG. 16



FIG. 17







FIG. 19A

FIG. 19B

FIG. 19C

FIG. 19D

FIG. 19E



*FIG. 20A*

*FIG. 20B*

*FIG. 20C*

*FIG. 20D*

*FIG. 20E*



FIG. 21A

FIG. 21B

FIG. 21C

FIG. 21D

FIG. 21E



FIG. 22A

FIG. 22B

FIG. 22C

FIG. 22D

FIG. 22E

FIG. 23A



FIG. 23B



FIG. 23C



FIG. 23D



FIG. 23E





FIG. 24A

*FIG. 24B*



*FIG. 24C*





*FIG. 26A*



*FIG. 26B*





FIG. 27

FIG. 28A



FIG. 28B



FIG. 28C



FIG. 28D



FIG. 29A



FIG. 29B

FIG. 29C



## FIG. 29D



## FIG. 29E



## FIG. 29F

2902

CAPACITIVE
HOLDING MODULE

CAPACITOR
2912



FIG. 296

*FIG. 29H*



A. RISING EDGE PULSE GENERATOR

*FIG. 29I*

B. FALLING-EDGE PULSE GENERATOR

*FIG. 29J*



FIG. 29K



FIG. 29L



*FIG. 30*



*FIG. 31*



*FIG. 32A*



*FIG. 32B*



STATE MACHINE FLOWCHART



FIG. 32C

ENERGY TRANSFER SIGNAL MODULE 3002

*FIG. 33A*



*FIG. 33B*



*FIG. 33C*



*FIG. 33D*





FIG. 34A

FIG. 34B

FIG. 34C

FIG. 34D

FIG. 34E

FIG. 34F



FIG. 35A

FIG. 35B

FIG. 35C

FIG. 35D

FIG. 35E



FIG. 36A

FIG. 36B

FIG. 36C

FIG. 36D

FIG. 36E



FIG. 37A

FIG. 37B

FIG. 37C

FIG. 37D

FIG. 37E



1016 — FIG. 38A

3804 — FIG. 38B

3805A

3805B

FIG. 38C

3806          3807

FIG. 38D

3808          3810

FIG. 38E

3812



FIG. 39A

816

UPPER FREQ.
3910

LOWER FREQ.
3912

UPPER FREQ.
3910



FIG. 39B

3902

3903



FIG. 39C

3904

FIG. 39D

3906





816

2ND FREQ.
4108

FIG. 41A

1ST FREQ.
4106

2ND FREQ.
4108

4104

FIG. 41B

4105

FIG. 41C

4107

4109

FIG. 41D

4110

4112

FIG. 41E

4114



FIG. 42



FIG. 43A

FIG. 43B



*FIG. 44A*
DIFFERENTIAL CONFIGURATION

FIG. 44B
DIFFERENTIAL INPUT TO DIFFERENTIAL OUTPUT

# FIG. 44C
## SINGLE INPUT TO DIFFERENTIAL OUTPUT





## FIG. 44D
DIFFERENTIAL INPUT TO SINGLE OUTPUT

## FIG. 44E
### EXAMPLE INPUT/OUTPUT CIRCUITRY



Case 6:14-cv-00687-PGB-LHP   Document 1-11   Filed 05/02/14   Page 69 of 155 PageID 734

