**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **PARKERVISION, INC.,** | |
| **PLAINTIFF,** | |
| **v.** | **CASE NO.: 6:14-cv-00687-CEH-KRS** |
| **QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., HTC CORPORATION, and HTC AMERICA, INC.,** | **JURY TRIAL DEMANDED** |
| **DEFENDANTS.** | |

**PLAINTIFF PARKERVISION, INC.'S**
**NOTICE OF PENDENCY OF OTHER ACTION**

Pursuant to Local Rule 1.04(d), I certify that the instant action is related to a pending civil case previously filed in this Court: *ParkerVision, Inc. v. Qualcomm Incorporated*; Case No. 3:11-cv-719-J-37-JRK, which is assigned to the Honorable Judge Roy B. Dalton, United States District Judge.

I further certify that I will serve a copy of this Notice of Pendency of Other Action upon each party no later than fourteen days after appearance of the party.

Promptly after defendants are served with process, plaintiff ParkerVision, Inc. plans to move to transfer this action pursuant to Local Rule 1.04(b).

May 5, 2014

Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ *Douglas A. Cawley*
Douglas A. Cawley, Lead Attorney
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Richard A. Kamprath
Texas State Bar No.: 24078767
rkamprath@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Leah Buratti
Texas State Bar No. 24064897
lburatti@mckoolsmith.com
Mario A. Apreotesi
Texas State Bar No. 24080772
mapreotesi@mckoolsmith.com
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

**SMITH HULSEY & BUSEY**

/s/ *James A. Bolling*
Stephen D. Busey
James A. Bolling
Florida Bar Number 117790
Florida Bar Number 901253
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jbolling@smithhulsey.com

**ATTORNEYS FOR PLAINTIFF
PARKERVISION, INC.**