**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
<u>ORLANDO DIVISION</u>**

| | |
|---|---|
| PARKERVISION, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 6:14-cv-687-CEH-KRS |
| QUALCOMM INCORPORATED, et al., | ) |
| Defendants. | ) |

**<u>AMENDED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT</u>**

Pursuant to Local Rule 2.02, Plaintiff ParkerVision, Inc. moves for an order allowing Douglas A. Cawley, Kevin L. Burgess, Josh W. Budwin, Leah B. Buratti, Richard Kamprath, Mario A. Apreotesi, Kevin Hess, and Jennifer A. Albert of McKool Smith P.C. (the "McKool Attorneys") to appear as counsel on behalf of ParkerVision, Inc. in this action, and in support says:

1. The McKool Attorneys and McKool Smith have been retained to represent ParkerVision, Inc. as counsel in all proceedings conducted in this cause.

2. The McKool Attorneys do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.  Mr. Hess and Ms. Albert have never appeared before a court in Florida.  The other McKool Attorneys have appeared in only one case before a court in Florida: *ParkerVision, Inc. v. Qualcomm Incorporated*; U.S. District Court, Middle District of Florida, Jacksonville Division; Case No. 3:11-cv-719-J-37TEM.

3. Mr. Cawley is a member in good standing of the Texas Bar, and the bars of the U.S. District Courts for the Northern and Eastern Districts of Texas, and the U.S. Court of Appeals for the Federal Circuit.

4. Mr. Burgess is a member in good standing of the Texas Bar, and the bars of the U.S. District Courts for the Northern, Western, and Eastern Districts of Texas, and the U.S. Court of Appeals for the Federal Circuit.

5. Mr. Budwin is a member in good standing of the Texas Bar, and the bars of the U.S. District Courts for the Northern, Southern, Eastern and Western Districts of Texas, and the U.S. Court of Appeals for the Federal Circuit.

6. Mrs. Buratti is a member in good standing of the Texas Bar, and the bars of the U.S. District Courts for the Northern and Eastern Districts of Texas, the Eastern District of Michigan, and the U.S. Court of Appeals for the Fifth Circuit.

7. Mr. Kamprath is a member in good standing of the Texas Bar, and the bars of the U.S. District Courts for the Northern, Southern, Eastern and Western Districts of Texas, and the U.S. Courts of Appeals for the Fifth and Federal Circuit.

8. Mr. Apreotesi is a member in good standing of the Texas Bar, and the bar of the U.S. District Court for the Eastern District of Texas.

9. Mr. Hess is a member in good standing of the Texas Bar, and the bar of the U.S. District Court for the Western District of Texas.

10. Ms. Albert is a member in good standing of the Texas Bar, and the bar of the U.S. District Court for the Eastern District of Texas.

11.     The McKool Attorneys are familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Local Rule 2.04, and are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

12.     The McKool Attorneys designate Stephen D. Busey and James A. Bolling of the law firm of Smith Hulsey & Busey, 225 Water Street, Suite 1800, Jacksonville, Florida 32202, as the lawyers and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

13.     Through his signature affixed below, James A. Bolling, on behalf of himself, Mr. Busey and their firm consents to such designation.

14.     Pursuant to Local Rule 2.02(a) James A. Bolling certifies that the McKool Attorneys have complied with the fee and e-mail registration requirements of Local Rule 2.01(d).

15.     ParkerVision's attorneys have not conferred with defendants' attorneys regarding this motion pursuant to Local Rule 3.01(g), because Local Rule 2.02(a) requires that ParkerVision's attorneys file this motion within 14 days of when they appeared in this action, ParkerVision has not yet served defendants with process, and no defense attorneys with whom ParkerVision's attorneys can confer have yet appeared in this action.

WHEREFORE, Plaintiff ParkerVision, Inc. respectfully requests an order admitting Mr. Cawley, Mr. Burgess, Mr. Budwin, Mrs. Buratti, Mr. Kamprath, Mr. Apreotesi, Mr. Hess, and Ms. Albert to practice before this Court pro hac vice.

| McKOOL SMITH, P.C. | SMITH HULSEY & BUSEY |
|---|---|
| */s/ Douglas A. Cawley* | |
| Douglas A. Cawley, Trial Counsel | By   */s/ James A. Bolling* |
| Texas State Bar No. 04035500 | Stephen D. Busey |
| E-mail: dcawley@mckoolsmith.com | James A. Bolling |
| Richard A. Kamprath | |
| Texas State Bar No. 24078767 | Florida Bar Number 117790 |
| E-mail: rkamprath@mckoolsmith.com | Florida Bar Number 901253 |
| McKool Smith P.C. | 225 Water Street, Suite 1800 |
| 300 Crescent Court, Suite 1500 | Jacksonville, Florida  32202 |
| Dallas, Texas 75201 | (904) 359-7700 |
| Telephone: (214) 978-4000 | (904) 359-7708 (facsimile) |
| Telecopier: (214) 978-4044 | busey@smithhulsey.com |
| | jbolling@smithhulsey.com |

Kevin L. Burgess
Texas State Bar No. 24006927
E-mail: kburgess@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
E-mail: jbudwin@mckoolsmith.com
Leah Buratti
Texas State Bar No. 24064897
E-mail: lburatti@mckoolsmith.com
Mario Apreotesi
Texas State Bar No. 24080772
E-mail: mapreotesi@mckoolsmith.com
Kevin Hess
Texas State Bar No. 24087717
E-mail: khess@mckoolsmith.com
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Attorneys for ParkerVision. Inc.

## **CERTIFICATE OF SERVICE**

      I certify that I will serve by e-mail a copy of this Motion for Admission Pro Hac Vice and Written Designation upon each party no later than fourteen days after appearance of the party.

                                                                   */s/ James A. Bolling*
                                                                           Attorney