UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PARKERVISION, INC.,

        PLAINTIFF,

v.

QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., HTC CORPORATION, and HTC AMERICA, INC.,

        DEFENDANTS.

CASE NO.: 6:14-cv-00687-CEH-KRS

JURY TRIAL DEMANDED

**PLAINTIFF PARKERVISION, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to the Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    (a) ParkerVision, Inc. ("ParkerVision")

    (b) 3LP Advisors, LLC

    (c) Smith Hulsey & Busey (counsel for ParkerVision)

    (d) Stephen D. Busey (counsel for ParkerVision)

    (e) James A. Bolling (counsel for ParkerVision)

    (f) McKool Smith P.C. (counsel for ParkerVision)

    (g) Douglas Cawley (counsel for ParkerVision)

    (h) Kevin Burgess (counsel for ParkerVision)

      (i)  Joshua Budwin (counsel for ParkerVision)

      (j)  Leah Buratti (counsel for ParkerVision)

      (k)  Mario Apreotesi (counsel for ParkerVision)

      (l)  Richard Kamprath (counsel for ParkerVision)

      (m) Kevin Hess (counsel for ParkerVision)

      (n)  Jennifer Albert (counsel for ParkerVision)

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None.

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: None.

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: ParkerVision, Inc.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

May 14, 2014

Respectfully submitted,

| **McKOOL SMITH, P.C.** | **SMITH HULSEY & BUSEY** |
|---|---|
| /s/ *Douglas A. Cawley* | /s/ *James A. Bolling* |
| Douglas A. Cawley, Lead Attorney | Stephen D. Busey |
| Texas State Bar No. 04035500 | James A. Bolling |
| E-mail: dcawley@mckoolsmith.com | Florida Bar Number 117790 |
| Richard A. Kamprath | Florida Bar Number 901253 |
| Texas State Bar No.: 24078767 | 225 Water Street, Suite 1800 |
| rkamprath@mckoolsmith.com | Jacksonville, Florida 32202 |
| 300 Crescent Court, Suite 1500 | (904) 359-7700 |
| Dallas, Texas 75201 | (904) 359-7708 (facsimile) |
| Telephone: (214) 978-4000 | jbolling@smithhulsey.com |
| Telecopier: (214) 978-4044 | |
| | **ATTORNEYS FOR PLAINTIFF** |
| Kevin L. Burgess | **PARKERVISION, INC.** |
| Texas State Bar No. 24006927 | |
| kburgess@mckoolsmith.com | |
| Josh W. Budwin | |
| Texas State Bar No. 24050347 | |
| jbudwin@mckoolsmith.com | |
| Leah Buratti | |
| Texas State Bar No. 24064897 | |
| lburatti@mckoolsmith.com | |
| Mario A. Apreotesi | |
| Texas State Bar No. 24080772 | |
| mapreotesi@mckoolsmith.com | |
| Jennifer A. Albert | |
| Texas State Bar No. 24087087 | |
| jalbert@mckoolsmith.com | |
| Kevin Hess | |
| Texas State Bar No. 24087717 | |
| khess@mckoolsmith.com | |
| McKool Smith P.C. | |
| 300 West Sixth Street, Suite 1700 | |
| Austin, Texas 78701 | |
| Telephone: (512) 692-8700 | |
| Telecopier: (512) 692-8744 | |

## **CERTIFICATE OF SERVICE**

      I certify that I will serve by e-mail a copy of this Certificate of Interested Persons and Corporate Disclosure Statement upon each party no later than fourteen days after appearance of the party.

                                                */s/ Leah Buratti*
                                                Leah Buratti