AO 440 (Rev. 12/09)  Summons in a Civil Action (for an Amended Complaint)

# UNITED STATES DISTRICT COURT
### for the

### Middle District of Florida

| | |
|---|---|
| PARKERVISION, INC. | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) |
| QUALCOMM INCORPORATED, ET AL | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.  6:14-cv-00687-PGB-KRS

## SUMMONS IN A CIVIL ACTION
### *(for an Amended Complaint)*

To: *(Defendant's name and address)*

> Samsung Electronics Co., Ltd.
> 416 Maetan 3-dong, Yeongtong-gu
> Suwon-si, Gyeonggi-do 443-742, South Korea

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached amended complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Douglas Cawley
> McKool Smith
> 300 Crescent Court
> Suite 1500
> Dallas, Texas 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the amended complaint.  You also must file your answer or motion with the court.

CLERK OF COURT

Date:   8|25|14

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action (for an Amended Complaint)  (Page 2)

Civil Action No.   6:14-cv-00687-PGB-KRS

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*          .

❐ I personally served the summons on the individual at *(place)*

on *(date)*                    ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                    , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)*                                , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                    ; or

❐ I returned the summons unexecuted because                                ; or

❐ Other *(specify):*

My fees are $          for travel and $          for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: