UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PARKERVISION, INC.,

    *Plaintiff*,

v.

QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., HTC CORPORATION, HTC AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC

    *Defendants*.

Case No. 6:14-cv-00687-PGB-KRS

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE, AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. ("the Qualcomm Defendants"), by and through their undersigned attorneys, moves this Court for an order allowing Stephen C. Neal, Timothy S. Teter, Benjamin Damstedt, Jeffrey Karr and Matthew Brigham to appear in this Court as co-counsel on behalf of the Qualcomm Defendants in the above-styled lawsuit. In support of this motion, the Qualcomm Defendants say:

1.     Stephen C. Neal, Timothy S. Teter, Benjamin Damstedt, Jeffrey Karr, and Matthew Brigham and their law firm, Cooley LLP, 3175 Hanover Street, Palo Alto, CA 94304, have been retained to represent the Qualcomm Defendants as co-counsel in all proceedings conducted in this cause.

2.     Mr. Neal is a member in good standing and admitted to practice before the following courts: States of California and Illinois and in addition the U.S. Supreme Court, and the following United States Courts of Appeal:  Federal Circuit, Ninth Circuit, Seventh Circuit.  In addition Mr. Neal is admitted in all Federal Districts of California, the Northern District of Illinois and various other Federal District Courts around the country.

3.     Mr. Teter is a member in good standing and admitted to practice before the following courts:  California Supreme Court, United States Courts of Appeal for both the Federal Circuit and the Ninth Circuit.  In addition, Mr. Teter is admitted in all Federal Districts of California, the Eastern District of Texas and the District of Colorado.

4.     Mr. Damstedt is a member in good standing and admitted to practice before the following courts: the Northern and Central Districts of California, the Eastern District of Texas, the United States Courts of Appeal for the Federal Circuit and Ninth Circuit, the U.S. Supreme Court, and all California State Courts.

5.     Mr. Karr is a member in good standing and admitted to practice before the following courts:  All Federal District Courts in California, the Eastern District of Texas,

the United States Courts of Appeal for both the Federal Circuit and the Ninth Circuit, and all California State Courts.

6.      Mr. Brigham is a member in good standing and admitted to practice before the following courts: all Federal District Courts in California, the Eastern District of Texas, the Western District of North Carolina, the Federal District Courts of Oregon, Washington and Arizona, the United States Courts of Appeal for the Federal Circuit and Ninth Circuit, and the U.S. Supreme Court.

7.      Mr. Neal, Mr. Teter, Mr. Damstedt, Mr. Karr and Mr. Brigham are familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof.  Mr. Neal, Mr. Teter, Mr. Damstedt, Mr. Karr and Mr. Brigham are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

8.      Mr. Neal, Mr. Teter, Mr. Damstedt, Mr. Karr and Mr. Brigham designate John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

9. Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

10. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Mr. Neal, Mr. Teter, Mr. Damstedt, Mr. Karr and Mr. Brigham have complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. respectfully request this Court to enter an order admitting Mr. Neal, Mr. Teter, Mr. Damstedt, Mr. Karr and Mr. Brigham to practice before this Court pro hac vice.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an order granting this motion.

## MEMORANDUM OF LAW

Qualcomm Incorporated's motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

    BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
    Professional Association

By:   s/John A. DeVault, III
    John A. DeVault, III
    Florida Bar No. 103979
    E-mail: jad@bedellfirm.com
    Courtney K. Grimm
    Florida Bar No. 953740
    E-mail: cgrimm@bedellfirm.com
    The Bedell Building
    101 East Adams Street
    Jacksonville, Florida 32202
    Telephone:   (904) 353-0211
    Facsimile:    (904) 353-9307

    -and-

COOLEY LLP
    Stephen C. Neal (pro hac vice to be filed)
    E-mail: nealsc@cooley.com
    Timothy S. Teter (pro hac vice to be filed)
    E-mail: teterts@cooley.com
    Jeffrey Karr (pro hac vice to be filed)
    jkarr@cooley.com
    Matthew Brigham (pro hac vice to be filed)
    mbrigham@cooley.com
    Benjamin G. Damstedt (pro hac vice to be filed)
    bdamstedt@cooley.com
    3175 Hanover Street
    Palo Alto, CA  94304
    Phone:  (650) 843-5000
    Fax:  (650) 849-7400

**Counsel for Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc.**

## CERTIFICATE OF SERVICE

  I hereby certify that on September 18, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  none.

            s/John A. DeVault, III
            John A. DeVault, III
            Florida Bar No. 103979
            E-mail: jad@bedellfirm.com
            The Bedell Building
            101 East Adams Street
            Jacksonville, Florida 32202
            Telephone:   (904) 353-0211
            Facsimile:     (904) 353-9307