# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PARKERVISION, INC.,**

    **Plaintiff,**

**v.**                                                         Case No:   6:14-cv-687-Orl-40KRS

**QUALCOMM INCORPORATED,
QUALCOMM ATHEROS, INC., HTC
CORPORATION, HTC AMERICA, INC.,
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **UNOPPOSED AMENDED MOTION FOR ADMISSION PRO HAC VICE, AND WRITTEN DESIGNATION AND CONSENT TO ACT (Doc. No. 55)**
>
> **FILED:** September 24, 2014
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Stephen C. Neal, Esq., Timothy S. Teter, Esq., Benjamin Damstedt, Esq., Jeffrey Karr, Esq., and Matthew Brigham, Esq., may specially appear in this case as counsel for Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc., with John A. DeVault, III, Esq., serving as local counsel. Attorneys Neal, Teter, Damstedt, Karr and Brigham shall immediately begin using the CM/ECF

docket system and begin filing electronically.  Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF."  Once registered for CM/ECF and added as counsel of record in the case, counsel will receive the Notification of Electronic Filing [NEF] on all documents filed.

The Clerk of Court is directed to mail a copy of this Order to Attorneys Neal, Teter, Damstedt, Karr and Brigham.  Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

Orders permitting counsel to appear specially in this case should not be construed as a finding that the work of multiple attorneys is necessary to prosecute or defend the case.  I note that with the appearance of Attorneys Neal, Teter, Damstedt, Karr and Brigham, the Qualcomm Defendants have six (6) attorneys of record.

**DONE** and **ORDERED** in Orlando, Florida on September 25, 2014.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE