**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.    Case No. 6:14-cv-687-PGB-KRS

QUALCOMM INCORPORATED, et al.,

    Defendants.

## UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

Plaintiff ParkerVision, Inc. moves pursuant to Rule 6(b)(1)(A), Fed.R.Civ.P., to extend for 28 days (i) the October 27, 2014 deadline for counsel to meet to address the case management report and (ii) the November 10, 2014 deadline to file the case management report, and in support say:

1.    October 27, 2014 is the deadline for counsel to meet to address the case management report, which must be filed 14 days thereafter, all pursuant to Local Rule 3.05(c)(2)(B) and the Notice of Designation as Track Two (ECF No. 8).

2.    On September 25, 2014, Qualcomm, Incorporated and Qualcomm Atheros appeared in the action (ECF No. 56). Defendants HTC Corporation, HTC America, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC have not yet appeared. November 17, 2014 is the deadline for these defendants to respond to the amended complaint.

3. Plaintiff ParkerVision believes it would be more efficient and effective to include the HTC defendants and the Samsung defendants in the case management conference. Moreover, this is a complex patent case. The parties therefore require more time to prepare the case management report.

4. If this unopposed motion is granted, the case management conference will be conducted no later than November 24, 2014 (7 days after appearance) and the case management report will be filed no later than December 8.

5. ParkerVision's attorneys certify pursuant to Local Rule 3.01(g) that they have conferred in good faith with attorneys for defendants Qualcomm Incorporated and Qualcomm Atheros, Inc., who do not oppose the relief requested in this motion.

WHEREFORE, ParkerVision moves to extend by 28 days the deadlines for (i) conducting the case management conference and (ii) filing the case management report.

SMITH HULSEY & BUSEY

By   /s/ James A. Bolling
        Stephen D. Busey
        James A. Bolling

Florida Bar Number 117790
Florida Bar Number 901253
225 Water Street, Suite 1800
Jacksonville, Florida  32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com
jbolling@smithhulsey.com

and

McKOOL SMITH, P.C.
Douglas A. Cawley, Trial Counsel
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Richard A. Kamprath
Texas State Bar No. 24078767
E-mail: rkamprath@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Kevin L. Burgess
Texas State Bar No. 24006927
E-mail: kburgess@mckoolsmith.com
Josh W. Budwin
Texas State Bar No. 24050347
E-mail: jbudwin@mckoolsmith.com
Leah Buratti
Texas State Bar No. 24064897
E-mail: lburatti@mckoolsmith.com
Mario Apreotesi
Texas State Bar No. 24080772
E-mail: mapreotesi@mckoolsmith.com
Kevin Hess
Texas State Bar No. 24087717
E-mail: khess@mckoolsmith.com
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Attorneys for ParkerVision, Inc.

Certificate of Service

I certify that on October 27, 2014, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of the electronic filing to the following: Benjamin Damstedt, Esq., Jeffrey Scott Karr, Esq., Stephen C. Neal, Esq., and Timothy S. Teter, Esq., Cooley, LLP, 3175 Hanover Street, Palo Alto, California 94304 and John A. DeVault, III, Esq. and Courtney K. Grimm, Esq., Bedell, Dittmar, DeVault, Pillans & Coxe, The Bedell Building, 101 East Adams Street, Jacksonville, Florida 32202. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant: None.



                                                    */s/ James A. Bolling*
                                                        Attorney

885246.1