UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., HTC CORPORATION, HTC AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, <br><br> *Defendants*. | Case No. 6:14-cv-00687-Orl-40KRS |

**UNOPPOSED MOTION FOR ADMISSION PRO HAC VICE,
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida, Defendants HTC Corporation and HTC America, Inc. ("the HTC Defendants"), by and through their undersigned attorneys, move this Court for an order allowing Stephen C. Neal, Timothy S. Teter, Benjamin Damstedt, Jeffrey Karr and Matthew Brigham to appear in this Court as co-counsel on behalf of the HTC Defendants in the above-styled lawsuit. In support of this motion, the HTC Defendants say:

1. Stephen C. Neal, Timothy S. Teter, Benjamin Damstedt, Jeffrey Karr, and Matthew Brigham and their law firm, Cooley LLP, 3175 Hanover Street, Palo Alto, CA 94304, have been retained to represent the HTC Defendants as co-counsel in all proceedings conducted in this cause.

2. Mr. Neal, Mr. Teter, Mr. Damstedt, Mr. Karr and Mr. Brigham do not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida. Within the past 20 years, Mr. Neal, Mr. Teter, Mr. Karr, and Mr. Damstedt have appeared in one case before a court in Florida: *ParkerVision, Inc. v. Qualcomm Incorporated*; U.S. District Court, Middle District of Florida, Case No. 3:11-cv-719. Mr. Brigham has appeared in one case in Florida: *Careigh Rae Corporation, et al v. Sherwood Scuba, LLC*, U.S. District Court, Southern District of Florida, Case No. 0:03-cv-61801. Mr. Neal, Mr. Teter, Mr. Damstedt, Mr. Karr and Mr. Brigham and their law firm, Cooley LLP also represent Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. in this matter and have been permitted to appear specially in this matter on their behalf. (Doc. No. 56.)

3. Mr. Neal is a member in good standing and admitted to practice before the following courts: States of California and Illinois and in addition the U.S. Supreme Court, and the following United States Courts of Appeal: Federal Circuit, Ninth Circuit, Seventh Circuit. In addition Mr. Neal is admitted in all Federal

Districts of California, the Northern District of Illinois and various other Federal District Courts around the country.

4. Mr. Teter is a member in good standing and admitted to practice before the following courts: California Supreme Court, United States Courts of Appeal for both the Federal Circuit and the Ninth Circuit. In addition, Mr. Teter is admitted in all Federal Districts of California, the Eastern District of Texas and the District of Colorado.

5. Mr. Damstedt is a member in good standing and admitted to practice before the following courts: the Northern and Central Districts of California, the Eastern District of Texas, the United States Courts of Appeal for the Federal Circuit and Ninth Circuit, the U.S. Supreme Court, and all California State Courts.

6. Mr. Karr is a member in good standing and admitted to practice before the following courts: All Federal District Courts in California, the Eastern District of Texas, the United States Courts of Appeal for both the Federal Circuit and the Ninth Circuit, and all California State Courts.

7. Mr. Brigham is a member in good standing and admitted to practice before the following courts: all Federal District Courts in California, the Eastern District of Texas, the Western District of North Carolina, the Federal District

Courts of Oregon, Washington and Arizona, the United States Courts of Appeal for the Federal Circuit and Ninth Circuit, and the U.S. Supreme Court.

8. Mr. Neal, Mr. Teter, Mr. Damstedt, Mr. Karr and Mr. Brigham are familiar with, and will be governed by, the Local Rules, United States District Court, Middle District of Florida, including Rule 2.04 thereof. Mr. Neal, Mr. Teter, Mr. Damstedt, Mr. Karr and Mr. Brigham are familiar with, and will be governed by, the Code of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of The Florida Bar.

9. Mr. Neal, Mr. Teter, Mr. Damstedt, Mr. Karr and Mr. Brigham designate John A. DeVault, III and the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A., 101 East Adams Street, Jacksonville, Florida 32202, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of the case, including the trial in default of the non-resident attorneys.

10. Through his signature affixed below, John A. DeVault, III of the law firm of Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. hereby consents to such designation.

11. Pursuant to Rule 2.02(a), Local Rules, United States District Court, Middle District of Florida, John A. DeVault, III certifies that Mr. Neal, Mr. Teter,

Mr. Damstedt, Mr. Karr and Mr. Brigham have complied with the fee and e-mail registration requirements of Rule 2.01(d), Local Rules, United States District Court, Middle District of Florida.

WHEREFORE, Defendants HTC Corporation and HTC America, Inc. respectfully request this Court to enter an order admitting Mr. Neal, Mr. Teter, Mr. Damstedt, Mr. Karr and Mr. Brigham to practice before this Court pro hac vice.

### RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, the undersigned has conferred with counsel for the Plaintiff and is authorized to represent that the Plaintiff does not oppose the entry of an order granting this motion.

### MEMORANDUM OF LAW

HTC Corporation and HTC America, Inc.'s motion for admission pro hac vice should be granted pursuant to Rule 2.02, Local Rules, United States District Court, Middle District of Florida.

Respectfully submitted,

      BEDELL, DITTMAR, DeVAULT, PILLANS & COXE
      Professional Association

By:   s/John A. DeVault, III
      John A. DeVault, III
      Florida Bar No. 103979
      E-mail: jad@bedellfirm.com
      Courtney K. Grimm
      Florida Bar No. 953740
      E-mail: cgrimm@bedellfirm.com
      The Bedell Building
      101 East Adams Street
      Jacksonville, Florida 32202
      Telephone:   (904) 353-0211
      Facsimile:    (904) 353-9307

      -and-

COOLEY LLP
      Stephen C. Neal (pro hac vice to be filed)
      E-mail: nealsc@cooley.com
      Timothy S. Teter (pro hac vice to be filed)
      E-mail: teterts@cooley.com
      Jeffrey Karr (pro hac vice to be filed)
      jkarr@cooley.com
      Matthew Brigham (pro hac vice to be filed)
      mbrigham@cooley.com
      Benjamin G. Damstedt (pro hac vice to be filed)
      bdamstedt@cooley.com
      3175 Hanover Street
      Palo Alto, California  94304
      Telephone:   (650) 843-5000
      Facsimile:    (650) 849-7400

**Counsel for Defendants HTC Corporation and HTC America, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  none.

<div style="margin-left:50%">

s/John A. DeVault, III
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone:    (904) 353-0211
Facsimile:     (904) 353-9307

</div>