# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |
|---|---|
| PARKERVISION, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., HTC CORPORATION, HTC AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC <br><br> *Defendants*. | Case No. 6:14-cv-00687-PGB-KRS |

## Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc.'s Answer to ParkerVision's First Amended Complaint and Defendants' Counterclaim and Demand For Jury Trial

Defendants/Counterclaim Plaintiffs Qualcomm Incorporated and Qualcomm Atheros, Inc. ("Qualcomm") hereby answer the First Amended Complaint for Patent Infringement ("Amended Complaint") of Plaintiff ParkerVision, Inc. ("ParkerVision"):

## ANSWER

1.    Qualcomm denies the allegations contained in paragraph 1.

2.    Qualcomm admits that the patents-in-suit are U.S. Patent Nos. 6,091,940 ("the '940 patent"), 6,580,902 ("the '902 patent"), 6,704,549 ("the '549 patent"), 6,873,836 ("the '836 patent"), 7,039,372 ("the '372 patent"), 7,050,508 ("the '508 patent"), 7,194,246 ("the '246 patent), 7,218,907 ("the '907 patent"), 7,865,177 ("the '177 patent"), 7,966,012 ("the '012

patent"), and 8,190,116 ("the '116 patent") (collectively the "Patents-in-Suit").  Qualcomm denies each and every remaining allegation contained in paragraph 2.

3.      Qualcomm denies the allegations contained in paragraph 3.

4.      Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 4 of the Complaint, and therefore denies the same.

5.      Qualcomm admits the allegations contained in paragraph 5.

6.      Qualcomm admits the allegations contained in paragraph 6.

7.      Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 7 of the Complaint, and therefore denies the same.

8.      Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 8 of the Complaint, and therefore denies the same.

9.      Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 9 of the Complaint, and therefore denies the same.

10.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 10 of the Complaint, and therefore denies the same.

11.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 11 of the Complaint, and therefore denies the same.

12.     Qualcomm incorporates by reference the responses contained in paragraphs 1-11 above.

13.     Qualcomm admits the allegations contained in paragraph 13.

14.     Qualcomm denies the allegations contained in paragraph 14, but, for purposes of this litigation only, does not assert lack of personal jurisdiction as a defense to this action.

15.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 15 of the Complaint, and therefore denies the same.

16.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 16 of the Complaint, and therefore denies the same.

17.     Qualcomm admits that Judge Dalton has significant experience with the technology in this case because of the experience garnered in *ParkerVision, Inc. v. Qualcomm Incorporated*, C.A. No. 3:11-cv-719-RBD-JRK (M.D. Fla. July 20, 2011) ("ParkerVision I"). Qualcomm denies the remaining allegations contained in paragraph 17, but, for purposes of this litigation only, does not assert improper venue as a defense to this action.

18.     Qualcomm denies the allegations contained in paragraph 18.

19.     Qualcomm denies the allegations contained in paragraph 19.

20.     Qualcomm admits that in 1998-1999, ParkerVision and Qualcomm Incorporated discussed aspects of ParkerVision's alleged technology.  Qualcomm admits that during that time period, ParkerVision indicated that it had filed patent applications.  Qualcomm denies the remaining allegations contained in paragraph 20.

21.     Qualcomm admits that in 1998-1999, ParkerVision and Qualcomm Incorporated discussed aspects of ParkerVision's alleged technology.  Qualcomm denies the remaining allegations contained in paragraph 21.

22.     Qualcomm admits that certain HTC and Samsung entities are direct and/or indirect customers of certain Qualcomm entities.  Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations contained in paragraph 22 of the Complaint, and therefore denies the same.

23.     Qualcomm admits that ParkerVision filed suit against Qualcomm in mid-2011 in ParkerVision I.  The ParkerVision I litigation resulted in a finding by this Court that Qualcomm did not infringe any of the asserted patents.  Qualcomm denies the remaining allegations contained in paragraph 23.

24.     Qualcomm admits that in October 2013, the ParkerVision I jury found the asserted claims from the patents-in-suit were not invalid and were infringed.  This Court then entered judgment as a matter of law that Qualcomm did not infringe any of the asserted patents in ParkerVision I.  Qualcomm denies the remaining allegations contained in paragraph 24.

25.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 25.  In addition, many of the patents-in-suit in this action appear to cover the same alleged inventions that Qualcomm was already found not to infringe in ParkerVision I.

26.     Qualcomm admits that on July 18, 2000, the U.S. Patent and Trademark Office issued the '940 patent, entitled "Method and System for Frequency Up-conversion," to David F. Sorrells, Michael J. Bultman, Robert W. Cook, Richard C. Looke, and Charley D. Moses, Jr..  Qualcomm admits that on November 4, 2003, the United States Patent Office issued a Certificate of Correction for the '940 patent.  Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding ownership and rights to the '940 patent.  Qualcomm denies all remaining allegations contained in paragraph 26.

27.     Qualcomm admits that on June 17, 2003, the U.S. Patent and Trademark Office issued the '902 patent, entitled "Frequency Translation Using Optimized Switch Structures," to David F. Sorrells, Michael J. Bultman, Robert W. Cook, Richard C. Looke, and Charley D. Moses, Jr.. Qualcomm admits that on March 30, 2004, the United States Patent Office issued a Certificate of Correction for the '902 patent. Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding ownership and rights to the '902 patent. Qualcomm denies all remaining allegations contained in paragraph 27.

28.     Qualcomm admits that on March 9, 2004, the U.S. Patent and Trademark Office issued the '549 patent, entitled "Multi-mode, Multi-band Communication System," to David F. Sorrells, Michael J. Bultman, Charles D. Clements, Robert W. Cook, Joseph M. Hamilla, Richard C. Looke, Charley D. Moses, Jr., and Gregory S. Silver. Qualcomm admits that on October 18, 2005, the United States Patent Office issued a Certificate of Correction for the '549 patent. Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding ownership and rights to the '549 patent. Qualcomm denies all remaining allegations contained in paragraph 28.

29.     Qualcomm admits that on March 29, 2005, the U.S. Patent and Trademark Office issued the '836 patent, entitled "Universal Platform Module and Methods and Apparatus Relating thereto Enabled by Universal Frequency Translation Technology," to David F. Sorrells, Michael J. Bultman, Robert W. Cook, Richard C. Looke, and Charley D. Moses, Jr.. Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding ownership and rights to the '836 patent. Qualcomm denies all remaining allegations contained in paragraph 29.

30.     Qualcomm admits that on May 2, 2006, the U.S. Patent and Trademark Office issued the '372 patent, entitled "Method and System for Frequency Up-conversion with Modulation Embodiments," to David F. Sorrells, Michael J. Bultman, Robert W. Cook, Richard C. Looke, and Charley D. Moses, Jr..  Qualcomm admits that on December 12, 2006, the United States Patent Office issued a Certificate of Correction for the '372 patent.  Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding ownership and rights to the '372 patent.  Qualcomm denies all remaining allegations contained in paragraph 30.

31.     Qualcomm admits that on May 23, 2006, the U.S. Patent and Trademark Office issued the '508 patent, entitled "Method and System for Frequency Up-conversion with a Variety of Transmitter Configurations," to David F. Sorrells, Michael J. Bultman, Robert W. Cook, Richard C. Looke, Charley D. Moses, Jr., Gregory S. Rawlins, and Michael W. Rawlins. Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding ownership and rights to the '508 patent.  Qualcomm denies all remaining allegations contained in paragraph 31.

32.     Qualcomm admits that on March 20, 2007, the U.S. Patent and Trademark Office issued the '246 patent, entitled "Methods and Systems For Down-converting A Signal Using A Complementary Transistor Structure," to David F. Sorrells, Michael J. Bultman, Robert W. Cook, Richard C. Looke, and Charley D. Moses, Jr..  Qualcomm admits that on October 9, 2007, the United States Patent Office issued a Certificate of Correction for the '246 patent.  Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding ownership and rights to the '246 patent.  Qualcomm denies all remaining allegations contained in paragraph 32.

