# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PARKERVISION, INC.,**

         **Plaintiff,**

**v.**                               **Case No:   6:14-cv-687-Orl-40KRS**

**QUALCOMM INCORPORATED,**
**QUALCOMM ATHEROS, INC., HTC**
**CORPORATION, HTC AMERICA, INC.,**
**SAMSUNG ELECTRONICS CO., LTD.,**
**SAMSUNG ELECTRONICS AMERICA,**
**INC. and SAMSUNG**
**TELECOMMUNICATIONS AMERICA,**
**LLC,**

         **Defendants.**

_____

## ORDER

      This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND FOR TERMINATION OF ELECTRONIC NOTICES** (Doc. No. 88) |
| **FILED:** | **December 23, 2014** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

      Kevin Hess, Esq., withdraws as counsel of record for Plaintiff ParkerVision, Inc.   Plaintiff remains represented by other counsel of record.   Withdrawal shall not be cited or relied upon as a basis for extending any deadlines in this case.

| | |
|---|---|
| **MOTION:** | **KATHY H. LI'S UNOPPOSED MOTION TO APPEAR PRO HAC VICE AND DESIGNATION AND CONSENT TO ACT** (Doc. No. 89) |
| **FILED:** | **December 23, 2014** |

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Kathy H. Li, Esq., may specially appear in this case as counsel for Plaintiff with James A. Bolling, Esq., and Stephen D. Busey, Esq., serving as local counsel.   Attorney Li shall immediately begin using the CM/ECF docket system and begin filing electronically.   Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF." Once registered for CM/ECF and added as counsel of record in the case, counsel will receive the Notification of Electronic Filing [NEF] on all documents filed.

The Clerk of Court is directed to mail a copy of this Order to Attorney Li.   Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**DONE** and **ORDERED** in Orlando, Florida on December 23, 2014.

*Karla R. Spaulding*

KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE