UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., HTC CORPORATION, HTC AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC <br><br> Defendants. | CASE NO.: 6:14-cv-00687 <br><br> **JURY TRIAL DEMANDED AND INJUNCTIVE RELIEF SOUGHT** |

**STIPULATION AND ORDER PURSUANT TO**
**FEDERAL RULE OF EVIDENCE 502(d) AND (e)**

IT IS HEREBY STIPULATED AND AGREED pursuant to Fed. R. Evid. 502(e), by and between ParkerVision, Inc., Qualcomm Incorporated, Qualcomm Atheros, Inc., HTC Corporation, HTC America, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC, by and through their undersigned counsel, that:

In accordance with Fed. R. Evid. 502(d), except where a party intentionally waives attorney-client privilege or work product protection by disclosing such information to an adverse party as provided in Fed. R. Evid. 502(a), the disclosure of attorney-client privileged or work product protected information does not constitute a waiver in this proceeding, or in any

other federal or state proceeding. Further, the provisions of Fed. R. Evid. 502(b)(2) and (3) are inapplicable to the production of such unintentionally disclosed ESI.

Where a party produces attorney-client privileged or work product protected information to an adverse party without intending to waive the privilege or protection, the producing party will notify the adversary that it did not intend a waiver by its disclosure, and the receiving party will promptly return the electronically stored information and/or paper document(s), and any copies thereof.

Any dispute regarding whether the disclosing party has asserted properly the attorney-client privilege or work product protection will be brought promptly to the Court, if the parties are not themselves able to resolve it.

**IT IS SO STIPULATED**, through Counsel of Record.

DATED: April 7, 2015

**SMITH HULSEY & BUSEY**

Stephen D. Busey
James A. Bolling
Florida Bar Number 117790
Florida Bar Number 901253
225 Water Street, Suite 1800
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
jbolling@smithhulsey.com

**MCKOOL SMITH, P.C.**
By: _/s/ Douglas A. Cawley_
Douglas A. Cawley
Texas Bar No. 0403550
dcawley@mckoolsmith.com
Richard Kamprath
Texas State Bar No. 24078767
rkamprath@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201

**BEDELL, DITTMAR, DeVAULT, PILLANS & COXE**

By: _/s/ Matthew J. Brigham_
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
Courtney K. Grimm
Florida Bar No. 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

and

**COOLEY LLP**
Stephen C. Neal (admitted pro hac vice)
E-mail: nealsc@cooley.com
Timothy S. Teter admitted pro hac vice)

2

Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Joshua W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Leah Buratti
Texas State Bar No. 24064897
lburatti@mckoolsmith.com
Kathy H. Li
Texas State Bar No. 24070142
kli@mckoolsmith.com
Mario A. Apreotesi
Texas State Bar No. 24080772
mapreotesi@mckoolsmith.com
300 W. 6th Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**ATTORNEYS FOR PLAINTIFF PARKERVISION, INC.**

E-mail: teterts@cooley.com
Jeffrey Karr (admitted pro hac vice)
jkarr@cooley.com
Matthew Brigham (admitted pro hac vice)
mbrigham@cooley.com
Benjamin G. Damstedt (admitted pro hac vice)
bdamstedt@cooley.com
3175 Hanover Street
Palo Alto, CA 94304
Phone: (650) 843-5000
Fax: (650) 849-7400

**ATTORNEYS FOR DEFENDANTS QUALCOMM INCORPORATED QUALCOMM ATHEROS, INC. , HTC CORPORATION, and HTC AMERICA, INC.**

**DLA PIPER LLP (US)**

By: /s/ Jeremy T. Elman
Jeremy T. Elman
Florida Bar No. 37448
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Telephone: (305) 423-8500
Facsimile: (305) 503-7551
E-Mail: jeremy.elman@dlapiper.com

Angela J. Crawford
Florida Bar No. 43611
100 North Tampa, Suite 2200
Tampa, FL 33602-5809
Telephone: (813) 222-5989
Facsimile: (813) 371-1116
E-Mail: angela.crawford@dlapiper.com

Mark Fowler (Trial Counsel) (admitted *pro hac vice*)
Erik R. Fuehrer (admitted *pro hac vice*)
2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2000
Facsimile: (650) 833-2001
E-Mail: mark.fowler@dlapiper.com
E-Mail: erik.fuehrer@dlapiper.com

Sean Cunningham (admitted *pro hac vice*)
Ed Sikorski (admitted *pro hac vice*)
Kevin Hamilton (admitted *pro hac vice*)
401 B Street, Suite 1700
San Diego, CA 92101-4297
Telephone: (619) 699-2700
Facsimile: (619) 699-2701
Email: sean.cunningham@dlapiper.com
Email: ed.sikorski@dlapiper.com
Email: kevin.hamilton@dlapiper.com

Counsel for Defendants
Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC

**IT IS ORDERED** that the forgoing Stipulation and Agreement is approved.

Dated: 4/14/15

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE