# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PARKERVISION, INC.,**

    **Plaintiff,**

**v.**           Case No:  **6:14-cv-687-Orl-40KRS**

**QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., HTC CORPORATION, HTC AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC,**

    **Defendants.**

## ORDER

This cause came on for consideration after oral argument on the following motion filed herein:

> **MOTION:** **PARKERVISION'S MOTION TO COMPEL INTERROGATORY ANSWERS FROM DEFENDANTS QUALCOMM, SAMSUNG, AND HTC (Doc. No. 182)**
>
> **FILED:** **July 28, 2015**

For the reasons stated on the record during the hearing, it is **ORDERED** as follows:

The motion to compel a supplemental response to Interrogatory 4 from Qualcomm is **GRANTED** in part. It is further **ORDERED** that, on or before August 28, 2015, Qualcomm shall serve a sworn, supplemental narrative response to this interrogatory naming each person who first had knowledge of each of the patents-in-suit (except the '940 patent) and explaining how each identified person learned of the patents-in-suit (except the '940 patent). So, for example,

Qualcomm might identify John Smith, an in-house lawyer, who learned of a particular patent-in-suit on October 1, 2011 when researching the history of a patent that is not owed or assigned to Parkervision in connection with a matter that is not related to the present lawsuit.

It is **ORDERED** that the motion to compel a further response to Interrogatory 5 is **DENIED**, with the caveat that, on or before August 28, 2015, Samsung shall serve a sworn, supplemental response to the interrogatory regarding non-Qualcomm chips if it has any additional information about those chips responsive to Interrogatory 5.

It is **ORDERED** that the motion to compel a further response to Interrogatory 7 is **DENIED without prejudice**. Counsel for Parkervision offered during the hearing to narrow the interrogatory. Counsel must engage in a good faith conference by speaking with each other in person or by telephone to determine whether they can resolve the issues regarding Interrogatory 7 by agreement.

It is **ORDERED** that the motion to compel a further response to Interrogatory 8 is **DENIED**.

It is further **ORDERED** that, on or before August 28, 2015, Qualcomm and HTC shall serve a privilege log in the form required by my Standing Order on Privilege Logs listing all information responsive to interrogatories 4, 5, 7 and 8 that has been withheld based on a privilege or protection other than categories of information that counsel have agreed does not need to be logged.

**DONE** and **ORDERED** in Orlando, Florida on August 13, 2015.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE