# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PARKERVISION, INC.,**

  **Plaintiff,**

**v.**               Case No: 6:14-cv-687-Orl-40KRS

**QUALCOMM INCORPORATED,
QUALCOMM ATHEROS, INC., HTC
CORPORATION, HTC AMERICA, INC.,
SAMSUNG ELECTRONICS CO., LTD.,
SAMSUNG ELECTRONICS AMERICA,
INC. and SAMSUNG
TELECOMMUNICATIONS AMERICA,
LLC,**

  **Defendants.**

## ORDER

This cause came on for consideration after an evidentiary hearing on the following motion filed herein:

> **MOTION:**  **PARKERVISION INC.'S MOTION TO COMPEL PRODUCTION OF QUALCOMM AND SAMSUNG SCHEMATICS IN NATIVE FORMAT (Doc. No. 132)**
>
> **FILED:**   **May 19, 2015**
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The production of chip schematics in .pdf format with bookmarks allowing review of the hierarchical levels of the chips' design coupled with complete design review documents is reasonably useable, at this stage of the litigation, for Parkervision to conduct initial discovery regarding the Qualcomm and Samsung chips at issue in this litigation. Should Parkervision later

identify specific chips or components thereof that it needs to test by simulation or otherwise using electronically stored information ("ESI"), rather than .pdf and design review documents, the Court is inclined to require Defendants to produce the ESI necessary for such testing. Such production may not necessarily require disclosure of ESI in native format, but it likely would require Defendants to produce reasonably useable ESI that would provide the data needed by the software being used to conduct the testing.

    **DONE** and **ORDERED** in Orlando, Florida on August 14, 2015.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE
