# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| PARKERVISION, INC.<br><br>                      Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., HTC CORPORATION, HTC AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC<br><br>                      Defendants. | CASE NO.: 6:14-CV-00687-PGB-KRS |

**JOINT MOTION TO DISMISS CERTAIN CLAIMS AND COVENANT NOT TO SUE**

Plaintiff ParkerVision, Inc. ("ParkerVision") seeks to narrow the scope of this proceeding, and Defendants Qualcomm Incorporated, Qualcomm Atheros, Inc., HTC Corporation, HTC America, Inc., Samsung Electronics Co., LTD., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC ("Defendants") do not oppose under the conditions set forth below.

ParkerVision and Defendants therefore request that the Court dismiss each of ParkerVision's claims for relief against Defendants with prejudice, and each of Qualcomm Incorporated's, Qualcomm Atheros, Inc.'s, HTC Corporation's, and HTC America, Inc.'s counterclaims for relief against ParkerVision without prejudice, based on the following six patents ("Dismissed Patents"):

    1) U.S. Patent No. 6,580,902

    2) U.S. Patent No. 6,704,549

    3) U.S. Patent No. 6,873,836

-2-

    4) U.S. Patent No. 7,050,508

    5) U.S. Patent No. 7,194,246

    6) U.S. Patent No. 7,966,012

In addition, ParkerVision and Defendants provide notice to the Court that given the joint motion to dismiss the above-mentioned Dismissed Patents, the Court need not construe the following terms proposed for construction:

    1) "sub-sample" or "sub-sampling" (as found only in the '836 Patent claims)

    2) "string of multiple pulses" (as found only in the '508 Patent claims)

    3) "repeater" (as found only in the '012 Patent claims)

    4) "sensing" or "sensing said protocol" (as found only in the '012 Patent claims)

    5) "modulation and frequency selection module" (as found only in the '549 Patent claims)

    6) "pulse shaper" (as found only in the '549 Patent claims)

Finally, ParkerVision, on behalf of itself and its affiliates, its predecessors, successors, successors-in-interest to the Dismissed Patents, predecessors in interest to the Dismissed Patents, and assigns, irrevocably covenants that it will not sue, file a complaint, or commence, prosecute, or participate in, or to assist or aid any person or entity, including governmental and regulatory agencies, to commence or prosecute, any action, claim or proceeding (including for direct or indirect infringement, literal infringement, and infringement under the Doctrine of Equivalents) in any jurisdiction in any court, forum, tribunal or other body anywhere in the world against any of Defendants, and their past, present and future parents, subsidiaries and affiliates, and their respective past, present and future officers, directors, shareholders, employees, attorneys, agents, successors, assigns and other transferees, and any former, current, and future direct and indirect

-3-

users, original equipment manufacturers, original design manufacturers, distributors, importers, exporters, suppliers, retailers, contractors, vendors, or customers with respect to an assertion of infringement of the Dismissed Patents by any of Defendants' products existing at the time of this motion made, used, sold, offered for sale or imported into the United States at any time in the past, present, or future.

  The covenants set forth herein shall run with the Dismissed Patents and shall apply to and be binding on any successors-in-interest of ParkerVision, in addition to any assignees, releases or other transferees of such patents. ParkerVision will only assign the Dismissed Patents, or grant any right to enforce the Dismissed Patents, or assign or grant any other right that would conflict with the rights granted hereunder, to any third party if such assignment or grant is subject to all of the terms and conditions of this covenant, and such third party executes an agreement agreeing to be bound by all of the terms and conditions of this covenant, including a requirement to bind all further successors–in–interest, or assigns or transferees thereof to the terms and conditions of this covenant.

