**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| PARKERVISION, INC.<br><br>      Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., HTC CORPORATION, HTC AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC<br><br>      Defendants. | CASE NO.:  6:14-CV-00687-PGB-KRS |

## JOINT MOTION TO STAY

As set forth in ParkerVision's Notice of Pendency of Related Actions (D.I. 245), on December 15, 2015, Plaintiff ParkerVision, Inc. ("ParkerVision") filed proceedings styled *In the Matter of Certain RF Capable Integrated Circuits and Products Containing the Same*, Investigation No. 337-TA-982, before the U.S. International Trade Commission (the "ITC Investigation"). The proceedings are against Apple, Inc., Qualcomm Incorporated, Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., Samsung Semiconductor, Inc., LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc. (the "Respondents") for importing, selling, designing, and/or manufacturing products that infringe on patents not at issue in this action.

The ITC Investigation was instituted on January 15, 2016 and was assigned to Administrative Law Judge Essex. *See* Exs. 1-2. While a schedule has not yet been issued, investigations of this type typically have a 16 month schedule to completion, with a hearing in front of the Administrative Law Judge ("ALJ") within 9-10 months of institution (*i.e.*, by

October 2016), with an initial determination from the ALJ issued within 12 months of institution (*i.e.*, by December 2016), and with a final determination within 16 months of institution (*i.e.*, by April 2017).

The parties have discussed the most efficient way to proceed, given the multiple cases and proceedings now pending in the ITC, Orlando, Jacksonville, and before the PTAB.[1] The cases in the ITC, Orlando, and Jacksonville address some of the same Qualcomm and Samsung products, and may also involve some of the same witnesses and evidence. Qualcomm and Samsung, as well as the other respondents in the ITC case, have a statutory right to seek a stay of the Jacksonville case pending the outcome of the ITC, and intend to exercise that right.[2] However, due to its statutory mandate, the ITC cannot as a practical matter stay or defer the ITC case pending the outcome of this Orlando litigation. *See* 19 C.F.R. § 210.51. Thus, unless this case is stayed, the parties will be simultaneously litigating similar issues in two different forums. Furthermore, as the parties notified the Court, Qualcomm filed petitions for *inter partes* review (IPR), petitions challenging the validity of each of the currently asserted transmitter patent claims. D.I. 219. Granting a stay of the proceedings in this case will allow this Court to consider the impact of the IPRs, potentially streamlining this case.

ParkerVision and Defendants Qualcomm Incorporated, Qualcomm Atheros, Inc., HTC Corporation, HTC America, Inc., Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC (collectively, the "Defendants") have conferred and agree that a stay of this case would promote efficiency, judicial economy, and the interests of justice. Allowing the parties to proceed with the ITC Investigation and the IPRs,

---

[1] ParkerVision has not yet filed its petition for a writ of certiorari in the Supreme Court; that petition is now due February 29, 2016.
[2] Qualcomm is also filing a motion to transfer the Jacksonville case to Orlando, but this motion need not be decided until after the mandatory stay of the Jacksonville case is over. 28 U.S.C. § 1659.

prior to proceeding further in this case, will avoid unnecessary expense, potential duplication of issues, and will ease the burden on the parties and the Court. Therefore, the parties jointly move to stay this case until such time that the earlier of either of the following two conditions are met:

    (a) Entry of a summary determination or other termination as to any of the Respondents in the ITC Investigation; or

    (b) Entry of the Initial Determination in the ITC Investigation.

As of the earlier of either of these events taking place, any of parties to this case may move the Court to lift the stay.

A stay of this Orlando case is within this Court's discretion.[3] This case is currently designated as a Track Three case under Local Rule 3.05, and the parties respectfully submit that a stay of this case will promote judicial efficiency and economy, as the ITC case and this case may involve some overlapping parties, witnesses, and evidence. Accordingly, ParkerVision and the Defendants jointly request that the Court stay this case subject to the agreed terms set forth above.

---

[3] A stay would also eliminate the trial conflict of Qualcomm's lead counsel in this case, Mr. Neal and Mr. Teter, which arose from the recent continuance of the Orlando trial until November 2016.

