# EXHIBIT 1

UNITED STATES INTERNATIONAL TRADE COMMISSION

Washington, D.C.

| In the Matter of | |
|---|---|
| CERTAIN RF CAPABLE INTEGRATED CIRCUITS AND PRODUCTS CONTAINING THE SAME | Inv. No. 337-TA-982 |

NOTICE TO THE PARTIES

(January 15, 2016)

Notice is hereby given that the above-captioned investigation under section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, is assigned to Administrative Law Judge Theodore R. Essex.

**SO ORDERED.**

Charles E. Bullock
Chief Administrative Law Judge

**CERTAIN RF CAPABLE INTEGRATED CIRCUITS AND PRODUCTS CONTAINING THE SAME**  Inv. No. 337-TA-982

## PUBLIC CERTIFICATE OF SERVICE

I, Lisa R. Barton, hereby certify that the attached **NOTICE OF ASSIGNMENT OF ADMINISTRATIVE LAW JUDGE** has been served by hand upon the Commission Investigative Attorney, Monica Bhattacharyya, Esq., and the following parties, as indicated, on **January 15, 2016**.

*[signature]*

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC  20436

**On Behalf of Complainant ParkerVision, Inc.:**

Michael T. Renaud, Esq.
**MINTZ LEVIN**
One Financial Center
Boston, MA  02111

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

**Respondent:**

Apple Inc.
One Infinite Loop
Cupertino, CA  95014

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

LG Electronics, Inc.
128 Yeoui-Daero
Yeongdeungpo-GU
Seoul 07336
Republic of Korea

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

LG Electronics U.S.A., Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ  07632

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

**CERTAIN RF CAPABLE INTEGRATED CIRCUITS AND PRODUCTS CONTAINING THE SAME**  Inv. No. 337-TA-982

Certificate of Service – Page 2

| Party | Method |
|---|---|
| LG Electronics MobileComm U.S.A., Inc.<br>10101 Old Grove Road<br>San Diego, CA 92131 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other:_____ |
| Samsung Electronics Co., Ltd.<br>129 Samsung-Ro, Yeongtong-Gu<br>Suwon-Shi 16677<br>Republic of Korea | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other:_____ |
| Samsung Electronics America, Inc.<br>85 Challenger Road<br>Ridgefield Park, NJ 07660 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other:_____ |
| Samsung Semiconductor, Inc.<br>3655 N. 1st Street<br>San Jose, CA 95134 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other:_____ |
| Qualcomm Incorporated<br>5775 Morehouse Drive<br>San Diego, CA 92121 | ☐ Via Hand Delivery<br>☒ Via Express Delivery<br>☐ Via First Class Mail<br>☐ Other:_____ |