# EXHIBIT 2

## UNITED STATES INTERNATIONAL TRADE COMMISSION
### Washington, D.C.

| | |
|---|---|
| **In the Matter of** | |
| **CERTAIN RF CAPABLE INTEGRATED CIRCUITS AND PRODUCTS CONTAINING THE SAME** | Inv. No. 337-TA-982 |

## NOTICE OF INSTITUTION OF INVESTIGATION

Institution of investigation pursuant to 19 U.S.C. § 1337

AGENCY: U.S. International Trade Commission

ACTION: Notice

SUMMARY: Notice is hereby given that a complaint was filed with the U.S. International Trade Commission on December 15, 2015, under section 337 of the Tariff Act of 1930, as amended, 19 U.S.C. § 1337, on behalf of ParkerVision, Inc. of Jacksonville, Florida. Supplements to the complaint were filed on December 23, 2015 and January 4, 2016. The complaint, as supplemented, alleges violations of section 337 based upon the importation into the United States, the sale for importation, and the sale within the United States after importation of certain RF capable integrated circuits and products containing the same by reason of infringement of certain claims of U.S. Patent No. 6,879,817 ("the '817 patent"); U.S. Patent No. 7,929,638 ("the '638 patent"); U.S. Patent No. 8,571,135 ("the '135 patent"); and U.S. Patent No. 9,118,528 ("the '528 patent"). The complaint further alleges that an industry in the United States exists or is in the process of being established as required by subsection (a)(2) of section 337.

The complainant requests that the Commission institute an investigation and, after the investigation, issue a limited exclusion order and cease and desist orders.

ADDRESSES: The complaint, except for any confidential information contained therein, is available for inspection during official business hours (8:45 a.m. to 5:15 p.m.) in the Office of the Secretary, U.S. International Trade Commission, 500 E Street, S.W., Room 112, Washington, D.C. 20436, telephone (202) 205-2000. Hearing impaired individuals are advised that information on this matter can be obtained by contacting the Commission's TDD terminal on (202) 205-1810. Persons with mobility impairments who will need special assistance in gaining access to the Commission should contact the Office of the Secretary at (202) 205-2000. General information concerning the Commission may also be obtained by accessing its internet server at http://www.usitc.gov. The public record for this investigation may be viewed on the Commission's electronic docket (EDIS) at http://edis.usitc.gov.

FOR FURTHER INFORMATION CONTACT: The Office of Unfair Import Investigations, U.S. International Trade Commission, telephone (202) 205-2560.

AUTHORITY: The authority for institution of this investigation is contained in section 337 of the Tariff Act of 1930, as amended, and in section 210.10 of the Commission's Rules of Practice and Procedure, 19 C.F.R. § 210.10 (2015).

SCOPE OF INVESTIGATION: Having considered the complaint, the U.S. International Trade Commission, on January 14, 2016, ORDERED THAT –

(1) Pursuant to subsection (b) of section 337 of the Tariff Act of 1930, as amended, an investigation be instituted to determine whether there is a violation of subsection (a)(1)(B) of section 337 in the importation into the United States, the sale for importation, or the sale within the United States after importation of certain RF capable integrated circuits and products containing the same by reason of infringement of one or more of claims 1, 5-7, 11, and 14 of the '817 patent; claims 1 and 4-8 of the '638 patent; claims 22 and 24 of the '135 patent; and claims 1, 5, 6, 8-10, 17-19, 23, 24, 26-28, and 33-36 of the '528 patent, and whether an industry in the United States exists or is in the process of being established as required by subsection (a)(2) of section 337;

(2) For the purpose of the investigation so instituted, the following are hereby named as parties upon which this notice of investigation shall be served:

(a) The complainant is:

ParkerVision, Inc.
7915 Baymeadows Way Suite 400
Jacksonville, FL  32256

(b) The respondents are the following entities alleged to be in violation of section 337, and are the parties upon which the complaint is to be served:

Apple Inc.
One Infinite Loop
Cupertino, CA  95014

LG Electronics, Inc.
128 Yeoui-Daero
Yeongdeungpo-Gu
Seoul 07336
Republic of Korea

LG Electronics U.S.A., Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ  07632

2

LG Electronics MobileComm U.S.A., Inc.
10101 Old Grove Road
San Diego, CA  92131

Samsung Electronics Co., Ltd.
129 Samsung-Ro, Yeongtong-Gu
Suwon-Shi 16677
Republic of Korea

Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ  07660

Samsung Semiconductor, Inc.
3655 N 1st Street
San Jose, CA  95134

Qualcomm Incorporated
5775 Morehouse Drive
San Diego, CA  92121

(c)  The Office of Unfair Import Investigations, U.S. International Trade Commission, 500 E Street, S.W., Suite 401, Washington, D.C. 20436; and

(3)  Pursuant to Commission Rule 210.50(b)(1), 19 C.F.R. § 210.50(b)(1), the presiding administrative law judge shall take evidence or other information and hear arguments from the parties and other interested persons with respect to the public interest in this investigation, as appropriate, and provide the Commission with findings of fact and a recommended determination on this issue, which shall be limited to the statutory public interest factors set forth in 19 U.S.C. §§ 1337(d)(1), (f)(1), (g)(1);

(4)  For the investigation so instituted, the Chief Administrative Law Judge, U.S. International Trade Commission, shall designate the presiding Administrative Law Judge.

Responses to the complaint and the notice of investigation must be submitted by the named respondents in accordance with section 210.13 of the Commission's Rules of Practice and Procedure, 19 C.F.R. § 210.13.  Pursuant to 19 C.F.R. §§ 201.16(e) and 210.13(a), such responses will be considered by the Commission if received not later than 20 days after the date of service by the Commission of the complaint and the notice of investigation.  Extensions of time for submitting responses to the complaint and the notice of investigation will not be granted unless good cause therefor is shown.

Failure of a respondent to file a timely response to each allegation in the complaint and in this notice may be deemed to constitute a waiver of the right to appear and contest the allegations of the complaint and this notice, and to authorize the administrative law judge and the Commission, without further notice to the respondent, to find the facts to be as alleged in the

3

complaint and this notice and to enter an initial determination and a final determination containing such findings, and may result in the issuance of an exclusion order or a cease and desist order or both directed against the respondent.

By order of the Commission.

Lisa R. Barton
Secretary to the Commission

Issued:  January 15, 2016

UNITED STATES INTERNATIONAL TRADE COMMISSION
Washington, D.C.

| |
|---|
| **In the Matter of**<br><br>**CERTAIN RF CAPABLE INTEGRATED CIRCUITS AND PRODUCTS CONTAINING THE SAME** |

Inv. No. 337-TA-982

### DESIGNATION OF OUII ATTORNEY
### FOR SERVICE OF PROCESS

The Office of Unfair Import Investigations ("OUII") hereby designates Monica

Bhattacharyya, Esq. (202) 205-1848, Monica.Bhattacharyya@usitc.gov, as OUII's lead attorney

for service of process.   It is requested that all documents served by the Commission or filed by the

parties in the above-referenced investigation be served upon this attorney.

Respectfully submitted,

Margaret Macdonald, Director

**OFFICE OF UNFAIR IMPORT INVESTIGATIONS**
U.S. International Trade Commission
500 E Street, S.W., Suite 401
Washington, D.C.   20436
(202) 205-2576
(202) 205-2158 (facsimile)

January 14, 2016

**CERTAIN RF CAPABLE INTEGRATED CIRCUITS AND**          **Inv. No. 337-TA-982**
**PRODUCTS CONTAINING THE SAME**

## PUBLIC CERTIFICATE OF SERVICE

I, Lisa R. Barton, hereby certify that the attached **NOTICE OF INSTITUTION OF INVESTIGATION** has been served by hand upon the Commission Investigative Attorney, Monica Bhattacharyya, Esq., and the following parties as indicated, on **January 15, 2016**.

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC 20436

**Complainant:**

ParkerVision, Inc.                              ☐ Via Hand Delivery
7915 Baymeadows Way, Suite 400                  ☒ Via Express Delivery
Jacksonville, FL 32256                          ☐ Via First Class Mail
                                                ☐ Other:_____

**On Behalf of Complainant:**

Michael T. Renaud, Esq.                         ☐ Via Hand Delivery
**MINTZ LEVIN**                                 ☒ Via Express Delivery
One Financial Center                            ☐ Via First Class Mail
Boston, MA 02111                                ☐ Other:_____

**Respondent:**

Apple Inc.                                      ☐ Via Hand Delivery
One Infinite Loop                               ☒ Via Express Delivery
Cupertino, CA 95014                             ☐ Via First Class Mail
                                                ☐ Other:_____

