# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.                                                                    Case No: 6:14-cv-687-Orl-40KRS

QUALCOMM INCORPORATED,
et al.,

    Defendants.

## ORDER

This cause comes before the Court on the parties' Joint Motion to Stay (Doc. 249), filed February 3, 2016. The parties advise that Plaintiff has initiated proceedings before the U.S. International Trade Commission (the "Commission") and that the Commission has instituted an investigation against the Defendants (along with other non-parties) over whether they imported, sold, designed, or manufactured products that infringe upon the patents at issue in this case. The parties agree that the proceedings before the Commission will duplicate much of the litigation that would occur here and that, as a result, a stay of this case would promote the goals of efficiency, judicial economy, and the interests of justice. To that end, the Court additionally finds that the risk of inconsistent outcomes further counsels in favor of staying these proceedings.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion to Stay (Doc. 249) is **GRANTED**.
2. This case is **STAYED**.

1

3. The parties are **DIRECTED** to file a joint motion to lift the stay upon the occurrence of the earlier of (i) entry of a summary determination or other termination as to any of the Respondents in the proceedings before the Commission, or (ii) entry of the Initial Determination in the proceedings before the Commission.

4. The parties are further **DIRECTED** to file a joint status report advising the Court on the status of the Commission's proceedings, which shall be filed with this Court on May 4, 2016 and every ninety (90) days thereafter until the stay of these proceedings has been lifted.

5. The Clerk of Court is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on February 4, 2016.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record