**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| PARKERVISION, INC.<br><br>                    Plaintiff,<br><br>        v.<br><br>QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., HTC CORPORATION, HTC AMERICA, INC., SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., and SAMSUNG TELECOMMUNICATIONS AMERICA, LLC<br><br>                    Defendants. | CASE NO.:  6:14-CV-00687-PGB-KRS |

## JOINT STATUS REPORT

Plaintiff ParkerVision, Inc. ("ParkerVision") and Defendants Qualcomm Incorporated, Qualcomm Atheros, Inc., HTC Corporation, HTC America, Inc., Samsung Electronics Co., LTD., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC ("Defendants") submit the following Joint Status Report pursuant to the Court's order dated February 4, 2016 at Docket No. 250:

On March 22, 2016, Administrative Law Judge Essex entered a procedural schedule in the *In the Matter of Certain RF Capable Integrated Circuits and Products Containing the Same, Investigation* No. 337-TA-982, before the U.S. International Trade Commission (the "ITC Investigation"). The procedural schedule is attached hereto as Exhibit A. The procedural schedule sets the Hearing to begin on August 24, 2016, sets an Initial Determination date of December 21, 2016, and sets a target date for completion of the ITC Investigation of April 21, 2017.

Pursuant to the procedural schedule, the parties in the ITC Investigation conducted their first settlement conferences on or prior to April 14, 2016. The parties were not able to reach any resolution of the disputes. The parties in the ITC Investigation will conduct a second settlement conference by June 16, 2016. All parties served their Initial Contentions on April 29, 2016, and fact discovery closes on June 1, 2016.

The ITC Investigation is currently proceeding according to the schedule and at this time the parties in the ITC Investigation do not anticipate any delays or changes in the procedural schedule.

May 4, 2016

Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ Douglas A. Cawley
Douglas A. Cawley,
(Trial Counsel, pro hac vice)
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Richard A. Kamprath (pro hac vice)
Texas State Bar No. 24078767
E-mail: rkamprath@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Kevin L. Burgess (pro hac vice)
Texas State Bar No. 24006927
E-mail: kburgess@mckoolsmith.com
Joshua W. Budwin (pro hac vice)
Texas State Bar No. 24050347
E-mail: jbudwin@mckoolsmith.com
Leah Buratti (pro hac vice)
Texas State Bar No. 24064897
E-mail: lburatti@mckoolsmith.com
Kathy H. Li (pro hac vice)
Texas State Bar No. 24070142
E-mail: kli@mckoolsmith.com
Mario Apreotesi (pro hac vice)
Texas State Bar No. 24080772
E-mail: mapreotesi@mckoolsmith.com
Puneet Kohli
pkohli@mckoolsmith.com
Texas Bar No. 24090523
McKool Smith P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**McKOOL SMITH HENNIGAN, P.C.**
Michael G. Flanigan
Illinois State Bar No. 6309008
mflanigan@mckoolsmith.com
255 Shoreline Drive, Suite 510
Redwood Shores, CA 94065
Telephone: (650) 394-1400
Facsimile: (650) 394-1422

**SMITH HULSEY & BUSEY**

/s/ James A. Bolling
Stephen D. Busey
Florida Bar Number 117790
Email:  sbusey@smithhulsey.com
James A. Bolling
Florida Bar Number 901253
Email:  jbolling@smithhulsey.com
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida  32202
Telephone:  (904) 359-7700
Facsimile (904) 359-7708

***ATTORNEYS FOR PLAINTIFF
PARKERVISION, INC.***

**COOLEY LLP**

/s/ Timothy S. Teter
Stephen C. Neal
(Co-Trial Counsel, pro hac vice)
E-mail: nealsc@cooley.com
Timothy S. Teter
(Co-Trial Counsel, pro hac vice)
E-mail: teterts@cooley.com
Jeffrey Karr (pro hac vice)
E-mail: jkarr@cooley.com
Matthew Brigham (pro hac vice)
E-mail: mbrigham@cooley.com
Benjamin G. Damstedt (pro hac vice)
E-mail: bdamstedt@cooley.com
3175 Hanover Street
Palo Alto, CA 94304
Phone: (650) 843-5000
Fax: (650) 849-7400

**BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.**
John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
Courtney K. Grimm
Florida Bar No. 953740
E-mail: cgrimm@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

***ATTORNEYS FOR DEFENDANTS
QUALCOMM INCORPORATED,
QUALCOMM ATHEROS, INC., HTC
CORPORATION, AND HTC AMERICA,
INC.***

**DLA PIPER LLP (US)**

/s/ Jeremy T. Elman
Jeremy T. Elman, Esq.
Florida Bar No. 37448
E-mail: jeremy.elman@dlapiper.com
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131
Telephone: (305) 423-8500
Telecopier: (305) 503-7551

Angela J. Crawford, Esq.
Florida Bar No. 43611
E-mail:angela.crawford@dlapiper.com
100 North Tampa, Suite 2200
Tampa, FL 33602-5809
Telephone: (813) 222-5989
Telecopier: (813) 371-1116

Mark Fowler, Esq.
(Trial Counsel, pro hac vice)
E-mail: mark.fowler@dlapiper.com
Erik R. Fuehrer (pro hac vice)
E-mail: erik.fuehrer@dlapiper.com
2000 University Avenue
East Palo Alto, CA 94303
Telephone: (650) 833-2000
Telecopier: (650) 833-2001

Sean Cunningham, Esq. (pro hac vice)
E-mail:sean.cunningham@dlapiper.com
Ed Sikorski, Esq. (pro hac vice)
E-mail: ed.sikorski@dlapiper.com
Kevin Hamilton, Esq. (pro hac vice)
E-mail: kevin.hamilton@dlapiper.com
401 B Street, Suite 1700
San Diego, CA 92101-4297
Tel: (619) 699-2700
Fax: (619) 699-2701

***ATTORNEYS FOR SAMSUNG
ELECTRONICS CO., LTD., SAMSUNG
ELECTRONICS AMERICA, INC., and
SAMSUNG TELECOMMUNICATIONS
AMERICA, LLC***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on May 4, 2016.


_/s/ Leah Buratti_
Leah Buratti