# EXHIBIT A

**UNITED STATES INTERNATIONAL TRADE COMMISSION**

**Washington, D.C.**

| **In the Matter of**<br><br>**CERTAIN RF CAPABLE INTEGRATED CIRCUITS AND PRODUCTS CONTAINING THE SAME** | **Inv. No. 337-TA-982** |
|---|---|

**ORDER NO. 5: SETTING THE PROCEDURAL SCHEDULE**

(March 22, 2016)

Pursuant to Order No. 4, the parties submitted a joint proposed procedural schedule. The procedural schedule in this investigation shall hereby be controlled by the procedural schedule set forth in Attachment A.

**SO ORDERED.**

Theodore R. Essex
Administrative Law Judge

# ATTACHMENT A

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**Washington, D.C. 20436**

**Before the Honorable Theodore R. Essex**
**Administrative Law Judge**

| In the Matter of<br><br>CERTAIN RF CAPABLE INTEGRATED CIRCUITS AND PRODUCTS CONTAINING THE SAME | Investigation No. 337-TA-982 |
| --- | --- |

**REVISED JOINT PROPOSED PROCEDURAL SCHEDULE**

Pursuant to Order No. 4, issued on February 25, 2016, and after further discussions following the Parties' March 14, 2016 submission, Complainant ParkerVision, Inc. ("ParkerVision"), Respondents Apple Inc. ("Apple"); LG Electronics, Inc.; LG Electronics U.S.A., Inc.; LG Electronics MobileComm U.S.A., Inc. (together, "LG"); Samsung Electronics Co., Ltd.; Samsung Electronics America, Inc.; and Samsung Semiconductor, Inc. (together, "Samsung"); and Qualcomm Incorporated ("Qualcomm") (Apple, LG, Samsung, and Qualcomm are referred to collectively as "Respondents"), and the Office of Unfair Import Investigations ("OUII" or "Staff") by and through their respective counsel, hereby submit this revised proposed procedural schedule, attached hereto as Exhibit A.

As shown in Exhibit A, the parties respectfully request, subject to the ALJ's availability and responsibilities in other investigations, that the ALJ move the hearing dates in this Investigation. The attached Exhibit A sets forth hearing dates in accordance with a schedule that runs between August 23, 2016 and September 1, 2016 for the pre-hearing conference, tutorial

and hearing.[1] Additionally, Respondents further request that the ALJ add three (3) days to the hearing to accommodate the complexity of the issues to be presented at the hearing. ParkerVision and Staff do not oppose this request.

First, the parties request that the ALJ move the hearing dates to accommodate key witness and party conflicts. Respondents Samsung and LG have a conflict with the current hearing dates due to a major holiday in South Korea. One of Respondent Qualcomm's key technical witnesses also has a conflict. As a result, the parties request that the tutorial, pre-hearing conference, and hearing be moved such that they begin on August 23-24, 2016 to accommodate these conflicts.

Second, the Respondents request that the ALJ extend the length of the hearing to account for the number of patents, claims, accused products, and issues in dispute. ParkerVision and Staff do not oppose this request. The hearing is currently set for five days, with the parties spending part of the first day on a tutorial and pre-hearing conference. The parties anticipate that they may need additional time to adequately address the issues in this investigation. Complainant ParkerVision is currently asserting four different patents. While most of the allegations are directed at Qualcomm and the other Respondents' use of Qualcomm integrated circuits, ParkerVision is also accusing Samsung's use of its own integrated circuits. As a result, both Qualcomm and Samsung will likely present separate factual testimony concerning the development and operation of their respective accused integrated circuits. Qualcomm and Samsung are also likely to present testimony from separate technical experts and may need an additional expert to address ParkerVision's domestic industry allegations. ParkerVision has also

---

[1] Based on email correspondence with ALJ Essex's attorney-advisors, the parties understand that this time frame is acceptable to ALJ Essex, and respectfully request that it be adopted.

disclosed several technical experts, as well as employees it intends to rely on for its domestic industry allegations. The private parties and Staff will, therefore, need adequate time to cross-examine each of these witnesses. Finally, the Commission asked the ALJ to "take evidence or other information and hear arguments from the parties and other interested persons with respect to the public interest in this investigation, as appropriate, and provide the Commission with findings of fact and a recommended determination on this issue." As a result, the parties may be providing additional factual and expert testimony addressing the public interest issues.

