# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PARKERVISION, INC.,**

    **Plaintiff,**

**v.**                                                                    **Case No:   6:14-cv-687-Orl-40KRS**

**QUALCOMM INCORPORATED,
QUALCOMM ATHEROS, INC., HTC
CORPORATION and HTC AMERICA,
INC.,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**     **DEFENDANTS' MOTION FOR WITHDRAWAL OF COUNSEL (Doc. No. 262)**
>
> **FILED:**       **January 24, 2017**
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Timothy S. Teter, Esq., withdraws as counsel of record for Defendants Qualcomm Incorporated, Qualcomm Atheros, Inc., HTC Corporation and HTC America, Inc.  Defendants remain represented by other counsel of record.

**DONE** and **ORDERED** in Orlando, Florida on January 24, 2017.

                                                       *Karla R. Spaulding*
                                                         KARLA R. SPAULDING
                                             UNITED STATES MAGISTRATE JUDGE