**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
**Scheduling Conference**

Case Number: 6:14-cv-687-Orl-40KRS

| | |
|---|---|
| **PARKERVISION, INC.,** | **Plaintiff's Counsel:** Douglas Cawley |
| | Stephen Busey |
| **Plaintiff,** | Joshua Budwin |
| v. | |
| **QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., HTC CORPORATION and HTC AMERICA, INC.,** | **Defense Counsel:** Dena Chen |
| | Eamonn Gardner |
| | Matthew Brigham |
| | Michael Lockamy |
| **Defendants.** | |

| Judge: | Paul G. Byron | Court Reporter | Koretta Stanford stanarm2014@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | January 9, 2019 | Time: | 10:30 AM – 10:55 AM TOTAL: 25 minutes |

Case called. Appearances taken.

Plaintiff shall file a memorandum within fourteen (14) days from today's date. Defendants shall file a response within fourteen (14) days thereafter. An order will follow from the Court.

Court is adjourned.