**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | |
|---|---|
| PARKERVISION, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., HTC CORPORATION, and HTC AMERICA, INC., <br><br> DEFENDANTS. | CASE NO.: 6:14-cv-687-PGB-KRS |

**JOINT MOTION TO STAY**

Plaintiff ParkerVision, Inc. ("ParkerVision") and Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. ("Qualcomm") and HTC Corporation and HTC America, Inc. ("HTC") respectfully submit this Joint Motion to Stay Case. The National Emergency from the COVID-19 pandemic directly affects this litigation. The Centers for Disease Control and Prevention (CDC) has provided guidance regarding the appropriate response to mitigate the spread of COVID-19. Both parties and their counsel are undertaking mitigation measures in accordance with the CDC's guidance, which impacts the ability of the parties to conduct discovery, including taking depositions, conducting schematic review, and collecting documents. Further, the ProSearch Secure Inspection facility where Qualcomm has made its schematics available for inspection closed last week and is presently scheduled to remain closed until at least March 28, 2020 due to COVID-19 concerns. This unexpected closure prevents ParkerVision from conducting the schematic review necessary to meet the current March 20, 2020 deadline for serving amended infringement contentions. *See* Dkt. 356 at 4, n. 2 (ParkerVision

1

explaining the need for access to the schematics to complete its infringement contentions).

The parties therefore jointly request that the Court stay all deadlines and discovery responses in this case (as set forth in the Amended Case Management and Scheduling Order (Dkt. No. 359)) for four weeks, until April 14, 2020. As discussed above, this stay is necessary due to the continuing uncertainty surrounding the spread of COVID-19 and the necessary precautions to prevent transmission. The parties will file a Joint Status Report on April 14, 2020 addressing whether the situation dictates a further stay of all deadlines, or jointly proposing an amended schedule.

Dated:  March 16, 2020

Respectfully submitted,

**McKOOL SMITH, P.C.**
By: 	/s/ *Douglas A. Cawley*
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
R. Darryl Burke
Texas State Bar No. 03403405
dburke@mckoolsmith.com
Richard A. Kamprath
Texas State Bar No. 24078767
rkamprath@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@mckoolsmith.com
Joshua W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Leah Buratti
Texas State Bar No. 24064897
lburatti@mckoolsmith.com
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**SMITH HULSEY & BUSEY**
Stephen D. Busey
Florida Bar Number 117790
John R. Thomas
Florida Bar Number 77107
225 Water Street, Suite 1800
Jacksonville, Florida  32202
Telephone: (904) 359-7700
Facsimile: (904) 359-7708
busey@smithhulsey.com
jthomas@smithhulsey.com

**ATTORNEYS FOR PLAINTIFF PARKERVISION, INC.**

3

**COOLEY LLP**
By:   */s/ Matthew Brigham*
Stephen C. Neal (admitted pro hac vice)
E-mail: nealsc@cooley.com
Matthew Brigham (admitted pro hac vice)
E-mail: mbrigham@cooley.com
Jeffrey Karr (admitted pro hac vice)
E-mail: jkarr@cooley.com
Dena Chen (admitted pro hac vice)
dchen@cooley.com
3175 Hanover Street
Palo Alto, CA 94304
Phone: (650) 843-5000
Fax: (650) 849-7400

Eamonn Gardner (admitted pro hac vice)
egardner@cooley.com
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 720-566-4099

**BEDELL, DITTMAR, DeVAULT,
PILLANS & COXE**

John A. DeVault, III
Florida Bar No. 103979
E-mail: jad@bedellfirm.com
Michael E. Lockamy
Florida Bar No. 069626
mel@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

**ATTORNEYS FOR DEFENDANTS
QUALCOMM INCORPORATED,
QUALCOMM ATHEROS, INC.,
HTC CORPORATION, AND
HTC AMERICA, INC.**

4

**CERTIFICATE OF SERVICE**

I certify that on March 16, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

*/s/ Douglas A. Cawley*
