UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.                                                    Case No: 6:14-cv-687-Orl-40LRH

QUALCOMM INCORPORATED,
QUALCOMM ATHEROS, INC., HTC
CORPORATION and HTC AMERICA,
INC.,

    Defendants.
_____/

## ORDER

    This cause comes before the Court on the parties' Stipulation of Dismissal as to the HTC Defendants (Doc 443). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff dismisses the claims pursued against Defendants HTC Corporation and HTC America, Inc, and the HTC Defendants dismiss their claims and counterclaims against Plaintiff. Plaintiff's voluntary dismissal is self-executing and was immediately effective upon filing. *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims against Defendant HTC Corporation and HTC America, Inc., are **DISMISSED WITH PREJUDICE**. Defendants HTC Corporation and HTC America, Inc.'s, are also **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate Defendants HTC Corporation and HTC America, Inc., from the file.

    **DONE AND ORDERED** in Orlando, Florida on October 13, 2020.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties