# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PARKERVISION, INC.,**

    **Plaintiff,**

**v.**                                           Case No:   6:14-cv-687-Orl-40LRH

**QUALCOMM INCORPORATED and**
**QUALCOMM ATHEROS, INC.,**

    **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR QUALCOMM TO RESPOND TO PARKERVISION'S MOTION FOR EXTENSION OF TIME TO DESIGNATE A SUBSTITUTE TESTIFYING EXPERT FOR THE ASSERTED RECEIVER CLAIMS (DOC. 458) (Doc. No. 462)**
>
> **FILED:**    **December 18, 2020**
>
> ___
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Defendants shall have up to and including **December 30, 2020** to respond to Plaintiff's Motion for Extension of Time to Designate a Substitute Testifying Expert for the Asserted Receiver Claims (Doc. No. 458).

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on December 21, 2020.

*/s/ Leslie R. Hoffman*

LESLIE R. HOFFMAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record