## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

PARKERVISION, INC.,

                        Plaintiff,

     v.

QUALCOMM INCORPORATED,
QUALCOMM ATHEROS, INC., HTC
CORPORATION, and HTC AMERICA,
INC.,

                      Defendants.

CASE NO.: 6:14-CV-00687-PGB-LRH

## JOINT MOTION TO ENLARGE TIME TO
## COMPLY WITH PRE-TRIAL STATEMENT DEADLINES

Pursuant to rule 6(b)(1)(A), Federal Rules of Civil Procedure, Plaintiff ParkerVision, Inc. and Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. jointly move for entry of an order enlarging the time for the parties to (i) meet and confer regarding the joint final pretrial statement and (ii) to file the final pretrial statement, as set forth in the Court's order dated June 3, 2020 (Doc. No. 384; the "CMO"). In support, the parties state:

1.      Pursuant to the CMO, the current deadline to meet and confer regarding the pretrial statement is **February 4, 2021**, and the deadline to file the pretrial statement is **February 18, 2021**.

2.      On January 5, 2021, after the Court sought the parties' input on whether to alter dates in the CMO, the parties jointly filed their Joint Motion to Amend Case Management and Scheduling Order (Doc. No. 477; the "Motion to Amend").

3.      While the parties took somewhat different approaches in their proposed schedules, all agreed: (i) the deadline to file the pretrial statement should be no earlier than **March 31, 2021**, and possibly as late as **April 29, 2021**; and (ii) the deadline to meet and confer regarding the pretrial statement should be no earlier than **March 17, 2021**, and possibly as late as **April 16, 2021**.

4.      The Motion to Amend remains under advisement.

5.      However, the deadlines to meet and confer and to file the pretrial statement are imminent.

6.      Based on the proposals before the Court, the parties jointly request that the Court enlarge the deadline to meet and confer regarding the pretrial statement until the earlier of: (a) 14 days, through and including **February 18, 2021**, or (b) entry of the order on the Motion to Amend—which will address the deadlines that are the subject of this motion.

7.      Rule 6(b)(1)(A), Federal Rules of Civil Procedure, authorizes the Court, for good cause, to enlarge the time for the parties to act before a deadline expires.

8.      Here, good cause exists for the requested relief.  The Court solicited the parties' input on remaining deadlines under the CMO.  In response, the parties proposed amended deadlines, including deadlines to meet and confer and to file the pretrial statement.

## **Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), counsel for the parties conferred.  All parties agree with the relief requested in this motion.

[*signature blocks on following pages*]

3

**McKOOL SMITH, P.C.**

Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Richard A. Kamprath
Texas State Bar No. 24078767
rkamprath@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Joshua W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Leah Buratti
Texas State Bar No. 24064897
lburatti@mckoolsmith.com
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

Christine Woodin
Texas State Bar No. 24199951
California Bar No. 295023
cwoodin@mckoolsmith.com
300 South Grand Avenue
Suite 2900
Los Angeles, California 90071
(213) 694-1087
(213) 694-1234 (facsimile)

**SMITH HULSEY & BUSEY**

By   /s/ *John R. Thomas*
        Stephen D. Busey
        John R. Thomas

Florida Bar Number 117790
Florida Bar Number 77107
One Independent Drive
Suite 3300
Jacksonville, Florida 32202
(904) 359-7700
(904) 359-7708 (facsimile)
busey@smithhulsey.com
jthomas@smithhulsey.com

**CALDWELL CASSADY & CURRY**
Kevin Burgess
Texas State Bar No. 24006927
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
(212) 888-4858
kburgess@caldwellcc.com

Attorneys for ParkerVision, Inc.

**BEDELL, DITTMAR,**
**DEVAULT, PILLANS & COXE,**
**P.A.**

/s/ *Michael E. Lockamy\**
Michael E. Lockamy
Florida Bar No. 069626
mel@bedellfirm.com
John A. DeVault, III
Florida Bar No. 103979
jad@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Telephone: (904) 353-0211
Facsimile: (904) 353-9307

\*Attorney Lockamy has authorized
his electronic signature.

**COOLEY LLP**

Stephen C. Neal (pro hac vice)
nealsc@cooley.com
Jeffrey Karr (pro hac vice)
jkarr@cooley.com
Matthew J. Brigham (pro hac vice)
mbrigham@cooley.com
Dena Chen (pro hac vice)
dchen@cooley.com
3175 Hanover Street
Palo Alto, CA 94304
Phone: (650) 843-5000
Fax: (650) 849-7400

Eamonn Gardner (pro hac vice)
egardner@cooley.com
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 720-566-4099

Stephen R. Smith (pro hac vice)
stephen.smith@cooley.com
1299 Pennsylvania Ave, NW
Suite 700
Washington, DC 20004
Phone: (202)842-7800
Fax: (202) 842-7899

Attorneys for Qualcomm Incorporated and Qualcomm Atheros, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 3, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

_____ */s/ John R. Thomas* _____
Attorney

1093240