# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PARKERVISION, INC.,

      *Plaintiff*,

  v.

QUALCOMM INCORPORATED,
QUALCOMM ATHEROS, INC.,

      *Defendants.*

Case No. 6:14-cv-687-Orl-40LRH

## MOTION REQUESTING LEAVE TO REPLY IN SUPPORT OF TIME-SENSITIVE MOTION FOR LEAVE REGARDING DISPOSITIVE MOTIONS

On February 8, Defendants filed a three-page, time-sensitive motion for leave regarding dispositive motions under Local Rule 3.01(a). (Dkt. 484.)  Ignoring all page limits, Plaintiff filed an eight-page response.  (Dkt. 485.)  Contained within those eight-pages were mischaracterizations about a previously filed motion for partial summary judgment.  Defendants seek leave to file a three-page reply within one-day of the granting of this request to explain why the Court-ordered early motion for partial summary judgment should not prevent Defendants from fully presenting other case dispositive issues now that fact and expert discovery have occurred.

"A party moving for a reply brief must show good cause."  *Alta Mar Condo. Ass'n v. Hartford Fire Ins. Co.*, No. 2:18-cv-359, 2018 U.S. Dist. LEXIS 106428, at *2 (M.D. Fla. Jun. 26, 2018) (citation omitted).  "The purpose of a reply brief is to rebut any

new law or facts contained in the opposition's response to a request for relief before the Court." *Kelly v. LVNV Funding, LLC*, No. 2:15-cv-498, 2015 U.S. Dist. LEXIS 144887, at *4 (M.D. Fla. Oct. 26, 2015) (citation omitted).

Defendants seek leave to file a reply concerning Plaintiff's new assertion that Defendants should not be permitted to file any additional summary judgment motions because Defendants filed a motion in September 2019.  This is a new argument from Plaintiff, never before raised in any scheduling discussions nor in any meet-and-confer.  Plaintiff's argument ignores the reason why Defendants filed the earlier motion – they were ordered by the Court, at Plaintiff's urging, to do so.

Defendants filed the motion for partial summary judgment directed at the preclusive effect of *ParkerVision I* per the Court's (and ParkerVision's) request.  (Dkt. 297) (ordering the parties to establish a briefing schedule).  Plaintiff requested that the motion be filed immediately while Defendants proposed that it be filed later in the case. (Dkt. 300).  The Court agreed with ParkerVision's request, ordering Defendants to file a motion on preclusive effect right away.  (Dkt. 309.)  The Court noted that the timing of the motion was due to the "unique posture of this case."  (Dkt. 348, n. 3).  As a result, Defendants seek leave to file a reply explaining why a Court-ordered early partial summary judgment motion directed at a discrete issue effecting only two of the patents-in-suit should not prevent Defendants from fully presenting other case dispositive issues to the Court now that the fact and expert discovery record is complete.

## <u>Local Rule 3.01(g) Certification</u>

Qualcomm conferred with ParkerVision via multiple emails about this issue but ParkerVision would not provide its position on this request. ParkerVision stated that it would reveal its position by noon on February 10, 2021; Qualcomm will supplement this certification upon receipt of ParkerVision's position.

Dated:  February 9, 2021

By: */s/ Matthew J. Brigham*

COOLEY LLP
Stephen C. Neal (admitted pro hac vice)
nealsc@cooley.com
Matthew Brigham (admitted pro hac vice)
mbrigham@cooley.com
Jeffrey Karr (admitted pro hac vice)
jkarr@cooley.com
Priya Viswanath (admitted pro hac vice)
pviswanath@cooley.com
Dena Chen (admitted pro hac vice)
dchen@cooley.com
Sarah Moore (admitted pro hac vice)
smoore@cooley.com
Patrick Lauppe (admitted pro hac vice)
plauppe@cooley.com
3175 Hanover Street
Palo Alto, CA  94304-1130
Phone:  (650) 843-5000
Fax:  (650) 843-7400

COOLEY LLP
Eamonn Gardner (pro hac vice)
egardner@cooley.com
380 Interlocken Crescent, Suite 900
Broomfield, CO 80021-8023
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

COOLEY LLP
Stephen Smith (admitted pro hac vice)
ssmith@cooley.com
1299 Pennsylvania Avenue NW

Suite 700
Washington, DC 20004
Phone: (202) 842-7800
Fax: (202) 842-7899

BEDELL, DITTMAR, DEVAULT,
PILLANS & COXE, P.A.
John A. DeVault, III
Florida Bar No. 103979
jad@bedellfirm.com
Michael E. Lockamy
Florida Bar No. 069626
mel@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Phone: (904) 353-0211
Fax: (904) 353-9307

CADWALADER, WICKERSHAM &
TAFT, LLP
Howard Wizenfeld (admitted pro hac vice)
Howard.wizenfeld@cwt.com
One World Financial Center
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6050
Facsimile: (212) 504-6666

*Attorney for Defendants*
*Qualcomm Incorporated and*
*Qualcomm Atheros, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and forgoing document has been served on all counsel of record via the Court's ECF system on February 9, 2021.

<u>/s/ Matthew J. Brigham</u>
Matthew J. Brigham
