UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PARKERVISION, INC., *Plaintiff*, v. QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., *Defendants*. | Case No. 6:14-cv-00687-Orl-40LRH |

**UNOPPOSED MOTION TO WITHDRAW
AS COUNSEL FOR DEFENDANTS**

Pursuant to Rule 2.02(c), Local Rules, United States District Court, Middle District of Florida, Sarah Butler Moore moves this Court for entry of an Order allowing her withdrawal as counsel of record for Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. and states:

1. Sarah Butler Moore seeks to withdraw as counsel for Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc.

2. Her withdrawal will not prejudice any party or delay these proceedings.

3. Cooley, LLP and Bedell, Dittmar, DeVault, Pillans & Coxe, P.A. will continue as counsel of record for Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc.

**WHEREFORE,** Sarah Butler Moore respectfully requests entry of an Order allowing her withdrawal as counsel of record for Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc.

### Memorandum in Support of Motion

The Court should grant Sarah Butler Moore's Unopposed Motion to Withdraw as Counsel for Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. pursuant to Rule 2.02(c), Local Rules, United States District Court, Middle District of Florida. Her withdrawal will not cause the continuance of the trial or other deadlines in this case. Her withdrawal will also not result in Defendants proceeding pro se.

### Local Rule 2.02(c) Certification

In accordance with Rule 2.02(c)(1)(B)(i), Local Rules, United States District Court, Middle District of Florida, the undersigned certifies that Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. consent to her withdrawal as counsel of record.

### Local Rule 3.01(g) Certification

Pursuant to Rule 3.01(g), Local Rules, United States District Court, Middle District of Florida, counsel for Defendants has conferred with counsel for Plaintiff, who does not object to the relief sought in this motion.

COOLEY LLP

/s/Sarah B. Moore
Sarah B. Moore (*pro hac vice*)
Email: smoore@cooley.com
3175 Hanover Street
Palo Alto, CA  94306-2155
Phone:  (650) 843-5000
Fax:  (650) 849-7400

*Counsel for Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and forgoing document has been served on all counsel of record via the Court's ECF system on March 22, 2021.

        COOLEY LLP

        /s/Sarah B. Moore
        Sarah B. Moore (*pro hac vice*)
        Email: smoore@cooley.com
        3175 Hanover Street
        Palo Alto, CA  94306-2155
        Phone:  (650) 843-5000
        Fax:  (650) 849-7400

        *Counsel for Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc.*