IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PARKERVISION, INC.,

        PLAINTIFF,

v.

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

        DEFENDANTS.

CASE NO.: 6:14-cv-687-PGB

**QUALCOMM'S REQUEST FOR ZOOM OR TELEPHONIC CASE MANAGEMENT CONFERENCE**

Qualcomm respectfully requests a thirty-minute Zoom or telephonic case management conference in light of the Court's March 26, 2021 Order where the Court indicated that a trial date will be scheduled sometime in the future, with the trial likely not to be held until the fall/winter of 2021 or later. (Doc. 584 at 3-4.) ParkerVision does not join this request, but has no objection to a Zoom or teleconference if the Court would find it helpful.

1

## Statements Regarding Qualcomm's Request[1]

**Qualcomm's Position:** Consistent with the Court's order and to avoid adding to the Court's already congested schedule, Qualcomm proposes that the date previously set aside for the final pretrial conference, June 15, 2021, (Doc. 515, 516) be converted into a Zoom or telephonic case management conference.[2]

Qualcomm proposes a case management conference to discuss ways to streamline the case, discuss how best to realign the pretrial deadlines to promote greater efficiency, and discuss the potential trial schedule and associated logistics. Qualcomm proposes that to the extent any pre-trial deadlines (Doc. 515, 516) are still in place after the Court's March 26 Order, they be continued until after the proposed case management conference. Waiting until this proposed case management conference before submitting voluminous pre-trial materials is consistent with the Court's statements about its existing, and ever increasing, docket, the need to prioritize criminal cases, the number of docket entries in this case, and the number of dispositive and *Daubert* motions already pending before the Court. The pending motions have the potential to streamline the parties' pre-trial submissions significantly. Discussing realigning

---

[1] With the aim of streamlining the materials for the Court to review, the parties have agreed to outline their positions in this single document.

[2] Qualcomm proposes June 15 given the previously scheduled conference on that date, but welcomes an earlier date if more convenient for the Court.

the pre-trial submission dates in connection with the rulings on the pending motions should allow the parties to submit more targeted materials, and avoid the duplication of having to later revise or resubmit the pre-trial papers after the Court has had an opportunity to consider the pending motions. As a result, Qualcomm's proposed case management conference in June, and continuance of all dates until then, should help streamline the litigation.

**ParkerVision's Position:** ParkerVision's understanding is that all pre-trial deadlines set by the Court just 45 days ago remain in full effect given that the Court has not vacated the deadlines. ParkerVision wants to proceed with pre-trial preparation and deadlines so that this case is fully ready for trial as soon as the Court's schedule permits. Proceeding with pre-trial deadlines as scheduled will ensure that this case is ready for trial on shorter notice, thus allowing the Court flexibility in managing its docket.

ParkerVision believes that Qualcomm's request for rescheduling pre-trial deadlines only imposes additional—and unnecessary—administrative burdens on the Court. Qualcomm has not provided ParkerVision with any specific proposals regarding "ways to streamline the case," "realign[ing] the pretrial deadlines to promote greater efficiency," or "the potential trial schedule and associated logistics." And Qualcomm's assertions that pending motions may streamline the parties' pre-trial submissions presupposes that its own dispositive

or *Daubert* motions have merit. Qualcomm's proposal would only serve to further delay trial in this matter, and therefore ParkerVision respectfully submits that Qualcomm's proposal does not warrant a teleconference. ParkerVision requests the Court maintain its current pre-trial schedule.

Dated: April 20, 2021

CALDWELL CASSADY & CURRY
Kevin L. Burgess
Texas State Bar No. 24006927
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (212) 888-4849
kburgess@caldwellcc.com

SMITH HULSEY & BUSEY
Stephen D. Busey
Florida Bar Number 117790
John R. Thomas
Florida Bar Number 77107
One Independent Drive,
Suite 3300
Jacksonville, Florida 32202
Telephone: (904) 359-7700
Facsimile: (904) 359-7708
busey@smithhulsey.com
jthomas@smithhulsey.com

By:/s/ *Douglas A. Cawley*

McKOOL SMITH, P.C.
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Richard A. Kamprath
Texas State Bar No. 24078767
rkamprath@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Joshua W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Leah Buratti
Texas State Bar No. 24064897
lburatti@mckoolsmith.com
Christine Woodin
Texas State Bar No. 24199951
cwoodin@mckoolsmith.com
Matt Cameron
Texas State Bar No. 24097451
mcameron@mckoolsmith.com
Peter Hillegas
Texas State Bar No. 24101913
phillegas@mckoolsmith.com
Mitch Verboncoeur
Texas State Bar No. 24105732
mverboncoeur@McKoolSmith.com
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

*Attorneys for Plaintiff*
*ParkerVision, Inc.*

5

| | |
|---|---|
| Dated:  April 20, 2021 | By:  /s/ Matthew Brigham |
| BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.<br>John A. DeVault, III<br>Florida Bar No. 103979<br>jad@bedellfirm.com<br>Michael E. Lockamy<br>Florida Bar No. 069626<br>mel@bedellfirm.com<br>The Bedell Building<br>101 East Adams Street<br>Jacksonville, Florida 32202<br>Phone: (904) 353-0211<br>Fax: (904) 353-9307<br><br>CADWALADER, WICKERSHAM & TAFT, LLP<br>Howard Wizenfeld (pro hac vice)<br>Howard.wizenfeld@cwt.com<br>One World Financial Center<br>200 Liberty Street<br>New York, NY 10281<br>Telephone: (212) 504-6050<br>Facsimile: (212) 504-6666<br><br>COOLEY LLP<br>Eamonn Gardner (pro hac vice)<br>egardner@cooley.com<br>1144 15th Street, Suite 2300<br>Denver, CO 80202<br>Telephone: (720) 566-4000<br>Facsimile: (720) 566-4099 | COOLEY LLP<br>Stephen C. Neal (pro hac vice)<br>nealsc@cooley.com<br>Matthew Brigham (pro hac vice)<br>mbrigham@cooley.com<br>Jeffrey Karr ( pro hac vice)<br>jkarr@cooley.com<br>Priya Viswanath (pro hac vice)<br>pviswanath@cooley.com<br>Dena Chen (pro hac vice)<br>dchen@cooley.com<br>Patrick Lauppe (pro hac vice)<br>plauppe@cooley.com<br>3175 Hanover Street<br>Palo Alto, CA  94304-1130<br>Phone:  (650) 843-5000<br>Fax:  (650) 843-7400<br><br>COOLEY LLP<br>Stephen Smith (pro hac vice)<br>ssmith@cooley.com<br>1299 Pennsylvania Avenue NW<br>Suite 700<br>Washington, DC 20004<br>Phone:  (202) 842-7800<br>Fax:  (202) 842-7899<br><br>*Attorney for Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that on April 20, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

/s/ Matthew J. Brigham
