**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PARKERVISION, INC.

Plaintiff,

v.

QUALCOMM INCORPORATED,
QUALCOMM ATHEROS, INC.

Defendants.

CASE NO.: 6:14-CV-00687-PGB-KRS

**JOINT MOTION TO DISMISS CERTAIN CLAIMS**

Plaintiff ParkerVision, Inc. ("ParkerVision") seeks to narrow the scope of this proceeding, and Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. ("Defendants") do not oppose.

ParkerVision and Defendants therefore request that the Court dismiss each of ParkerVision's claims for relief against Defendants with prejudice, and each of Defendants' counterclaims for relief against ParkerVision without prejudice, for claim 107 of U.S. Patent No. 7,039,372. For avoidance of doubt, the parties' claims and counterclaims related to claims 99, 100, and 126 of U.S. Patent No. 7,039,372 will not be dismissed and will remain at-issue.

January 21, 2022

Respectfully submitted,

**McKOOL SMITH, P.C.**

*/s/ Douglas A. Cawley*
Douglas A. Cawley,
(Trial Counsel, pro hac vice)
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Richard A. Kamprath (pro hac vice)
Texas State Bar No. 24078767
E-mail:
rkamprath@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Joshua W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Matt Cameron
Texas State Bar No. 24097451
mcameron@mckoolsmith.com
R. Mitch Verboncoeur
Texas State Bar No. 24105732
mverboncoeur@mckoolsmith.com
George T. Fishback, Jr.
Texas State Bar No. 24120823
gfishback@mckoolsmith.com
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**ALLEN DYER DOPPELT + GILCHRIST**

*/s/ Ava K. Doppelt*
Ava K. Doppelt
Florida Bar No. 393738
adoppelt@allendyer.com
Brian R. Gilchrist
Florida Bar No. 774065
bgilchrist@allendyer.com
Ryan T. Santurri
Florida Bar No. 015698
rsanturri@allendyer.com
Allen, Dyer, Doppelt + Gilchrist, P.A.
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Tel. (407) 841-2330
Fax: (407) 841-2343

**SMITH HULSEY & BUSEY**

*/s/ James A. Bolling*
Stephen D. Busey
Florida Bar Number 117790
Email: sbusey@smithhulsey.com
James A. Bolling
Florida Bar Number 901253
Email: jbolling@smithhulsey.com
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Telephone: (904) 359-7700
Facsimile (904) 359-7708

***ATTORNEYS FOR PLAINTIFF PARKERVISION, INC.***

**CALDWELL CASSADY & CURRY**
Kevin L. Burgess
Texas State Bar No. 24006927
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (212) 888-4849
kburgess@caldwellcc.com

Dated: January 21, 2022

By: */s/Eamonn Gardner*

COOLEY LLP
Stephen C. Neal (admitted pro hac vice)
nealsc@cooley.com
Matthew Brigham (admitted pro hac vice)
mbrigham@cooley.com
Jeffrey Karr (admitted pro hac vice)
jkarr@cooley.com
Priya Viswanath (admitted pro hac vice)
pviswanath@cooley.com
Dena Chen (admitted pro hac vice)
dchen@cooley.com
Patrick Lauppe (admitted pro hac vice)
plauppe@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Phone: (650) 843-5000
Fax: (650) 843-7400

COOLEY LLP
Stephen Smith (admitted pro hac vice)
ssmith@cooley.com
1299 Pennsylvania Avenue NW
Suite 700

BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.
John A. DeVault, III
Florida Bar No. 103979
jad@bedellfirm.com
Michael E. Lockamy
Florida Bar No. 069626
mel@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Phone: (904) 353-0211
Fax: (904) 353-9307

CADWALADER, WICKERSHAM & TAFT, LLP
Howard Wizenfeld (admitted pro hac vice)
Howard.wizenfeld@cwt.com
One World Financial Center
200 Liberty Street
New York, NY 10281

Telephone: (212) 504-6050
Facsimile: (212) 504-6666

COOLEY LLP
Eamonn Gardner (pro hac vice)
egardner@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Washington, DC 20004
Phone: (202) 842-7800
Fax: (202) 842-7899

*Attorneys for Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on January 21, 2022.

*/s/ Ava K. Doppelt*
Ava K. Doppelt