**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
Motion Hearing (Day 1)

Case Number: 6:14-cv-687-PGB-LRH

| **PARKERVISION, INC.,** | **Plaintiff's Counsel:** Mitch Verboncoeur |
| | Kevin Burgess |
| **Plaintiff,** | Joshua Budwin |

v.

| **QUALCOMM INCORPORATED and** | **Defense Counsel:** Eamonn Gardner |
| **QUALCOMM ATHEROS, INC.,** | Matthew Brigham |
| | Dena Chen |
| **Defendants.** | Stephen Smith |
| | Michael Lockamy |

| Judge: | Paul G. Byron | Court Reporter: | Suzanne Trimble<br>trimblecourtreporter@gmail.com |
| --- | --- | --- | --- |
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | January 24, 2022 | Time: | 9:31 AM – 12:13 PM<br>1:22 PM – 4:51 PM<br>TOTAL: 6 hours, 11 minutes |

Case called. Appearances taken.

The Court hears argument on the Motion to Strike (Doc. 491 – sealed version at Doc. 540).

Brief recess.

Court resumes. Argument continues on the Motion to Strike (Doc. 491).

Lunch break.

Court resumes. Argument continues on the Motion to Strike (Doc. 491).

Brief recess.

Court resumes. The Court hears argument on the Motion to Strike (Doc. 491) and Motion for Summary Judgment (Doc. 494).

Court is adjourned. Court will resume on Tuesday, January 25, 2022 at 9:30 AM.