# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
**Motion Hearing (Day 2)**

Case Number: 6:14-cv-687-PGB-LRH

**PARKERVISION, INC.,**

        **Plaintiff,**

v.

**QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC.,**

        **Defendants.**

**Plaintiff's Counsel:** Mitch Verboncoeur
Kevin Burgess
Joshua Budwin

**Defense Counsel:** Eamonn Gardner
Matthew Brigham
Dena Chen
Stephen Smith
Michael Lockamy

| Judge: | Paul G. Byron | Court Reporter: | Suzanne Trimble trimblecourtreporter@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | N/A |
| Date: | January 25, 2022 | Time: | 9:30 AM – 11:54 AM<br>1:01 PM – 2:39 PM<br>TOTAL: 4 hours, 2 minutes |

Court resumes from Monday, January 24th.

The Court continues to hear argument on the Motion for Summary Judgment (Doc. 494).

Brief recess.

Court resumes. The Court continues to hear argument on the Motion for Summary Judgment (Doc. 494).

Lunch break.

Court resumes. The Court hears argument on the Motion for Summary Judgment (Doc. 498).

Written orders to follow.

Court is adjourned.