IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br>           PLAINTIFF, <br><br> v. <br><br> QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC., <br><br>           DEFENDANTS. | CASE NO.: 6:14-cv-687-Orl-40LRH |

### PARKERVISION, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY

ParkerVision submits this Notice of Supplemental Authority pursuant to Local Rule 3.01(i). Presently pending before the Court is ParkerVision's Motion for Summary Judgement of IPR Estoppel (Dkt. 498). On February 4, 2022, the Federal Circuit issued a precedential opinion in *Caltech v. Broadcom* that resolves the district court split in authority related to the issues raised in ParkerVision's Motion as discussed in the parties' briefing and at the hearing held on January 24-25, 2022. The Federal Circuit held:

> Accordingly, we take this opportunity to overrule Shaw and clarify that [IPR] estoppel applies not just to claims and grounds asserted in the petition and instituted for consideration by the Board, but to all claims and grounds not in the IPR but which reasonably could have been included in the petition.

*Caltech v. Broadcom*, No. 20-2222 (Fed. Cir. Feb. 4, 2022), at 23-24 *available at* https://cafc.uscourts.gov/opinions-orders/20-2222.OPINION.2-4-2022_1903268.pdf.

1

The Federal Circuit's holding addresses the issues ParkerVision briefed at pages 11-17 of its Motion (Dkt. 498) and argued at the hearing. ParkerVision provides the following citations pursuant to Local Rule 3.01(i)(2):

- Dkt. 498 at 11 (Section V.A.1, line 12, "Qualcomm Is Barred from Re-litigating Prior Art that It Raised in the IPR Proceedings");

- Dkt. 498 at 12 (Section V.A.2, line 17, "Qualcomm Is Barred from Re-litigating Prior Art that it Could Have Raised in the IPR Proceedings"); and

- Dkt. 498 at 17 (Section V.A.3, line 14, "IPR Estoppel Also Applies to Ishigaki").

| | |
|---|---|
| February 7, 2022 | Respectfully submitted, |

**MCKOOL SMITH, P.C.**
Douglas A. Cawley
Texas State Bar No. 04035500
dcawley@mckoolsmith.com
Richard A. Kamprath
Texas State Bar No. 24078767
rkamprath@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

**Joshua W. Budwin**
**Texas State Bar No. 24050347**
**jbudwin@mckoolsmith.com**
Matt Cameron
Texas State Bar No. 24097451
mcameron@mckoolsmith.com
R. Mitch Verboncoeur
Texas State Bar No. 24105732
mverboncoeur@mckoolsmith.com
George G. Fishback, Jr.
Texas State Bar No. 24120823
gfishback@mckoolsmith.com
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**CALDWELL CASSADY & CURRY**
Kevin L. Burgess
Texas State Bar No. 24006927
kburgess@caldwellcc.com
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (212) 888-4849

**ALLEN, DYER, DOPPELT + GILCHRIST, P.A.**

By: */s/ Ava K. Doppelt*
Ava K. Doppelt
Florida Bar No. 393738
adoppelt@allendyer.com
Brian R. Gilchrist
Florida Bar No. 774065
bgilchrist@allendyer.com
Ryan T. Santurri
Florida Bar No. 015698
rsanturri@allendyer.com
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

**WITTLIFF CUTTER, PLLC**
Leah Bhimani Buratti, Esq.
Texas State Bar No. 24064897
leah@wittliffcutter.com
1209 Nueces Street
Austin, TX 78701
(512) 566-3909 (telephone)
(512) 960-4869 (facsimile)

***ATTORNEYS FOR PLAINTIFF PARKERVISION, INC.***

3

**CERTIFICATE OF SERVICE**

I certify that on February 7, 2022, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: none.

    */s/ Ava K. Dopplet*
    Ava K. Dopplet