# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PARKERVISION, INC.,

    *Plaintiff*,

v.

QUALCOMM INCORPORATED, AND QUALCOMM ATHEROS, INC.,

    *Defendants*.

Case No. 6:14-cv-00687-Orl-PGB-LRH

## NOTICE REGARDING HEARING TRANSCRIPTS

Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. ("Qualcomm") do not request any additional redactions beyond those already applied to the transcripts designated at Dkts. 674-675. Pursuant to the parties' Stipulated Confidentiality Agreement and the Court's sealing of the courtroom during portions of the hearing, Qualcomm respectfully maintain that the redacted portions of the transcript to the oral argument held on January 24-25, 2022 before the Honorable Paul G. Byron should remain redacted and sealed. The discussions during those redacted portions of the hearing contained information designated as Confidential or Outside Attorneys' Eyes Only under the Stipulated Confidentiality Agreement.

1

Dated:  February 22, 2022

By: */s/ Eamonn Gardner*

BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.
John A. DeVault, III
Florida Bar No. 103979
jad@bedellfirm.com
Michael E. Lockamy
Florida Bar No. 069626
mel@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Phone: (904) 353-0211
Fax: (904) 353-9307

COOLEY LLP
Eamonn Gardner (pro hac vice)
egardner@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

COOLEY LLP
Stephen C. Neal (admitted pro hac vice)
nealsc@cooley.com
Matthew Brigham (admitted pro hac vice)
mbrigham@cooley.com
Jeffrey Karr (admitted pro hac vice)
jkarr@cooley.com
Priya Viswanath (admitted pro hac vice)
pviswanath@cooley.com
Dena Chen (admitted pro hac vice)
dchen@cooley.com
3175 Hanover Street
Palo Alto, CA  94304-1130
Phone:  (650) 843-5000
Fax:  (650) 843-7400

COOLEY LLP
Stephen Smith (admitted pro hac vice)
ssmith@cooley.com
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
Phone:  (202) 842-7800
Fax:  (202) 842-7899

*Attorneys for Defendants
Qualcomm Incorporated and
Qualcomm Atheros, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on February 22, 2022.

<em>/s/ Eamonn Gardner</em>