# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PARKERVISION, INC.,

    *Plaintiff*,

v.

QUALCOMM INCORPORATED, AND
QUALCOMM ATHEROS, INC.,

    *Defendants*.

Case No. 6:14-cv-00687-PGB-LHP

## JOINT MOTION TO UNSEAL

Plaintiff ParkerVision, Inc. and Defendants Qualcomm Incorporated and Qualcomm Atheros move the Court to enter an order (1) directing the Clerk to make public the Court's March 22, 2022 Sealed Order on Qualcomm's Motion for Summary Judgment of Noninfringement and Invalidity (Doc. 685), and (2) directing the Clerk to make public a *redacted* version of the Court's March 9, 2022 Sealed Order on Defendant's Motion to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues (Doc. 682).

The parties have reviewed the recent sealed orders of the Court (Docs. 682 and 685) and agree that the Sealed Order entered March 22, 2022 (Doc. 685) does not contain any confidential information of either party and therefore may be docketed publicly.

The parties also agree that the Sealed Order entered March 9, 2022 (Doc. 682) contains only confidential information of Qualcomm that Qualcomm believes can be concealed by minimal redaction. A copy of the Sealed Order entered March 9, 2022 (Doc. 682) with Defendants' proposed redactions will be provided to the Court contemporaneously with the filing of this motion.

To promote efficiency and the accuracy of the record on appeal, the parties request that the Court direct the clerk to:

(1) file the March 22, 2022 Sealed Order (Doc. 685) on the public docket; and

(2) file the March 9, 2022 Sealed Order (Doc. 682) on the public docket with the proposed limited redactions.

Dated: March 31, 2022

| **BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.** | **COOLEY LLP** |
|---|---|
| By: s/Michael E. Lockamy<br>    Michael E. Lockamy<br>    Florida Bar No. 069626<br>    mel@bedellfirm.com<br>    The Bedell Building<br>    101 East Adams Street<br>    Jacksonville, Florida 32202<br>    Telephone: (904) 353-0211<br>    Facsimile: (904) 353-9307 | Stephen C. Neal<br>(admitted pro hac vice; Trial Counsel)<br>nealsc@cooley.com<br>Matthew J. Brigham<br>(admitted pro hac vice)<br>mbrigham@cooley.com<br>Jeffrey Karr<br>(admitted pro hac vice)<br>jkarr@cooley.com<br>Dena Chen<br>(admitted pro hac vice)<br>dchen@cooley.com<br>3175 Hanover Street<br>Palo Alto, CA  94306-2155<br>Phone:  (650) 843-5000<br>Fax:  (650) 849-7400 |

Eamonn Gardner
(admitted pro hac vice)
egardner@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 720-566-4099

Stephen Smith
(admitted pro hac vice)
ssmith@cooley.com
1299 Pennsylvania Avenue, NW,
Suite 700
Washington, DC 20004
Phone: (202) 842-7800
Fax: (202) 842-7899

*Counsel for Defendant Qualcomm Incorporated*

Dated: March 31, 2022

<table>
<tr><td>

**SMITH HULSEY & BUSEY**


By: s/John R. Thomas
Stephen D. Busey
John R. Thomas
James A. Bolling
Florida Bar Number 117790
Florida Bar Number 77107
Florida Bar Number 901253
One Independent Drive, Suite 3300
Jacksonville, Florida 32202
Tel: (904) 359-7700
Fax: (904) 359-7708
busey@smithhulsey.com
jthomas@smithhulsey.com
jbolling@smithhulsey.com

**ALLEN, DYER, DOPPELT + GILCHRIST**

Ava K. Doppelt
Florida Bar No. 393738
adoppelt@allendyer.com
Brian R. Gilchrist
Florida Bar No. 774065
bgilchrist@allendyer.com
Ryan T. Santurri
Florida Bar No. 015698
rsanturri@allendyer.com
Allen, Dyer, Doppelt + Gilchrist
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Tel. (407) 841-2330
Fax: (407) 841-2343

</td><td>

**CALDWELL CASSADY & CURRY**

Kevin L. Burgess
Texas State Bar No. 24006927
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
kburgess@caldwellcc.com

**McKOOL SMITH, P.C.**

Douglas A. Cawley
(Trial Counsel, pro hac vice)
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Richard A. Kamprath (pro hac vice)
Texas State Bar No. 24078767
E-mail: rkamprath@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044
Joshua W. Budwin
Texas State Bar No. 24050347
Jbudwin@mckoolsmith.com
Matt Cameron
Texas State Bar No. 24097451
mcameron@mckoolsmith.com
R. Mitch Verboncoeur
Texas State Bar No. 24120823
gfishback@mckoolsmith.com
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744


*Counsel for Plaintiff ParkerVision, Inc.*

</td></tr>
</table>

4