# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PARKERVISION, INC.,

    *Plaintiff*,

v.

QUALCOMM INCORPORATED, AND QUALCOMM ATHEROS, INC.,

    *Defendants*.

Case No. 6:14-cv-00687-Orl-PGB-LHP

## UNOPPOSED MOTION TO TOLL DEADLINES

In view of the Court's Order granting Defendants Qualcomm Incorporated and Qualcomm Atheros Motion for Summary Judgment (Doc. 686) and the Clerk's Judgment (Doc. 687), Defendants request that the Court toll the deadline for Defendants to file a request for costs and/or fees under Fed. R. Civ. P. 54(d), 28 U.S.C. § 285, and Local Rule 7.01 until after the conclusion of Plaintiff ParkerVision, Inc.'s anticipated appeal to the Federal Circuit. Plaintiff ParkerVision does not oppose this request. The extension is requested to conserve judicial and party resources while ParkerVision's appeal is pending and to allow Qualcomm's briefing on costs and/or fees to take ParkerVision's appeal into account.

Currently, Qualcomm's petition, bill, and/or motion to recover costs and/or fees under Fed. R. Civ. P. 54(d), 28 U.S.C. § 285, and Local Rule 7.01 is due on Wednesday, April 6, 2022. This is Qualcomm's first request for an extension of this

deadline.

Therefore, Defendants respectfully request that the Court Order that the deadline for Qualcomm to file any petition, bill and/or motion to recover costs and/or fees under Fed. R. Civ. P. 54(d), 28 U.S.C. § 285, or Local Civil 7.01 shall be tolled until thirty (30) days after the Court's receipt of the mandate from the United States Court of Appeals for the Federal Circuit from any appeal of the Judgment.

## LOCAL RULE 3.01(g) CERTIFICATION

The parties met and conferred about Defendants' request on March 30 through April 1. ParkerVision does not oppose the motion.

Dated: April 1, 2022                          /s/ Matthew J. Brigham

| | |
|---|---|
| BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A. | COOLEY LLP |
| John A. DeVault, III | Stephen C. Neal (pro hac vice) |
| Florida Bar No. 103979 | nealsc@cooley.com |
| jad@bedellfirm.com | Matthew J. Brigham (pro hac vice) |
| Michael E. Lockamy | mbrigham@cooley.com |
| Florida Bar No. 069626 | Jeffrey Karr (pro hac vice) |
| mel@bedellfirm.com | jkarr@cooley.com |
| The Bedell Building | Priya Viswanath (pro hac vice) |
| 101 East Adams Street | pviswanath@cooley.com |
| Jacksonville, Florida 32202 | Dena Chen (pro hac vice) |
| Phone: (904) 353-0211 | dchen@cooley.com |
| Fax: (904) 353-9307 | 3175 Hanover Street |
| | Palo Alto, CA 94306-2155 |
| | Phone: (650) 843-5000 |
| CADWALADER, WICKERSHAM & TAFT, LLP | Fax: (650) 849-7400 |
| Howard Wizenfeld (pro hac vice) | COOLEY LLP |
| Howard.wizenfeld@cwt.com | Stephen Smith (pro hac vice) |
| One World Financial Center | ssmith@cooley.com |
| 200 Liberty Street | 1299 Pennsylvania Avenue NW, Suite 700 |
| New York, NY 10281 | Washington, DC 20004 |
| Telephone: (212) 504-6050 | Phone: (202) 842-7800 |
| Facsimile: (212) 504-6666 | |

Fax:  (202) 842-7899

COOLEY LLP
Eamonn Gardner (pro hac vice)
egardner@cooley.com
1144 15th Street Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

*Attorneys for*
*Defendant Qualcomm Incorporated*

4

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 1, 2022.

*Matthew J. Brigham*