# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| PARKERVISION, INC.<br><br>                Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br>QUALCOMM ATHEROS, INC.<br><br>                Defendants. | CASE NO.: 6:14-CV-00687-PGB-KRS |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff ParkerVision, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment of this Court entered on March 23, 2022 (Dkt. 687), and from any and all other judgments, orders, opinions, rulings, and findings pertinent or ancillary to the foregoing.

Payment of the required fee of $505, representing the $500 fee for docketing a case on appeal specified in 28 U.S.C. § 1913, and the $5 fee for filing a notice of appeal specified in 28 U.S.C. § 1917, is provided with this Notice of Appeal.

| | |
|---|---|
| April 20, 2022 | Respectfully submitted, |

| | |
|---|---|
| **McKOOL SMITH, P.C.** | **ALLEN, DYER, DOPPELT + GILCHRIST, P.A.** |
| */s/ Douglas A. Cawley* | |
| Douglas A. Cawley, | By: */s/ Ava K. Doppelt* |
| (Trial Counsel, pro hac vice) | Ava K. Doppelt |
| Texas State Bar No. 04035500 | Florida Bar No. 393738 |
| E-mail: dcawley@mckoolsmith.com | adoppelt@allendyer.com |
| Richard A. Kamprath (pro hac vice) | Brian R. Gilchrist |
| Texas State Bar No. 24078767 | Florida Bar No. 774065 |
| E-mail: rkamprath@mckoolsmith.com | bgilchrist@allendyer.com |
| McKool Smith P.C. | Ryan T. Santurri |
| 300 Crescent Court, Suite 1500 | Florida Bar No. 015698 |
| Dallas, Texas 75201 | rsanturri@allendyer.com |
| Telephone: (214) 978-4000 | 255 S. Orange Avenue, Suite 1401 |
| Facsimile: (214) 978-4044 | Orlando, Florida 32801 |
| | Telephone: (407) 841-2330 |
| Joshua W. Budwin | Facsimile: (407) 841-2343 |
| Texas State Bar No. 24050347 | |
| jbudwin@mckoolsmith.com | **FREEH SPORKIN & SULLIVAN, LLP** |
| Matt Cameron | |
| Texas State Bar No. 24097451 | Louis J. Freeh (*Admitted Pro Hac Vice*) |
| mcameron@mckoolsmith.com | freeh@freehsporkinsullivan.com |
| R. Mitch Verboncoeur | DC Bar Number 332924 |
| Texas State Bar No. 24105732 | New York Bar Number 1654623 |
| mverboncoeur@mckoolsmith.com | New Jersey Bar Number 015311974 |
| George T. Fishback, Jr. | 2550 M Street NW, Second Floor |
| Texas State Bar No. 24120823 | Washington, DC 20037 |
| gfishback@mckoolsmith.com | (202) 390-5959 |
| 303 Colorado Street, Suite 2100 | (302) 824-7148 (facsimile) |
| Austin, Texas 78701 | |
| Telephone: (512) 692-8700 | ***ATTORNEYS FOR PLAINTIFF PARKERVISION, INC.*** |
| Facsimile: (512) 692-8744 | |
| | |
| **CALDWELL CASSADY & CURRY** | |
| Kevin L. Burgess | |
| Texas State Bar No. 24006927 | |
| 2121 N. Pearl Street, Suite 1200 | |
| Dallas, Texas 75201 | |
| Telephone: (214) 888-4848 | |
| Facsimile: (212) 888-4849 | |
| kburgess@caldwellcc.com | |

**WITTLIFF CUTTER, PLLC**
Leah Bhimani Buratti, Esq.
Texas State Bar No. 24064897
leah@wittliffcutter.com
1209 Nueces Street
Austin, TX 78701
(512) 566-3909 (telephone)
(512) 960-4869 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 20, 2022.

*/s/ Douglas A. Cawley*
Douglas A. Cawley
