# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

George C. Young Courthouse and Federal Building
401 West Central Boulevard
Orlando, FL 32801
www.flmd.uscourts.gov

| | |
|---|---|
| Elizabeth M. Warren<br>Clerk of Court | Benjamin C. Wynn<br>Orlando Division Manager |

**DATE:** April 21, 2022

**TO:** Clerk, U.S. Court of Appeals for the Eleventh Circuit

---

**PARKERVISION, INC.,**

      **Plaintiff,**

**v.**                                              **Case No: 6:14-cv-687-PGB-LHP**

**QUALCOMM INCORPORATED and**
**QUALCOMM ATHEROS, INC.,**

      **Defendants.**

---

**U.S.C.A. Case No.:**       \*\*\*USCA Case Number TE\*\*\*

- Honorable Paul G. Byron, United States District Judge appealed from.

- Appeal filing fee was paid.

- Copy of Notice of Appeal, docket entries, judgment and/or order appealed from.

                                          ELIZABETH M. WARREN, CLERK

                                          By:    s/RO, Deputy Clerk