# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| PARKERVISION, INC.<br><br>                Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED,<br>QUALCOMM ATHEROS, INC.<br><br>                Defendants. | CASE NO.: 6:14-CV-00687-PGB-KRS |

## **PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff ParkerVision, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment of this Court entered on March 23, 2022 (Dkt. 687), and from any and all other judgments, orders, opinions, rulings, and findings pertinent or ancillary to the foregoing.

Payment of the required fee of $505, representing the $500 fee for docketing a case on appeal specified in 28 U.S.C. § 1913, and the $5 fee for filing a notice of appeal specified in 28 U.S.C. § 1917, is provided with this Notice of Appeal.

April 20, 2022

**McKOOL SMITH, P.C.**

*/s/ Douglas A. Cawley*
Douglas A. Cawley,
(Trial Counsel, pro hac vice)
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Richard A. Kamprath (pro hac vice)
Texas State Bar No. 24078767
E-mail: rkamprath@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Joshua W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Matt Cameron
Texas State Bar No. 24097451
mcameron@mckoolsmith.com
R. Mitch Verboncoeur
Texas State Bar No. 24105732
mverboncoeur@mckoolsmith.com
George T. Fishback, Jr.
Texas State Bar No. 24120823
gfishback@mckoolsmith.com
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**CALDWELL CASSADY & CURRY**
Kevin L. Burgess
Texas State Bar No. 24006927
2121 N. Pearl Street, Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (212) 888-4849
kburgess@caldwellcc.com

Respectfully submitted,

**ALLEN, DYER, DOPPELT + GILCHRIST, P.A.**

By: */s/ Ava K. Doppelt*
Ava K. Doppelt
Florida Bar No. 393738
adoppelt@allendyer.com
Brian R. Gilchrist
Florida Bar No. 774065
bgilchrist@allendyer.com
Ryan T. Santurri
Florida Bar No. 015698
rsanturri@allendyer.com
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

**FREEH SPORKIN & SULLIVAN, LLP**
Louis J. Freeh (*Admitted Pro Hac Vice*)
freeh@freehsporkinsullivan.com
DC Bar Number 332924
New York Bar Number 1654623
New Jersey Bar Number 015311974
2550 M Street NW, Second Floor
Washington, DC 20037
(202) 390-5959
(302) 824-7148 (facsimile)

***ATTORNEYS FOR PLAINTIFF PARKERVISION, INC.***

-3-

**WITTLIFF CUTTER, PLLC**
Leah Bhimani Buratti, Esq.
Texas State Bar No. 24064897
leah@wittliffcutter.com
1209 Nueces Street
Austin, TX 78701
(512) 566-3909 (telephone)
(512) 960-4869 (facsimile)

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on April 20, 2022.

                                                       */s/ Douglas A. Cawley*
                                                      Douglas A. Cawley