IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-11281-G

_____

PARKERVISION, INC.,

Plaintiff - Counter Defendant - Appellant,

versus

QUALCOMM INCORPORATED,
QUALCOMM ATHEROS, INC.,

Defendants - Counter Claimants - Appellees,

HTC CORPORATION,
HTC AMERICA, INC.,

Defendants - Counter Claimants,

SAMSUNG ELECTRONICS CO., LTD., et al.,

Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: This appeal was erroneously docketed as to ParkerVision, Inc. by the Eleventh Circuit
Court of Appeals and is hereby dismissed.

Effective May 04, 2022.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 04, 2022

Clerk - Middle District of Florida
U.S. District Court
401 W CENTRAL BLVD
ORLANDO, FL 32801

Appeal Number:  22-11281-G
Case Style:  ParkerVision, Inc. v. Qualcomm Incorporated, et al
District Court Docket No:  6:14-cv-00687-PGB-LHP

The enclosed copy of the Clerk's Order of Dismissal because the appeal was erroneously
docketed is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Lee Aaron, G/csg
Phone #: 404-335-6172

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

**Lisa Fannin**

| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **Sent:** | Wednesday, May 4, 2022 8:29 AM |
| **To:** | FLMD_EFILE_APPEALS |
| **Subject:** | 22-11281-G ParkerVision, Inc. v. Qualcomm Incorporated, et al "Clerk Order Filed Clerk's Entry of Dismissal Appeal Erroneously Docketed" (6:14-cv-00687-PGB-LHP) |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 05/04/2022

**Case Name:**  ParkerVision, Inc. v. Qualcomm Incorporated, et al

**Case Number:**  22-11281

**Document(s):**  Document(s)

**Docket Text:**
ORDER: This appeal was erroneously docketed as to ParkerVision, Inc. by the Eleventh Circuit Court of Appeals and is hereby dismissed.

**Notice will be electronically mailed to:**

Clerk - Middle District of Florida, Clerk of Court
John A. DeVault, III
Ava K. Doppelt
Brian R. Gilchrist
Michael E. Lockamy
Ryan Santurri

**Notice sent via US Mail to:**

Matthew Brigham
Cooley, LLP
3175 HANOVER ST
PALO ALTO, CA 94304

Joshua W. Budwin
McKool Smith, P.C.

303 COLORADO ST STE 2100
AUSTIN, TX 78701

Kevin L. Burgess
Caldwell Cassady & Curry
2121 N PEARL ST STE 1200
DALLAS, TX 75201

Matt Cameron
McKool Smith, P.C
300 W 6TH ST STE 1700
AUSTIN, TX 78701

Douglas A. Cawley
McKool Smith, PC
300 CRESCENT CT STE 1500
DALLAS, TX 75201

Dena Chen
Cooley, LLP
3175 HANOVER ST
PALO ALTO, CA 94304

Angela J. Crawford
DLA Piper LLP (US)
100 N TAMPA ST STE 2200
TAMPA, FL 33602

Sean C. Cunningham
DLA Piper LLP (US)
401 B ST STE 1700
SAN DIEGO, CA 92101-4297

Jeremy Todd Elman
Dorsey & Whitney, LLP
600 ANTON BLVD STE 2000
COSTA MESA, CA 92626

George T. Fishback, Jr.
McKool Smith, P.C.
303 COLORADO ST STE 2100
AUSTIN, TX 78701

Mark Fowler
DLA Piper US, LLP
2000 UNIVERSITY AVE STE 100
EAST PALO ALTO, CA 94303-2248

Louis J. Freeh
Freeh Sporkin & Sullivan, LLP
2550 M ST NW 2ND FL
WASHINGTON, DC 20037

Erik Fuehrer
DLA Piper US, LLP
2000 UNIVERSITY AVE STE 100
EAST PALO ALTO, CA 94303-2248

Eamonn Gardner
Cooley, LLP
1144 15TH ST STE 2300
DENVER, CO 80202

Kevin Hamilton
DLA Piper LLP (US)
401 B ST STE 1700
SAN DIEGO, CA 92101-4297

Richard A. Kamprath
McKool Smith, PC
300 CRESCENT CT STE 1500
DALLAS, TX 75201

Jeffrey Scott Karr
Cooley, LLP
3175 HANOVER ST
PALO ALTO, CA 94304

Benjamin S. Lin
Cooley, LLP
3175 HANOVER ST
PALO ALTO, CA 94304

James Michael Matulis
Matulis Law & Mediation
Chase Professional Park
10906 SHELDON RD
TAMPA, FL 33626

Stephen C. Neal
Cooley, LLP
3175 HANOVER ST
PALO ALTO, CA 94304

Lam K. Nguyen
Cooley, LLP
3175 HANOVER ST
PALO ALTO, CA 94304

Edward H. Sikorski
DLA Piper LLP (US)
401 B ST STE 1700
SAN DIEGO, CA 92101-4297

Stephen R. Smith
Cooley, LLP
1299 PENNSYLVANIA AVE NW STE 700
WASHINGTON, DC 20004

Erin C. Trenda
Cooley, LLP
3175 HANOVER ST
PALO ALTO, CA 94304

R Mitch Verboncoeur
McKool Smith, P.C
300 W 6TH ST STE 1700
AUSTIN, TX 78701

Priya B. Viswanath
Cooley, LLP
3175 HANOVER ST
PALO ALTO, CA 94304

Howard Wizenfeld
Cadwalader Wickersham & Taft, LLP
200 LIBERTY ST
NEW YORK, NY 10281

The following document(s) are associated with this transaction:
**Document Description:** DIS-3 Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/CraigGantt_2211281_9660182_DIS-3LetterandEntryofDismissalVol_245.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=05/04/2022] [FileNumber=9660182-0]
[152d3b60b8075276f772af524ca15e4f092912c5e7673ebaee48c713e9bfb98d9c9889764c52ee718c0f6b9111c53337031
d4ceb9961c74026fdad127f892cfa]]
**Recipients:**

- Matthew Brigham
- Joshua W. Budwin
- Kevin L. Burgess
- Matt Cameron
- Douglas A. Cawley
- Dena Chen
- Clerk - Middle District of Florida, Clerk of Court
- Angela J. Crawford
- Sean C. Cunningham
- John A. DeVault, III
- Ava K. Doppelt
- Jeremy Todd Elman
- George T. Fishback, Jr.
- Mark Fowler
- Louis J. Freeh
- Erik Fuehrer
- Eamonn Gardner
- Brian R. Gilchrist

- <u>Kevin Hamilton</u>
- <u>Richard A. Kamprath</u>
- <u>Jeffrey Scott Karr</u>
- <u>Benjamin S. Lin</u>
- <u>Michael E. Lockamy</u>
- <u>James Michael Matulis</u>
- <u>Stephen C. Neal</u>
- <u>Lam K. Nguyen</u>
- <u>Ryan Santurri</u>
- <u>Edward H. Sikorski</u>
- <u>Stephen R. Smith</u>
- <u>Erin C. Trenda</u>
- <u>R Mitch Verboncoeur</u>
- <u>Priya B. Viswanath</u>
- <u>Howard Wizenfeld</u>