IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PARKERVISION, INC.<br><br>                    Plaintiff,<br><br>   v.<br><br>QUALCOMM INCORPORATED,<br>QUALCOMM ATHEROS, INC.<br><br>                    Defendants. | CASE NO.:  6:14-CV-00687-PGB-LHP |

## JOINT MOTION FOR ENTRY OF FINAL JUDGMENT PURSUANT TO THE MANDATE OF THE FEDERAL CIRCUIT—TIME-SENSITIVE

Plaintiff ParkerVision, Inc. (ParkerVision) and Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. (collectively, Qualcomm) jointly move the Court for entry of final judgment pursuant to the order and mandate of the United States Court of Appeals for the Federal Circuit issued on July 16, 2024. *See* Dkts. 696 and 697. For reasons outlined in the order, *see* Dkt. 696 at 2, the parties also respectfully request that final judgment be entered before August 9, 2024. L.R. 3.01(e).

On March 22, 2022, this Court granted summary judgment of non-infringement for the patents remaining in the case and directed the Clerk to "enter judgment in favor of [Qualcomm] and against [ParkerVision]," "terminate any pending deadlines," and "close the file." Dkt. 685. The next day, the Clerk entered a separate judgment under the Court's directive, and closed the case. Dkt. 687. The parties treated that separate judgment as final: ParkerVision appealed to the Federal Circuit, and the parties briefed

and argued the appeal to a panel of the Federal Circuit on November 6, 2023. *See* Dkt. 696 at 2. On June 27, 2024, the Federal Circuit panel sua sponte issued an order for additional briefing from the parties. *ParkerVision, Inc. v. Qualcomm Incorporated*, No. 22-1755, Dkt. 57 at 1-3 (Fed. Cir.). The panel noted that, because this Court's judgment did not address each of Qualcomm's counterclaims for invalidity, it appeared that those counterclaims remained unadjudicated. *Id.* at 2. It thus ordered briefing that addressed "the following questions: (1) Is there an appealable final judgment in this case? (2) If not, should the court dismiss the appeal for lack of jurisdiction, subject to reinstatement under the same docket number, without the payment of an additional filing fee, if, within 30 days of [its] Order, ParkerVision appeals from the entry of an appealable order (e.g., if the counterclaims for invalidity are dismissed, or judgment is entered pursuant to Federal Rule of Civil Procedure 54(b))?" *Id.* at 2-3.

      The parties conferred and filed a joint brief stating the parties' belief that (1), there was an appealable final judgment because the record reflected a clear intent that the judgment would end the case. The parties had proceeded with the understanding that Qualcomm's counterclaims for invalidity were effectively dismissed without prejudice, subject to revival in the event of remand following appeal. *Id.*, Dkt. 58 at 3-4. And (2), the parties noted that, should the Federal Circuit panel find no final appealable judgment and dismiss the case subject to reinstatement, they would promptly and jointly move this Court for entry of a final judgment that expressly dismisses Qualcomm's invalidity counterclaims without prejudice, subject to revival in the event of remand following appeal. *Id.* at 4-5.

On July 17, 2024, the Federal Circuit panel entered an order noting the parties' joint contentions but determining that there is no final judgment in this case. "Because Qualcomm's counterclaims for invalidity remain unadjudicated, there is no final judgment and we lack jurisdiction over ParkerVision's appeal." Dkt. 696 at 2. The panel thus ordered that:

> (1) Th[e] appeal is dismissed for lack of jurisdiction, subject to reinstatement under the same docket number without payment of an additional filing fee if, by no later than August 15, 2024, ParkerVision appeals from the entry of an appealable order.
> (2) If the appeal is reinstated, it will be decided by the present panel, based on the briefs already filed and the oral argument heard on November 6, 2023.
> (3) Each side shall bear its own costs.
> (4) The mandate shall issue forthwith.

*Id.* The Federal Circuit's mandate in accordance with that order, returning the case back to this Court, was issued the same day. *See* Dkt. 697.

Pursuant to that mandate, the parties now jointly move this Court for entry of a final judgment addressing the Federal Circuit's concern that Qualcomm's counterclaims for invalidity remain unadjudicated. *See* Dkt. 696 at 2. In particular, the parties respectfully request that the Court enter a final judgment that: (1) incorporates this Court's order and judgment of non-infringement in favor of Qualcomm and against ParkerVision entered on March 22 and March 23, 2022 (Dkts. 685 and 687), and (2) also expressly dismisses Qualcomm's counterclaims for invalidity without prejudice, subject to revival in the event of remand following appeal.

