## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

PARKERVISION, INC.

                        Plaintiff,

    v.

QUALCOMM INCORPORATED,
QUALCOMM ATHEROS, INC.

                        Defendants.

CASE NO.:  6:14-CV-00687-PGB-LHP

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff ParkerVision, Inc. (ParkerVision) appeals to the United States Court of Appeals for the Federal Circuit (Federal Circuit) from the Final Judgment of this Court entered on August 1, 2024 (Doc. 699), and from any and all other judgments, orders, opinions, rulings, and findings pertinent or ancillary to the foregoing, including without limitation the Judgment entered on March 23, 2022 (Doc. 687), the Order entered on March 22, 2022 (Doc. 685), and the Order entered on March 9, 2022 (Doc. 682 & Doc. 691 (redacted version)).

This appeal is linked with *ParkerVision, Inc. v. Qualcomm Incorporated and Qualcomm Atheros, Inc.*, No. 2022-1755 (Fed. Cir.), and is subject to the Federal Circuit's Order of July 16, 2024 (Doc. 59) providing for "reinstatement under the same docket number without the payment of an additional filing fee if, by no later than

August 15, 2024,"—as is the case with this notice—"ParkerVision appeals from the entry of an appealable order." *ParkerVision*, No. 2022-1755 (Doc. 59 at 2).

August 5, 2024

Respectfully submitted,

**McKOOL SMITH, P.C.**

*/s/ Richard A. Kamprath*
Richard A. Kamprath (pro hac vice)
Texas State Bar No. 24078767
E-mail: rkamprath@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Joshua W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Matt Cameron
Texas State Bar No. 24097451
mcameron@mckoolsmith.com
R. Mitch Verboncoeur
Texas State Bar No. 24105732
mverboncoeur@mckoolsmith.com
George T. Fishback, Jr.
Texas State Bar No. 24120823
gfishback@mckoolsmith.com
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**ALLEN, DYER, DOPPELT +
GILCHRIST, P.A.**

*/s/ Ava K. Doppelt*
Ava K. Doppelt
Florida Bar No. 393738
adoppelt@allendyer.com
Brian R. Gilchrist
Florida Bar No. 774065
bgilchrist@allendyer.com
Ryan T. Santurri
Florida Bar No. 015698
rsanturri@allendyer.com
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

**SMITH HULSEY & BUSEY**

Stephen D. Busey
Florida Bar Number 117790
Email:  sbusey@smithhulsey.com
John R. Thomas
Florida Bar Number 77107
Email:  jthomas@smithhulsey.com
Smith Hulsey & Busey
One Independent Drive, Suite 3300
Jacksonville, Florida  32202
Telephone:  (904) 359-7700
Facsimile (904) 359-7708

***ATTORNEYS FOR PLAINTIFF
PARKERVISION, INC.***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 5, 2024.

/s/ *Ava K. Doppelt*
Ava K. Doppelt