# FIG. 45A



## FIG. 45B



UNDERSAMPLING

4508 — DOWN-CONVERTING TO IF

4510 — DIRECT-TO-DATA DOWN-CONVERTING

4512 — MODULATION CONVERTING

4504

TRANSFERRING ENERGY

4514 — DOWN-CONVERTING TO IF

4516 — DIRECT-TO-DATA DOWN-CONVERTING

4518 — MODULATION CONVERTING

4506

ALIASING

4502

## FIG. 46A



## FIG. 46B



FIG. 46C



FIG. 46D





*FIG. 47E*

*FIG. 47A*

616

*FIG. 47B*

4702

4704

4701

*FIG. 47C*

4706



*FIG. 47D*

4708

# FIG. 48



4801

SELECTING OR DETERMINING THE
FREQUENCY OF THE EM SIGNAL — 4802

SELECTING OR DETERMINING THE
INTERMEDIATE FREQUENCY — 4804

SELECTING OR DETERMINING AN
ALIASING RATE FOR THE
ENERGY TRANSFER SIGNAL $F_{AR}$ — 4806





516
(e.g.,901MHZ)
*FIG. 50A*

5004
*FIG. 50B*

5008
*FIG. 50D*

ENERGY
TRANSFER SIGNAL
5006          ENERGY TRANSFER PULSES     APERTURES
               5007                       5009
*FIG. 50C*

5012          *FIG. 50E*
         5010A
              5010B

5014     *FIG. 50F*

5016          *FIG. 50G*



FIG. 51A

FIG. 51B

FIG. 51D

FIG. 51C

FIG. 51E

FIG. 51F

FIG. 51G



716

*FIG. 52A*

5204

*FIG. 52B*

5208

*FIG. 52D*

5206

5207

APERTURES
5209

*FIG. 52C*

*FIG. 52E*

5212

5210A   5210B

*FIG. 52F*

5214

5216

*FIG. 52G*



FIG. 53A

FIG. 53B

FIG. 53D

FIG. 53C

FIG. 53E

FIG. 53F

FIG. 53G



FIG. 54A

FIG. 54B

FIG. 54D

FIG. 54C

FIG. 54E

FIG. 54F

FIG. 54G



1016

FIG. 55A

5504

FIG. 55B

5508

FIG. 55D

FIG. 55C

5506

5507

APERTURES
5509

5512

FIG. 55E

5510A

5510B

FIG. 55F

5514

5516

FIG. 55G

## FIG. 56A



## FIG. 56B



## FIG. 56C



## FIG. 56D





FIG. 57A

516
(e.g.,900MHZ)

FIG. 57B

5704

FIG. 57D

5708

FIG. 57C

ENERGY TRANSFER SIGNAL
5706

ENERGY TRANSFER
PULSES
5707

APERTURES
5709

FIG. 57E

5712

5710A     5710B

FIG. 57F

5716



FIG. 58A

FIG. 58B

FIG. 58D

FIG. 58C

FIG. 58E

FIG. 58F



FIG. 59A

FIG. 59B

FIG. 59D

FIG. 59C

FIG. 59E

FIG. 59F



FIG. 60A

FIG. 60B

FIG. 60D

FIG. 60C

FIG. 60E

FIG. 60F





FIG. 62A

FIG. 62B

FIG. 62D

FIG. 62C

FIG. 62E

FIG. 62F









FIG. 65



FIG. 66A



FIG. 66B

Case 6:14-cv-00687-PGB-LHP   Document 1-11   Filed 05/02/14   Page 91 of 155 PageID 756







FIG. 67A

FIG. 67B



FIG. 67C



## FIG. 68A



## FIG. 68B



## FIG. 68C



## FIG. 68D

6506,6716

```
STORAGE MODULE
  ┌─────────────────────────┐
  │  REACTIVE STORAGE        │──6801
  │      MODULE              │
  │   ┌──────────────┐       │──6808
  │   │  INDUCTIVE    │       │
  │   │  STORAGE      │       │
  │   │  MODULE       │       │
  │   └──────────────┘       │
  └─────────────────────────┘
```