33.     Qualcomm admits that on May 15, 2007, the U.S. Patent and Trademark Office issued the '907 patent, entitled "Method And Circuit For Down-converting A Signal," to David F. Sorrells, Michael J. Bultman, Robert W. Cook, Richard C. Looke, and Charley D. Moses, Jr.. Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding ownership and rights to the '907 patent.  Qualcomm denies all remaining allegations contained in paragraph 33.

34.     Qualcomm admits that on January 4, 2011, the U.S. Patent and Trademark Office issued the '177 patent, entitled "Method And System For Down-converting An Electromagnetic Signal, And Transforms For Same, And Aperture Relationships," to David F. Sorrells, Michael J. Bultman, Robert W. Cook, Richard C. Looke, Charley D. Moses, Gregory S. Rawlins, and Michael W. Rawlins.  Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding ownership and rights to the '177 patent.  Qualcomm denies all remaining allegations contained in paragraph 34.

35.     Qualcomm admits that on June 21, 2011, the U.S. Patent and Trademark Office issued the '012 patent, entitled "Wireless Protocol Converter," to Jeffrey L. Parker.  Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations regarding ownership and rights to the '012 patent.  Qualcomm denies all remaining allegations contained in paragraph 35.

36.     Qualcomm admits that on May 29, 2012, the U.S. Patent and Trademark Office issued the '116 patent, entitled "Methods and Systems for Down-converting a Signal Using a Complementary Transistor Structure," to David F. Sorrells, Michael J. Bultman, Robert W. Cook, Richard C. Looke, and Charley D. Moses, Jr..  Qualcomm lacks knowledge or information

sufficient to form a belief about the truth of the allegations regarding ownership and rights to the '116 patent. Qualcomm denies all remaining allegations contained in paragraph 36.

37.     Qualcomm admits that ParkerVision has not granted Qualcomm an express license to practice the patents-in-suit. Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations of ownership of the patents-in-suit. Qualcomm denies the remaining allegations contained in paragraph 37.

38.     Qualcomm denies the allegations contained in paragraph 38.

39.     Qualcomm denies the allegations contained in paragraph 39.

40.     Qualcomm denies the allegations contained in paragraph 40.

41.     Qualcomm incorporates by reference the responses contained in paragraphs 1-40 above.

42.     Qualcomm denies the allegations contained in paragraph 42.

43.     Qualcomm denies the allegations contained in paragraph 43.

44.     Qualcomm denies the allegations contained in paragraph 44.

45.     Qualcomm denies the allegations contained in paragraph 45.

46.     Qualcomm admits it received notice of the '940 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 46.

47.     Qualcomm denies the allegations contained in paragraph 47.

48.     Qualcomm denies the allegations contained in paragraph 48.

49.     Qualcomm denies the allegations contained in paragraph 49.

50.     Qualcomm admits it received notice of the '940 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 50.

51.     Qualcomm denies the allegations contained in paragraph 51.

52.     Qualcomm denies the allegations contained in paragraph 52.

53.     Qualcomm denies the allegations contained in paragraph 53.

54.     Qualcomm denies the allegations contained in paragraph 54.

55.     Qualcomm denies the allegations contained in paragraph 55.

56.     Qualcomm denies the allegations contained in paragraph 56.

57.     Qualcomm denies the allegations contained in paragraph 57.

58.     Qualcomm admits it received notice of the '940 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 58.

59.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 59 of the Complaint, and therefore denies the same.

60.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 60 of the Complaint, and therefore denies the same.

61.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 61 of the Complaint, and therefore denies the same.

62.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 62 of the Complaint, and therefore denies the same.

63.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 63 of the Complaint, and therefore denies the same.

64.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 64 of the Complaint, and therefore denies the same.

65.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 65 of the Complaint, and therefore denies the same.

66.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 66 of the Complaint, and therefore denies the same.

67.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 67 of the Complaint, and therefore denies the same.

68.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 68 of the Complaint, and therefore denies the same.

69.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 69 of the Complaint, and therefore denies the same.

70.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 70 of the Complaint, and therefore denies the same.

71.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 71 of the Complaint, and therefore denies the same.

72.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 72 of the Complaint, and therefore denies the same.

73.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 73 of the Complaint, and therefore denies the same.

74.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 74 of the Complaint, and therefore denies the same.

75.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 75 of the Complaint, and therefore denies the same.

76.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 76 of the Complaint, and therefore denies the same.

77.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 77 of the Complaint, and therefore denies the same.

78.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 78 of the Complaint, and therefore denies the same.

79.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 79 of the Complaint, and therefore denies the same.

80.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 80.

81.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 81 of the Complaint, and therefore denies the same.

82.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 82 of the Complaint, and therefore denies the same.

83.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 83 of the Complaint, and therefore denies the same.

84.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 84 of the Complaint, and therefore denies the same.

85.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 85 of the Complaint, and therefore denies the same.

86.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 86 of the Complaint, and therefore denies the same.

87.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 87 of the Complaint, and therefore denies the same.

88.     Qualcomm incorporates by reference the responses contained in paragraphs 1-87 above.

89.     Qualcomm denies the allegations contained in paragraph 89.

90.     Qualcomm denies the allegations contained in paragraph 90.

91.     Qualcomm denies the allegations contained in paragraph 91.

92.     Qualcomm denies the allegations contained in paragraph 92.

93.     Qualcomm admits it received notice of the '902 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 93.

94.     Qualcomm denies the allegations contained in paragraph 94.

95.     Qualcomm denies the allegations contained in paragraph 95.

96.     Qualcomm denies the allegations contained in paragraph 96.

97.     Qualcomm admits it received notice of the '902 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 97.

98.     Qualcomm denies the allegations contained in paragraph 98.

99.     Qualcomm denies the allegations contained in paragraph 99.

100.    Qualcomm denies the allegations contained in paragraph 100.

101.    Qualcomm denies the allegations contained in paragraph 101.

102.     Qualcomm denies the allegations contained in paragraph 102.

103.     Qualcomm denies the allegations contained in paragraph 103.

104.     Qualcomm denies the allegations contained in paragraph 104.

105.     Qualcomm admits it received notice of the '902 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 105.

106.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 106 of the Complaint, and therefore denies the same.

107.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 107 of the Complaint, and therefore denies the same.

108.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 108 of the Complaint, and therefore denies the same.

109.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 109 of the Complaint, and therefore denies the same.

110.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 110 of the Complaint, and therefore denies the same.

111.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 111 of the Complaint, and therefore denies the same.

112.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 112 of the Complaint, and therefore denies the same.

113.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 113 of the Complaint, and therefore denies the same.

114.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 114 of the Complaint, and therefore denies the same.

115.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 115 of the Complaint, and therefore denies the same.

116.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 116 of the Complaint, and therefore denies the same.

117.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 117 of the Complaint, and therefore denies the same.

118.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 118 of the Complaint, and therefore denies the same.

119.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 119 of the Complaint, and therefore denies the same.

120.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 120 of the Complaint, and therefore denies the same.

121.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 121 of the Complaint, and therefore denies the same.

122.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 122 of the Complaint, and therefore denies the same.

123.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 123 of the Complaint, and therefore denies the same.

124.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 124 of the Complaint, and therefore denies the same.

125.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 125 of the Complaint, and therefore denies the same.

126.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 126 of the Complaint, and therefore denies the same.

127.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 127.

128.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 128 of the Complaint, and therefore denies the same.

129.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 129 of the Complaint, and therefore denies the same.

130.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 130 of the Complaint, and therefore denies the same.

131.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 131 of the Complaint, and therefore denies the same.

132.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 132 of the Complaint, and therefore denies the same.

133.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 133 of the Complaint, and therefore denies the same.

134.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 134 of the Complaint, and therefore denies the same.