December 3, 2015

Respectfully submitted,

**McKOOL SMITH, P.C.**

*/s/ Douglas A. Cawley*
Douglas A. Cawley,
(Trial Counsel, pro hac vice)
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Richard A. Kamprath (pro hac vice)
Texas State Bar No. 24078767
E-mail: rkamprath@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Kevin L. Burgess (pro hac vice)
Texas State Bar No. 24006927
E-mail: kburgess@mckoolsmith.com
Joshua W. Budwin (pro hac vice)
Texas State Bar No. 24050347
E-mail: jbudwin@mckoolsmith.com
Leah Buratti (pro hac vice)
Texas State Bar No. 24064897
E-mail: lburatti@mckoolsmith.com
Kathy H. Li (pro hac vice)
Texas State Bar No. 24070142
E-mail: kli@mckoolsmith.com
Mario Apreotesi (pro hac vice)
Texas State Bar No. 24080772
E-mail: mapreotesi@mckoolsmith.com
Puneet Kohli
pkohli@mckoolsmith.com
Texas Bar No. 24090523
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**McKOOL SMITH HENNIGAN, P.C.**
Michael G. Flanigan
Illinois State Bar No. 6309008
mflanigan@mckoolsmith.com
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Facsimile: (650) 394-1422

**SMITH HULSEY & BUSEY**

*/s/ James A. Bolling*
Stephen D. Busey
Florida Bar Number 117790
Email:  sbusey@smithhulsey.com
James A. Bolling
Florida Bar Number 901253
Email:  jbolling@smithhulsey.com
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32202
Telephone:  (904) 359-7700
Facsimile (904) 359-7708

***ATTORNEYS FOR PLAINTIFF
PARKERVISION, INC.***

| | |
|---|---|
| **COOLEY LLP** | **DLA PIPER LLP (US)** |
| */s/ Timothy S. Teter* | */s/ Jeremy T. Elman* |
| Stephen C. Neal | Jeremy T. Elman, Esq. |
| (Co-Trial Counsel, pro hac vice) | Florida Bar No. 37448 |
| E-mail: nealsc@cooley.com | E-mail: jeremy.elman@dlapiper.com |
| Timothy S. Teter | 200 South Biscayne Boulevard, Suite 2500 |
| (Co-Trial Counsel, pro hac vice) | Miami, FL 33131 |
| E-mail: teterts@cooley.com | Telephone: (305) 423-8500 |
| Jeffrey Karr (pro hac vice) | Telecopier: (305) 503-7551 |
| E-mail: jkarr@cooley.com | |
| Matthew Brigham (pro hac vice) | Angela J. Crawford, Esq. |
| E-mail: mbrigham@cooley.com | Florida Bar No. 43611 |
| Benjamin G. Damstedt (pro hac vice) | E-mail:angela.crawford@dlapiper.com |
| E-mail: bdamstedt@cooley.com | 100 North Tampa, Suite 2200 |
| 3175 Hanover Street | Tampa, FL 33602-5809 |
| Palo Alto, CA 94304 | Telephone: (813) 222-5989 |
| Phone: (650) 843-5000 | Telecopier: (813) 371-1116 |
| Fax: (650) 849-7400 | |
| | Mark Fowler, Esq. |
| **BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.** | (Trial Counsel, pro hac vice) |
| | E-mail: mark.fowler@dlapiper.com |
| John A. DeVault, III | Erik R. Fuehrer (pro hac vice) |
| Florida Bar No. 103979 | E-mail: erik.fuehrer@dlapiper.com |
| E-mail: jad@bedellfirm.com | 2000 University Avenue |
| Courtney K. Grimm | East Palo Alto, CA 94303 |
| Florida Bar No. 953740 | Telephone: (650) 833-2000 |
| E-mail: cgrimm@bedellfirm.com | Telecopier: (650) 833-2001 |
| The Bedell Building | |
| 101 East Adams Street | Sean Cunningham, Esq. (pro hac vice) |
| Jacksonville, Florida 32202 | E-mail:sean.cunningham@dlapiper.com |
| Telephone: (904) 353-0211 | Ed Sikorski, Esq. (pro hac vice) |
| Facsimile: (904) 353-9307 | E-mail: ed.sikorski@dlapiper.com |
| | Kevin Hamilton, Esq. (pro hac vice) |
| *ATTORNEYS FOR DEFENDANTS QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., HTC CORPORATION, AND HTC AMERICA, INC.* | E-mail: kevin.hamilton@dlapiper.com |
| | 401 B Street, Suite 1700 |
| | San Diego, CA 92101-4297 |
| | Tel: (619) 699-2700 |
| | Fax: (619) 699-2701 |
| | |
| | *ATTORNEYS FOR SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC* |

McKool 1136055v7

-6-

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on December 3, 2015.

       */s/ Kathy H. Li*
       Kathy H. Li