February 3, 2016

Respectfully submitted,

**McKOOL SMITH, P.C.**

*/s/ Douglas A. Cawley*
Douglas A. Cawley,
(Trial Counsel, pro hac vice)
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Richard A. Kamprath (pro hac vice)
Texas State Bar No. 24078767
E-mail: rkamprath@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Kevin L. Burgess (pro hac vice)
Texas State Bar No. 24006927
E-mail: kburgess@mckoolsmith.com
Joshua W. Budwin (pro hac vice)
Texas State Bar No. 24050347
E-mail: jbudwin@mckoolsmith.com
Leah Buratti (pro hac vice)
Texas State Bar No. 24064897
E-mail: lburatti@mckoolsmith.com
Kathy H. Li (pro hac vice)
Texas State Bar No. 24070142
E-mail: kli@mckoolsmith.com
Mario Apreotesi (pro hac vice)
Texas State Bar No. 24080772
E-mail: mapreotesi@mckoolsmith.com
Puneet Kohli
pkohli@mckoolsmith.com
Texas Bar No. 24090523
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**McKOOL SMITH HENNIGAN, P.C.**
Michael G. Flanigan
Illinois State Bar No. 6309008
mflanigan@mckoolsmith.com
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Facsimile: (650) 394-1422

**SMITH HULSEY & BUSEY**

Stephen D. Busey
Florida Bar Number 117790
Email: sbusey@smithhulsey.com
James A. Bolling
Florida Bar Number 901253
Email: jbolling@smithhulsey.com
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Telephone: (904) 359-7700
Facsimile (904) 359-7708

***ATTORNEYS FOR PLAINTIFF PARKERVISION, INC.***

| | |
|---|---|
| **COOLEY LLP** | **DLA PIPER LLP (US)** |
| */s/ Timothy S. Teter* | */s/ Jeremy T. Elman* |
| Stephen C. Neal | Jeremy T. Elman, Esq. |
| (Co-Trial Counsel, pro hac vice) | Florida Bar No. 37448 |
| E-mail: nealsc@cooley.com | E-mail: jeremy.elman@dlapiper.com |
| Timothy S. Teter | 200 South Biscayne Boulevard, Suite 2500 |
| (Co-Trial Counsel, pro hac vice) | Miami, FL 33131 |
| E-mail: teterts@cooley.com | Telephone: (305) 423-8500 |
| Jeffrey Karr (pro hac vice) | Telecopier: (305) 503-7551 |
| E-mail: jkarr@cooley.com | |
| Matthew Brigham (pro hac vice) | Angela J. Crawford, Esq. |
| E-mail: mbrigham@cooley.com | Florida Bar No. 43611 |
| Benjamin G. Damstedt (pro hac vice) | E-mail:angela.crawford@dlapiper.com |
| E-mail: bdamstedt@cooley.com | 100 North Tampa, Suite 2200 |
| 3175 Hanover Street | Tampa, FL 33602-5809 |
| Palo Alto, CA 94304 | Telephone: (813) 222-5989 |
| Phone: (650) 843-5000 | Telecopier: (813) 371-1116 |
| Fax: (650) 849-7400 | |
| | Mark Fowler, Esq. |
| **BEDELL, DITTMAR, DEVAULT,** | (Trial Counsel, pro hac vice) |
| **PILLANS & COXE, P.A.** | E-mail: mark.fowler@dlapiper.com |
| John A. DeVault, III | Erik R. Fuehrer (pro hac vice) |
| Florida Bar No. 103979 | E-mail: erik.fuehrer@dlapiper.com |
| E-mail: jad@bedellfirm.com | 2000 University Avenue |
| Courtney K. Grimm | East Palo Alto, CA 94303 |
| Florida Bar No. 953740 | Telephone: (650) 833-2000 |
| E-mail: cgrimm@bedellfirm.com | Telecopier: (650) 833-2001 |
| The Bedell Building | |
| 101 East Adams Street | Sean Cunningham, Esq. (pro hac vice) |
| Jacksonville, Florida 32202 | E-mail:sean.cunningham@dlapiper.com |
| Telephone: (904) 353-0211 | Ed Sikorski, Esq. (pro hac vice) |
| Facsimile: (904) 353-9307 | E-mail: ed.sikorski@dlapiper.com |
| | Kevin Hamilton, Esq. (pro hac vice) |
| *ATTORNEYS FOR DEFENDANTS* | E-mail: kevin.hamilton@dlapiper.com |
| *QUALCOMM INCORPORATED,* | 401 B Street, Suite 1700 |
| *QUALCOMM ATHEROS, INC., HTC* | San Diego, CA 92101-4297 |
| *CORPORATION, AND HTC AMERICA,* | Tel: (619) 699-2700 |
| *INC.* | Fax: (619) 699-2701 |
| | |
| | *ATTORNEYS FOR SAMSUNG* |
| | *ELECTRONICS CO., LTD., SAMSUNG* |
| | *ELECTRONICS AMERICA, INC., and* |
| | *SAMSUNG TELECOMMUNICATIONS* |
| | *AMERICA, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on February 3, 2016.

*/s/ Timothy S. Teter*