LG Electronics, Inc.                            ☐ Via Hand Delivery
128 Yeoui-Daero                                 ☒ Via Express Delivery
Yeongdeungpo-GU                                 ☐ Via First Class Mail
Seoul 07336                                     ☐ Other:_____
Republic of Korea

**CERTAIN RF CAPABLE INTEGRATED CIRCUITS AND
PRODUCTS CONTAINING THE SAME**                    Inv. No. 337-TA-982

Certificate of Service – Page 2

LG Electronics U.S.A., Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ   07632

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

LG Electronics MobileComm U.S.A., Inc.
10101 Old Grove Road
San Diego, CA   92131

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

Samsung Electronics Co., Ltd.
129 Samsung-Ro, Yeongtong-Gu
Suwon-Shi 16677
Republic of Korea

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ   07660

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

Samsung Semiconductor, Inc.
3655 N. 1st Street
San Jose, CA   95134

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

Qualcomm Incorporated
5775 Morehouse Drive
San Diego, CA   92121

☐ Via Hand Delivery
☒ Via Express Delivery
☐ Via First Class Mail
☐ Other:_____

**Embassy:**

Embassy of The Republic of Korea
2450 Massachusetts Avenue, NW
Washington, DC   20008-2911

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

**CERTAIN RF CAPABLE INTEGRATED CIRCUITS AND**      **Inv. No. 337-TA-982**
**PRODUCTS CONTAINING THE SAME**

Certificate of Service – Page 3

### Government Agencies:

Edward T. Hand, Chief
Foreign Commerce Section
Antitrust Division
U.S. Department of Justice
450 5th Street NW, Room 11000
Washington, DC   20530

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

Intellectual Property Rights Branch
Regulations and Rulings
Office of International Trade
U.S. Customs and Border Protection
90 K Street, NE, 10th Floor
Washington, DC   20229-1177

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

Elizabeth Kraus, Deputy Director
International Antitrust, Office of International Affairs
Federal Trade Commission
600 Pennsylvania Avenue, Room 498
Washington, DC   20580

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____

Dale D. Berkley, Ph.D., J.D.
Office of General Counsel, PHD, NIH Branch
National Institutes of Health
31 Center Drive
Bldg. 31, Rm. 47
Bethesda, MD   20892

☐ Via Hand Delivery
☐ Via Express Delivery
☒ Via First Class Mail
☐ Other:_____



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016

ParkerVision, Inc.
7915 Baymeadows Way, Suite 400
Jacksonville, FL  32256

**Re:     Certain RF Capable Integrated Circuits and Products Containing the Same
Inv. No. 337-TA-982**

Dear Sir/Madam:

This letter is to advise you that the U.S. International Trade Commission has instituted an
investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  A copy
of the Commission's notice of investigation is enclosed.  Also enclosed is the section 337
Mediation Program brochure.  After reviewing the brochure, please sign and return the
enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
   1. Notice of Institution of Investigation
   2. Publication No. 4579 Regarding the section 337 Mediation Program
   3. Certification of Receipt and Reading/Discussion of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016

Michael T. Renaud, Esq.
Mintz Levin
One Financial Center
Boston, MA  02111

**Re:    Certain RF Capable Integrated Circuits and Products Containing the Same
Inv. No. 337-TA-982**

Dear Mr. Renaud:

This letter is to advise you that the U.S. International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  A copy of the Commission's notice of investigation is enclosed.  Also enclosed is the section 337 Mediation Program brochure.  After reviewing the brochure, please sign and return the enclosed certification of receipt.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Notice of Institution of Investigation
2. Publication No. 4579 Regarding the section 337 Mediation Program
3. Certification of Receipt and Reading/Discussion of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016

Apple Inc.
One Infinite Loop
Cupertino, CA  95014

**Re:    Certain RF Capable Integrated Circuits and Products Containing the Same
Inv. No. 337-TA-982**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).  **Apple Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Institution of
Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.
Also enclosed is a the section 337 Mediation Program brochure.  After reviewing this
brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the
response must be received not later than twenty (20) days after the date of service of the
Complaint.  Failure to file a response may result in inferences being drawn against your
interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Institution of Investigation
3. Code of Federal Regulations
4. Publication No. 4579 Regarding the section 337 Mediation Program
5. Certification of Receipt and Reading/Discussion of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016