As a result, the private parties request that the tutorial and prehearing conference be held on a separate day (August 23) with the submission of evidence beginning on August 24. Respondents request (which ParkerVision and Staff do not oppose) that the hearing end no later than September 1.

Finally, a fact witness that Respondent Apple intends to offer regarding the public interest factors will be traveling internationally August 22 through September 5, and thus will be unable to attend the hearing. Apple therefore intends to make the witness's testimony available prior to the hearing and will meet-and-confer with the other parties concerning the appropriate means to do so. Apple met-and-conferred on March 16 with counsel for ParkerVision, who indicated that ParkerVision will be reasonable in accommodating Apple's request.

Dated: March 21, 2016

/s/ Michael J. McNamara
Michael T. Renaud
James M. Wodarski
Michael J. McNamara
Michael C. Newman
Kristina R. Cary
Daniel B. Weinger
Patrick T. Driscoll
Matthew A. Karambelas
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111

Aarti Shah
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
701 Pennsylvania Ave. NW
Suite 900
Washington, DC 20004

Email: ParkerVisionITC@mintz.com

*Counsel for Complainant ParkerVision, Inc.*

/s/ Matthew J. Brigham
Timothy S. Teter
Stephen C. Neal
Jeffrey S. Karr
Matthew J. Brigham
Benjamin G. Damstedt
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304

Stephen R. Smith
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400

Email: QCParkervision@cooley.com

*Counsel for Respondent Qualcomm Incorporated*

/s/ Brian E. Ferguson
Brian E. Ferguson
Robert T. Vlasis III
Christopher T. Marando
Daniel Musher
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, D.C. 20005

Anne Cappella
Brian Chang
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065

Email: apple.parkervision.itc@weil.com

*Counsel for Respondent Apple Inc.*

/s/ Michael R. Franzinger
Michael R. Franzinger
Brian R. Nester
Wonjoo Suh
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005

Email:
LGEParkerVisionSidleyTeam@sidley.com

*Counsel for Respondents LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc.*

/s/ Monica Bhattacharyya
Monica Bhattacharyya, Investigative Attorney
OFFICE OF UNFAIR IMPORT INVESTIGATIONS
U.S. International Trade Commission
500 E Street SW, Suite 401
Washington, D.C. 20436

Email: monica.bhattacharyya@usitc.gov

/s / Aaron Wainscoat
Aaron Wainscoat
Mark Fowler
Erik Fuehrer
Erin McLaughlin
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, California 94303-2214

Email:
Samsung-Parkervision-982ITC@dlapiper.com

*Counsel for Respondents Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Semiconductor, Inc.*

# EXHIBIT A

| EVENT | PROPOSED DATE |
|---|---|
| **First settlement conference** | Thursday April 14, 2016 |
| **Submission of first settlement conference joint report** | Tuesday, April 19, 2016 |
| **Identify accused products** | Tuesday, April 19, 2016 |
| **File disclosure of priority date/conception and reduction to practice date** | Tuesday, April 19, 2016 |
| **File identification of expert witnesses, including their expertise and curriculum vitae** | Thursday, April 21, 2016 |
| **File notice of prior art** | Friday, April 29, 2016 |
| **Deadline for private parties to serve initial contentions on issues upon which a party bears the burden of proof and claim construction issues** | Friday, April 29, 2016 |
| **File tentative list of witnesses a party will call to testify at the hearing, with an identification of each witness's relationship to the party** | Friday, May 13, 2016 |
| **Deadline for private parties to serve initial contentions on issues upon which a party does not bear the burden of proof** | Friday, May 13, 2016 |
| **Fact discovery cutoff and completion** | Wednesday, June 1, 2016 |
| **Deadline for motions to compel discovery** | Wednesday, June 8, 2016 |
| **Exchange of initial expert reports (identify tests/surveys/data)** | Thursday, June 9, 2016 |
| **Second settlement conference** | Thursday, June 16, 2016 |
| **Submission of second settlement conference joint report** | Tuesday, June 21, 2016 |
| **Deadline for filing summary determination motions** | Thursday, June 23, 2016 |
| **Exchange of rebuttal expert reports** | Friday, July 1, 2016 |
| **Expert discovery cutoff and completion** | Friday, July 15, 2016 |
| **Exchange of exhibit lists among the parties** | Monday, July 18, 2016 |
| **Submit and serve direct exhibits (including witness statements), with physical and demonstrative exhibits available – Complainant(s) and Respondent(s)** | Wednesday, July 20, 2016 |
| **Submit and serve direct exhibits (including witness statements), with physical and demonstrative exhibits available - Staff** | Tuesday, July 26, 2016 |
| **File requests for receipt of evidence without a witness** | Friday, July 29, 2016 |