This motion is also time-sensitive. L.R. 3.01(e). To permit reinstatement of the appeal and decision by the panel on the briefs already filed and oral argument already

heard in the Federal Circuit—as envisioned by the Federal Circuit panel, *see* Dkt. 696 at 2—the parties respectfully request that the final judgment be entered before August 9, 2024. This will ensure that ParkerVision is able to appeal from the newly entered final judgment no later than the August 15, 2024 date set by the Federal Circuit panel. And that, in turn, will permit a more expeditious resolution by the Federal Circuit on the briefs and argument already presented, which will minimize the burden on the parties, on this Court, and on the Federal Circuit itself, which has already invested substantial time considering the merits of the issues raised on appeal.

A proposed final judgment is attached to this motion simply for the Court's consideration.

July 23, 2024

Respectfully submitted,

**McKOOL SMITH, P.C.**

/s/ *Douglas A. Cawley*
Douglas A. Cawley,
(Trial Counsel, pro hac vice)
Texas State Bar No. 04035500
E-mail: dcawley@mckoolsmith.com
Richard A. Kamprath (pro hac vice)
Texas State Bar No. 24078767
E-mail: rkamprath@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Joshua W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Matt Cameron
Texas State Bar No. 24097451
mcameron@mckoolsmith.com
R. Mitch Verboncoeur
Texas State Bar No. 24105732
mverboncoeur@mckoolsmith.com
George T. Fishback, Jr.
Texas State Bar No. 24120823
gfishback@mckoolsmith.com
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**ALLEN, DYER, DOPPELT + GILCHRIST, P.A.**

/s/ *Ava K. Doppelt*
Ava K. Doppelt
Florida Bar No. 393738
adoppelt@allendyer.com
Brian R. Gilchrist
Florida Bar No. 774065
bgilchrist@allendyer.com
Ryan T. Santurri
Florida Bar No. 015698
rsanturri@allendyer.com
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

**SMITH HULSEY & BUSEY**

Stephen D. Busey
Florida Bar Number 117790
Email: sbusey@smithhulsey.com
James A. Bolling
Florida Bar Number 901253
Email: jbolling@smithhulsey.com
Smith Hulsey & Busey
225 Water Street, Suite 1800
Jacksonville, Florida 32202
Telephone: (904) 359-7700
Facsimile (904) 359-7708

*ATTORNEYS FOR PLAINTIFF PARKERVISION, INC.*

July 23, 2024                                         /s/ Eamonn Gardner

**BEDELL, DITTMAR, DEVAULT, PILLANS & COXE, P.A.**
John A. DeVault, III
Florida Bar No. 103979
jad@bedellfirm.com
Michael E. Lockamy
Florida Bar No. 069626
mel@bedellfirm.com
The Bedell Building
101 East Adams Street
Jacksonville, Florida 32202
Phone: (904) 353-0211
Fax: (904) 353-9307

**CADWALADER, WICKERSHAM & TAFT, LLP**
Howard Wizenfeld (admitted pro hac vice)
Howard.wizenfeld@cwt.com
One World Financial Center
200 Liberty Street
New York, NY 10281
Telephone: (212) 504-6050
Facsimile: (212) 504-6666

**COOLEY LLP**
Eamonn Gardner (pro hac vice)
egardner@cooley.com
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

**COOLEY LLP**
Stephen C. Neal (admitted pro hac vice)
nealsc@cooley.com
Matthew Brigham (admitted pro hac vice)
mbrigham@cooley.com
Jeffrey Karr (admitted pro hac vice)
jkarr@cooley.com
Priya Viswanath (admitted pro hac vice)
pviswanath@cooley.com
Dena Chen (admitted pro hac vice)
dchen@cooley.com
Patrick Lauppe (admitted pro hac vice)
plauppe@cooley.com
3175 Hanover Street
Palo Alto, CA 94304-1130
Phone: (650) 843-5000
Fax: (650) 843-7400

**COOLEY LLP**
Stephen Smith (admitted pro hac vice)
ssmith@cooley.com
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
Phone: (202) 842-7800
Fax: (202) 842-7899

***ATTORNEYS FOR DEFENDANTS QUALCOMM INCORPORATED AND QUALCOMM ATHEROS, INC.***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on July 23, 2024.

*/s/ Ava K. Doppelt*
Ava K. Doppelt