## FIG. 68E

6506,6716



## FIG. 68F

6802



CAPACITOR
6812



FIG. 68G

## FIG. 68H



A. RISING EDGE PULSE GENERATOR

## FIG. 68I



B. FALLING-EDGE PULSE GENERATOR

## FIG. 68J



FIG. 68K



FIG. 68L



*FIG. 69*



FIG. 70

IMPEDANCE MATCHED ALIASING MODULE



FIG. 71



FIG. 72A

FIG. 72B



FIG. 73

ALIASING MODULE

FIG. 74



FIG. 75A

FIG. 75B

FIG. 75C

FIG. 75D

FIG. 75E

FIG. 75F



*FIG. 76A*

DIFFERENTIAL ENERGY TRANSFER CONFIGURATION



## FIG. 76B
### DIFFERENTIAL INPUT TO DIFFERENTIAL OUTPUT



## FIG. 76C
### SINGLE INPUT TO DIFFERENTIAL OUTPUT

*FIG. 76D*
DIFFERENTIAL INPUT TO SINGLE OUTPUT



FIG. 76E
EXAMPLE INPUT/OUTPUT CIRCUITRY



Case 6:14-cv-00687-PGB-LHP   Document 1-11   Filed 05/02/14   Page 108 of 155 PageID 773

*FIG. 77A*



*FIG. 77B*



## FIG. 77C





FIG. 78A



FIG. 78B



FIG. 79A

FIG. 79B

FIG. 79C

FIG. 79D

FIG. 79E

FIG. 79F







FIG. 82A



FIG. 82B



FIG. 83A

FIG. 83B

FIG. 83C

FIG. 83D

FIG. 83E

FIG. 83F

*FIG. 84A*



*FIG. 84B*



*FIG. 84C*



*FIG. 84D*



Case 6:14-cv-00687-PGB-LHP   Document 1-11   Filed 05/02/14   Page 117 of 155 PageID 782

*FIG. 85A*



FIG. 85B



INITIALIZATION

STATE MACHINE FLOWCHART

FIG. 85C



ENERGY TRANSFER SIGNAL MODULE <u>6902</u>



FIG. 86



*FIG. 87*



FIG. 88



FIG. 89



*FIG. 90*



FIG. 91



FIG. 92



FIG. 93



FIG. 94A



FIG. 94B

FIG. 94C

# FIG. 95





FIG. 96



FIG. 97



FIG. 98A



# FIG. 99



FIG. 100



FIG. 101



FIG. 102



FIG. 103



FIG. 104



FIG. 105



FIG. 106





FIG. 108A

FIG. 108B

## FIG. 109A



## FIG. 109B

$q=C \cdot V$        EQ. 10

$V=A \cdot \sin(t)$        EQ. 11

$q(t)=C \cdot A \cdot \sin(t)$        EQ. 12

$\triangle q(t)=C \cdot A \cdot \sin(t)-C \cdot A \cdot \sin(t-T)$        EQ. 13

$\triangle q(t)=C \cdot A \cdot (\sin(t)-\sin(t-T))$        EQ. 14

$\sin(\propto)-\sin(\beta)=2 \cdot \sin(\frac{\propto-\beta}{2}) \cdot \cos(\frac{\propto+\beta}{2})$        EQ. 15

$\triangle q(t)=2 \cdot C \cdot A \cdot \sin[\frac{t-(t-T)}{2}] \cdot \cos[\frac{t+(t-T)}{2}]$        EQ. 16

$\triangle q(t)=2 \cdot C \cdot A \cdot \sin(\frac{1}{2} \cdot T) \cdot \cos(t-\frac{1}{2} \cdot T)$        EQ. 17

$q(t)=\int C \cdot A \cdot (\sin(t)-\sin(t-T)) dt$        EQ. 18

$q(t)=-\cos(t) \cdot C \cdot A + \cos(t-T) \cdot C \cdot A$        EQ. 19

$q(t)=C \cdot A \cdot (\cos(t-T)-\cos(t))$        EQ. 20



FIG. 109C

FIG. 109D

FIG. 109E

FIG. 109F

*FIG. 110A*



*FIG. 110B*





FIG. 111A

FIG. 111B

FIG. 111C



FIG. 112

FIG. 113A



FIG. 113B



FIG. 113C



FIG. 113D



FIG. 113E



FIG. 114



FIG. 115



FIG. 116

FIG. 117