135.    Qualcomm incorporates by reference the responses contained in paragraphs 1-134 above.

136.    Qualcomm denies the allegations contained in paragraph 136.

137.    Qualcomm denies the allegations contained in paragraph 137.

138.    Qualcomm denies the allegations contained in paragraph 138.

139.    Qualcomm denies the allegations contained in paragraph 139.

140.    Qualcomm admits it received notice of the '549 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 140.

141.    Qualcomm denies the allegations contained in paragraph 141.

142.    Qualcomm denies the allegations contained in paragraph 142.

143.    Qualcomm denies the allegations contained in paragraph 143.

144.    Qualcomm admits it received notice of the '549 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 144.

145.    Qualcomm denies the allegations contained in paragraph 145.

146.    Qualcomm denies the allegations contained in paragraph 146.

147.    Qualcomm denies the allegations contained in paragraph 147.

148.    Qualcomm denies the allegations contained in paragraph 148.

149.    Qualcomm denies the allegations contained in paragraph 149.

150.    Qualcomm denies the allegations contained in paragraph 150.

151.    Qualcomm denies the allegations contained in paragraph 151.

152.     Qualcomm admits it received notice of the '549 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 152.

153.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 153 of the Complaint, and therefore denies the same.

154.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 154 of the Complaint, and therefore denies the same.

155.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 155 of the Complaint, and therefore denies the same.

156.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 156 of the Complaint, and therefore denies the same.

157.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 157 of the Complaint, and therefore denies the same.

158.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 158 of the Complaint, and therefore denies the same.

159.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 159 of the Complaint, and therefore denies the same.

160.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 160 of the Complaint, and therefore denies the same.

161.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 161 of the Complaint, and therefore denies the same.

162.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 162 of the Complaint, and therefore denies the same.

163.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 163 of the Complaint, and therefore denies the same.

164.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 164 of the Complaint, and therefore denies the same.

165.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 165 of the Complaint, and therefore denies the same.

166.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 166 of the Complaint, and therefore denies the same.

167.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 167 of the Complaint, and therefore denies the same.

168.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 168 of the Complaint, and therefore denies the same.

169.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 169 of the Complaint, and therefore denies the same.

170.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 170 of the Complaint, and therefore denies the same.

171.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 171 of the Complaint, and therefore denies the same.

172.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 172 of the Complaint, and therefore denies the same.

173.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 173 of the Complaint, and therefore denies the same.

174.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 174.

175.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 175 of the Complaint, and therefore denies the same.

176.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 176 of the Complaint, and therefore denies the same.

177.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 177 of the Complaint, and therefore denies the same.

178.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 178 of the Complaint, and therefore denies the same.

179.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 179 of the Complaint, and therefore denies the same.

180.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 180 of the Complaint, and therefore denies the same.

181.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 181 of the Complaint, and therefore denies the same.

182.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 182 of the Complaint, and therefore denies the same.

183.     Qualcomm incorporates by reference the responses contained in paragraphs 1-182 above.

184.     Qualcomm denies the allegations contained in paragraph 184.

185.     Qualcomm denies the allegations contained in paragraph 185.

186.     Qualcomm denies the allegations contained in paragraph 186.

187.     Qualcomm denies the allegations contained in paragraph 187.

188.     Qualcomm admits it received notice of the '836 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 188.

189.     Qualcomm denies the allegations contained in paragraph 189.

190.     Qualcomm denies the allegations contained in paragraph 190.

191.     Qualcomm denies the allegations contained in paragraph 191.

192.     Qualcomm admits it received notice of the '836 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 192.

193.     Qualcomm denies the allegations contained in paragraph 193.

194.     Qualcomm denies the allegations contained in paragraph 194.

195.     Qualcomm denies the allegations contained in paragraph 195.

196.     Qualcomm denies the allegations contained in paragraph 196.

197.     Qualcomm denies the allegations contained in paragraph 197.

198.     Qualcomm denies the allegations contained in paragraph 198.

199.     Qualcomm denies the allegations contained in paragraph 199.

200.    Qualcomm admits it received notice of the '836 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 200.

201.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 201 of the Complaint, and therefore denies the same.

202.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 202 of the Complaint, and therefore denies the same.

203.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 203 of the Complaint, and therefore denies the same.

204.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 204 of the Complaint, and therefore denies the same.

205.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 205 of the Complaint, and therefore denies the same.

206.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 206 of the Complaint, and therefore denies the same.

207.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 207 of the Complaint, and therefore denies the same.

208.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 208 of the Complaint, and therefore denies the same.

209.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 209 of the Complaint, and therefore denies the same.

210.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 210 of the Complaint, and therefore denies the same.

211.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 211 of the Complaint, and therefore denies the same.

212.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 212 of the Complaint, and therefore denies the same.

213.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 213 of the Complaint, and therefore denies the same.

214.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 214 of the Complaint, and therefore denies the same.

215.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 215 of the Complaint, and therefore denies the same.

216.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 216 of the Complaint, and therefore denies the same.

217.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 217 of the Complaint, and therefore denies the same.

218.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 218 of the Complaint, and therefore denies the same.

219.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 219 of the Complaint, and therefore denies the same.

220.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 220 of the Complaint, and therefore denies the same.

221.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 221 of the Complaint, and therefore denies the same.

222.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 222.

223.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 223 of the Complaint, and therefore denies the same.

224.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 224 of the Complaint, and therefore denies the same.

225.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 225 of the Complaint, and therefore denies the same.

226.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 226 of the Complaint, and therefore denies the same.

227.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 227 of the Complaint, and therefore denies the same.

228.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 228 of the Complaint, and therefore denies the same.

229.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 229 of the Complaint, and therefore denies the same.

230.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 230 of the Complaint, and therefore denies the same.

231.    Qualcomm incorporates by reference the responses contained in paragraphs 1-230 above.

232.    Qualcomm denies the allegations contained in paragraph 232.

233.    Qualcomm denies the allegations contained in paragraph 233.

234.    Qualcomm denies the allegations contained in paragraph 234.

235.    Qualcomm denies the allegations contained in paragraph 235.

236.    Qualcomm admits that the '372 Patent appears on the face of the following patents:  8,498,237; 8,504,099; 8,542,658; 8,553,644; and 8,595,501.  Qualcomm admits it received notice of the '372 patent and the '940 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 236.

237.    Qualcomm denies the allegations contained in paragraph 237.

238.    Qualcomm denies the allegations contained in paragraph 238.

239.    Qualcomm denies the allegations contained in paragraph 239.

240.    Qualcomm admits it received notice of the '372 patent and the '940 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 240.

241.    Qualcomm denies the allegations contained in paragraph 241.

242.    Qualcomm denies the allegations contained in paragraph 242.

243.    Qualcomm denies the allegations contained in paragraph 243.

244.    Qualcomm denies the allegations contained in paragraph 244.

245.    Qualcomm denies the allegations contained in paragraph 245.

246.    Qualcomm denies the allegations contained in paragraph 246.

247.    Qualcomm denies the allegations contained in paragraph 247.

248.    Qualcomm admits it received notice of the '372 patent and the '940 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 248.

249.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 249 of the Complaint, and therefore denies the same.

250.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 250 of the Complaint, and therefore denies the same.

251.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 251 of the Complaint, and therefore denies the same.

252.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 252 of the Complaint, and therefore denies the same.

253.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 253 of the Complaint, and therefore denies the same.

254.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 254 of the Complaint, and therefore denies the same.

255.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 255 of the Complaint, and therefore denies the same.

256.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 256 of the Complaint, and therefore denies the same.

257.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 257 of the Complaint, and therefore denies the same.

258.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 258 of the Complaint, and therefore denies the same.

259.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 259 of the Complaint, and therefore denies the same.

260.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 260 of the Complaint, and therefore denies the same.

261.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 261 of the Complaint, and therefore denies the same.

262.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 262 of the Complaint, and therefore denies the same.

263.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 263 of the Complaint, and therefore denies the same.

264.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 264 of the Complaint, and therefore denies the same.

265.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 265 of the Complaint, and therefore denies the same.

266.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 266 of the Complaint, and therefore denies the same.

267.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 267 of the Complaint, and therefore denies the same.

268.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 268 of the Complaint, and therefore denies the same.

269.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 269 of the Complaint, and therefore denies the same.

270.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 270.

271.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 271 of the Complaint, and therefore denies the same.

272.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 272 of the Complaint, and therefore denies the same.

273.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 273 of the Complaint, and therefore denies the same.