LG Electronics, Inc.
128 Yeoui-Daero
Yeongdeungpo-GU
Seoul 07336
Republic of Korea

**Re:    Certain RF Capable Integrated Circuits and Products Containing the Same**
**Inv. No. 337-TA-982**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C.
1337). **LG Electronics, Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Institution of
Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations.
Also enclosed is a the section 337 Mediation Program brochure. After reviewing this
brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the
response must be received not later than twenty (20) days after the date of service of the
Complaint. Failure to file a response may result in inferences being drawn against your
interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Institution of Investigation
3. Code of Federal Regulations
4. Publication No. 4579 Regarding the section 337 Mediation Program
5. Certification of Receipt and Reading/Discussion of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016

LG Electronics U.S.A., Inc.
1000 Sylvan Avenue
Englewood Cliffs, NJ  07632

**Re:    Certain RF Capable Integrated Circuits and Products Containing the Same
Inv. No. 337-TA-982**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).    **LG Electronics U.S.A., Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Institution of
Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations.
Also enclosed is a the section 337 Mediation Program brochure. After reviewing this
brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the
response must be received not later than twenty (20) days after the date of service of the
Complaint. Failure to file a response may result in inferences being drawn against your
interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Institution of Investigation
3. Code of Federal Regulations
4. Publication No. 4579 Regarding the section 337 Mediation Program
5. Certification of Receipt and Reading/Discussion of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016


LG Electronics MobileComm U.S.A., Inc.
10101 Old Grove Road
San Diego, CA   92131

**Re:**    **Certain RF Capable Integrated Circuits and Products Containing the Same
Inv. No. 337-TA-982**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).  **LG Electronics MobileComm U.S.A., Inc.** is a named respondent in this
investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Institution of
Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.
Also enclosed is a the section 337 Mediation Program brochure.  After reviewing this
brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the
response must be received not later than twenty (20) days after the date of service of the
Complaint.  Failure to file a response may result in inferences being drawn against your
interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Institution of Investigation
3. Code of Federal Regulations
4. Publication No. 4579 Regarding the section 337 Mediation Program
5. Certification of Receipt and Reading/Discussion of Mediation Materials



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016

Samsung Electronics Co., Ltd.
129 Samsung-Ro, Yeongtong-Gu
Suwon-Shi 16677
Republic of Korea

**Re:     Certain RF Capable Integrated Circuits and Products Containing the Same
          Inv. No. 337-TA-982**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).  **Samsung Electronics Co., Ltd.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Institution of
Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.
Also enclosed is a the section 337 Mediation Program brochure.  After reviewing this
brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the
response must be received not later than twenty (20) days after the date of service of the
Complaint.  Failure to file a response may result in inferences being drawn against your
interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Institution of Investigation
3. Code of Federal Regulations
4. Publication No. 4579 Regarding the section 337 Mediation Program
5. Certification of Receipt and Reading/Discussion of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016

Samsung Electronics America, Inc.
85 Challenger Road
Ridgefield Park, NJ   07660

Re:     **Certain RF Capable Integrated Circuits and Products Containing the Same
        Inv. No. 337-TA-982**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).   **Samsung Electronics America, Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Institution of
Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations.
Also enclosed is the section 337 Mediation Program brochure.  After reviewing this
brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the
response must be received not later than twenty (20) days after the date of service of the
Complaint.  Failure to file a response may result in inferences being drawn against your
interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Institution of Investigation
3. Code of Federal Regulations
4. Publication No. 4579 Regarding the section 337 Mediation Program
5. Certification of Receipt and Reading/Discussion of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016

Samsung Semiconductor, Inc.
3655 N. 1st Street
San Jose, CA 95134

**Re:** **Certain RF Capable Integrated Circuits and Products Containing the Same Inv. No. 337-TA-982**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). **Samsung Semiconductor, Inc.** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Institution of Investigation issued in this matter. Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the section 337 Mediation Program brochure. After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint. Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Institution of Investigation
3. Code of Federal Regulations
4. Publication No. 4579 Regarding the section 337 Mediation Program
5. Certification of Receipt and Reading/Discussion of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016

Qualcomm Incorporated
5775 Morehouse Drive
San Diego, CA  92121

**Re:    Certain RF Capable Integrated Circuits and Products Containing the Same Inv. No. 337-TA-982**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to section 337 of the Tariff Act of 1930 (19 U.S.C. 1337).  **Qualcomm Incorporated** is a named respondent in this investigation.