| EVENT | PROPOSED DATE |
|---|---|
| **Submit and serve rebuttal exhibits (including witness statements), with physical and demonstrative exhibits available - all parties** | Friday, July 29 , 2016 |
| **File Pre-hearing statements and briefs – Complainant(s) and Respondent(s)** | Wednesday, August 3, 2016 |
| **Deadline for motions *in limine*** | Wednesday, August 10, 2016 |
| **File high priority objections statement** | Wednesday, August 10, 2016 |
| **File Pre-hearing statement and brief – Staff** | Monday, August 15, 2016 |
| **File responses to high priority objections statement** | Wednesday, August 17, 2016 |
| **File responses to motions *in limine*** | Wednesday, August 17, 2016 |
| **Submission of declarations justifying confidentiality of exhibits** | Wednesday, August 17, 2016 |
| **Third settlement conference** | Wednesday, August 17, 2016 |
| **Pre-Hearing Conference/Tutorial** | Tuesday, August 23, 2016 |
| **Submission of third settlement conference joint report** | Wednesday, August 24, 2016 |
| **Hearing** | Wednesday, August 24-Thursday, September 1, 2016 |
| **File initial post-hearing briefs and final exhibit lists** | Wednesday, September 21, 2016 |
| **File reply post-hearing briefs** | Wednesday, October 5, 2016 |
| **Initial Determination due** | Wednesday, December 21, 2016 |
| **Target date for completion of investigation** | Friday, April 21, 2017 |

**United States International Trade Commission**
**Investigation No. 337-TA-982**
***Certain RF Capable Integrated Circuits and Products Containing the Same***

**CERTIFICATE OF SERVICE**

I, William E. Rowan, hereby certify that on March 21, 2016, true and correct copies of the foregoing were served on the parties listed below:

| | |
|---|---|
| The Honorable Lisa R. Barton<br>Secretary<br>U.S. INTERNATIONAL TRADE COMMISSION<br>500 E Street SW<br>Washington, DC 20436 | ☒ Via EDIS<br><br>☒ Via Federal Express Overnight Delivery (2 Copies)<br><br>☐ Via Hand Delivery<br><br>☐ Via Electronic Mail |
| The Honorable Theodore Essex<br>Administrative Law Judge<br>U.S. INTERNATIONAL TRADE COMMISSION<br>500 E Street, SW<br>Washington, DC 20436 | ☒ Via Federal Express Overnight Delivery - (2 Copies)<br><br>☐ Via Hand Delivery<br><br>☒ Via Electronic Mail<br>tamara.foley@usitc.gov<br>john.kaplan@usitc.gov |
| Monica Bhattacharyya<br>Office of Unfair Import Investigations<br>U.S. INTERNATIONAL TRADE COMMISSION<br>500 E Street, SW<br>Washington, DC 20436 | ☐ Via Federal Express Overnight Delivery<br><br>☐ Via Hand Delivery<br><br>☒ Via Electronic Mail<br>Monica.Bhattacharyya@usitc.gov |
| *On Behalf of Respondents Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.*<br><br>Aaron Wainscoat<br>Mark Fowler<br>Erik Fuehrer<br>Erin McLaughlin<br>**DLA PIPER LLP (US)**<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Tel: 650-833-2442<br>Fax: 650-687-1135<br><br>Edward Sikorski<br>Kevin Hamilton<br>**DLA Piper LLP (US)**<br>401 B Street, Suite 1700<br>San Diego, CA 92101-4297<br>Tel: 619-699-2700<br>Fax: 619-699-2701 | ☐ Via Federal Express Overnight Delivery<br><br>☒ Via Electronic Mail<br>Samsung-Parkervision-982ITC@dlapiper.com |