274.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 274 of the Complaint, and therefore denies the same.

275.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 275 of the Complaint, and therefore denies the same.

276.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 276 of the Complaint, and therefore denies the same.

277.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 277 of the Complaint, and therefore denies the same.

278.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 278 of the Complaint, and therefore denies the same.

279.     Qualcomm incorporates by reference the responses contained in paragraphs 1-278 above.

280.     Qualcomm denies the allegations contained in paragraph 280.

281.     Qualcomm denies the allegations contained in paragraph 281.

282.     Qualcomm denies the allegations contained in paragraph 282.

283.     Qualcomm denies the allegations contained in paragraph 283.

284.     Qualcomm admits it received notice of the '508 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 284.

285.     Qualcomm denies the allegations contained in paragraph 285.

286.     Qualcomm denies the allegations contained in paragraph 286.

287.     Qualcomm denies the allegations contained in paragraph 287.

288.     Qualcomm admits it received notice of the '508 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 288.

289.     Qualcomm denies the allegations contained in paragraph 289.

290.    Qualcomm denies the allegations contained in paragraph 290.

291.    Qualcomm denies the allegations contained in paragraph 291.

292.    Qualcomm denies the allegations contained in paragraph 292.

293.    Qualcomm denies the allegations contained in paragraph 293.

294.    Qualcomm denies the allegations contained in paragraph 294.

295.    Qualcomm denies the allegations contained in paragraph 295.

296.    Qualcomm admits it received notice of the '508 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 296.

297.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 297 of the Complaint, and therefore denies the same.

298.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 298 of the Complaint, and therefore denies the same.

299.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 299 of the Complaint, and therefore denies the same.

300.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 300 of the Complaint, and therefore denies the same.

301.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 301 of the Complaint, and therefore denies the same.

302.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 302 of the Complaint, and therefore denies the same.

303.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 303 of the Complaint, and therefore denies the same.

304.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 304 of the Complaint, and therefore denies the same.

305.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 305 of the Complaint, and therefore denies the same.

306.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 306 of the Complaint, and therefore denies the same.

307.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 307 of the Complaint, and therefore denies the same.

308.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 308 of the Complaint, and therefore denies the same.

309.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 309 of the Complaint, and therefore denies the same.

310.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 310 of the Complaint, and therefore denies the same.

311.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 311 of the Complaint, and therefore denies the same.

312.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 312 of the Complaint, and therefore denies the same.

313.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 313 of the Complaint, and therefore denies the same.

314.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 314 of the Complaint, and therefore denies the same.

315.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 315 of the Complaint, and therefore denies the same.

316.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 316 of the Complaint, and therefore denies the same.

317.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 317 of the Complaint, and therefore denies the same.

318.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 318.

319.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 319 of the Complaint, and therefore denies the same.

320.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 320 of the Complaint, and therefore denies the same.

321.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 321 of the Complaint, and therefore denies the same.

322.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 322 of the Complaint, and therefore denies the same.

323.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 323 of the Complaint, and therefore denies the same.

324.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 324 of the Complaint, and therefore denies the same.

325.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 325 of the Complaint, and therefore denies the same.

326.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 326 of the Complaint, and therefore denies the same.

327.     Qualcomm incorporates by reference the responses contained in paragraphs 1-324 above.

328.     Qualcomm denies the allegations contained in paragraph 328.

329.     Qualcomm denies the allegations contained in paragraph 329.

330.     Qualcomm denies the allegations contained in paragraph 330.

331.     Qualcomm denies the allegations contained in paragraph 331.

332.     Qualcomm admits it received notice of the '246 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 332.

333.     Qualcomm denies the allegations contained in paragraph 333.

334.     Qualcomm denies the allegations contained in paragraph 334.

335.     Qualcomm denies the allegations contained in paragraph 335.

336.     Qualcomm admits it received notice of the '246 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 336.

337.     Qualcomm denies the allegations contained in paragraph 337.

338.    Qualcomm denies the allegations contained in paragraph 338.

339.    Qualcomm denies the allegations contained in paragraph 339.

340.    Qualcomm denies the allegations contained in paragraph 340.

341.    Qualcomm denies the allegations contained in paragraph 341.

342.    Qualcomm denies the allegations contained in paragraph 342.

343.    Qualcomm denies the allegations contained in paragraph 343.

344.    Qualcomm admits it received notice of the '246 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 344.

345.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 345 of the Complaint, and therefore denies the same.

346.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 346 of the Complaint, and therefore denies the same.

347.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 347 of the Complaint, and therefore denies the same.

348.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 348 of the Complaint, and therefore denies the same.

349.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 349 of the Complaint, and therefore denies the same.

350.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 350 of the Complaint, and therefore denies the same.

351.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 351 of the Complaint, and therefore denies the same.

352.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 352 of the Complaint, and therefore denies the same.

353.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 353 of the Complaint, and therefore denies the same.

354.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 354 of the Complaint, and therefore denies the same.

355.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 355 of the Complaint, and therefore denies the same.

356.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 356 of the Complaint, and therefore denies the same.

357.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 357 of the Complaint, and therefore denies the same.

358.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 358 of the Complaint, and therefore denies the same.

359.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 359 of the Complaint, and therefore denies the same.

360.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 360 of the Complaint, and therefore denies the same.

361.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 361 of the Complaint, and therefore denies the same.

362.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 362 of the Complaint, and therefore denies the same.

363.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 363 of the Complaint, and therefore denies the same.

364.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 364 of the Complaint, and therefore denies the same.

365.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 365 of the Complaint, and therefore denies the same.

366.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 366.

367.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 367 of the Complaint, and therefore denies the same.

368.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 368 of the Complaint, and therefore denies the same.

369.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 369 of the Complaint, and therefore denies the same.

370.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 370 of the Complaint, and therefore denies the same.

371.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 371 of the Complaint, and therefore denies the same.

372. Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 372 of the Complaint, and therefore denies the same.

373. Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 373 of the Complaint, and therefore denies the same.

374. Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 374 of the Complaint, and therefore denies the same.

375. Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 375 of the Complaint, and therefore denies the same.

376. Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 376 of the Complaint, and therefore denies the same.

377. Qualcomm incorporates by reference the responses contained in paragraphs 1-376 above.

378. Qualcomm denies the allegations contained in paragraph 378.

379. Qualcomm denies the allegations contained in paragraph 379.

380. Qualcomm denies the allegations contained in paragraph 380.

381. Qualcomm denies the allegations contained in paragraph 381.

382. Qualcomm admits it received notice of the '907 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 382.

383.    Qualcomm denies the allegations contained in paragraph 383.

384.    Qualcomm denies the allegations contained in paragraph 384.

385.    Qualcomm denies the allegations contained in paragraph 385.

386.    Qualcomm admits it received notice of the '907 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 386.

387.    Qualcomm denies the allegations contained in paragraph 387.

388.    Qualcomm denies the allegations contained in paragraph 388.

389.    Qualcomm denies the allegations contained in paragraph 389.

390.    Qualcomm denies the allegations contained in paragraph 390.

391.    Qualcomm denies the allegations contained in paragraph 391.

392.    Qualcomm denies the allegations contained in paragraph 392.

393.    Qualcomm denies the allegations contained in paragraph 393.

394.    Qualcomm admits it received notice of the '907 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 394.

395.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 395 of the Complaint, and therefore denies the same.

396.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 396 of the Complaint, and therefore denies the same.

397.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 397 of the Complaint, and therefore denies the same.

398.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 398 of the Complaint, and therefore denies the same.

399.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 399 of the Complaint, and therefore denies the same.

400.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 400 of the Complaint, and therefore denies the same.

401.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 401 of the Complaint, and therefore denies the same.

402.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 402 of the Complaint, and therefore denies the same.

403.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 403 of the Complaint, and therefore denies the same.

404.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 404 of the Complaint, and therefore denies the same.

405.      Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 405 of the Complaint, and therefore denies the same.

406.      Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 406 of the Complaint, and therefore denies the same.

407.      Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 407 of the Complaint, and therefore denies the same.

408.      Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 408 of the Complaint, and therefore denies the same.