We are hereby serving you with a copy of the Complaint and the Notice of Institution of Investigation issued in this matter.  Enclosed is a copy of the Code of Federal Regulations. Also enclosed is a the section 337 Mediation Program brochure.  After reviewing this brochure, please sign and return the enclosed certification of receipt.

Please note that the Notice requires a response to the allegations in the Complaint and the response must be received not later than twenty (20) days after the date of service of the Complaint.  Failure to file a response may result in inferences being drawn against your interests.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Institution of Investigation
3. Code of Federal Regulations
4. Publication No. 4579 Regarding the section 337 Mediation Program
5. Certification of Receipt and Reading/Discussion of Mediation Materials



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016

Embassy of The Republic of Korea
2450 Massachusetts Avenue, NW
Washington, DC   20008-2911

**Re:    Certain RF Capable Integrated Circuits and Products Containing the Same
Inv. No. 337-TA-982**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).  One or more of the parties named in the investigation is located in **The Republic
of Korea.**

Pursuant to Commission Rule 210.11(a) (3), we are hereby serving you with a copy of
the Complaint filed in this investigation together with a copy of the Commission's Notice
of Investigation.

Sincerely,

Lisa R. Barton
Secretary

Enclosures:
1. Complaint
2. Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016

Edward T. Hand, Chief
Foreign Commerce Section
Antitrust Division
U.S. Dept of Justice
450 5th Street NW, Room 11000
Washington, DC   20530

**Re:    Certain RF Capable Integrated Circuits and Products Containing the Same
        Inv. No. 337-TA-982**

Dear Mr. Hand:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).  A copy of the Notice of Investigation is enclosed.  Non-confidential copies of the
Complaint and any supplements filed in the investigation will be provided upon request.
Requests should be directed to Sally Bromley, Case Manager to the Hon. Theodore R.
Essex at (202) 708-4170.

If you have any questions concerning this investigation, please contact the Commission
Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
    1.  Notice of Investigation



## UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016

Intellectual Property Rights Branch
Regulations and Rulings
Office of International Trade
U.S. Customs and Border Protection
90 K Street, NE, 10th Floor
Washington, DC  20229-1177

**Re:   Certain RF Capable Integrated Circuits and Products Containing the Same
        Inv. No. 337-TA-982**

Dear Sir/Madam:

This letter is to advise you that the United States International Trade Commission has
instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C.
1337).  A copy of the Notice of Investigation is enclosed.  Non-confidential copies of the
Complaint and any supplements filed in the investigation will be provided upon request.
Requests should be directed to Sally Bromley, Case Manager to the Hon. Theodore R.
Essex at (202) 708-4170.

If you have any questions concerning this investigation, please contact the Commission
Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
   1. Notice of Investigation



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016

Elizabeth Kraus, Deputy Director
International Antitrust, Office of International Affairs
Federal Trade Commission
600 Pennsylvania Avenue, Room 498
Washington, DC   20580

**Re:    Certain RF Capable Integrated Circuits and Products Containing the Same
Inv. No. 337-TA-982**

Dear Ms. Kraus:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Notice of Investigation is enclosed. Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Sally Bromley, Case Manager to the Hon. Theodore R. Essex at (202) 708-4170.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
1. Notice of Investigation



# UNITED STATES INTERNATIONAL TRADE COMMISSION

WASHINGTON, DC 20436

January 15, 2016

Dale D. Berkley, Ph.D., J.D.
Office of General Counsel, PHD, NIH Branch
National Institutes of Health
31 Center Drive
Bldg. 31, Rm. 47
Bethesda, MD   20892

**Re:   Certain RF Capable Integrated Circuits and Products Containing the Same
Inv. No. 337-TA-982**

Dear Dr. Berkley:

This letter is to advise you that the United States International Trade Commission has instituted an investigation pursuant to Section 337 of the Tariff Act of 1930 (19 U.S.C. 1337). A copy of the Notice of Investigation is enclosed. Non-confidential copies of the Complaint and any supplements filed in the investigation will be provided upon request. Requests should be directed to Sally Bromley, Case Manager to the Hon. Theodore R. Essex at (202) 708-4170.

If you have any questions concerning this investigation, please contact the Commission Investigative Attorney whose name and telephone number appear in the enclosed Notice.

Sincerely,

Lisa R. Barton
Secretary

Enclosure:
1. Notice of Investigation