**United States International Trade Commission**
**Investigation No. 337-TA-982**
***Certain RF Capable Integrated Circuits and Products Containing the Same***

| | |
|---|---|
| Jeremy Elman<br>**DLA Piper LLP (US)**<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131-5341<br>Tel: 305-423-8500 | |
| *On Behalf of Respondent Apple Inc.*<br><br>Brian E. Ferguson<br>Robert T. Vlasis III<br>Christopher T. Marando<br>Daniel Musher<br>**WEIL, GOTSHAL & MANGES LLP**<br>1300 Eye Street, N.W.<br>Washington, D.C. 20005<br>Tel.: 202-682-7000<br><br>Anne Cappella<br>Brian Chang<br>**WEIL, GOTSHAL & MANGES LLP**<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel.: 650-802-3000 | ☐ Via Federal Express Overnight Delivery<br><br>☒ Via Electronic Mail<br>apple.parkervision.itc@weil.com |
| *On Behalf of Respondent Qualcomm Incorporated*<br><br>Matthew J. Brigham<br>Stephen C. Neal<br>Timothy S. Teter<br>Jeffrey S. Karr<br>Benjamin G. Damstedt<br>**COOLEY LLP**<br>3175 Hanover Street<br>Palo Alto, CA 94304<br>Tel.: 650-843-5000<br><br>Stephen R. Smith<br>**COOLEY LLP**<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004-2400<br>Tel.: 202-842-7800<br><br>Eamonn Gardner<br>Erin C. Trenda<br>**COOLEY LLP**<br>4401 Eastgate Mall<br>San Diego, CA 92121<br>Tel: 858- 550-6000 | ☐ Via Federal Express Overnight Delivery<br><br>☒ Via Electronic Mail<br>QCParkervision@cooley.com<br>qcom-006@adduci.com |

| | |
|---|---|
| Tom M. Schaumberg<br>Deanna T. Okun<br>Paul M. Bartkowski<br>**ADDUCI, MASTRIANI & SCHAUMBERG, L.L.P.**<br>1133 Connecticut Avenue, N.W., 12th Floor<br>Washington, D.C. 20036<br>Telephone: 202-467-6300 | |
| *On Behalf of Respondents*<br>*LG Electronics, Inc., LG Electronics U.S.A., Inc., LG Electronics MobileComm U.S.A., Inc.*<br><br>Michael R. Franzinger<br>Brian Nester<br>Wonjoo Suh<br>**Sidley Austin LLP**<br>1501 K Street, N.W.<br>Washington, D.C. 20005 | ☐ Via Federal Express Overnight Delivery<br><br>☒ Via Electronic Mail<br>LGEParkerVisionSidleyTeam@sidley.com |

/s/ William E. Rowan
William E. Rowan
Legal Specialist
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
Tel.: (617) 348-4967 (Direct)
Fax: (617) 542-2241
werowan@mintz.com

**CERTAIN RF CAPABLE INTEGRATED CIRCUITS AND PRODUCTS CONTAINING THE SAME** **Inv. No. 337-TA-982**

**PUBLIC CERTIFICATE OF SERVICE**

I, Lisa R. Barton, hereby certify that the attached **ORDER 5** has been served by hand upon the Commission Investigative Attorney, Monica Bhattacharyya, Esq., and the following parties as indicated, on **March 22, 2016**.

Lisa R. Barton, Secretary
U.S. International Trade Commission
500 E Street, SW, Room 112
Washington, DC 20436

**On Behalf of Complainant ParkerVision, Inc.:**

Michael J. McNamara, Esq.
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY and POPEO, P.C.**
One Financial Center
Boston, MA 02111

☐ Via Hand Delivery
☐ Via Express Delivery
☑ Via First Class Mail
☐ Other:____________

**On Behalf of Respondent Apple Inc.:**

Brian E. Ferguson, Esq.
**WEIL, GOTSHAL & MANGES LLP**
1300 Eye Street, N.W.
Suite 900
Washington, DC 20005

☐ Via Hand Delivery
☐ Via Express Delivery
☑ Via First Class Mail
☐ Other:____________

**On Behalf of Respondents LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc.:**

Michael R. Franzinger, Esq.
**SIDLEY AUSTIN LLP**
1501 K Street, N.W.
Washington, DC 20005

☐ Via Hand Delivery
☐ Via Express Delivery
☑ Via First Class Mail
☐ Other:____________

**On Behalf of Respondents Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Semiconductor, Inc.:**

Aaron Wainscoat, Esq.
**DLA PIPER LLP**
2000 University Avenue
East Palo Alto, CA 94303

☐ Via Hand Delivery
☐ Via Express Delivery
☑ Via First Class Mail
☐ Other:____________

Certificate of Service – Page 2

**On Behalf of Respondent Qualcomm Incorporated:**

Stephen R. Smith, Esq.
**COOLEY LLP**
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004

☐ Via Hand Delivery
☐ Via Express Delivery
☑ Via First Class Mail
☐ Other:______________