409.      Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 409 of the Complaint, and therefore denies the same.

410.      Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 410 of the Complaint, and therefore denies the same.

411.      Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 411 of the Complaint, and therefore denies the same.

412.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 412 of the Complaint, and therefore denies the same.

413.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 413 of the Complaint, and therefore denies the same.

414.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 414 of the Complaint, and therefore denies the same.

415.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 415 of the Complaint, and therefore denies the same.

416.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 416.

417.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 417 of the Complaint, and therefore denies the same.

418.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 418 of the Complaint, and therefore denies the same.

419.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 419 of the Complaint, and therefore denies the same.

420.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 420 of the Complaint, and therefore denies the same.

421.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 421 of the Complaint, and therefore denies the same.

422.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 422 of the Complaint, and therefore denies the same.

423.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 423 of the Complaint, and therefore denies the same.

424.     Qualcomm incorporates by reference the responses contained in paragraphs 1-423 above.

425.     Qualcomm denies the allegations contained in paragraph 425.

426.     Qualcomm denies the allegations contained in paragraph 426.

427.     Qualcomm denies the allegations contained in paragraph 427.

428.     Qualcomm denies the allegations contained in paragraph 428.

429.     Qualcomm admits it received notice of the '177 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 429.

430.     Qualcomm denies the allegations contained in paragraph 430.

431.     Qualcomm denies the allegations contained in paragraph 431.

432.     Qualcomm denies the allegations contained in paragraph 432.

433.    Qualcomm admits it received notice of the '177 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 433.

434.    Qualcomm denies the allegations contained in paragraph 434.

435.    Qualcomm denies the allegations contained in paragraph 435.

436.    Qualcomm denies the allegations contained in paragraph 436.

437.    Qualcomm denies the allegations contained in paragraph 437.

438.    Qualcomm denies the allegations contained in paragraph 438.

439.    Qualcomm denies the allegations contained in paragraph 439.

440.    Qualcomm denies the allegations contained in paragraph 440.

441.    Qualcomm admits it received notice of the '177 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 441.

442.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 442 of the Complaint, and therefore denies the same.

443.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 443 of the Complaint, and therefore denies the same.

444.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 444 of the Complaint, and therefore denies the same.

445.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 445 of the Complaint, and therefore denies the same.

446.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 446 of the Complaint, and therefore denies the same.

447.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 447 of the Complaint, and therefore denies the same.

448.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 448 of the Complaint, and therefore denies the same.

449.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 449 of the Complaint, and therefore denies the same.

450.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 450 of the Complaint, and therefore denies the same.

451.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 451 of the Complaint, and therefore denies the same.

452.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 452 of the Complaint, and therefore denies the same.

453.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 453 of the Complaint, and therefore denies the same.

454.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 454 of the Complaint, and therefore denies the same.

455.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 455 of the Complaint, and therefore denies the same.

456.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 456 of the Complaint, and therefore denies the same.

457.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 457 of the Complaint, and therefore denies the same.

458.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 458 of the Complaint, and therefore denies the same.

459.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 459 of the Complaint, and therefore denies the same.

460.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 460 of the Complaint, and therefore denies the same.

461.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 461 of the Complaint, and therefore denies the same.

462.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 462 of the Complaint, and therefore denies the same.

463.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 463.

464.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 464 of the Complaint, and therefore denies the same.

465.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 465 of the Complaint, and therefore denies the same.

466.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 466 of the Complaint, and therefore denies the same.

467.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 467 of the Complaint, and therefore denies the same.

468.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 468 of the Complaint, and therefore denies the same.

469.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 469 of the Complaint, and therefore denies the same.

470.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 470 of the Complaint, and therefore denies the same.

471.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 471 of the Complaint, and therefore denies the same.

472.     Qualcomm incorporates by reference the responses contained in paragraphs 1-471 above.

473.     Qualcomm denies the allegations contained in paragraph 473.

474.     Qualcomm denies the allegations contained in paragraph 474.

475.     Qualcomm denies the allegations contained in paragraph 475.

476.     Qualcomm denies the allegations contained in paragraph 476.

477.     Qualcomm admits it received notice of the '012 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 477.

478.     Qualcomm denies the allegations contained in paragraph 478.

479.     Qualcomm denies the allegations contained in paragraph 479.

480.     Qualcomm denies the allegations contained in paragraph 480.

481.    Qualcomm admits it received notice of the '012 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 481.

482.    Qualcomm denies the allegations contained in paragraph 482.

483.    Qualcomm denies the allegations contained in paragraph 483.

484.    Qualcomm denies the allegations contained in paragraph 484.

485.    Qualcomm denies the allegations contained in paragraph 485.

486.    Qualcomm denies the allegations contained in paragraph 486.

487.    Qualcomm denies the allegations contained in paragraph 487.

488.    Qualcomm denies the allegations contained in paragraph 488.

489.    Qualcomm admits it received notice of the '012 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 489.

490.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 490 of the Complaint, and therefore denies the same.

491.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 491 of the Complaint, and therefore denies the same.

492.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 492 of the Complaint, and therefore denies the same.

493.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 493 of the Complaint, and therefore denies the same.

494.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 494 of the Complaint, and therefore denies the same.

495.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 495 of the Complaint, and therefore denies the same.

496.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 496 of the Complaint, and therefore denies the same.

497.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 497 of the Complaint, and therefore denies the same.

498.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 498 of the Complaint, and therefore denies the same.

499.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 499 of the Complaint, and therefore denies the same.

500.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 500 of the Complaint, and therefore denies the same.

501.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 501 of the Complaint, and therefore denies the same.

502.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 502 of the Complaint, and therefore denies the same.

503.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 503 of the Complaint, and therefore denies the same.

504.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 504 of the Complaint, and therefore denies the same.

505.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 505 of the Complaint, and therefore denies the same.

506.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 506 of the Complaint, and therefore denies the same.

507.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 507 of the Complaint, and therefore denies the same.

508.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 508 of the Complaint, and therefore denies the same.

509.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 509 of the Complaint, and therefore denies the same.

510.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 510 of the Complaint, and therefore denies the same.

511.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 511.

512.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 512 of the Complaint, and therefore denies the same.

513.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 513 of the Complaint, and therefore denies the same.

514.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 514 of the Complaint, and therefore denies the same.

515.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 515 of the Complaint, and therefore denies the same.

516.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 516 of the Complaint, and therefore denies the same.

517.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 517 of the Complaint, and therefore denies the same.

518.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 518 of the Complaint, and therefore denies the same.

519.     Qualcomm incorporates by reference the responses contained in paragraphs 1-518 above.

520.     Qualcomm denies the allegations contained in paragraph 520.

521.     Qualcomm denies the allegations contained in paragraph 521.

522.     Qualcomm denies the allegations contained in paragraph 522.

523.     Qualcomm denies the allegations contained in paragraph 523.

524.     Qualcomm admits it received notice of the '116 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 524.

525.     Qualcomm denies the allegations contained in paragraph 525.

526.     Qualcomm denies the allegations contained in paragraph 526.

527.     Qualcomm denies the allegations contained in paragraph 527.

528.     Qualcomm admits it received notice of the '116 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 528.

529.     Qualcomm denies the allegations contained in paragraph 529.

530.     Qualcomm denies the allegations contained in paragraph 530.

531.     Qualcomm denies the allegations contained in paragraph 531.

532.     Qualcomm denies the allegations contained in paragraph 532.

533.     Qualcomm denies the allegations contained in paragraph 533.

534.     Qualcomm denies the allegations contained in paragraph 534.

535.     Qualcomm denies the allegations contained in paragraph 535.

536.     Qualcomm admits it received notice of the '116 patent as of the date the Amended Complaint was served.  Qualcomm denies the remaining allegations contained in paragraph 536.

537.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 537 of the Complaint, and therefore denies the same.

538.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 538 of the Complaint, and therefore denies the same.

539.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 539 of the Complaint, and therefore denies the same.

540.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 540 of the Complaint, and therefore denies the same.

541.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 541 of the Complaint, and therefore denies the same.

542.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 542 of the Complaint, and therefore denies the same.

543.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 543 of the Complaint, and therefore denies the same.

544.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 544 of the Complaint, and therefore denies the same.

545.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 545 of the Complaint, and therefore denies the same.

546.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 546 of the Complaint, and therefore denies the same.

547.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 547 of the Complaint, and therefore denies the same.

548.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 548 of the Complaint, and therefore denies the same.

549.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 549 of the Complaint, and therefore denies the same.

550.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 550 of the Complaint, and therefore denies the same.

551.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 551 of the Complaint, and therefore denies the same.

552.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 552 of the Complaint, and therefore denies the same.

553.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 553 of the Complaint, and therefore denies the same.

554.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 554 of the Complaint, and therefore denies the same.

555.     Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 555 of the Complaint, and therefore denies the same.

556.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 556 of the Complaint, and therefore denies the same.

557.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 557 of the Complaint, and therefore denies the same.

558.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 558.

559.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 559 of the Complaint, and therefore denies the same.

560.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 560 of the Complaint, and therefore denies the same.

561.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 561 of the Complaint, and therefore denies the same.

562.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 562 of the Complaint, and therefore denies the same.

563.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 563 of the Complaint, and therefore denies the same.

564.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 564 of the Complaint, and therefore denies the same.

565.    Qualcomm lacks knowledge or information sufficient to form a belief about the truth of the allegations contained in paragraph 565 of the Complaint, and therefore denies the same.

**AFFIRMATIVE DEFENSES**

Qualcomm reserves the right to amend its Answer, including asserting additional defenses as discovery progresses.  Without altering any applicable burdens of proof, Qualcomm alleges the following affirmative defenses:

**First Defense - Failure to State a Claim**

ParkerVision's complaint fails to state a claim upon which relief can be granted.

**Second Defense - Non-Infringement of '940 Patent**

Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of up-conversion of a lower-frequency signal to a higher-frequency signal, has not infringed, and currently does not infringe, any valid claim of the '940 Patent directly, indirectly, contributorily, by inducement, or in any other manner.

**Third Defense – Invalidity of '940 Patent**

Each asserted claim of the '940 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112.

**Fourth Defense - Non-Infringement of '902 Patent**

Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of down-conversion of a higher-frequency signal to a lower-frequency signal,

has not infringed, and currently does not infringe, any valid claim of the '902 Patent directly, indirectly, contributorily, by inducement, or in any other manner.

### Fifth Defense – Invalidity of '902 Patent

Each asserted claim of the '902 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112.

### Sixth Defense - Non-Infringement of '549 Patent

Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of modulating an information signal to create an angle modulated harmonically rich signal, has not infringed, and currently does not infringe, any valid claim of the '549 Patent directly, indirectly, contributorily, by inducement, or in any other manner.

### Seventh Defense – Invalidity of '549 Patent

Each asserted claim of the '549 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112.

### Eighth Defense - Non-Infringement of '836 Patent

Qualcomm, including the QSC6270 combination RF transceiver-baseband chip, chipsets that include, for example and without limitation, an RTR6285 transceiver and QSD8250 baseband, and any other Qualcomm device or combination of devices that is allegedly capable of operation on multiple standards and/or protocols, has not infringed, and currently does not infringe, any valid claim of the '836 Patent directly, indirectly, contributorily, by inducement, or in any other manner.

### Ninth Defense – Invalidity of '836 Patent

Each asserted claim of the '836 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112.

## Tenth Defense - Non-Infringement of '372 Patent

Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of up-converting and modulating an information signal, has not infringed, and currently does not infringe, any valid claim of the '372 Patent directly, indirectly, contributorily, by inducement, or in any other manner.

## Eleventh Defense – Invalidity of '372 Patent

Each asserted claim of the '372 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112.

## Twelfth Defense - Non-Infringement of '508 Patent

Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of up-converting a lower-frequency signal to a higher-frequency signal, has not infringed, and currently does not infringe, any valid claim of the '508 Patent directly, indirectly, contributorily, by inducement, or in any other manner.

## Thirteenth Defense – Invalidity of '508 Patent

Each asserted claim of the '508 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112.

## Fourteenth Defense - Non-Infringement of '246 Patent

Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of down-conversion of a higher-frequency signal to a lower-frequency signal, has not infringed, and currently does not infringe, any valid claim of the '246 Patent directly, indirectly, contributorily, by inducement, or in any other manner.

## Fifteenth Defense – Invalidity of '246 Patent

Each asserted claim of the '246 Patent is invalid for failure to comply with one or more

provisions of 35 U.S.C. §§ 101, 102, 103, and 112.

### Sixteenth Defense - Non-Infringement of '907 Patent

Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of down-conversion of a higher-frequency signal to a lower-frequency signal, has not infringed, and currently does not infringe, any valid claim of the '907 Patent directly, indirectly, contributorily, by inducement, or in any other manner.

### Seventeenth Defense – Invalidity of '907 Patent

Each asserted claim of the '907 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112.

### Eighteenth Defense - Non-Infringement of '177 Patent

Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of down-conversion of a higher-frequency signal to a lower-frequency signal, has not infringed, and currently does not infringe, any valid claim of the '177 Patent directly, indirectly, contributorily, by inducement, or in any other manner.

### Nineteenth Defense – Invalidity of '177 Patent

Each asserted claim of the '177 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112.

### Twentieth Defense - Non-Infringement of '012 Patent

Qualcomm, including a chipset that includes WCN3660, RTR8600, and MSM8960, and any other Qualcomm device or combination of devices that is allegedly capable of interfacing between broadband wireless communications systems and Local Area Networks ("LAN") systems, has not infringed, and currently does not infringe, any valid claim of the '012 Patent directly, indirectly, contributorily, by inducement, or in any other manner.

### Twenty-First Defense – Invalidity of '012 Patent

Each asserted claim of the '012 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112.

### Twenty-Second Defense - Non-Infringement of '116 Patent

Qualcomm, including the QSC6270 combination RF transceiver-baseband chip, chipsets that include, for example and without limitation, an RTR6285 transceiver and QSD8250 baseband, and any other Qualcomm device or combination of devices that is allegedly capable of down-converting an input signal with an energy transfer control signal comprised of a plurality of pulses, has not infringed, and currently does not infringe, any valid claim of the '116 Patent directly, indirectly, contributorily, by inducement, or in any other manner.

### Twenty-Third Defense – Invalidity of '116 Patent

Each asserted claim of the '116 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112.

### Twenty-Fourth Defense - Limitation on Damages

ParkerVision is barred or limited in recovery, in whole or in part, by 35 U.S.C. §§ 286, 287 and 28 U.S.C. § 1498.

### Twenty-Fifth Defense - Prosecution History Estoppel

ParkerVision is estopped from construing any claim of the Patents-in-Suit to be infringed or have been infringed, either literally or under the doctrine of equivalents, by any method or product manufactured, used, imported, sold or offered for sale by Qualcomm in view of the prior art and because of admissions and statements ParkerVision made to the USPTO during prosecution of the applications leading to the issuance of the Patents-in-Suit.

## Twenty-Sixth Defense - No Injunctive Relief

ParkerVision is not entitled to injunctive relief because any alleged injury to ParkerVision is not immediate or irreparable, and ParkerVision would have an adequate remedy at law.

## Twenty-Seventh Defense - Equitable Estoppel, Laches, and/or Waiver

ParkerVision's claims against Qualcomm with respect to one or more of the Patents-in-Suit are barred by equitable estoppel, laches, and/or waiver.

## Twenty-Eighth Defense - Collateral Estoppel and/or Res Judicata

ParkerVision's claims against Qualcomm with respect to one or more of the Patents-in-Suit are barred by collateral estoppel and/or res judicata as a result of ParkerVision I.

## Reservation Of Rights

Qualcomm reserves all other affirmative defenses pursuant to Rule 8(c) of the Federal Rules of Civil Procedure, the Patent Laws of the United States, and any other defenses, at law or in equity, that now exist or in the future may be available based on discovery and further factual investigation in the case.

## Prayer For Relief

WHEREFORE, Qualcomm respectfully requests that this Court enter a Judgment and Order dismissing the Complaint, and each count thereof, with prejudice and denying ParkerVision any relief whatsoever, and awarding Qualcomm any such other costs and further relief as the Court may deem just and proper.

## COUNTERCLAIM

Defendants/ Counterclaim Plaintiffs Qualcomm Incorporated and Qualcomm Atheros, Inc. ("Qualcomm"), for its Counterclaim against Plaintiff/ Counterclaim Defendant

ParkerVision, Inc. ("ParkerVision"), upon knowledge as to matters relating to itself and upon information and belief as to all other matters, allege as follows:

## Parties

1.      Qualcomm Incorporated is a Delaware corporation with its principal place of business at 5775 Morehouse Drive, San Diego, California.

2.      Qualcomm Atheros, Inc. is a Delaware corporation with its principal place of business at 1700 Technology Drive, San Jose, California.

3.      ParkerVision is a Florida corporation with its principal place of business at 7915 Baymeadows Way, Jacksonville, Florida.

## Jurisdiction and Venue

4.      This Court has jurisdiction and venue over this counterclaim pursuant to 28 U.S.C. §§ 1331, 1332, 1338(a), 1367, 1391, 1400(b), and 2201.

5.      Qualcomm seeks, *inter alia*, declaratory relief pursuant to 28 U.S.C. §§ 2201-2202 and Rule 57 of the Federal Rules of Civil Procedure.

6.      ParkerVision is a resident of the State of Florida and, by filing this action, has submitted to this Court's exercise of personal jurisdiction.

## First Count

## (Declaration of Non-Infringement of the '940 Patent)

7.      Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

8.      ParkerVision claims to be owner of all right, title and interest in the '940 Patent.

9.      ParkerVision has accused Qualcomm of infringement of the '940 Patent and has created a substantial, immediate and real controversy between the parties as to the infringement

of the '940 Patent.

10.     Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of up-conversion of a lower-frequency signal to a higher-frequency signal, has not infringed, and currently does not infringe, any valid claim of the '940 Patent directly, indirectly, contributorily, by inducement, or in any other manner, and ParkerVision is entitled to no relief for any claim of alleged infringement.

## Second Count

## (Declaration of Invalidity of the '940 Patent)

11.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

12.     ParkerVision contends that the asserted claims of the '940 Patent are valid and has created a substantial, immediate and real controversy between the parties as to the invalidity of the asserted claims of the '940 Patent.

13.     Each asserted claim of the '940 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112, and ParkerVision is entitled to no relief for any claim relating to their alleged validity.

## Third Count

## (Declaration of Non-Infringement of the '902 Patent)

14.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

15.     ParkerVision claims to be owner of all right, title and interest in the '902 Patent.

16.     ParkerVision has accused Qualcomm of infringement of the '902 Patent and has created a substantial, immediate and real controversy between the parties as to the infringement

of the '902 Patent.

17.     Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of down-conversion of a higher-frequency signal to a lower-frequency signal, has not infringed, and currently does not infringe, any valid claim of the '902 Patent directly, indirectly, contributorily, by inducement, or in any other manner, and ParkerVision is entitled to no relief for any claim of alleged infringement.

## Fourth Count

### (Declaration of Invalidity of the '902 Patent)

18.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

19.     ParkerVision contends that the asserted claims of the '902 Patent are valid and has created a substantial, immediate and real controversy between the parties as to the invalidity of the asserted claims of the '902 Patent.

20.     Each asserted claim of the '902 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112, and ParkerVision is entitled to no relief for any claim relating to their alleged validity.

## Fifth Count

### (Declaration of Non-Infringement of the '549 Patent)

21.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

22.     ParkerVision claims to be owner of all right, title and interest in the '549 Patent.

23.     ParkerVision has accused Qualcomm of infringement of the '549 Patent and has created a substantial, immediate and real controversy between the parties as to the infringement

of the '549 Patent.

24.     Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of modulating an information signal to create an angle modulated harmonically rich signal, has not infringed, and currently does not infringe, any valid claim of the '549 Patent directly, indirectly, contributorily, by inducement, or in any other manner, and ParkerVision is entitled to no relief for any claim of alleged infringement.

## Sixth Count

### (Declaration of Invalidity of the '549 Patent)

25.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

26.     ParkerVision contends that the asserted claims of the '549 Patent are valid and has created a substantial, immediate and real controversy between the parties as to the invalidity of the asserted claims of the '549 Patent.

27.     Each asserted claim of the '549 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112, and ParkerVision is entitled to no relief for any claim relating to their alleged validity.

## Seventh Count

### (Declaration of Non-Infringement of the '836 Patent)

28.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

29.     ParkerVision claims to be owner of all right, title and interest in the '836 Patent.

30.     ParkerVision has accused Qualcomm of infringement of the '836 Patent and has created a substantial, immediate and real controversy between the parties as to the infringement

of the '836 Patent.

31.     Qualcomm, including the QSC6270 combination RF transceiver-baseband chip, chipsets that include, for example and without limitation, an RTR6285 transceiver and QSD8250 baseband, and any other Qualcomm device or combination of devices that is allegedly capable of operation on multiple standards and/or protocols, has not infringed, and currently does not infringe, any valid claim of the '836 Patent directly, indirectly, contributorily, by inducement, or in any other manner, and ParkerVision is entitled to no relief for any claim of alleged infringement.

## Eighth Count

### (Declaration of Invalidity of the '836 Patent)

32.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

33.     ParkerVision contends that the asserted claims of the '836 Patent are valid and has created a substantial, immediate and real controversy between the parties as to the invalidity of the asserted claims of the '836 Patent.

34.     Each asserted claim of the '836 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112, and ParkerVision is entitled to no relief for any claim relating to their alleged validity.

## Ninth Count

### (Declaration of Non-Infringement of the '372 Patent)

35.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

36.     ParkerVision claims to be owner of all right, title and interest in the '372 Patent.

37.     ParkerVision has accused Qualcomm of infringement of the '372 Patent and has created a substantial, immediate and real controversy between the parties as to the infringement of the '372 Patent.

38.     Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of up-converting and modulating an information signal, has not infringed, and currently does not infringe, any valid claim of the '372 Patent directly, indirectly, contributorily, by inducement, or in any other manner, and ParkerVision is entitled to no relief for any claim of alleged infringement.

**Tenth Count**

**(Declaration of Invalidity of the '372 Patent)**

39.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

40.     ParkerVision contends that the asserted claims of the '372 Patent are valid and has created a substantial, immediate and real controversy between the parties as to the invalidity of the asserted claims of the '372 Patent.

41.     Each asserted claim of the '372 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112, and ParkerVision is entitled to no relief for any claim relating to their alleged validity.

**Eleventh Count**

**(Declaration of Non-Infringement of the '508 Patent)**

42.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

43.     ParkerVision claims to be owner of all right, title and interest in the '508 Patent.

44.     ParkerVision has accused Qualcomm of infringement of the '508 Patent and has created a substantial, immediate and real controversy between the parties as to the infringement of the '508 Patent.

45.     Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of up-converting a lower-frequency signal to a higher-frequency signal, has not infringed, and currently does not infringe, any valid claim of the '508 Patent directly, indirectly, contributorily, by inducement, or in any other manner, and ParkerVision is entitled to no relief for any claim of alleged infringement.

## Twelfth Count

## (Declaration of Invalidity of the '508 Patent)

46.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

47.     ParkerVision contends that the asserted claims of the '508 Patent are valid and has created a substantial, immediate and real controversy between the parties as to the invalidity of the asserted claims of the '508 Patent.

48.     Each asserted claim of the '508 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112, and ParkerVision is entitled to no relief for any claim relating to their alleged validity.

## Thirteenth Count

## (Declaration of Non-Infringement of the '246 Patent)

49.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

50.     ParkerVision claims to be owner of all right, title and interest in the '246 Patent.

51.     ParkerVision has accused Qualcomm of infringement of the '246 Patent and has created a substantial, immediate and real controversy between the parties as to the infringement of the '246 Patent.

52.     Qualcomm, the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of down-conversion of a higher-frequency signal to a lower-frequency signal, has not infringed, and currently does not infringe, any valid claim of the '246 Patent directly, indirectly, contributorily, by inducement, or in any other manner, and ParkerVision is entitled to no relief for any claim of alleged infringement.

## Fourteenth Count

### (Declaration of Invalidity of the '246 Patent)

53.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

54.     ParkerVision contends that the asserted claims of the '246 Patent are valid and has created a substantial, immediate and real controversy between the parties as to the invalidity of the asserted claims of the '246 Patent.

55.     Each asserted claim of the '246 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112, and ParkerVision is entitled to no relief for any claim relating to their alleged validity.

## Fifteenth Count

### (Declaration of Non-Infringement of the '907 Patent)

56.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

57.     ParkerVision claims to be owner of all right, title and interest in the '907 Patent.

58.     ParkerVision has accused Qualcomm of infringement of the '907 Patent and has created a substantial, immediate and real controversy between the parties as to the infringement of the '907 Patent.

59.     Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of down-conversion of a higher-frequency signal to a lower-frequency signal, has not infringed, and currently does not infringe, any valid claim of the '907 Patent directly, indirectly, contributorily, by inducement, or in any other manner, and ParkerVision is entitled to no relief for any claim of alleged infringement.

## Sixteenth Count

### (Declaration of Invalidity of the '907 Patent)

60.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

61.     ParkerVision contends that the asserted claims of the '907 Patent are valid and has created a substantial, immediate and real controversy between the parties as to the invalidity of the asserted claims of the '907 Patent.

62.     Each asserted claim of the '907 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112, and ParkerVision is entitled to no relief for any claim relating to their alleged validity.

## Seventeenth Count

### (Declaration of Non-Infringement of the '177 Patent)

63.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

64.     ParkerVision claims to be owner of all right, title and interest in the '177 Patent.

65. ParkerVision has accused Qualcomm of infringement of the '177 Patent and has created a substantial, immediate and real controversy between the parties as to the infringement of the '177 Patent.

66. Qualcomm, including the RTR8600, QTR8200, and any other Qualcomm device that is allegedly capable of down-conversion of a higher-frequency signal to a lower-frequency signal, has not infringed, and currently does not infringe, any valid claim of the '177 Patent directly, indirectly, contributorily, by inducement, or in any other manner, and ParkerVision is entitled to no relief for any claim of alleged infringement.

## Eighteenth Count

## (Declaration of Invalidity of the '177 Patent)

67. Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

68. ParkerVision contends that the asserted claims of the '177 Patent are valid and has created a substantial, immediate and real controversy between the parties as to the invalidity of the asserted claims of the '177 Patent.

69. Each asserted claim of the '177 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112, and ParkerVision is entitled to no relief for any claim relating to their alleged validity.

## Nineteenth Count

## (Declaration of Non-Infringement of the '012 Patent)

70. Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

71. ParkerVision claims to be owner of all right, title and interest in the '012 Patent.

72.     ParkerVision has accused Qualcomm of infringement of the '012 Patent and has created a substantial, immediate and real controversy between the parties as to the infringement of the '012 Patent.

73.     Qualcomm, including a chipset that includes WCN3660, RTR8600, and MSM8960, and any other Qualcomm device or combination of devices that is allegedly capable of interfacing between broadband wireless communications systems and Local Area Networks ("LAN") systems, has not infringed, and currently does not infringe, any valid claim of the '012 Patent directly, indirectly, contributorily, by inducement, or in any other manner, and ParkerVision is entitled to no relief for any claim of alleged infringement.

## Twentieth Count

## (Declaration of Invalidity of the '012 Patent)

74.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

75.     ParkerVision contends that the asserted claims of the '012 Patent are valid and has created a substantial, immediate and real controversy between the parties as to the invalidity of the asserted claims of the '012 Patent.

76.     Each asserted claim of the '012 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112, and ParkerVision is entitled to no relief for any claim relating to their alleged validity.

## Twenty-First Count

## (Declaration of Non-Infringement of the '116 Patent)

77.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

78.     ParkerVision claims to be owner of all right, title and interest in the '116 Patent.

79.     ParkerVision has accused Qualcomm of infringement of the '116 Patent and has created a substantial, immediate and real controversy between the parties as to the infringement of the '116 Patent.

80.     Qualcomm, including the QSC6270 combination RF transceiver-baseband chip, chipsets that include, for example and without limitation, an RTR6285 transceiver and QSD8250 baseband, and any other Qualcomm device or combination of devices that is allegedly capable of down-converting an input signal with an energy transfer control signal comprised of a plurality of pulses, has not infringed, and currently does not infringe, any valid claim of the '116 Patent directly, indirectly, contributorily, by inducement, or in any other manner, and ParkerVision is entitled to no relief for any claim of alleged infringement.

## Twenty-Second Count

### (Declaration of Invalidity of the '116 Patent)

81.     Qualcomm incorporates by reference and realleges paragraphs 1 - 6 above as though fully stated herein.

82.     ParkerVision contends that the asserted claims of the '116 Patent are valid and has created a substantial, immediate and real controversy between the parties as to the invalidity of the asserted claims of the '116 Patent.

83.     Each asserted claim of the '116 Patent is invalid for failure to comply with one or more provisions of 35 U.S.C. §§ 101, 102, 103, and 112, and ParkerVision is entitled to no relief for any claim relating to their alleged validity.

## Prayer for Relief

WHEREFORE, Qualcomm respectfully requests that this Court enter a Judgment and

Order:

A.      Declaring that all asserted claims of the Patents-in-Suit are invalid, not infringed, and/or unenforceable;

B.      Finding that this case is an exceptional case pursuant to 35 U.S.C. § 285 or otherwise, and awarding Qualcomm its costs, together with reasonable attorneys' fees and all of its expenses for defending this suit;

C.      Awarding Qualcomm any such other costs and further relief as the Court may deem just and proper.

## **Jury Demand**

Pursuant to Federal Rule of Civil Procedure 38(b), Qualcomm demands trial by jury on all issues so triable as to the Counterclaim and Affirmative Defenses.

Dated:  November 17, 2014

COOLEY LLP

By:  /s/Timothy S. Teter
     Stephen C. Neal (Co-Trial Counsel,
     admitted pro hac vice)
     E-mail: nealsc@cooley.com
     Timothy S. Teter (Co-Trial Counsel,
     admitted pro hac vice)
     E-mail: teterts@cooley.com
     Jeffrey Karr (admitted pro hac vice)
     E-mail: jkarr@cooley.com
     Matthew Brigham (admitted pro hac
     vice)
     E-mail: mbrigham@cooley.com
     Benjamin G. Damstedt (admitted pro
     hac vice)
     E-mail: bdamstedt@cooley.com
     3175 Hanover Street
     Palo Alto, CA 94304
     Phone: (650) 843-5000
     Fax: (650) 849-7400

       and

     BEDELL, DITTMAR, DEVAULT,
     PILLANS & COXE, P.A.
     John A. DeVault, III
     Florida Bar No. 103979
     E-mail: jad@bedellfirm.com
     Courtney K. Grimm
     Florida Bar No. 953740
     E-mail: cgrimm@bedellfirm.com
     The Bedell Building
     101 East Adams Street
     Jacksonville, Florida 32202
     Telephone: (904) 353-0211
     Facsimile: (904) 353-9307

     Counsel for Defendants Qualcomm
     Incorporated and Qualcomm Atheros,
     Inc.

## <u>CERTIFICATE OF SERVICE</u>

       I hereby certify that on November 17, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

       I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participant:

Erik Fuehrer
DLA Piper US, LLP
2000 University Ave
East Palo Alto, CA 94303-2248

<u>/s/ Timothy S. Teter</u>
Timothy S. Teter
(Co-Trial Counsel, admitted pro hac vice)
E-mail:  teterts@cooley.com
3175 Hanover Street
Palo Alto, CA  94306-2155
Phone:  (650) 843-5000
Fax:  (650) 849-7400

Attorney for Defendants
Qualcomm Incorporated and
Qualcomm Atheros, Inc.