# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

Sam M. Gibbons U.S. Courthouse
Office of the Clerk
801 North Florida Avenue
Tampa, FL 33602
(813) 301-5400
www.flmd.uscourts.gov

Elizabeth M. Warren                                          Kristin Esposito
Clerk of Court                                          Tampa Division Manager

**DATE:** August 7, 2024

**TO:**    Clerk, U.S. Court of Appeals for the Eleventh Circuit

---

PARKERVISION, INC.,

     Plaintiff,

v.                                          Case No: 6:14-cv-687-PGB-LHP

QUALCOMM INCORPORATED and QUALCOMM
ATHEROS, INC.,

     Defendants.

---

**U.S.C.A. Case No.:**         **TBD**

Enclosed are documents and information relating to an appeal in the above-referenced action.  Please acknowledge receipt on the enclosed copy of this letter.

- Honorable Paul G. Byron, United States District Judge appealed from.

- Appeal filing fee was paid.

- Copy of Notice of Appeal, docket entries, judgment and/or Order appealed from.  Opinion was not entered orally.

- No hearing from which a transcript could be made.


          ELIZABETH M. WARREN, CLERK

          By:      s/A. Guzman, Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

PARKERVISION, INC.

                Plaintiff,

   v.

QUALCOMM INCORPORATED,         CASE NO.:  6:14-CV-00687-PGB-
QUALCOMM ATHEROS, INC.           LHP

                Defendants.

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff ParkerVision, Inc. (ParkerVision) appeals to the United States Court of Appeals for the Federal Circuit (Federal Circuit) from the Final Judgment of this Court entered on August 1, 2024 (Doc. 699), and from any and all other judgments, orders, opinions, rulings, and findings pertinent or ancillary to the foregoing, including without limitation the Judgment entered on March 23, 2022 (Doc. 687), the Order entered on March 22, 2022 (Doc. 685), and the Order entered on March 9, 2022 (Doc. 682 & Doc. 691 (redacted version)).

This appeal is linked with *ParkerVision, Inc. v. Qualcomm Incorporated and Qualcomm Atheros, Inc.*, No. 2022-1755 (Fed. Cir.), and is subject to the Federal Circuit's Order of July 16, 2024 (Doc. 59) providing for "reinstatement under the same docket number without the payment of an additional filing fee if, by no later than

August 15, 2024,"—as is the case with this notice—"ParkerVision appeals from the
entry of an appealable order." *ParkerVision*, No. 2022-1755 (<u>Doc. 59 at 2</u>).

August 5, 2024

Respectfully submitted,

**McKOOL SMITH, P.C.**

*/s/ Richard A. Kamprath*
Richard A. Kamprath (pro hac vice)
Texas State Bar No. 24078767
E-mail: rkamprath@mckoolsmith.com
McKool Smith P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Facsimile: (214) 978-4044

Joshua W. Budwin
Texas State Bar No. 24050347
jbudwin@mckoolsmith.com
Matt Cameron
Texas State Bar No. 24097451
mcameron@mckoolsmith.com
R. Mitch Verboncoeur
Texas State Bar No. 24105732
mverboncoeur@mckoolsmith.com
George T. Fishback, Jr.
Texas State Bar No. 24120823
gfishback@mckoolsmith.com
303 Colorado Street, Suite 2100
Austin, Texas 78701
Telephone: (512) 692-8700
Facsimile: (512) 692-8744

**ALLEN, DYER, DOPPELT + GILCHRIST, P.A.**

*/s/ Ava K. Doppelt*
Ava K. Doppelt
Florida Bar No. 393738
adoppelt@allendyer.com
Brian R. Gilchrist
Florida Bar No. 774065
bgilchrist@allendyer.com
Ryan T. Santurri
Florida Bar No. 015698
rsanturri@allendyer.com
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

**SMITH HULSEY & BUSEY**

Stephen D. Busey
Florida Bar Number 117790
Email:  sbusey@smithhulsey.com
John R. Thomas
Florida Bar Number 77107
Email:  jthomas@smithhulsey.com
Smith Hulsey & Busey
One Independent Drive, Suite 3300
Jacksonville, Florida  32202
Telephone:  (904) 359-7700
Facsimile (904) 359-7708

***ATTORNEYS FOR PLAINTIFF PARKERVISION, INC.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on August 5, 2024.

*/s/ Ava K. Doppelt*

Ava K. Doppelt

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**PARKERVISION, INC.,**

        **Plaintiff,**

**v.**                           **Case No: 6:14-cv-687-PGB-LHP**

**QUALCOMM INCORPORATED**
**and QUALCOMM ATHEROS,**
**INC.,**

        **Defendants.**

_____/

## FINAL JUDGMENT

On March 22, 2022, this Court granted summary judgment of non-infringement for the patents remaining in the case and directed the Clerk to "enter judgment in favor of Defendant Qualcomm Inc. and against Plaintiff ParkerVision, Inc."(Doc. 685). Judgment was entered on March 23, 2022. (Doc. 687). That judgment was appealed to the United States Court of Appeals for the Federal Circuit, but the appeal was dismissed for lack of jurisdiction on July 16, 2024, on the ground that, "[b]ecause Qualcomm's counterclaims for invalidity remain unadjudicated, there is no final judgment" in this case. (Doc. 696, p. 2). The Federal Circuit dismissed the appeal subject to reinstatement under the same docket number, and before the same panel, should ParkerVision appeal from entry of an appealable judgment in which "the counterclaims for invalidity are dismissed." *See ParkerVision, Inc. v. Qualcomm Incorporated*, No. 22-1755, Dkt.

57 at 2 (Fed. Cir.). The parties now jointly move for entry of final judgment that
incorporates this Court's prior judgment and also expressly dismisses Qualcomm's
counterclaims for invalidity without prejudice and subject to revival in the event of
remand following appeal to the Federal Circuit.

Accordingly, the Court enters FINAL JUDGMENT as follows:

1.    The Order granting Qualcomm's Motion for Summary Judgment of
Non-infringement (Doc. 685) and the Judgment entered in favor of Qualcomm and
against ParkerVision pursuant to that Order (Doc. 687) are incorporated and stand
unchanged.

2.    Qualcomm's counterclaims for invalidity are dismissed without
prejudice and subject to revival in the event of remand from the Federal Circuit.

3.    Any remaining claims, counterclaims, defenses, or other matters
asserted—not otherwise covered by the Order and Judgment at Docket Entries 685
and 687—are likewise dismissed without prejudice and subject to revival in the
event of remand from the Federal Circuit.

4.    This judgment is intended to be a FINAL JUDGMENT that is
appealable to the Federal Circuit, and the appeal of which will be subject to
reinstatement before the Federal Circuit panel as outlined in the Federal Circuit's
dismissal order and mandate of July 16, 2024. (Docs. 696, 697).

**DONE AND ORDERED** in Orlando, Florida on August 1, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

APPEAL, CLOSED, MEDIATION, SL DOC

# U.S. District Court
## Middle District of Florida (Orlando)
## CIVIL DOCKET FOR CASE #: 6:14-cv-00687-PGB-LHP

ParkerVision, Inc. v. QUALCOMM Incorporated et al
Assigned to: Judge Paul G. Byron
Referred to: Magistrate Judge Leslie Hoffman Price
Case in other court: Federal Circuit Court of Appeals, 22-1755-JC
Cause: 15:1126 Patent Infringement

Date Filed: 05/02/2014
Date Terminated: 03/23/2022
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**ParkerVision, Inc.**                    represented by   **Ava K. Doppelt**
Allen, Dyer, Doppelt, & Gilchrist, PA
255 S Orange Ave - Ste 1401
PO Box 3791
Orlando, FL 32801
407-841-2330
Fax: 407-841-2343
Email: adoppelt@allendyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Christine Michelle Woodin**
McKool Smith PC
300 South Grand Avenue
Suite 900
Los Angeles, CA 90071
213-692-1087
Email: cwoodin@mckoolsmith.com
*TERMINATED: 08/02/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Arthur Bolling**
Smith, Hulsey & Busey
225 Water St - Ste 1800
PO Box 53315
Jacksonville, FL 32202-3315
904/359-7700
Fax: 904/359-7708
Email: jbolling@smithhulsey.com
*TERMINATED: 12/04/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Louis J. Freeh**
Freeh Sporkin & Sullivan, LLP

Second Floor
2550 M Street NW
Washington, DC 20037
202-390-5959
Email: Oneill@freehsporkinsullivan.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew T. Cameron**
McKool Smith, PC
300 W. 6th Street
Suite 1700
Austin, TX 78701
512-692-8700
Fax: 512-692-8744
Email: mcameron@mckoolsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Peter Mifflin Hillegas**
Norton Rose Fulbright
98 San Jacinto Blvd
Suite 1100
Austin, TX 78701
512-536-2402
Fax: 512-536-4598
Email:
peter.hillegas@nortonrosefulbright.com
*TERMINATED: 11/29/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**R Mitch Verboncoeur**
McKOOL SMITH, P.C.
300 W. 6th Street., Suite 1700
Austin, TX 78701
(512) 692-8700
Fax: (512) 692-8744
Email: mverboncoeur@mckoolsmith.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richter Darryl Burke**
McKool Smith P.C.
300 Crescent Court., Suite 1500
Dallas, TX 75201
214-978-4983
Fax: 214-978-4044
Email: dburke@mckoolsmith.com
*TERMINATED: 09/08/2020*

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen D. Busey**
Smith, Hulsey & Busey
One Independent Drive
Suite 3300
Jacksonville, FL 32202
904/359-7700
Fax: 904/359-7708
Email: busey@smithhulsey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian R. Gilchrist**
Allen, Dyer, Doppelt, & Gilchrist, PA
255 S Orange Ave - Ste 1401
PO Box 3791
Orlando, FL 32801
407-841-2330
Fax: 407-841-2343
Email: bgilchrist@allendyer.com
*ATTORNEY TO BE NOTICED*

**Christina Ann Ondrick**
Spencer Fane
900 16th Street
Suite 400
Washington, DC 20006
816-474-8100
Email: condrick@spencerfane.com
*ATTORNEY TO BE NOTICED*

**Douglas Aaron Cawley**
McKool Smith, PC
Suite 1500
300 Crescent Court
Dallas, TX 75201
214/978-4000
Fax: 214/978-4044
Email: dcawley@mckoolsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Albert**
McKool Smith, PC
Suite 1700
300 West 6th Street
Austin, TX 78701
512/692-8700
Fax: 512/692-8744
Email: jalbert@mckoolsmith.com
*TERMINATED: 04/22/2019*

*PRO HAC VICE*

**John R. Thomas**
Smith, Hulsey & Busey
One Independent Drive
Suite 3300
Jacksonville, FL 32202-3315
904-359-7700
Fax: 904/359-7708
Email: jthomas@smithhulsey.com
*ATTORNEY TO BE NOTICED*

**Joshua W. Budwin**
McKool Smith
303 Colorado St
Suite 2100
Austin, TX 78701
512-692-8727
Email: jbudwin@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Kathy H. Li**
401 Congress Avenue
Austin, TX 78701
214-952-9265
Email: kat.li@kirkland.com
*TERMINATED: 12/04/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin L. Burgess**
Caldwell Cassady & Curry
2121 N. Pearl Street., Suite 1200
Dallas, TX 75201
214/888-4848
Fax: 214/888-4849
Email: kburgess@caldwellcc.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hess**
McKool Smith, PC
Suite 1700
300 West 6th Street
Austin, TX 78701
512/692-8700
Fax: 512/692-8744
Email: khess@mckoolsmith.com
*TERMINATED: 12/24/2014*
*PRO HAC VICE*

**Leah B. Buratti**
Botkin Chiarello Calaf PLLC
1209 Nueces St

8/7/24, 1:35 PM CM/ECF - U.S. District Court: flmd Electronic Case Filing | U.S. District Court - Middle District of Florida

Case 6:14-cv-00687-PGB-LHP Document 701 Filed 08/07/24 Page 13 of 92 PageID 75040

Austin, TX 78703
512-566-3909
Fax: 737-289-4695
Email: leah@bccaustin.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Mario A. Apreotesi**
McKool Smith, PC
Suite 1700
300 West 6th Street
Austin, TX 78701
512-692-8700
Fax: 512-692-8744
Email: mapreotesi@akingump.com
*TERMINATED: 05/09/2016*
*PRO HAC VICE*


**Michael G. Flanigan**
Reichman Jorgensen LLP
303 Twin Dolphin Drive, Suite 600
Redwood Shores, CA 94065
650-623-1401
Fax: 650-623-1449
Email: mflanigan@reichmanjorgensen.com
*TERMINATED: 10/18/2018*


**Puneet Kohli**
McKool Smith, PC
Suite 1700
300 West 6th Street
Austin, TX 78701
512/692-8736
Fax: 512/692-8744
Email: pkohli@mckoolsmith.com
*TERMINATED: 10/18/2018*


**Richard Kamprath**
McKool Smith, PC
Suite 1500
300 Crescent Court
Dallas, TX 75201
214/978-4210
Fax: 214/978-4044
Email: rkamprath@mckoolsmith.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*


**Ryan Thomas Santurri**
Allen, Dyer, Doppelt, & Gilchrist, PA
255 S Orange Ave - Ste 1401
PO Box 3791
Orlando, FL 32801
407/841-2330

Fax: 407/841-2343
Email: rsanturri@allendyer.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**QUALCOMM Incorporated**      represented by **Dena Chen**
Cooley, LLP
3175 Hanover St
Palo Alto, CA 94304
650/843-5000
Fax: 650/849-7400
Email: dchen@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin C. Trenda**
Cooley, LLP
3175 Hanover St
Palo Alto, CA 94304
858/550-6147
Email: etrenda@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Andrew DeVault , III**
Bedell, Dittmar, DeVault, Pillans & Coxe, PA
The Bedell Bldg
101 E Adams St
Jacksonville, FL 32202
904/353-0211
Fax: 904/353-9307
Email: jad@bedellfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Warren Lauppe**
Cooley, LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 843-5833
Fax: (650) 849-7400
Email: plauppe@cooley.com
*TERMINATED: 08/16/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Priya B. Viswanath**

Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
(650) 849-7023
Fax: (650) 849-7400
Email: pviswanath@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Butler Moore**
Cooley, LLP
3175 Hanover Street
Palo Alto, CA 94304
650-843-5000
Fax: 650-849-7400
Email: smoore@cooley.com
*TERMINATED: 03/23/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen R. Smith**
Cooley, LLP
Suite 700
1299 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 842-7800
Fax: (202) 842-7899
Email: stephen.smith@cooley.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Damstedt**
Cooley, LLP
3175 Hanover St
Palo Alto, CA 94304
650/843-5000
Fax: 650/849-7400
Email: bdamstedt@cooley.com
*TERMINATED: 01/26/2018*
*PRO HAC VICE*

**Benjamin S. Lin**
Cooley LLP
3175 Hanover Street
Palo Alto, CA 94304
650-843-5897
Email: blin@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Courtney Kneece Grimm**

Clay County Attorney's Office
PO Box 1366
Green Cove Springs, FL 32043-1366
904/353-0211
Fax: 904/353-9307
Email:
courtney.grimm@claycountygov.com
*TERMINATED: 08/22/2016*
*ATTORNEY TO BE NOTICED*

**Eamonn Gardner**
Cooley LLP - Colorado
1144 15th St.
Suite 2300
Denver, CO 80202
858-550-6086
Email: egardner@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Howard Wizenfeld**
Cadwalader, Wickersham & Taft, LLP
200 Liberty Street
New York, NY 10281
212-504-6050
Fax: 212-504-6666
Email: howard.wizenfeld@cwt.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Scott Karr**
Cooley, LLP
3175 Hanover St
Palo Alto, CA 94304
650/843-5000
Email: jkarr@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Brigham**
Cooley, LLP
3175 Hanover St
Palo Alto, CA 94304
650-843-5677
Email: Mbrigham@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael E. Lockamy**
Bedell, Dittmar, DeVault, Pillans & Coxe,
PA
The Bedell Bldg
101 E Adams St
Jacksonville, FL 32202

904/353-0211
Fax: 904/353-9307
Email: mel@bedellfirm.com
*ATTORNEY TO BE NOTICED*

**Stephen C. Neal**
Cooley, LLP
3175 Hanover St
Palo Alto, CA 94304
650/843-5182
Fax: 650/849-7400
Email: nealsc@cooley.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Teter**
Cooley, LLP
3175 Hanover St
Palo Alto, CA 94304
650/843-5000
Fax: 650/849-7400
Email: teterts@cooley.com
*TERMINATED: 01/25/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Qualcomm Atheros, Inc.**       represented by **Dena Chen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin C. Trenda**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Andrew DeVault , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Warren Lauppe**
(See above for address)
*TERMINATED: 08/16/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Priya B. Viswanath**
(See above for address)
*LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Butler Moore**
(See above for address)
*TERMINATED: 03/23/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen R. Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Damstedt**
(See above for address)
*TERMINATED: 09/06/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin S. Lin**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Courtney Kneece Grimm**
(See above for address)
*TERMINATED: 08/22/2016*
*ATTORNEY TO BE NOTICED*

**Eamonn Gardner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Howard Wizenfeld**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Scott Karr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Brigham**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael E. Lockamy**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Stephen C. Neal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Teter**
(See above for address)
*TERMINATED: 01/25/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HTC Corporation**                    represented by   **Dena Chen**
*TERMINATED: 10/14/2020*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Erin C. Trenda**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **John Andrew DeVault , III**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Stephen R. Smith**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Benjamin Damstedt**
                                                       (See above for address)
                                                       *TERMINATED: 09/06/2019*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Courtney Kneece Grimm**
                                                       (See above for address)
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Eamonn Gardner**
                                                       (See above for address)
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Jeffrey Scott Karr**
                                                       (See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lam K. Nguyen**
Cooley, LLP
3175 Hanover St
Palo Alto, CA 94304
650/843-5000
Fax: 650/849-7400
Email: lnguyen@cooley.com
*ATTORNEY TO BE NOTICED*

**Matthew Brigham**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael E. Lockamy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen C. Neal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Teter**
(See above for address)
*TERMINATED: 01/25/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**HTC America, Inc.**
*TERMINATED: 10/14/2020*

represented by **Dena Chen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin C. Trenda**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Andrew DeVault , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R. Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Benjamin Damstedt**
(See above for address)
*TERMINATED: 09/06/2019*
*PRO HAC VICE*

**Courtney Kneece Grimm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eamonn Gardner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Scott Karr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lam K. Nguyen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Brigham**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael E. Lockamy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen C. Neal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Teter**
(See above for address)
*TERMINATED: 01/25/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Samsung Electronics Co., LTD.**
*TERMINATED: 07/26/2016*

represented by **Angela J. Crawford**
DLA Piper US, LLP
Suite 2200
100 N Tampa St
Tampa, FL 33602-5809
813/229-2111
Email: angela.crawford@dlapiper.com
*LEAD ATTORNEY*

**Jeremy Todd Elman**
Duane Morris LLP
202 Homer Avenue
Suite 202
Palo Alto, CA 94301
650-847-4150
Fax: 650-429-2109
Email: jelman@duanemorris.com
*LEAD ATTORNEY*

**Edward H. Sikorski**
DLA Piper LLP
401 B. Street, Suite 1700
San Diego, CA 92101
619/699-2645
Fax: 619/764-6645
Email: edward.sikorski@dlapiper.com
*PRO HAC VICE*

**Erik Fuehrer**
DLA Piper US, LLP
Suite 100
2000 University Ave
East Palo Alto, CA 94303-2248
650/833-2045
Fax: 650/833-2001
Email: erik.fuehrer@dlapiper.com
*PRO HAC VICE*

**Kevin Hamilton**
DLA Piper US, LLP
Suite 1700
401 B St
San Diego, CA 92101-4297
619/699-2700
Email: kevin.hamilton@dlapiper.com
*PRO HAC VICE*

**Mark Fowler**
DLA Piper LLP (US)
3203 Hanover Street, Suite 100
Palo Alto, CA 94304-1123
650-833-2048
Fax: 650-687-1166
Email: mark.fowler@dlapiper.com
*PRO HAC VICE*

**Sean C. Cunningham**
DLA Piper US, LLP
Suite 1700
401 B St
San Diego, CA 92101-4297
619-699-2700

Email: sean.cunningham@dlapiper.com
*PRO HAC VICE*

**Defendant**

**Samsung Electronics America, Inc.**          represented by    **Angela J. Crawford**
*TERMINATED: 07/26/2016*                                        (See above for address)
                                                                *LEAD ATTORNEY*

                                                                **Jeremy Todd Elman**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*

                                                                **Edward H. Sikorski**
                                                                (See above for address)
                                                                *PRO HAC VICE*

                                                                **Erik Fuehrer**
                                                                (See above for address)
                                                                *PRO HAC VICE*

                                                                **Kevin Hamilton**
                                                                (See above for address)
                                                                *PRO HAC VICE*

                                                                **Mark Fowler**
                                                                (See above for address)
                                                                *PRO HAC VICE*

                                                                **Sean C. Cunningham**
                                                                (See above for address)
                                                                *PRO HAC VICE*

**Defendant**

**Samsung Telecommunications America,**       represented by    **Angela J. Crawford**
**LLC**                                                         (See above for address)
*TERMINATED: 07/26/2016*                                        *LEAD ATTORNEY*

                                                                **Jeremy Todd Elman**
                                                                (See above for address)
                                                                *LEAD ATTORNEY*

                                                                **Edward H. Sikorski**
                                                                (See above for address)
                                                                *PRO HAC VICE*

                                                                **Erik Fuehrer**
                                                                (See above for address)
                                                                *PRO HAC VICE*

                                                                **Kevin Hamilton**
                                                                (See above for address)
                                                                *PRO HAC VICE*

                                                                **Mark Fowler**

(See above for address)
*PRO HAC VICE*

**Sean C. Cunningham**
(See above for address)
*PRO HAC VICE*

**Mediator**

**James M. Matulis**                    represented by   **James Michael Matulis**
                                                         Matulis Mediation Arbitration
                                                         Chase Professional Park
                                                         10906 Sheldon Road
                                                         Tampa, FL 33626
                                                         813-451-7347
                                                         Email: Jim@MatulisLaw.com
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**QUALCOMM Incorporated**               represented by   **Courtney Kneece Grimm**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Dena Chen**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Erin C. Trenda**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **John Andrew DeVault , III**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Patrick Warren Lauppe**
                                                         (See above for address)
                                                         *TERMINATED: 08/16/2021*
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Priya B. Viswanath**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *PRO HAC VICE*
                                                         *ATTORNEY TO BE NOTICED*

**Sarah Butler Moore**
(See above for address)
*TERMINATED: 03/23/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen R. Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Damstedt**
(See above for address)
*TERMINATED: 09/06/2019*
*PRO HAC VICE*

**Eamonn Gardner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Howard Wizenfeld**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Scott Karr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Brigham**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen C. Neal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Teter**
(See above for address)
*TERMINATED: 01/25/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Qualcomm Atheros, Inc.**                    represented by **Courtney Kneece Grimm**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Dena Chen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin C. Trenda**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Andrew DeVault , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick Warren Lauppe**
(See above for address)
*TERMINATED: 08/16/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Priya B. Viswanath**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sarah Butler Moore**
(See above for address)
*TERMINATED: 03/23/2021*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen R. Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Damstedt**
(See above for address)
*TERMINATED: 09/06/2019*
*PRO HAC VICE*

**Eamonn Gardner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Howard Wizenfeld**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Scott Karr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Brigham**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen C. Neal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Teter**
(See above for address)
*TERMINATED: 01/25/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**ParkerVision, Inc.**                represented by **Christine Michelle Woodin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Arthur Bolling**
(See above for address)
*TERMINATED: 12/04/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richter Darryl Burke**
(See above for address)
*TERMINATED: 09/08/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen D. Busey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian R. Gilchrist**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Christina Ann Ondrick**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas Aaron Cawley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Albert**
(See above for address)
*TERMINATED: 04/22/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua W. Budwin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathy H. Li**
(See above for address)
*TERMINATED: 12/04/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin L. Burgess**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hess**
(See above for address)
*TERMINATED: 12/24/2014*
*PRO HAC VICE*

**Leah B. Buratti**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mario A. Apreotesi**
(See above for address)
*TERMINATED: 05/09/2016*
*PRO HAC VICE*

**Michael G. Flanigan**
(See above for address)
*TERMINATED: 10/18/2018*

**Puneet Kohli**
(See above for address)

*TERMINATED: 10/18/2018*

**Richard Kamprath**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**HTC Corporation**                    represented by   **Dena Chen**
*TERMINATED: 10/14/2020*                              (See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Erin C. Trenda**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Andrew DeVault , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R. Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Damstedt**
(See above for address)
*TERMINATED: 09/06/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Courtney Kneece Grimm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eamonn Gardner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Scott Karr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lam K. Nguyen**
(See above for address)
*ATTORNEY TO BE NOTICED*

8/7/24, 1:39 PM   CM/ECF - U.S. District Court:flmd   Electronic Case Filing | U.S. District Court - Middle District of Florida

Case 6:14-cv-00687-PGB-LHP   Document 701   Filed 08/07/24   Page 30 of 92 PageID
75057

**Matthew Brigham**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen C. Neal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Teter**
(See above for address)
*TERMINATED: 01/25/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**HTC America, Inc.**                     represented by   **Dena Chen**
*TERMINATED: 10/14/2020*                                   (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *PRO HAC VICE*
                                                          *ATTORNEY TO BE NOTICED*

**Erin C. Trenda**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John Andrew DeVault , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen R. Smith**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Benjamin Damstedt**
(See above for address)
*TERMINATED: 09/06/2019*
*PRO HAC VICE*

**Courtney Kneece Grimm**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eamonn Gardner**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jeffrey Scott Karr**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lam K. Nguyen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew Brigham**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen C. Neal**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Timothy S. Teter**
(See above for address)
*TERMINATED: 01/25/2017*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**ParkerVision, Inc.**                 represented by   **Christine Michelle Woodin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Arthur Bolling**
(See above for address)
*TERMINATED: 12/04/2019*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richter Darryl Burke**
(See above for address)
*TERMINATED: 09/08/2020*
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephen D. Busey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian R. Gilchrist**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Douglas Aaron Cawley**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jennifer A. Albert**
(See above for address)
*TERMINATED: 04/22/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joshua W. Budwin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathy H. Li**
(See above for address)
*TERMINATED: 12/04/2019*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin L. Burgess**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kevin Hess**
(See above for address)
*TERMINATED: 12/24/2014*
*PRO HAC VICE*

**Leah B. Buratti**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mario A. Apreotesi**
(See above for address)
*TERMINATED: 05/09/2016*
*PRO HAC VICE*

**Michael G. Flanigan**
(See above for address)
*TERMINATED: 10/18/2018*

**Puneet Kohli**
(See above for address)
*TERMINATED: 10/18/2018*

**Richard Kamprath**
(See above for address)

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/02/2014 | 1 | COMPLAINT for patent infringement against HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc. with Jury Demand (Filing fee $ 400 receipt number ORL-33708) filed by ParkerVision, Inc. (Attachments: # 1 Exhibit A, Part 1, # 2 Exhibit A, Part 2, # 3 Exhibit B, # 4 Exhibit C, Part 1, # 5 Exhibit C, Part 2, # 6 Exhibit D, Part 1, # 7 Exhibit D, Part 2, # 8 Exhibit E, Part 1, # 9 Exhibit E, Part 2, # 10 Exhibit F, # 11 Exhibit G, Part 1, # 12 Exhibit G, Part 2, # 13 Exhibit G, Part 3, # 14 Civil Cover Sheet)(MAA) (Entered: 05/05/2014) |
| 05/05/2014 | 2 | SUMMONS issued as to QUALCOMM Incorporated. (MAA) (Entered: 05/05/2014) |
| 05/05/2014 | 3 | SUMMONS issued as to Qualcomm Atheros, Inc. (MAA) (Entered: 05/05/2014) |
| 05/05/2014 | 4 | SUMMONS issued as to HTC America, Inc. (MAA) (Entered: 05/05/2014) |
| 05/05/2014 | 5 | SUMMONS issued as to HTC Corporation. (MAA) (Entered: 05/05/2014) |
| 05/05/2014 | 6 | Patent Report sent to Alexandria, VA. (Attachments: # 1 Complaint (without exhibits)) (MAA) (Entered: 05/05/2014) |
| 05/05/2014 | 7 | NOTICE of pendency of related cases per Local Rule 1.04(d) by ParkerVision, Inc.. Related case(s): Yes (Buratti, Leah) (Entered: 05/05/2014) |
| 05/07/2014 | 8 | NOTICE OF DESIGNATION under Local Rule 3.05 - track 2. Signed by Judge Charlene Edwards Honeywell on 5/7/2014. (NBL) copies e-mailed (Entered: 05/07/2014) |
| 05/07/2014 | 9 | INTERESTED PERSONS ORDER. The Certificate of Interested Persons shall be filed within (14) days from the date of this Order. Signed by Judge Charlene Edwards Honeywell on 5/7/2014. (NBL) copies e-mailed (Entered: 05/07/2014) |
| 05/08/2014 | 10 | MOTION for Douglas A. Cawley, Kevin L. Burgess, Josh W. Budwin, Leah B. Buratti, Richard Kamprath, Mario A. Apreotesi, Kevin Hess and Jennifer A. Albert to appear pro hac vice by ParkerVision, Inc.. (Bolling, James) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 05/08/2014) |
| 05/09/2014 | 11 | ORDER denying without prejudice 10 motion to appear pro hac vice. Signed by Magistrate Judge Karla R. Spaulding on 5/9/2014. (LAK) (Entered: 05/09/2014) |
| 05/09/2014 | 12 | Amended MOTION for Douglas A. Cawley, Kevin L. Burgess, Josh W. Budwin, Leah B. Buratti, Richard Kamprath, Mario A. Apreotesi, Kevin Hess and Jennifer A. Albert to appear pro hac vice by ParkerVision, Inc.. (Bolling, James) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 05/09/2014) |
| 05/12/2014 | 13 | ORDER granting 12 motion to appear pro hac vice.Douglas A. Cawley, Kevin L. Burgess, Josh W. Budwin, Leah B. Buratti, Richard Kamprath, Mario A. Apreotesi, Kevin Hess, and Jennifer A. Albert may appear for Plaintiff. Signed by Magistrate Judge Karla R. Spaulding on 5/12/2014. (LAK) (Entered: 05/12/2014) |
| 05/12/2014 | 14 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Douglas A. Cawley, appearing on behalf of ParkerVision, Inc. (Filing fee $10 receipt number ORL033997.) Related document: 12 Amended MOTION for Douglas A. Cawley, Kevin L. Burgess, Josh W. Budwin, Leah B. Buratti, Richard |

| | | Kamprath, Mario A. Apreotesi, Kevin Hess, and Jennifer A. Albert to appear pro hac vice. (RDO) (RDO). (Entered: 05/13/2014) |
|---|---|---|
| 05/12/2014 | 15 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Kevin L. Burgess, appearing on behalf of ParkerVision, Inc. (Filing fee $10 receipt number ORL033998.) Related document: 12 Amended MOTION for Douglas A. Cawley, Kevin L. Burgess, Josh W. Budwin, Leah B. Buratti, Richard Kamprath, Mario A. Apreotesi, Kevin Hess, and Jennifer A. Albert to appear pro hac vice. (RDO) (RDO). (Entered: 05/13/2014) |
| 05/12/2014 | 16 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Joshua W. Budwin, appearing on behalf of ParkerVision, Inc. (Filing fee $10 receipt number ORL033999.) Related document: 12 Amended MOTION for Douglas A. Cawley, Kevin L. Burgess, Josh W. Budwin, Leah B. Buratti, Richard Kamprath, Mario A. Apreotesi, Kevin Hess, and Jennifer A. Albert to appear pro hac vice. (RDO) (RDO). (Entered: 05/13/2014) |
| 05/12/2014 | 17 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Leah Buratti, appearing on behalf of ParkerVision, Inc. (Filing fee $10 receipt number ORL034000.) Related document: 12 Amended MOTION for Douglas A. Cawley, Kevin L. Burgess, Josh W. Budwin, Leah B. Buratti, Richard Kamprath, Mario A. Apreotesi, Kevin Hess, and Jennifer A. Albert to appear pro hac vice. (RDO) (RDO). (Entered: 05/13/2014) |
| 05/12/2014 | 18 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Richard Kamprath, appearing on behalf of ParkerVision, Inc. (Filing fee $10 receipt number ORL034001.) Related document: 12 Amended MOTION for Douglas A. Cawley, Kevin L. Burgess, Josh W. Budwin, Leah B. Buratti, Richard Kamprath, Mario A. Apreotesi, Kevin Hess, and Jennifer A. Albert to appear pro hac vice. (RDO) (RDO). (Entered: 05/13/2014) |
| 05/12/2014 | 19 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Mario A. Apreotesi, appearing on behalf of ParkerVision, Inc. (Filing fee $10 receipt number ORL034002.) Related document: 12 Amended MOTION for Douglas A. Cawley, Kevin L. Burgess, Josh W. Budwin, Leah B. Buratti, Richard Kamprath, Mario A. Apreotesi, Kevin Hess, and Jennifer A. Albert to appear pro hac vice. (RDO) (RDO). (Entered: 05/13/2014) |
| 05/12/2014 | 20 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Kevin Hess, appearing on behalf of ParkerVision, Inc. (Filing fee $10 receipt number ORL034003.) Related document: 12 Amended MOTION for Douglas A. Cawley, Kevin L. Burgess, Josh W. Budwin, Leah B. Buratti, Richard Kamprath, Mario A. Apreotesi, Kevin Hess, and Jennifer A. Albert to appear pro hac vice. (RDO) (RDO). (Entered: 05/13/2014) |
| 05/12/2014 | 21 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Jennifer A. Albert, appearing on behalf of ParkerVision, Inc. (Filing fee $10 receipt number ORL034004.) Related document: 12 Amended MOTION for Douglas A. Cawley, Kevin L. Burgess, Josh W. Budwin, Leah B. Buratti, Richard Kamprath, Mario A. Apreotesi, Kevin Hess, and Jennifer A. Albert to appear pro hac vice. (RDO) (RDO). (Entered: 05/13/2014) |
| 05/14/2014 | 22 | CERTIFICATE of interested persons and corporate disclosure statement re 9 Interested persons order by ParkerVision, Inc.. (Buratti, Leah) (Entered: 05/14/2014) |
| 07/02/2014 | 23 | Case Reassigned to Judge Paul G. Byron. New case number: 6:14-cv-687-Orl-40KRS. Judge Charlene Edwards Honeywell no longer assigned to the case. (KKA) (Entered: |

| | | 07/02/2014) |
|---|---|---|
| 08/11/2014 | 24 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint *for HTC Corporation and HTC America, Inc.* by ParkerVision, Inc.. (Attachments: # 1 Text of Proposed Order)(Cawley, Douglas) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 08/11/2014) |
| 08/12/2014 | 25 | ORDER denying without prejudice 24 Motion for Extension of Time to Answer or respond.. Signed by Magistrate Judge Karla R. Spaulding on 8/11/2014. (LAK) (Entered: 08/12/2014) |
| 08/21/2014 | 26 | AMENDED COMPLAINT against HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc., Samsung Electronics Co., LTD., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC with Jury Demand. filed by ParkerVision, Inc.. (Attachments: # 1 Exhibit Ex. A, # 2 Exhibit Ex. A_P2, # 3 Exhibit Ex. B, # 4 Exhibit Ex. C, # 5 Exhibit Ex. D, # 6 Exhibit Ex. E, # 7 Exhibit Ex. F, # 8 Exhibit Ex. F_P2, # 9 Exhibit Ex. G, # 10 Exhibit Ex. H, # 11 Exhibit Ex. I, # 12 Exhibit Ex. J, # 13 Exhibit Ex. K)(Cawley, Douglas) (Entered: 08/21/2014) |
| 08/25/2014 | 27 | SUMMONS issued as to Samsung Electronics Co., LTD.. (RDO) (Entered: 08/25/2014) |
| 08/25/2014 | 28 | SUMMONS issued as to Samsung Telecommunications America, LLC. (RDO) (Entered: 08/25/2014) |
| 08/25/2014 | 29 | SUMMONS issued as to HTC America, Inc.. (RDO) (Entered: 08/25/2014) |
| 08/25/2014 | 30 | SUMMONS issued as to HTC Corporation. (RDO) (Entered: 08/25/2014) |
| 08/25/2014 | 31 | SUMMONS issued as to QUALCOMM Incorporated. (RDO) (Entered: 08/25/2014) |
| 08/25/2014 | 32 | SUMMONS issued as to Qualcomm Atheros, Inc.. (RDO) (Entered: 08/25/2014) |
| 08/25/2014 | 33 | SUMMONS issued as to Samsung Electronics America, Inc.. (RDO) (Entered: 08/25/2014) |
| 08/29/2014 | 34 | RETURN of service executed on 08/28/14 by ParkerVision, Inc. as to Samsung Telecommunications America, LLC. (Buratti, Leah) (Entered: 08/29/2014) |
| 08/29/2014 | 35 | RETURN of service executed on 8/28/14 by ParkerVision, Inc. as to Qualcomm Atheros, Inc.. (Buratti, Leah) (Entered: 08/29/2014) |
| 08/29/2014 | 36 | RETURN of service executed on 8/28/14 by ParkerVision, Inc. as to QUALCOMM Incorporated. (Buratti, Leah) (Entered: 08/29/2014) |
| 08/29/2014 | 37 | RETURN of service executed on 8/28/14 by ParkerVision, Inc. as to Samsung Electronics America, Inc.. (Buratti, Leah) (Entered: 08/29/2014) |
| 09/01/2014 | 38 | RETURN of service executed on 8/28/14 by ParkerVision, Inc. as to HTC Corporation. (Buratti, Leah) (Entered: 09/01/2014) |
| 09/01/2014 | 39 | RETURN of service executed on 8/28/14 by ParkerVision, Inc. as to HTC America, Inc.. (Buratti, Leah) (Entered: 09/01/2014) |
| 09/04/2014 | 40 | MOTION for Extension of Time to File Answer re 26 Amended Complaint *for HTC Corporation and HTC America, Inc.* by ParkerVision, Inc.. (Attachments: # 1 Text of Proposed Order)(Cawley, Douglas) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 09/04/2014) |

| 09/05/2014 | 41 | ORDER granting 40 Motion for Extension of Time to Answer to 26 Amended Complaint. HTC America, Inc. answer or response due 11/17/2014; HTC Corporation answer or response due 11/17/2014. Signed by Magistrate Judge Karla R. Spaulding on 9/4/2014. (LAK) (Entered: 09/05/2014) |
|---|---|---|
| 09/09/2014 | 42 | AGREED MOTION for Extension of Time to 11/17/14 to File Answer re 26 Amended Complaint *of Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* by ParkerVision, Inc.. (Attachments: # 1 Text of Proposed Order)(Buratti, Leah) Motions referred to Magistrate Judge Karla R. Spaulding. Modified on 9/10/2014 (MAA). (Entered: 09/09/2014) |
| 09/10/2014 | 43 | ORDER granting in part and denying in part 42 Agreed Motion for Extension of Time for Defendants to Respond to Plaintiff's First Amended Complaint. Signed by Magistrate Judge Karla R. Spaulding on 9/10/2014. (ECJ) (Entered: 09/10/2014) |
| 09/15/2014 | 44 | WAIVER of service returned executed on 9/12/2014 by ParkerVision, Inc. Waiver of Service sent on 9/12/14 as to Samsung Electronics Co., LTD.. (Buratti, Leah) (Entered: 09/15/2014) |
| 09/15/2014 | 45 | MOTION for Extension of Time to File Answer re 26 Amended Complaint *of Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC* by ParkerVision, Inc.. (Attachments: # 1 Text of Proposed Order)(Buratti, Leah) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 09/15/2014) |
| 09/15/2014 | 46 | Unopposed MOTION for Extension of Time to File Response to Plaintiff's First Amended Complaint by QUALCOMM Incorporated, Qualcomm Atheros, Inc. (DeVault, John) Modified on 9/16/2014 to change event (LAK). (Entered: 09/15/2014) |
| 09/16/2014 | 47 | ORDER granting 45 Motion for Extension of Time to Answer or respond to 26 Amended Complaint. QUALCOMM Incorporated, Qualcomm Atheros, Inc., and Samsung Electronincs Co., Ltd. answer due 11/17/14. Signed by Magistrate Judge Karla R. Spaulding on 9/16/2014. (LAK) (Entered: 09/16/2014) |
| 09/18/2014 | 48 | Unopposed MOTION for Stephen C. Neal, Benjamin Damstedt, Jeffrey S. Karr, Timothy S. Teter, and Matthew J. Brigham to appear pro hac vice by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (DeVault, John) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 09/18/2014) |
| 09/19/2014 | 49 | ORDER denying without prejudice 48 Unopposed Motion for Admission Pro Hac Vice. Signed by Magistrate Judge Karla R. Spaulding on 9/19/2014. (ECJ) (Entered: 09/19/2014) |
| 09/22/2014 | 50 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Stephen C. Neal, appearing on behalf of QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Filing fee $10 receipt number Orl-37371.) Related document: 48 Unopposed MOTION for Stephen C. Neal, Benjamin Damstedt, Jeffrey S. Karr, Timothy S. Teter, and Matthew J. Brigham to appear pro hac vice. (JEV) (JEV). (Entered: 09/22/2014) |
| 09/22/2014 | 51 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Benjamin Damstedt, appearing on behalf of QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Filing fee $10 receipt number Orl-37372.) Related document: 48 Unopposed MOTION for Stephen C. Neal, Benjamin Damstedt, Jeffrey S. Karr, Timothy S. Teter, and Matthew J. Brigham to appear pro hac vice. (JEV) (JEV). (Entered: 09/22/2014) |

| 09/22/2014 | 52 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Jeffrey S. Karr, appearing on behalf of QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Filing fee $10 receipt number Orl-37373.) Related document: 48 Unopposed MOTION for Stephen C. Neal, Benjamin Damstedt, Jeffrey S. Karr, Timothy S. Teter, and Matthew J. Brigham to appear pro hac vice. (JEV) (JEV). (Entered: 09/22/2014) |
| 09/22/2014 | 53 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Timothy S. Teter, appearing on behalf of QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Filing fee $10 receipt number Orl-37374.) Related document: 48 Unopposed MOTION for Stephen C. Neal, Benjamin Damstedt, Jeffrey S. Karr, Timothy S. Teter, and Matthew J. Brigham to appear pro hac vice. (JEV) (JEV). (Entered: 09/22/2014) |
| 09/22/2014 | 54 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Matthew J. Brigham, appearing on behalf of QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Filing fee $10 receipt number Orl-37375.) Related document: 48 Unopposed MOTION for Stephen C. Neal, Benjamin Damstedt, Jeffrey S. Karr, Timothy S. Teter, and Matthew J. Brigham to appear pro hac vice. (JEV) (JEV). (Entered: 09/22/2014) |
| 09/24/2014 | 55 | Amended MOTION for Stephen C. Neal, Timothy S. Teter, Benjamin Damstedt, Jeffrey Karr, and Matthew Brigham to appear pro hac vice by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (DeVault, John) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 09/24/2014) |
| 09/25/2014 | 56 | ORDER granting 55 motion to appear pro hac vice. Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF." The Clerk of Court is directed to mail a copy of this Order to Attorneys Neal, Teter, Damstedt, Karr and Brigham. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF. Signed by Magistrate Judge Karla R. Spaulding on 9/25/2014. (SR) (Entered: 09/25/2014) |
| 10/27/2014 | 57 | Unopposed MOTION to extend time to Case Management Deadlines by ParkerVision, Inc.. (Bolling, James) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 10/27/2014) |
| 10/29/2014 | 58 | ORDER granting 57 Motion to extend time. The deadline for the parties to meet for the purpose of preparing the Case Management Report is 11/24/14. Case Management Report is due 12/8/14. Signed by Judge Paul G. Byron on 10/28//2014. (LAK) (Entered: 10/29/2014) |
| 10/31/2014 | 59 | NOTICE of Appearance by Courtney Kneece Grimm on behalf of HTC America, Inc., HTC Corporation (Grimm, Courtney) (Entered: 10/31/2014) |
| 10/31/2014 | 60 | MOTION for Stephen C. Neal, Timothy S. Teter, Benjamin Damstedt, Jeffrey Karr and Matthew Brigham to appear pro hac vice by HTC America, Inc., HTC Corporation. (DeVault, John) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 10/31/2014) |
| 10/31/2014 | 61 | NOTICE of Appearance by Jeremy T. Elman on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC (Elman, Jeremy) (Entered: 10/31/2014) |
| 10/31/2014 | 62 | CERTIFICATE of interested persons and corporate disclosure statement re 9 Interested persons order by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., |

| | | Samsung Telecommunications America, LLC. (Elman, Jeremy) (Entered: 10/31/2014) |
|---|---|---|
| 11/03/2014 | 63 | INTERESTED PERSONS ORDER. Defendants QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC., HTC CORPORATION, HTC AMERICA, INC., shall file a Certificate of Interested Persons within (14) days from the date of this Order. Signed by Judge Paul G. Byron on 11/3/2014. (NBL) copies e-mailed (Entered: 11/03/2014) |
| 11/04/2014 | 64 | ORDER granting 60 motion to appear pro hac vice. Stephen C. Neal, Timothy S. Teter, Benjamin Damstedt, Jeffrey Karr, and Matthew Brigham may appear for Defendants HTC Corporation and HTC America, Inc. Signed by Magistrate Judge Karla R. Spaulding on 11/3/2014. (LAK) (Entered: 11/04/2014) |
| 11/04/2014 | 65 | NOTICE of Appearance by Angela J. Crawford on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC (Crawford, Angela) (Entered: 11/04/2014) |
| 11/05/2014 | 66 | Unopposed MOTION for Mark Fowler, Erik Fuehrer, Sean Cunningham, Ed Sikorski, Kevin Hamilton to appear pro hac vice by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Elman, Jeremy) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 11/05/2014) |
| 11/07/2014 | 67 | ORDER granting 66 motion to appear pro hac vice. Mark Fowler, Erik Fuehrer, Sean Cunningham, Ed Sikorski, and Kevin Hamilton may specially appear in this case as counsel for Defendants Samsung Electronics Co., Ltd., Samsung Electronics America, Inc. and Samsung Telecommunications America, LLC. Signed by Magistrate Judge Karla R. Spaulding on 11/7/2014. (LAK) (Entered: 11/07/2014) |
| 11/07/2014 | 72 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Stephen C. Neal, Benjamin G. Damstedt, Timothy S. Teter, Jeffrey Karr, Matthew J. Brigham, appearing on behalf of HTC America, Inc., HTC Corporation (Filing fee $50.00 receipt number JAX014314.). (TSW) (RDO). (Entered: 11/07/2014) |
| 11/07/2014 | 68 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Mark Fowler, appearing on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC (Filing fee $10 receipt number ORL-38712.) Related document: 66 Unopposed MOTION for Mark Fowler, Erik Fuehrer, Sean Cunningham, Ed Sikorski, Kevin Hamilton to appear pro hac vice. (MAA) (MAA). (Entered: 11/10/2014) |
| 11/07/2014 | 69 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Sean Cunningham, appearing on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC (Filing fee $10 receipt number ORL-38712.) Related document: 66 Unopposed MOTION for Mark Fowler, Erik Fuehrer, Sean Cunningham, Ed Sikorski, Kevin Hamilton to appear pro hac vice. (MAA) (MAA). (Entered: 11/10/2014) |
| 11/07/2014 | 70 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Edward Sikorski, appearing on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC (Filing fee $10 receipt number ORL-38712.) Related document: 66 Unopposed MOTION for Mark Fowler, Erik Fuehrer, Sean Cunningham, Ed Sikorski, Kevin Hamilton to appear pro hac vice. (MAA) (MAA). (Entered: 11/10/2014) |
| 11/07/2014 | 71 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Kevin Hamilton, appearing on behalf of Samsung Electronics |

| | | America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC (Filing fee $10 receipt number ORL-38712.) Related document: 66 Unopposed MOTION for Mark Fowler, Erik Fuehrer, Sean Cunningham, Ed Sikorski, Kevin Hamilton to appear pro hac vice. (MAA) (MAA). (Entered: 11/10/2014) |
|---|---|---|
| 11/17/2014 | 73 | CERTIFICATE of interested persons and corporate disclosure statement re 9 Interested persons order by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Teter, Timothy) (Entered: 11/17/2014) |
| 11/17/2014 | 74 | CERTIFICATE of interested persons and corporate disclosure statement re 9 Interested persons order by HTC America, Inc., HTC Corporation. (Teter, Timothy) (Entered: 11/17/2014) |
| 11/17/2014 | 75 | *Qualcomm Incorporated and Qualcomm Atheros, Inc.'s* ANSWER and affirmative defenses with Jury Demand to 26 Amended Complaint , COUNTERCLAIM against ParkerVision, Inc. by QUALCOMM Incorporated, Qualcomm Atheros, Inc..(Teter, Timothy) (Entered: 11/17/2014) |
| 11/17/2014 | 76 | *HTC Corporation and HTC America, Inc.'s* ANSWER and affirmative defenses with Jury Demand to 26 Amended Complaint , COUNTERCLAIM against ParkerVision, Inc. by HTC Corporation, HTC America, Inc..(Teter, Timothy) (Entered: 11/17/2014) |
| 11/17/2014 | 77 | ANSWER and affirmative defenses with Jury Demand to 26 Amended Complaint by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC.(Elman, Jeremy) (Entered: 11/17/2014) |
| 11/17/2014 | 78 | CERTIFICATE of interested persons and corporate disclosure statement *(Corrected)* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Teter, Timothy) (Entered: 11/17/2014) |
| 11/17/2014 | 79 | CERTIFICATE of interested persons and corporate disclosure statement *(Corrected)* by HTC America, Inc., HTC Corporation. (Teter, Timothy) (Entered: 11/17/2014) |
| 11/20/2014 | 80 | AMENDED CERTIFICATE of interested persons and corporate disclosure statement re 9 Interested persons order by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Elman, Jeremy) Modified on 11/21/2014 (LAK). (Entered: 11/20/2014) |
| 11/24/2014 | 81 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Erik Fuehrer, appearing on behalf of Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC (Filing fee $10 receipt number ORL039139.) Related document: 66 Unopposed MOTION for Mark Fowler, Erik Fuehrer, Sean Cunningham, Ed Sikorski, Kevin Hamilton to appear pro hac vice. (RDO) (RDO). (Entered: 11/24/2014) |
| 11/26/2014 | 82 | MOTION to transfer case *Related Case* by QUALCOMM Incorporated. (Teter, Timothy) (Entered: 11/26/2014) |
| 11/26/2014 | 83 | DECLARATION of Matthew J. Brigham re 82 MOTION to transfer case *Related Case* by QUALCOMM Incorporated. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Teter, Timothy) (Entered: 11/26/2014) |
| 12/08/2014 | 84 | CASE MANAGEMENT REPORT. (Buratti, Leah) (Entered: 12/08/2014) |
| 12/11/2014 | 85 | REPLY to 75 Counterclaim *of Qualcomm Defendants* by ParkerVision, Inc..(Cawley, Douglas) (Entered: 12/11/2014) |
| 12/11/2014 | 86 | REPLY to 76 Counterclaim *of HTC Defendants* by ParkerVision, Inc..(Cawley, Douglas) (Entered: 12/11/2014) |

| 12/15/2014 | 87 | RESPONSE in Opposition re 82 MOTION to transfer case *Related Case* filed by ParkerVision, Inc.. (Cawley, Douglas) (Entered: 12/15/2014) |
|---|---|---|
| 12/23/2014 | 88 | MOTION for Kevin Hess to withdraw as attorney *and Termination of Electronic Notices* by ParkerVision, Inc.. (Bolling, James) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 12/23/2014) |
| 12/23/2014 | 89 | Unopposed MOTION for Kathy H. Li to appear pro hac vice by ParkerVision, Inc.. (Bolling, James) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 12/23/2014) |
| 12/24/2014 | 90 | ORDER granting 88 Motion to Withdraw as Attorney ; granting 89 motion to appear pro hac vice. Kevin Hess withdraws as counsel for ParkerVision, Inc. Kathy H. Li may specially appear in this case as counsel for ParkerVision, Inc. Signed by Magistrate Judge Karla R. Spaulding on 12/23/2014. (LAK) (Entered: 12/24/2014) |
| 12/29/2014 | | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Kathy H. Li, appearing on behalf of ParkerVision, Inc. (Filing fee $10 receipt number JAX14742.) Related document: 89 Unopposed MOTION for Kathy H. Li to appear pro hac vice. (AET) (Entered: 12/29/2014) |
| 01/09/2015 | 91 | CERTIFICATE of interested persons and corporate disclosure statement re 9 Interested persons order *(Second Amended)* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Elman, Jeremy) (Entered: 01/09/2015) |
| 03/03/2015 | 92 | CASE MANAGEMENT AND SCHEDULING ORDER. Signed by Judge Paul G. Byron on 3/3/2015. (MMW) (Entered: 03/03/2015) |
| 03/03/2015 | | Set/reset scheduling order deadlines: Amended Pleadings due by 3/23/2015, Joinder of Parties due by 3/23/2015, Discovery due by 1/12/2016, Dispositive motions due by 4/12/2016, Pretrial statement due by 6/16/2016, Final Pretrial Conference set for 7/19/2016 at 03:00 PM in Orlando Courtroom 4 B before Judge Paul G. Byron, Jury Trial set for 8/1/2016 at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron., Conduct mediation hearing by 2/26/2016. Lead counsel to coordinate dates., Defendant disclosure of expert report due by 12/11/2015, Plaintiff disclosure of expert report due by 11/12/2015 (MAA) (Entered: 03/04/2015) |
| 03/03/2015 | 93 | CASE REFERRED to Mediation. (MAA) (Entered: 03/04/2015) |
| 03/03/2015 | | Set/reset deadlines/hearings: Miscellaneous Hearing (Technology Tutorial Conference) set for 5/15/2015 at09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron., Miscellaneous (Claim Construction) Hearing set for 8/12/2015 at09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. (MAA) (Entered: 03/04/2015) |
| 03/06/2015 | 94 | Unopposed MOTION to Amend/Correct 92 Case management and scheduling order by All Defendants. (Teter, Timothy) (Entered: 03/06/2015) |
| 03/09/2015 | 95 | ORDER denying 82 Defendant's Motion to Transfer Related Case. Signed by Judge Paul G. Byron on 3/9/2015. (SEN) (Entered: 03/09/2015) |
| 03/10/2015 | 96 | ENDORSED ORDER granting 94 Defendants' Unopposed Motion to Amend Deadlines in Case Management and Scheduling Order. The CASE MANAGEMENT AND SCHEDULING ORDER IS AMENDED as follows: Disclosure of Non-infringement and Invalidity Contentions are due March 20, 2015, Initial Identification of Disputed Claim Terms are due April 3, 2015, and Proposed Claim Term Constructions are due April 20, 2015. Signed by Judge Paul G. Byron on 3/10/2015. (MMW) (Entered: 03/10/2015) |

| 03/13/2015 | 97 | MOTION for clarification re 87 Response in Opposition to Motion *to Transfer* by ParkerVision, Inc.. (Attachments: # 1 Exhibit A, part 1, # 2 Exhibit A, part 2, # 3 Exhibit B, part 1, # 4 Exhibit B, part 2)(Cawley, Douglas) (Entered: 03/13/2015) |
| --- | --- | --- |
| 03/16/2015 | 98 | Joint MOTION for Extension of Time until 3/31/15 to File Notice of Mediation by ParkerVision, Inc.. (Bolling, James) Modified on 3/17/2015 (SWT). (Entered: 03/16/2015) |
| 03/20/2015 | 99 | ENDORSED ORDER granting 98 Joint Motion to Extend Time to File Notice of Mediation. The parties shall notify the Court of the mediation date on or before March 31, 2015. Signed by Judge Paul G. Byron on 3/20/2015. (MMW) (Entered: 03/20/2015) |
| 03/23/2015 | 100 | ENDORSED ORDER granting 97 Motion for Clarification. Signed by Judge Paul G. Byron on 3/23/2015. (MMW) (Entered: 03/23/2015) |
| 03/27/2015 | 101 | NOTICE of mediation conference/hearing to be held on February 23, 2016 before Jay M. Cohen, Esq.. (Bolling, James) (Entered: 03/27/2015) |
| 04/08/2015 | 102 | MOTION for Michael G. Flanigan to appear pro hac vice by ParkerVision, Inc.. (Cawley, Douglas) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 04/08/2015) |
| 04/10/2015 | 103 | **ORDER denying without prejudice 102 motion to appear pro hac vice. Signed by Magistrate Judge Karla R. Spaulding on 4/10/2015. (LAK)** (Entered: 04/10/2015) |
| 04/10/2015 | 104 | MOTION for miscellaneous relief, specifically regarding Technology Tutorial *(see Doc. No. 92)* by ParkerVision, Inc.. (Bolling, James) Modified on 4/13/2015 (RDO). (Entered: 04/10/2015) |
| 04/10/2015 | 105 | STIPULATION *and Order Pursuant to Federal Rule of Evidence 502(d) and (e)* by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Modified on 4/13/2015 (RDO). (Entered: 04/10/2015) |
| 04/10/2015 | 106 | MOTION for to appear pro hac vice by ParkerVision, Inc.. (Cawley, Douglas) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 04/10/2015) |
| 04/13/2015 | 107 | **ORDER granting 106 motion for Michael G. Flanigan to appear pro hac vice. Signed by Magistrate Judge Karla R. Spaulding on 4/13/2015. (LAK)** (Entered: 04/13/2015) |
| 04/13/2015 | 108 | MOTION to Strike *Infringement Contentions Regarding Non-Qualcomm Based Samsung Products* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Attachments: # 1 Affidavit, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F) (Elman, Jeremy) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 04/13/2015) |
| 04/14/2015 | 109 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Michael G. Flanigan, appearing on behalf of ParkerVision, Inc. (Filing fee $150 receipt number ORL042980.) Related document: 102 MOTION for Michael G. Flanigan to appear pro hac vice. (RDO) (RDO). (Entered: 04/14/2015) |
| 04/14/2015 | 110 | **ORDER pursuant to Federal Rule of Evidence 502(d) and (e); re 105 Stipulation. Signed by Magistrate Judge Karla R. Spaulding on 4/14/2015. (LAK)** (Entered: 04/14/2015) |

| 04/15/2015 | 111 | RESPONSE in Opposition re 104 MOTION for miscellaneous relief, specifically regarding Technology Tutorial *(see Doc. No. 92)* filed by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc., Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Teter, Timothy) (Entered: 04/15/2015) |
|---|---|---|
| 04/16/2015 | 112 | MOTION for miscellaneous relief, specifically to Limit the Number of Asserted Patent Claims and Prior Art References for Claim Construction Briefing by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16)(Bolling, James) (Entered: 04/16/2015) |
| 04/17/2015 | 113 | **ORDER granting 104 Plaintiff's Motion Regarding Technology Tutorial. Signed by Judge Paul G. Byron on 4/17/2015. (SEN)** (Entered: 04/17/2015) |
| 04/17/2015 | 114 | NOTICE cancelling Patent Technical Tutorial scheduled for May 15, 2015 at 9:00 a.m. pursuant to the Court's Order. (Doc. 113) (NBL) copies e-mailed (Entered: 04/17/2015) |
| 04/17/2015 | 115 | NOTICE OF TELEPHONIC HEARING: A Telephonic Hearing is set for Friday, 4/24/2015 at 10:00 AM before Judge Paul G. Byron, United States District Court, Orlando, Florida. Counsel shall appear by telephone by calling the Toll Free Meeting Number 1-888-363-4735, Access Code 3126210, and Security Code 042415. Counsel are directed to call into the conference call at least 3 minutes prior to the hearing time. (NBL) copies e-mailed (Entered: 04/17/2015) |
| 04/22/2015 | 126 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Howard Wizenfeld, appearing on behalf of QUALCOMM Incorporated (Filing fee $150 receipt number JAX016033.). (TSW) (SWT). (Entered: 04/22/2015) |
| 04/22/2015 | 116 | Unopposed MOTION for Howard Wizenfeld to appear pro hac vice by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (DeVault, John) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 04/22/2015) |
| 04/22/2015 | 117 | **ORDER granting 116 motion for Howard Wizenfeld to appear pro hac vice. Signed by Magistrate Judge Karla R. Spaulding on 4/22/2015. (LAK)** (Entered: 04/22/2015) |
| 04/24/2015 | 118 | NOTICE RESCHEDULING PATENT TECHNICAL TUTORIAL: The Technical Tutorial is rescheduled for Monday, 6/29/2015 at 9:45 AM in Orlando Courtroom 4 B before Judge Paul G. Byron, United States District Court, 401 West Central Blvd., Orlando, Florida. *(The Court was advised this date was agreeable to all counsel) (NBL) copies e-mailed (Entered: 04/24/2015) |
| 04/24/2015 | 119 | NOTICE CANCELLING Telephonic Hearing scheduled for Friday, April 24, 2015 at 10:00 am before Judge Paul G. Byron. The technical tutorial date has been rescheduled to June 29, 2015 at 9:45 am. (See Doc. 118) (NBL) copies e-mailed (Entered: 04/24/2015) |
| 04/29/2015 | | Set/reset hearings: Claim Construction Hearing set for 8/12/2015 at 9:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. (Pursuant to Case Management and Scheduling Order, Doc. 92) (NBL) (Entered: 04/29/2015) |
| 04/29/2015 | 120 | (Withdrawn per 123 Notice) MOTION for protective order *re Proposed Consultant Dr. Moises Robinson* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Affidavit of Matthew J. Brigham, # 2 Exhibit 1 to Brigham Dec., # 3 Exhibit 2 to Brigham Dec., # 4 Exhibit 3 to Brigham Dec., # 5 Exhibit 4 to Brigham |

| | | |
|---|---|---|
| | | Dec., # [6](#) Exhibit 5 to Brigham Dec., # [7](#) Exhibit 6 to Brigham Dec., # [8](#) Exhibit 7 to Brigham Dec., # [9](#) Exhibit 8 to Brigham Dec., # [10](#) Exhibit 9 to Brigham Dec., # [11](#) Exhibit 10 to Brigham Dec., # [12](#) Exhibit 11 to Brigham Dec., # [13](#) Affidavit of Jeremy Dunworth, # [14](#) Exhibit A to Dunworth Dec., # [15](#) Exhibit B to Dunworth Dec. [Placeholder])(Brigham, Matthew) Motions referred to Magistrate Judge Karla R. Spaulding. Modified on 5/4/2015 (SWT). (Entered: 04/29/2015) |
| 04/29/2015 | [121](#) | (Withdrawn per [123](#) Notice) MOTION for leave to file under seal *Exhibit B to the Dunworth Declaration iso Motion for Protective Order re Dr. Moises Robinson* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Modified on 5/4/2015 (SWT). (Entered: 04/29/2015) |
| 04/30/2015 | [122](#) | RESPONSE in Opposition re [108](#) MOTION to Strike *Infringement Contentions Regarding Non-Qualcomm Based Samsung Products* filed by ParkerVision, Inc.. (Attachments: # [1](#) Exhibit A, # [2](#) Exhibit B, # [3](#) Exhibit C, # [4](#) Exhibit D, # [5](#) Exhibit E, # [6](#) Exhibit F, # [7](#) Exhibit G, # [8](#) Exhibit H, # [9](#) Exhibit I, # [10](#) Exhibit J, # [11](#) Exhibit K, # [12](#) Exhibit L)(Bolling, James) (Entered: 04/30/2015) |
| 05/01/2015 | [123](#) | NOTICE of withdrawal of motion by QUALCOMM Incorporated, Qualcomm Atheros, Inc. re [120](#) MOTION for protective order *re Proposed Consultant Dr. Moises Robinson* filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc., [121](#) MOTION for leave to file under seal *Exhibit B to the Dunworth Declaration iso Motion for Protective Order re Dr. Moises Robinson* filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Brigham, Matthew) (Entered: 05/01/2015) |
| 05/01/2015 | [124](#) | STATUS report (*Joint Claim Construction Statement*) by QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Attachments: # [1](#) Exhibit A)(Brigham, Matthew) Modified on 5/4/2015 (SWT). (Entered: 05/01/2015) |
| 05/04/2015 | [125](#) | Unopposed MOTION for leave to file *Reply In Support of Motion to Strike* by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Elman, Jeremy) (Entered: 05/04/2015) |
| 05/04/2015 | [127](#) | RESPONSE in Opposition re [112](#) MOTION for miscellaneous relief, specifically to Limit the Number of Asserted Patent Claims and Prior Art References for Claim Construction Briefing *DEFENDANTS' OPPOSITION* filed by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # [1](#) Affidavit of Matthew J. Brigham, # [2](#) Exhibit A, # [3](#) Exhibit B, # [4](#) Exhibit C, # [5](#) Exhibit D, # [6](#) Exhibit E, # [7](#) Exhibit F, # [8](#) Exhibit G)(Teter, Timothy) (Entered: 05/04/2015) |
| 05/05/2015 | 128 | **ENDORSED ORDER granting [125](#) the Samsung Defendants' Motion for Leave to File Reply in Support of Motion to Strike. Defendants shall file their reply within fourteen (14) days of this Order. Defendants' reply shall not exceed five (5) pages in length. Signed by Judge Paul G. Byron on 5/5/2015. (SEN)** (Entered: 05/05/2015) |
| 05/18/2015 | [129](#) | Unopposed MOTION for leave to file a Motion to Compel in Excess of 25 Pages by ParkerVision, Inc.. (Bolling, James) (Entered: 05/18/2015) |
| 05/18/2015 | [130](#) | REPLY to Response to Motion re [108](#) MOTION to Strike *Infringement Contentions Regarding Non-Qualcomm Based Samsung Products* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Attachments: # [1](#) Affidavit, # [2](#) Exhibit G, # [3](#) Exhibit H, # [4](#) Exhibit I, # [5](#) Exhibit J)(Elman, Jeremy) (Entered: 05/18/2015) |
| 05/19/2015 | [131](#) | **ORDER granting in part [129](#) Motion for leave to file motion to compel in excess of 25 Pages, not to exceed 30 pages. Signed by Magistrate Judge Karla R. Spaulding on 5/19/2015. (LAK)** (Entered: 05/19/2015) |

| 05/19/2015 | 132 | MOTION to Compel Production of Qualcomm and Samsung Schematics in Native Format by ParkerVision, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Bolling, James) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 05/19/2015) |
| --- | --- | --- |
| 05/20/2015 | 133 | Unopposed MOTION for leave to file a Sur-Reply Regarding Samsung's Motion to Strike ParkerVision's Infringement Contentions by ParkerVision, Inc.. (Bolling, James) (Entered: 05/20/2015) |
| 05/27/2015 | 134 | **ENDORSED ORDER granting 133 Motion for Leave to File. Signed by Judge Paul G. Byron on 5/27/2015. (MMW)** (Entered: 05/27/2015) |
| 06/02/2015 | | Set/reset hearings: Technical Tutorial set for Monday, 6/29/2015 at 9:45 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. (Noticed at Doc. 118) (NBL) (Entered: 06/02/2015) |
| 06/03/2015 | 135 | REPLY to Response to Motion re 108 MOTION to Strike *Infringement Contentions Regarding Non-Qualcomm Based Samsung Products (Sur Reply)* filed by ParkerVision, Inc.. (Attachments: # 1 Exhibit A - Declaration)(Bolling, James) (Entered: 06/03/2015) |
| 06/03/2015 | 136 | Joint MOTION for miscellaneous relief, specifically Joint Motion to Partially Modify The Scheduling Order by all parties. (Brigham, Matthew) Modified on 6/4/2015 (RDO). (Entered: 06/03/2015) |
| 06/05/2015 | 137 | RESPONSE in Opposition re 132 MOTION to Compel Production of Qualcomm and Samsung Schematics in Native Format filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Attachments: # 1 Affidavit)(Elman, Jeremy) (Entered: 06/05/2015) |
| 06/05/2015 | 138 | RESPONSE in Opposition re 132 MOTION to Compel Production of Qualcomm and Samsung Schematics in Native Format *(Public Version)* filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Affidavit Matthew J. Brigham, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Affidavit Gina Marrello)(Brigham, Matthew) (Entered: 06/05/2015) |
| 06/05/2015 | 139 | Unopposed MOTION for leave to file under seal *Relating to Docket # 138* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) (Entered: 06/05/2015) |
| 06/08/2015 | 140 | MOTION for leave to file Response to Sur Reply by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Elman, Jeremy) (Entered: 06/08/2015) |
| 06/08/2015 | 141 | **ENDORSED ORDER denying without prejudice 139 Motion to Seal unredacted copy of Marello declaration, Exhibits D and F to Brigham declaration and Qualcomm's opposition to motion to compel. The motion to seal does not provide evidence supporting Qualcomm's assertion that all of the information it wishes to file under seal is confidential and proprietary information which, if made public, would cause Qualcomm substantial competitive harm in the marketplace. Cf. Lockheed Martin Corp. v. Boeing Corp., No. 6:03-cv-796-Orl-28KRS, 2005 WL 5278461, at * 2 (M.D. Fla. Jan. 26, 2005)(discussing showing that must be made to warrant protection of commercial information that has economic value from not being gnerally known). It is ORDERED that Qualcomm shall file a renewed motion to seal supported by evidence of the need for filing information under seal or an unredacted response to the motion to compel on or before June 12, 2015.** |

| | | Signed by Magistrate Judge Karla R. Spaulding on 6/8/2015. (Spaulding, Karla) (Entered: 06/08/2015) |
|---|---|---|
| 06/09/2015 | 142 | MEMORANDUM in Opposition re 140 MOTION for leave to file Response to Sur Reply filed by ParkerVision, Inc.. (Bolling, James) Text modified on 6/10/2015 (RDO). (Entered: 06/09/2015) |
| 06/11/2015 | 143 | **ENDORSED ORDER granting 136 Joint Motion to Modify Scheduling Order. Defendants' shall file their opening claim construction brief on or before June 15, 2015. Plaintiff shall respond to Defendants' opening brief on or before July 15, 2015. Per the parties' stipulation, each brief shall be limited to ten (10) pages. An Amended Case Management and Scheduling Order will follow. Signed by Judge Paul G. Byron on 6/11/2015. (SEN)** (Entered: 06/11/2015) |
| 06/11/2015 | 144 | **ENDORSED ORDER denying 140 Defendant's Motion for Leave to File Response to Plaintiff's Sur-Reply. Signed by Judge Paul G. Byron on 6/11/2015. (SEN)** (Entered: 06/11/2015) |
| 06/12/2015 | 145 | Consent MOTION for Puneet Kohli to appear pro hac vice by ParkerVision, Inc.. (Bolling, James) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 06/12/2015) |
| 06/12/2015 | 146 | Unopposed MOTION for leave to file under seal *Renewed Motion to Seal Materials Related to Docket No. 138* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Affidavit of Gina Marrello iso Renewed Motion to Seal)(Brigham, Matthew) (Entered: 06/12/2015) |
| 06/15/2015 | 147 | **ORDER granting 145 motion to appear pro hac vice. Signed by Magistrate Judge Karla R. Spaulding on 6/15/2015. ctp (KKA)** (Entered: 06/15/2015) |
| 06/15/2015 | 148 | Claim Construction Brief by ParkerVision, Inc.. (Attachments: # 1 Declaration of Mario Apreotesi, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15)(Cawley, Douglas) Modified on 6/16/2015 (RDO). (Entered: 06/15/2015) |
| 06/15/2015 | 149 | DEFENDANTS' BRIEF REGARDING INDEFINITENESS OF CLAIMS 24 AND 26 OF THE '116 PATENT AND CLAIMS 5 AND 7-12 OF THE '177 PATENT by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit A)(Brigham, Matthew) Modified on 6/16/2015 (RDO). (Entered: 06/15/2015) |
| 06/16/2015 | 150 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Puneet Kohli, appearing on behalf of ParkerVision, Inc. (Filing fee $150 receipt number ORL-44704.) Related document: 145 Consent MOTION for Puneet Kohli to appear pro hac vice. (MAA) (MAA). (Entered: 06/16/2015) |
| 06/17/2015 | 151 | **ENDORSED ORDER granting 146 Motion to file unredacted response and certain exhibits under seal. After review of the documents, the Court may require that some or all of the information filed under seal be filed in the public record. Counsel for movant should provide paper copies of the documents filed under seal to the Office of the Clerk of Court, in a sealed envelope, for delivery to my chambers. Signed by Magistrate Judge Karla R. Spaulding on 6/17/2015. (Spaulding, Karla)** (Entered: 06/17/2015) |
| 06/23/2015 | 152 | Joint MOTION to allow electronic equipment, specifically *laptop computers, external hard drive, ancillary power supplies, cables, connectors, projector, and portable display screen* by ParkerVision, Inc.. (Cawley, Douglas) (Entered: 06/23/2015) |

| 06/24/2015 | 153 | Joint MOTION to allow electronic equipment, specifically Laptop, Cell Phones, external hard drive, ancillary power supplies, cables, connectors, projectors, screens *to Technology Tutorial Conference* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Grimm, Courtney) (Entered: 06/24/2015) |
|---|---|---|
| 06/25/2015 | 158 | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Eamonn Gardner, appearing on behalf of QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Filing fee $150 receipt number JAX016700.). (LAW) (MAA). (Entered: 06/25/2015) |
| 06/25/2015 | 154 | Unopposed MOTION for Eamonn Gardner to appear pro hac vice by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (DeVault, John) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 06/25/2015) |
| 06/26/2015 | 155 | **ORDER granting 152 Motion to allow electronic equipment; granting 153 Motion to allow electronic equipment. Signed by Judge Paul G. Byron on 6/26/2015. (MMW)** (Entered: 06/26/2015) |
| 06/26/2015 | 156 | **ENDORSED ORDER granting 154 motion to appear pro hac vice. Signed by Judge Paul G. Byron on 6/26/2015. (MMW)** (Entered: 06/26/2015) |
| 06/29/2015 | 157 | Minute Entry (TECHNICAL TUTORIAL) Proceedings held before Judge Paul G. Byron on 6/29/2015. Court Reporter: Koretta Stanford (NBL) (Entered: 06/29/2015) |
| 07/02/2015 | 159 | **ORDER and NOTICE OF HEARING on 132 MOTION to Compel Production of Qualcomm and Samsung Schematics in Native Format. Motion Hearing set for 7/22/2015 at 09:30 AM in Orlando Courtroom 5 D before Magistrate Judge Karla R. Spaulding. Signed by Magistrate Judge Karla R. Spaulding on 7/1/2015. (LAK)** (Entered: 07/02/2015) |
| 07/03/2015 | 160 | MOTION to Compel *Interrogatory Answers from Defendants Qualcomm, Samsung, and HTC* by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Budwin, Joshua) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 07/03/2015) |
| 07/03/2015 | 161 | MOTION for leave to file under seal *Relating to Docket # 160* by ParkerVision, Inc.. (Attachments: # 1 Exhibit A)(Budwin, Joshua) (Entered: 07/03/2015) |
| 07/07/2015 | 162 | **ENDORSED ORDER requiring Defendants to file evidence in opposition to the motion to de-designate 161 sufficient to establish that all of the information in their respective responses to the interrogatories at issue are entitled to confidential treatment under governing law. Signed by Magistrate Judge Karla R. Spaulding on 7/7/2015. (Spaulding, Karla)** (Entered: 07/07/2015) |
| 07/08/2015 | 163 | **ORDER and NOTICE OF HEARING on 160 MOTION to Compel and 161 MOTION for leave to file under seal. Hearing set for 7/22/2015 at 01:30 PM in Orlando Courtroom 5 D before Magistrate Judge Karla R. Spaulding. Signed by Magistrate Judge Karla R. Spaulding on 7/8/2015. (LAK)** (Entered: 07/08/2015) |
| 07/09/2015 | 164 | Joint MOTION to Reschedule Hearing on Plaintiff Parkervision, Inc.'s Motions to Compel *(Doc. Nos. 132 and 160)* by all parties. (Brigham, Matthew) Motions referred to Magistrate Judge Karla R. Spaulding. Modified on 7/10/2015 (RDO). (Entered: 07/09/2015) |
| 07/10/2015 | 165 | **ORDER granting 164 Motion to Reschedule Hearing on Plaintiff Parkervision, Inc.'s Motion to Compel Interrogatory Answers (Doc. No. 160) and Motion for** |

| | | |
|---|---|---|
| | | **Leave to file under seal (Doc. No. 161)hearing rescheduled to 8/13/15 at 1:30 PM in Courtroom 5D. The hearing on the motion to compel certain defendants to produce information in native format is rescheduled to Friday, August 14, 2015 at 9:30 AM in Courtroom 5D signed by Magistrate Judge Karla R. Spaulding on 7/10/2015. (AKJ)** Modified on 7/10/2015 (AKJ). (Entered: 07/10/2015) |
| 07/10/2015 | | Set/reset hearings: Motion Hearing set for 8/13/2015 at01:30 PM in Orlando Courtroom 5 D before Magistrate Judge Karla R. Spaulding., Motion Hearing set for 8/14/2015 at09:30 AM in Orlando Courtroom 5 D before Magistrate Judge Karla R. Spaulding. (AKJ) (Entered: 07/10/2015) |
| 07/10/2015 | | Sealed Document S-166. (MAA) (Entered: 07/10/2015) |
| 07/13/2015 | | Set/reset deadlines/hearings: Motion Hearing (Doc. No. 160 and Doc. No. 161) set for 8/13/2015 at 01:30 PM in Orlando Courtroom 5 D before Magistrate Judge Karla R. Spaulding. (ECJ) (Entered: 07/13/2015) |
| 07/13/2015 | | Set/reset deadlines/hearings: Motion Hearing (Doc. No. 132) set for 8/14/2015 at 09:30 AM in Orlando Courtroom 5 D before Magistrate Judge Karla R. Spaulding. (ECJ) (Entered: 07/13/2015) |
| 07/14/2015 | 167 | Unopposed MOTION to extend time to July 27, 2015 *for Defendants' Response to Motion to Compel (Doc. No. 160) and Motion for Leave to File Under Seal (Doc No. 161)* by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated. (Brigham, Matthew) Motions referred to Magistrate Judge Karla R. Spaulding. Modified on 7/15/2015 (LAK). (Entered: 07/14/2015) |
| 07/15/2015 | | Set/reset hearings: Claim Construction Hearing set for 8/12/2015 at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. (Pursuant to the Case Management and Scheduling Order, Doc. 92) *(Hearing deadline being re-entered into the system, as it had been somehow deleted in error) (NBL) (Entered: 07/15/2015) |
| 07/15/2015 | 168 | **ORDER granting 167 Motion for Extension of Time to File Response to 160 MOTION to Compel and 161 MOTION for leave to file under seal. Responses due by 7/27/2015. Signed by Magistrate Judge Karla R. Spaulding on 7/15/2015. (LAK)** (Entered: 07/15/2015) |
| 07/15/2015 | 169 | Unopposed MOTION to modify Order and Notice of Hearing (Doc No. 159) by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Elman, Jeremy) (Entered: 07/15/2015) |
| 07/15/2015 | 170 | RESPONSE to Motion re 149 MOTION for miscellaneous relief, specifically DEFENDANTS' BRIEF REGARDING INDEFINITENESS OF CLAIMS 24 AND 26 OF THE '116 PATENT AND CLAIMS 5 AND 7-12 OF THE '177 PATENT filed by ParkerVision, Inc.. (Cawley, Douglas) (Entered: 07/15/2015) |
| 07/15/2015 | 171 | DEFENDANT'S BRIEF re 148 MOTION for miscellaneous relief, specifically *ParkerVision, Inc.'s Claim Construction Brief ,* filed by QUALCOMM Incorporated. (Attachments: # 1 Affidavit Dec in Support of Defs. Brief, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10)(Teter, Timothy) (Entered: 07/15/2015) |
| 07/16/2015 | 172 | **ENDORSED ORDER granting 169 Motion to modify. Samsung need not have a technical ESI expert appear in person at the hearing. Signed by Magistrate Judge Karla R. Spaulding on 7/16/2015. (Spaulding, Karla)** (Entered: 07/16/2015) |
| 07/22/2015 | 173 | STATUS report *re Joint Pre-Hearing Statement* by ParkerVision, Inc.. (Attachments: # 1 Appendix A, # 2 Appendix B)(Cawley, Douglas) (Entered: 07/22/2015) |

| 07/24/2015 | 174 | MOTION for miscellaneous relief, specifically Motion to Construe in View of Change in Fed. Cir. Authority by All Defendants. (Attachments: # 1 Affidavit of Timothy S. Teter iso Motion to Construe, # 2 Exhibit 1 to Teter Dec.)(Teter, Timothy) (Entered: 07/24/2015) |
|---|---|---|
| 07/24/2015 | 175 | MOTION to Compel ParkerVision to Respond to Interrogatory No. 7 by All Defendants. (Attachments: # 1 Affidavit of Matthew J. Brigham iso Motion to Compel, # 2 Exhibit 1 to Brigham Dec., # 3 Exhibit 2 to Brigham Dec., # 4 Exhibit 3 to Brigham Dec., # 5 Exhibit 4 to Brigham Dec., # 6 Exhibit 5 to Brigham Dec., # 7 Exhibit 6 to Brigham Dec., # 8 Exhibit 7 to Brigham Dec., # 9 Exhibit 8 to Brigham Dec., # 10 Exhibit 9 to Brigham Dec.)(Teter, Timothy) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 07/24/2015) |
| 07/27/2015 | 176 | **ENDORSED ORDER requiring parties who object to discovery based on privileges or protections to comply with my Standing Order on Privilege Logs, www.flmd.uscourts.gov -- Judicial Info -- Magistrate Judge Spaulding -- Standing Orders. Signed by Magistrate Judge Karla R. Spaulding on 7/27/2015. (Spaulding, Karla)** (Entered: 07/27/2015) |
| 07/27/2015 | 177 | RESPONSE in Opposition re 160 MOTION to Compel *Interrogatory Answers from Defendants Qualcomm, Samsung, and HTC* filed by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc., Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Brigham, Matthew) (Entered: 07/27/2015) |
| 07/27/2015 | 178 | STIPULATION to Resolve 161 MOTION for leave to file under seal by all parties. (Brigham, Matthew) Modified on 7/28/2015 (RDO). (Entered: 07/27/2015) |
| 07/27/2015 | 179 | RESPONSE to Motion re 161 MOTION for leave to file under seal *Relating to Docket # 160* filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) (Entered: 07/27/2015) |
| 07/27/2015 | 180 | RESPONSE to Motion re 161 MOTION for leave to file under seal *Relating to Docket # 160 HTC's Response to ParkerVision's Motion to Seal* filed by HTC America, Inc., HTC Corporation. (Brigham, Matthew) (Entered: 07/27/2015) |
| 07/27/2015 | 181 | RESPONSE to Motion re 161 MOTION for leave to file under seal *Relating to Docket # 160* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Elman, Jeremy) (Entered: 07/27/2015) |
| 07/28/2015 | 182 | MOTION to Compel Interrogatory Answers *from Defendants Qualcomm, Samsung, and HTC REFILED PURSUANT TO STIPULATION AT DKT 178* by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Budwin, Joshua) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 07/28/2015) |
| 07/29/2015 | 183 | **ORDER denying as moot 160 Motion to Compel Interrogatory Answers from Defendants Qualcomm, Samsung, and HTC ; denying as moot 161 Motion to Seal Parkervision's Motion to Compel Interrogatory Answers from Defendants Qualcomm, Samsung, and HTC. Signed by Magistrate Judge Karla R. Spaulding on 7/29/2015. (ECJ)** (Entered: 07/29/2015) |
| 08/04/2015 | 184 | Joint MOTION to allow electronic equipment, specifically cell phones, laptop computers, tablet, monitor, computer speakers, external hard drive, ancillary power |

| | | supplies, cables, and connectors by ParkerVision, Inc.. (Cawley, Douglas) (Entered: 08/04/2015) |
|---|---|---|
| 08/06/2015 | 185 | **ORDER granting in part and denying in part 184 Joint Motion for Leave to Bring Electronic Equipment to Hearings. Signed by Judge Paul G. Byron on 8/6/2015. (SEN)** (Entered: 08/06/2015) |
| 08/06/2015 | 186 | Joint MOTION to allow electronic equipment, specifically cell phones, monitors, projectors, screens, laptop and tablet computers (including ancillary power supplies, cables, and peripheral devices) by ParkerVision, Inc.. (Cawley, Douglas) (Entered: 08/06/2015) |
| 08/07/2015 | 187 | **ORDER granting in part and denying in part 186 Motion to allow electronic equipment. Signed by Magistrate Judge Karla R. Spaulding on 8/7/2015. (LAK)** (Entered: 08/07/2015) |
| 08/10/2015 | 188 | TRANSCRIPT of Technical Tutorial held on 6/29/15 before Judge Paul G. Byron. Court Reporter/Transcriber Koretta Stanford, Telephone number 407-872-1715 or skoretta@bellsouth.net. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 8/31/2015, Redacted Transcript Deadline set for 9/10/2015, Release of Transcript Restriction set for 11/9/2015. (KS) (Entered: 08/10/2015) |
| 08/10/2015 | 189 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT, Doc. 188. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Koretta Stanford. (KS) (Entered: 08/10/2015) |
| 08/10/2015 | 190 | Joint MOTION to allow electronic equipment, specifically cell phones, monitors, projectors, screens, computer speakers, laptop and tablet computers (including ancillary power supplies, cables, connectors, and peripheral devices) by ParkerVision, Inc.. (Cawley, Douglas) (Entered: 08/10/2015) |
| 08/10/2015 | 191 | RESPONSE in Opposition re 175 MOTION to Compel ParkerVision to Respond to Interrogatory No. 7 filed by ParkerVision, Inc.. (Budwin, Joshua) (Entered: 08/10/2015) |
| 08/10/2015 | 192 | RESPONSE to Motion re 174 MOTION for miscellaneous relief, specifically Motion to Construe in View of Change in Fed. Cir. Authority filed by ParkerVision, Inc.. (Attachments: # 1 Affidavit Declaration of Kat Li, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Cawley, Douglas) (Entered: 08/10/2015) |
| 08/10/2015 | 193 | STIPULATION *Regarding Motions to Seal* re 165 Order on Motion for Miscellaneous Relief by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Elman, Jeremy) Modified on 8/11/2015 (MAA). (Entered: 08/10/2015) |
| 08/11/2015 | 194 | **ORDER denying 108 Defendant Samsung's Motion to Strike Plaintiff ParkerVision, Inc.'s Infringement Contentions Regarding Non-Qualcomm Based Samsung Products. Signed by Judge Paul G. Byron on 8/11/2015. (SEN)** (Entered: 08/11/2015) |

| 08/11/2015 | 195 | **ORDER granting 190 Motion to allow electronic equipment to the 8/13/15 and 8/14/15 hearings. Signed by Magistrate Judge Karla R. Spaulding on 8/11/2015. (LAK)** (Entered: 08/11/2015) |
| --- | --- | --- |
| 08/11/2015 | 196 | NOTICE of supplemental authority re 171 Brief - Defendant, 127 Response in Opposition to Motion by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc., Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Attachments: # 1 Exhibit A to Notice of Supplemental Authority)(Brigham, Matthew) (Entered: 08/11/2015) |
| 08/11/2015 | 197 | NOTICE of supplemental authority re 175 MOTION to Compel ParkerVision to Respond to Interrogatory No. 7 , 138 Response in Opposition to Motion by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc., Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Attachments: # 1 Exhibit A to Notice of Supplemental Authority)(Brigham, Matthew) (Entered: 08/11/2015) |
| 08/12/2015 | 198 | Minute Entry (CLAIM CONSTRUCTION HEARING) Proceedings held before Judge Paul G. Byron on 8/12/2015. Written Order to follow. Court Reporter: Amie First (NBL) (Entered: 08/12/2015) |
| 08/13/2015 | 199 | **ENDORSED ORDER taking under advisement 112 Plaintiff's Motion to Limit the Number of Asserted Patent Claims and Prior Art References for the reasons stated on the record at the August 12, 2015 hearing. Signed by Judge Paul G. Byron on 8/13/2015. (SEN)** (Entered: 08/13/2015) |
| 08/13/2015 | 200 | Minute Entry. Proceedings held before Magistrate Judge Karla R. Spaulding: MOTION HEARING held on 8/13/2015 re 182 MOTION to Compel Interrogatory Answers *from Defendants Qualcomm, Samsung, and HTC REFILED PURSUANT TO STIPULATION AT DKT 178* filed by ParkerVision, Inc.. Court Reporter: Amie First (ECJ) (ECJ). (Entered: 08/13/2015) |
| 08/14/2015 | 202 | **ORDER granting in part and denying in part 182 Motion to compel interrogatories. Signed by Magistrate Judge Karla R. Spaulding on 8/13/2015. (LAK)** (Entered: 08/14/2015) |
| 08/14/2015 | 204 | Minute Entry. Proceedings held before Magistrate Judge Karla R. Spaulding: MOTION HEARING held on 8/14/2015 re 132 MOTION to Compel Production of Qualcomm and Samsung Schematics in Native Format filed by ParkerVision, Inc. Court Reporter: Amie First (ECJ) (Entered: 08/14/2015) |
| 08/14/2015 | 206 | **ORDER denying without prejudice 132 Motion to compel production of schematics. Signed by Magistrate Judge Karla R. Spaulding on 8/14/2015. (LAK)** (Entered: 08/14/2015) |
| 08/14/2015 | | Sealed Document S-203. (MAA) (Entered: 08/17/2015) |
| 08/17/2015 | 207 | **ORDER granting in part and denying in part 175 Motion to compel responses. Signed by Magistrate Judge Karla R. Spaulding on 8/17/2015. (LAK)** (Entered: 08/17/2015) |
| 08/21/2015 | 208 | *Defendants' Notice Regarding "Conditioned Information Signals" Construction* by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc., Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Brigham, Matthew) Modified on 8/24/2015 (MAA). (Entered: 08/21/2015) |

| 08/24/2015 | 209 | STIPULATION *Joint Stipulation Regarding the Agreed Construction of "Dynamically Varied Based on a Measurement of One of More Circuit Parameters Using Digital Circuitry" ('116 Patent)* by ParkerVision, Inc.. (Cawley, Douglas) (Entered: 08/24/2015) |
|---|---|---|
| 08/24/2015 | 210 | NOTICE by ParkerVision, Inc. *Regarding Construction of "Conditioned Information Signal"* (Cawley, Douglas) (Entered: 08/24/2015) |
| 08/27/2015 | 211 | TRANSCRIPT of Claims Construction Hearing held on 8-12-15 before Judge Paul G. Byron. Court Reporter Amie R. First, RDR, CRR, AmieFirst.CourtReporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 9/17/2015, Redacted Transcript Deadline set for 9/28/2015, Release of Transcript Restriction set for 11/25/2015. (ARF) (Entered: 08/27/2015) |
| 08/27/2015 | 212 | TRANSCRIPT of Motion Hearing held on 8-13-15 before Judge Karla R. Spaulding. Court Reporter Amie R. First, RDR, CRR, AmieFirst.CourtReporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 9/17/2015, Redacted Transcript Deadline set for 9/28/2015, Release of Transcript Restriction set for 11/25/2015. (ARF) (Entered: 08/27/2015) |
| 08/27/2015 | 213 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Amie First. (ARF) (Entered: 08/27/2015) |
| 08/28/2015 | | Sealed Document S-214. (LAK) (Entered: 08/28/2015) |
| 09/18/2015 | 215 | JOINT STATEMENT Regarding Williamson Briefing and Proposed Procedure to Address Impact of ParkerVision I by HTC Corporation, HTC America, Inc., QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 A1-Defendants' Williamson Brief, # 2 A2-Razavi Declaration, # 3 A3-Teter Declaration, # 4 A4-Exhibit 1, # 5 A5-Exhibit 2, # 6 A6-Exhibit 3, # 7 A7-Exhibit 4)(Teter, Timothy) Text modified on 9/21/2015 (RDO). (Entered: 09/18/2015) |
| 09/21/2015 | 216 | CORRECTED JOINT STATEMENT Regarding Requested Williamson Briefing and Proposed Procedure to Address Impact of ParkerVision I (previously filed at dkt. no. 215) by HTC Corporation, HTC America, Inc., QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 A1-Defendants' Williamson Brief, # 2 A2-Razavi Declaration, # 3 A3-Teter Declaration, # 4 A4-Exhibit 1, # 5 A5-Exhibit 2, # 6 A6-Exhibit 3, # 7 A7-Exhibit 4)(Teter, Timothy) Modified on 9/22/2015 (RDO). (Entered: 09/21/2015) |
| 09/25/2015 | 217 | MOTION to Sever *and*, MOTION to stay *Receiver Patents and Claims Pending Appeal* by ParkerVision, Inc.. (Budwin, Joshua) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 09/25/2015) |
| 09/28/2015 | 218 | MOTION to Sever *and*, MOTION to stay re 217 MOTION to Sever *and* MOTION to stay *Receiver Patents and Claims Pending Appeal CORRECTED* by ParkerVision, |

| | | |
|---|---|---|
| | | Inc.. (Budwin, Joshua) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 09/28/2015) |
| 10/01/2015 | 219 | NOTICE of pendency of related cases per Local Rule 1.04(d) by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. Related case(s): no (Teter, Timothy) (Entered: 10/01/2015) |
| 10/02/2015 | 220 | NOTICE by ParkerVision, Inc. *of Filing Federal Circuit Opinion* (Attachments: # 1 Attachment - Federal Circuit Opinion)(Bolling, James) (Entered: 10/02/2015) |
| 10/05/2015 | 221 | RESPONSE re 215 Joint Statement *Att A-1, Defendants' Brief on Williamson Terms* filed by ParkerVision, Inc.. (Attachments: # 1 Declaration of Kathy H. Li, # 2 Exhibit 1 to Declaration of Kathy H. Li, # 3 Exhibit 2 to Declaration of Kathy H. Li, # 4 Exhibit 3 to Declaration of Kathy H. Li, # 5 Declaration of H. Clark Bell, # 6 Exhibit 1 to Declaration of H. Clark Bell, # 7 Exhibit 2 to Declaration of H. Clark Bell, # 8 Exhibit 3 to Declaration of H. Clark Bell, # 9 Exhibit 4 to Declaration of H. Clark Bell, # 10 Exhibit 5 to Declaration of H. Clark Bell, # 11 Exhibit 6 to Declaration of H. Clark Bell, # 12 Exhibit 7 to Declaration of H. Clark Bell, # 13 Exhibit 8 to Declaration of H. Clark Bell, # 14 Exhibit 9 to Declaration of H. Clark Bell, # 15 Exhibit 10 to Declaration of H. Clark Bell, # 16 Exhibit 11 to Declaration of H. Clark Bell)(Budwin, Joshua) Text modified on 10/6/2015 (RDO). (Entered: 10/05/2015) |
| 10/06/2015 | 222 | Joint MOTION to Amend/Correct 92 Case management and scheduling order by ParkerVision, Inc.. (Bolling, James) (Entered: 10/06/2015) |
| 10/07/2015 | 223 | **ENDORSED ORDER granting 222 motion to amend/correct. The Clerk is DIRECTED to see motion for new deadlines. Signed by Judge Paul G. Byron on 10/7/2015. (MMW)** (Entered: 10/07/2015) |
| 10/08/2015 | | Set/reset scheduling order deadlines: Discovery due by 3/18/2016 (RDO) (Entered: 10/08/2015) |
| 10/09/2015 | 224 | RESPONSE in Opposition re 218 MOTION to Sever *and* MOTION to stay re 217 MOTION to Sever *and* MOTION to stay *Receiver Patents and Claims Pending Appeal CORRECTED* filed by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc., Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Attachments: # 1 Exhibit A)(Teter, Timothy) (Entered: 10/09/2015) |
| 11/09/2015 | 225 | MOTION to Compel *Samsung to Produce Documents* by ParkerVision, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H)(Cawley, Douglas) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 11/09/2015) |
| 11/27/2015 | 226 | RESPONSE in Opposition re 225 MOTION to Compel *Samsung to Produce Documents* filed by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Attachments: # 1 Affidavit) (Elman, Jeremy) (Entered: 11/27/2015) |
| 11/30/2015 | 227 | **ORDER. The parties shall conduct a good-faith conference in an effort to resolve any remaining disputes concerning 225 MOTION to compel by 12/9/15. It is further ORDERED that, on or before 12/14/15 ParkerVision shall file a supplemental brief stating which, if any, any issues raised in the motion to compel were resolved. Signed by Magistrate Judge Karla R. Spaulding on 1/30/2015. (LAK)** (Entered: 11/30/2015) |
| 12/03/2015 | 228 | JOINT MOTION to Dismiss Certain Claims and Covenant Not to Sue by all parties. (Cawley, Douglas) Modified on 12/4/2015 (RDO). (Entered: 12/03/2015) |

| | | |
|---|---|---|
| 12/10/2015 | 229 | MOTION to Amend/Correct *the Case Management and Scheduling Order and Request for Expedited Briefing* by ParkerVision, Inc.. (Cawley, Douglas) Modified on 12/11/2015 (MAA). (Entered: 12/10/2015) |
| 12/11/2015 | | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Erin C. Trenda, appearing on behalf of HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Filing fee $150 receipt number JAX018541.). (TSW) (Entered: 12/11/2015) |
| 12/11/2015 | 230 | Unopposed MOTION for Erin C. Trenda to appear pro hac vice by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (DeVault, John) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 12/11/2015) |
| 12/11/2015 | | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Erin C. Trenda, appearing on behalf of HTC America, Inc., QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Filing fee $150 receipt number Jax-18541.) Related document: 230 Unopposed MOTION for Erin C. Trenda to appear pro hac vice. (MAA) (Entered: 12/15/2015) |
| 12/14/2015 | 231 | **ORDER granting 230 motion for Erin C. Trenda to appear pro hac vice. Signed by Magistrate Judge Karla R. Spaulding on 12/11/2015. (LAK)** (Entered: 12/14/2015) |
| 12/14/2015 | 232 | PLAINTIFF'S BRIEF re 225 MOTION to Compel *Samsung to Produce Documents* filed by ParkerVision, Inc.. (Attachments: # 1 Exhibit A)(Cawley, Douglas) (Entered: 12/14/2015) |
| 12/15/2015 | 233 | Unopposed MOTION for leave to file Response to Plaintiff's Brief by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC. (Elman, Jeremy) (Entered: 12/15/2015) |
| 12/15/2015 | 234 | **ORDER and NOTICE OF HEARING on 225 MOTION to Compel *Samsung to Produce Documents* : Motion Hearing set for 12/18/2015 at 09:30 AM in Orlando Courtroom 5 D before Magistrate Judge Karla R. Spaulding. Signed by Magistrate Judge Karla R. Spaulding on 12/15/2015. (LAK)** (Entered: 12/15/2015) |
| 12/15/2015 | 235 | **ENDORSED ORDER denying 233 Motion for Leave to File a Reply Memorandum. A hearing on the motion to compel has been noticed. Signed by Magistrate Judge Karla R. Spaulding on 12/15/2015. (Spaulding, Karla)** (Entered: 12/15/2015) |
| 12/16/2015 | 236 | **ENDORSED ORDER redesignating this case to Track 3. The Clerk is DIRECTED to redesignate this case to a Track 3. Signed by Judge Paul G. Byron on 12/16/2015. (MMW)** (Entered: 12/16/2015) |
| 12/16/2015 | 237 | **NOTICE OF RE-DESIGNATION AS TRACK THREE CASE under Local Rule 3.05. Signed by Judge Paul G. Byron on 12/16/2015. (NBL) copies e-mailed** (Entered: 12/16/2015) |
| 12/16/2015 | 238 | Joint MOTION to allow electronic equipment, specifically laptops, ancillary power supplies, cables, connectors and cell phones by ParkerVision, Inc.. (Cawley, Douglas) (Entered: 12/16/2015) |
| 12/16/2015 | 239 | **ORDER granting 229 ParkerVision's Motion to Amend the Case Management and Scheduling Order. Signed by Judge Paul G. Byron on 12/16/2015. (SEN)** (Entered: 12/16/2015) |
| 12/16/2015 | | Set/reset scheduling order deadlines: Discovery due by 6/17/2016, Dispositive motions due by 7/15/2016, Pretrial statement due by 9/16/2016, All other motions due by |

| | | 9/30/2016, Final Pretrial Conference set for 10/18/2016 at 03:00 PM in Orlando Courtroom 4 B before Judge Paul G. Byron, Jury Trial set for 11/1/2016 at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron., Conduct mediation hearing by 5/27/2016. Lead counsel to coordinate dates. (MAA) (Entered: 12/17/2015) |
|---|---|---|
| 12/17/2015 | 240 | **ENDORSED ORDER denying 238 Motion to allow electronic equipment in the courthouse. A powerpoint presentation will not assist the Court in resolving the motion to compel. Counsel may bring personal electronic devices into the courthouse as permitted by the General Order, Case No. 6:13-mc-94-Orl-22. Signed by Magistrate Judge Karla R. Spaulding on 12/17/2015. (Spaulding, Karla)** (Entered: 12/17/2015) |
| 12/17/2015 | 241 | JOINT NOTICE Resolving Parkervision's Motion to Compel by Samsung Electronics America, Inc., Samsung Electronics Co., LTD., Samsung Telecommunications America, LLC re 234 Order Setting Hearing on Motion (Attachments: # 1 Exhibit) (Elman, Jeremy) Modified on 12/18/2015 (RDO). (Entered: 12/17/2015) |
| 12/17/2015 | 242 | **ENDORSED ORDER denying as moot 225 Motion to Compel production of discovery. The hearing on the motion, which is scheduled for December 18, 2015, is CANCELED. Signed by Magistrate Judge Karla R. Spaulding on 12/17/2015. (Spaulding, Karla)** (Entered: 12/17/2015) |
| 12/17/2015 | 243 | Unopposed MOTION for Lam K. Nguyen to appear pro hac vice by HTC America, Inc., HTC Corporation. (DeVault, John) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 12/17/2015) |
| 12/17/2015 | | ***PRO HAC VICE FEES paid and Special Admission Attorney Certification Form filed by attorney Lam K. Nguyen, appearing on behalf of HTC America, Inc., HTC Corporation (Filing fee $150 receipt number JAX018595.) Related document: 243 Unopposed MOTION for Lam K. Nguyen to appear pro hac vice. (DLC) (Entered: 12/17/2015) |
| 12/17/2015 | 244 | **ORDER granting 243 motion to appear pro hac vice. Signed by Magistrate Judge Karla R. Spaulding on 12/17/2015. (Spaulding, Karla)** (Entered: 12/17/2015) |
| 12/22/2015 | 245 | NOTICE of pendency of related cases per Local Rule 1.04(d) by ParkerVision, Inc.. Related case(s): yes (Cawley, Douglas) (Entered: 12/22/2015) |
| 01/05/2016 | 246 | **ORDER granting 228 Joint Motion to Dismiss Certain Claims and Covenant Not to Sue. Signed by Judge Paul G. Byron on 1/5/2016. (SEN)** (Entered: 01/05/2016) |
| 01/07/2016 | 247 | Unopposed MOTION to Amend/Correct 246 Order on motion to dismiss by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Text of Proposed Order)(Brigham, Matthew) (Entered: 01/07/2016) |
| 01/15/2016 | 248 | **ORDER granting 247 Defendants' Unopposed Motion to Amend Order. Signed by Judge Paul G. Byron on 1/15/2016. (SEN)** (Entered: 01/15/2016) |
| 02/03/2016 | 249 | Joint MOTION to stay by all parties. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Teter, Timothy) Modified on 2/4/2016 (RDO). (Entered: 02/03/2016) |
| 02/04/2016 | 250 | **ORDER granting 249 the parties' Joint Motion to Stay. This case is stayed. The Clerk of Court is directed to administratively close the file. Signed by Judge Paul G. Byron on 2/4/2016. (SEN)** (Entered: 02/04/2016) |
| 05/04/2016 | 251 | Joint STATUS report by ParkerVision, Inc. (Cawley, Douglas) Modified on 5/4/2016 (LMM). (Entered: 05/04/2016) |

| 05/04/2016 | 252 | EXHIBIT A to 251 Joint Status Report by ParkerVision, Inc. (Cawley, Douglas) Modified on 5/5/2016 (LMM). (Entered: 05/04/2016) |
|---|---|---|
| 05/05/2016 | 253 | Unopposed MOTION for Mario Apreotesi to withdraw as attorney *and Termination of Electronic Notices* by ParkerVision, Inc.. (Cawley, Douglas) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 05/05/2016) |
| 05/09/2016 | 254 | **ORDER granting 253 Motion to Withdraw as Attorney. Signed by Magistrate Judge Karla R. Spaulding on 5/9/2016. (LMM)** (Entered: 05/09/2016) |
| 07/22/2016 | 255 | STIPULATION of Dismissal *Without Prejudice as to the Samsung Defendants Only* by ParkerVision, Inc.. (Cawley, Douglas) (Entered: 07/22/2016) |
| 07/25/2016 | 256 | **ORDER re 255 Stipulation of Dismissal without Prejudice filed by ParkerVision, Inc.. the Clerk is DIRECTED to TERMINATE Samsung Electronics Co., Ltd., Samsung Electronics America, Inc., and Samsung Telecommunications America, LLC. Signed by Judge Paul G. Byron on 7/25/2016. (MMW)** (Entered: 07/25/2016) |
| 08/01/2016 | 257 | Joint STATUS report by ParkerVision, Inc. (Cawley, Douglas) Modified on 8/2/2016 (LMM). (Entered: 08/01/2016) |
| 08/02/2016 | 258 | **ORDER re 257 Status report filed by ParkerVision, Inc.. The parties are DISCHARGED from the obligation to file joint status report every ninety (90) days. The parties are now DIRECTED to file a joint status report advising the Court of the Commission's investigation following the target completion date of April 21, 2017. The status report is due on or before May 2, 2017. Signed by Judge Paul G. Byron on 8/2/2016. (MMW)** (Entered: 08/02/2016) |
| 08/03/2016 | | Set/reset deadlines/hearings: Status Report due by 5/2/2017. (LMM) (Entered: 08/03/2016) |
| 08/19/2016 | 259 | Unopposed MOTION for Courtney K. Grimm to withdraw as attorney by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (DeVault, John) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 08/19/2016) |
| 08/19/2016 | 260 | **ORDER granting 259 Unopposed Motion for Withdrawal of Counsel. Signed by Magistrate Judge Karla R. Spaulding on 8/19/2016. (LMM)** (Entered: 08/19/2016) |
| 10/11/2016 | 261 | NOTICE cancelling Final Pretrial Conference scheduled for October 18, 2016 at 3:00 pm and the jury trial scheduled for the NOVEMBER 2016 trial term. (NBL) copies e-mailed (Entered: 10/11/2016) |
| 01/24/2017 | 262 | MOTION for Timothy S. Teter to withdraw as attorney by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 01/24/2017) |
| 01/24/2017 | 263 | **ORDER granting 262 Motion for withdrawal of counsel. Signed by Magistrate Judge Karla R. Spaulding on 1/24/2017. (LMM)** (Entered: 01/24/2017) |
| 05/02/2017 | 264 | JOINT STATUS report by ParkerVision, Inc.. (Cawley, Douglas) Modified on 5/3/2017 (DMA). (Entered: 05/02/2017) |
| 05/24/2017 | 265 | **ENDORSED ORDER re 264 Joint Status Report filed by ParkerVision, Inc. The stay SHALL remain in place until the Federal Circuit issues a decision on ParkerVision's appeal of the PTAB's decision invalidating certain claims of U.S. Patent No. 6,091,940. The parties are DIRECTED to file a joint status report within 30 days of receipt of the Federal Circuit's decision. Signed by Judge Paul G. Byron on 5/24/2017. (MMW)** (Entered: 05/24/2017) |

| 01/26/2018 | 266 | MOTION for Benjamin G. Damstedt to withdraw as attorney by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 01/26/2018) |
|---|---|---|
| 01/26/2018 | 267 | **ENDORSED ORDER granting 266 Motion to Withdraw as Attorney. Attorney Benjamin Damstedt withdraws. Signed by Magistrate Judge Karla R. Spaulding on 1/26/2018. (Spaulding, Karla)** (Entered: 01/26/2018) |
| 10/12/2018 | 268 | JOINT STATUS REPORT by HTC Corporation, HTC America, Inc., QUALCOMM Incorporated, Qualcomm Atheros, Inc., ParkerVision, Inc. (Brigham, Matthew) Modified on 10/15/2018 (DMA). (Entered: 10/12/2018) |
| 10/15/2018 | 269 | **ORDER re 268 Joint Status Report filed by ParkerVision, Inc., HTC America, Inc., QUALCOMM Incorporated, Qualcomm Atheros, Inc., HTC Corporation. The stay SHALL remain in place. The parties are DIRECTED to file a joint status report on or before November 30, 2018, advising the Court why this case should not be reopened. Signed by Judge Paul G. Byron on 10/15/2018. (MMW)** (Entered: 10/15/2018) |
| 10/15/2018 | | Set/reset deadlines: Joint Status Report due by 11/30/2018. (DMA) (Entered: 10/16/2018) |
| 10/17/2018 | 270 | Unopposed MOTION for Michael Flanagan and Puneet Kohli to withdraw as attorney *and for Termination of Electronic Notices* by ParkerVision, Inc.. (Li, Kathy) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 10/17/2018) |
| 10/18/2018 | 271 | **ORDER granting 270 Motion to Withdraw as Attorney. Attorney Michael G. Flanagan and Puneet Kohli terminated. Signed by Magistrate Judge Karla R. Spaulding on 10/18/2018. (DMA)** (Entered: 10/18/2018) |
| 11/30/2018 | 272 | STATUS report *Joint Status Report* by ParkerVision, Inc.. (Cawley, Douglas) (Entered: 11/30/2018) |
| 11/30/2018 | 273 | NOTICE of Appearance by Michael E. Lockamy on behalf of HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Lockamy, Michael) (Entered: 11/30/2018) |
| 12/03/2018 | 274 | **ENDORSED ORDER re: 272 Joint Status Report. On or before December 21, 2018, the parties SHALL file a case management report or a request for a scheduling conference. This case will then be reopened for further proceedings. Signed by Judge Paul G. Byron on 12/3/2018. (MMW)** (Entered: 12/03/2018) |
| 12/03/2018 | | Set/reset deadlines: Case management report due by 12/21/2018 (DMA) (Entered: 12/03/2018) |
| 12/21/2018 | 275 | Joint Status Report and Request for Scheduling Conference by ParkerVision, Inc., HTC Corporation, HTC America, Inc., QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cawley, Douglas) Modified on 12/26/2018 (DMA). (Entered: 12/21/2018) |
| 01/02/2019 | 276 | NOTICE of hearing: re: 275 Joint Status Report and Request for Scheduling Conference Scheduling Conference set for 1/9/2019 at 10:30 AM in Orlando Courtroom 4 B before Judge Paul G. Byron. The Court has set aside ninety (90) minutes for this hearing.(GNB) copies e-mailed (Entered: 01/02/2019) |
| 01/04/2019 | 277 | Unopposed MOTION for Dena Chen to appear pro hac vice by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Lockamy, |

| | | Michael) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 01/04/2019) |
|---|---|---|
| 01/04/2019 | 278 | Unopposed MOTION for Stephen Smith to appear pro hac vice by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Lockamy, Michael) Motions referred to Magistrate Judge Karla R. Spaulding. (Entered: 01/04/2019) |
| 01/07/2019 | 279 | **ORDER AND DIRECTION TO THE CLERK OF COURT granting 277 Motion to Appear Pro Hac Vice; granting 278 Motion to Appear Pro Hac Vice. Dena Chen, Esq., and Stephen Smith, Esq., may specially appear in this case as counsel for Defendants with Michael E. Lockamy, Esq., serving as local counsel. Signed by Magistrate Judge Karla R. Spaulding on 1/7/2019. (ECJ)** (Entered: 01/07/2019) |
| 01/08/2019 | | ***PRO HAC VICE FEES paid by attorney Dena Chen, appearing on behalf of HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Filing fee $150 receipt number ORL079713.) Related document: 277 Unopposed MOTION for Dena Chen to appear pro hac vice. (RCN) (Entered: 01/08/2019) |
| 01/08/2019 | | ***PRO HAC VICE FEES paid by attorney Stephen Smith, appearing on behalf of HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Filing fee $150 receipt number ORL079713.) Related document: 278 Unopposed MOTION for Stephen Smith to appear pro hac vice. (RCN) (Entered: 01/08/2019) |
| 01/09/2019 | 280 | **ENDORSED ORDER granting 275 Motion for Hearing. The Court further Orders this case to be reopened. The Clerk is DIRECTED to reopen the file. Signed by Judge Paul G. Byron on 1/9/2019. (MMW)** (Entered: 01/09/2019) |
| 01/09/2019 | 281 | Minute Entry. Proceedings held before Judge Paul G. Byron: SCHEDULING CONFERENCE held on 1/9/2019. Court Reporter: Koretta Stanford (GNB) copies e-mailed (Entered: 01/09/2019) |
| 01/22/2019 | 282 | TRANSCRIPT of Scheduling Conference held on 01/09/19 before Judge Paul G. Byron. Court Reporter/Transcriber Koretta Stanford, stanarm2014@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 2/12/2019; Redacted Transcript Deadline set for 2/22/2019; Release of Transcript Restriction set for 4/22/2019. (KS) (Entered: 01/22/2019) |
| 01/22/2019 | 283 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT, Doc. 282. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Koretta Stanford. (KS) (Entered: 01/22/2019) |
| 01/23/2019 | 284 | MOTION for miscellaneous relief, specifically Plaintiff's Memorandum Addressing Election of Claims and Accused Products by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13)(Cawley, Douglas) (Entered: 01/23/2019) |
| 02/06/2019 | 285 | RESPONSE in Opposition re 284 MOTION for miscellaneous relief, specifically Plaintiff's Memorandum Addressing Election of Claims and Accused Products filed by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm |

| | | |
|---|---|---|
| | | Atheros, Inc.. (Attachments: # 1 Affidavit of Matthew J. Brigham, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Brigham, Matthew) (Entered: 02/06/2019) |
| 02/13/2019 | 286 | Unopposed MOTION for leave to file a Reply to Defendants' Response in Opposition to ParkerVision's Memorandum Addressing Claims and Accused Products by ParkerVision, Inc.. (Cawley, Douglas) (Entered: 02/13/2019) |
| 02/14/2019 | 287 | **ENDORSED ORDER granting 286 Plaintiff's Motion for Leave to File Reply. Plaintiff may file a reply brief no longer than seven (7) pages on or before Thursday, February 21, 2019. Signed by Judge Paul G. Byron on 2/14/2019. (JRJ)** (Entered: 02/14/2019) |
| 02/15/2019 | 288 | REPLY BRIEF addressing Election of Claims and Accused Products re 284 MOTION for miscellaneous relief, specifically Plaintiff's Memorandum Addressing Election of Claims and Accused Products filed by ParkerVision, Inc.. (Cawley, Douglas) Text modified on 2/19/2019 (RDO). (Entered: 02/15/2019) |
| 02/19/2019 | 289 | CORRECTED REPLY BRIEF addressing Election of Claims and Accused Products re 284 MOTION for miscellaneous relief, specifically Plaintiff's Memorandum Addressing Election of Claims and Accused Products filed by ParkerVision, Inc.. (Cawley, Douglas) Modified on 2/20/2019 (DMA). (Entered: 02/19/2019) |
| 03/01/2019 | 290 | Case Reassigned to Leslie R. Hoffman. New case number: 6:14-cv-687-Orl-40LRH. Magistrate Judge Karla R. Spaulding no longer assigned to the case. (ALL) (Entered: 03/01/2019) |
| 04/22/2019 | 291 | NOTICE of hearing on motion re 284 MOTION for miscellaneous relief, specifically Plaintiff's Memorandum Addressing Election of Claims and Accused Products . Motion Hearing set for 5/22/2019 at 10:00 AM in Orlando Courtroom 4B before Judge Paul G. Byron, U.S. District Court, 401 West Central Blvd, Orlando, Florida. (GNB) copies e-mailed (Entered: 04/22/2019) |
| 04/22/2019 | 292 | Unopposed MOTION for Jennifer A. Albert to withdraw as attorney *and for Termination of Electronic Notices* by ParkerVision, Inc.. (Cawley, Douglas) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 04/22/2019) |
| 04/22/2019 | 293 | **ORDER granting 292 Motion to Withdraw as Attorney. Attorney Jennifer A. Albert terminated. Signed by Magistrate Judge Leslie R. Hoffman on 4/22/2019. (MKH)** (Entered: 04/22/2019) |
| 05/22/2019 | 294 | Minute Entry. Proceedings held before Judge Paul G. Byron: MOTION HEARING held on 5/22/2019 re 284 MOTION for miscellaneous relief, specifically Plaintiff's Memorandum Addressing Election of Claims and Accused Products filed by ParkerVision, Inc. Court Reporter: Koretta Stanford (GNB) copies e-mailed (Entered: 05/22/2019) |
| 06/14/2019 | 295 | TRANSCRIPT of Motion Hearing held on 05/22/19 before Judge Paul G. Byron. Court Reporter/Transcriber Koretta Stanford, stanarm2014@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 7/5/2019; Redacted Transcript Deadline set for 7/15/2019; Release of Transcript Restriction set for 9/12/2019. (KS) (Entered: 06/14/2019) |
| 06/14/2019 | 296 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT, Doc. 295. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely |

| | | electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Koretta Stanford. (KS) (Entered: 06/14/2019) |
|---|---|---|
| 07/23/2019 | 297 | **ORDER granting 284 Motion Addressing Election of Claims and Accused Products. See Order for details. Signed by Judge Paul G. Byron on 7/23/2019. (JRJ)** (Entered: 07/23/2019) |
| 07/26/2019 | 298 | Unopposed MOTION for Louis J. Freeh to Appear Pro Hac Vice and Designation and Consent to Act by ParkerVision, Inc. (Thomas, John) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 7/26/2019 (AC). (Entered: 07/26/2019) |
| 07/29/2019 | 299 | **ORDER granting 298 motion to appear pro hac vice. Louis J. Freeh, Esq. may specially appear in this case as counsel for Plaintiff with Stephen D. Busey, Esq. and John R. Thomas, Esq., serving as local counsel. Signed by Magistrate Judge Leslie R. Hoffman on 7/29/2019. (MKH)** (Entered: 07/29/2019) |
| 07/29/2019 | | ***PRO HAC VICE FEES paid by attorney Louis J. Freeh, appearing on behalf of ParkerVision, Inc. (Filing fee $150 receipt number ORL084364.) Related document: 298 Unopposed MOTION for Louis J. Freeh to Appear Pro Hac Vice and Designation and Consent to Act. (JP) (Entered: 07/29/2019) |
| 08/06/2019 | 300 | Proposed Amended Case Management and Scheduling Order. (Brigham, Matthew) Modified on 8/7/2019 (AC). (Entered: 08/06/2019) |
| 08/13/2019 | 301 | NOTICE of change of address by Eamonn Gardner. (Gardner, Eamonn) (Entered: 08/13/2019) |
| 08/13/2019 | 302 | Submission Regarding Remaining Claim Construction Disputes and Terms Requiring Additional Claim Construction Briefing re 297 Order on Motion for Miscellaneous Relief by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Gardner, Eamonn) (Entered: 08/13/2019) |
| 08/13/2019 | 303 | MOTION for miscellaneous relief, specifically for Additional Claim Construction Briefing and Identification of Terms Which Continue to Require Construction by ParkerVision, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Cawley, Douglas) (Entered: 08/13/2019) |
| 08/14/2019 | 304 | **ENDORSED ORDER directing Defendants to respond to Plaintiff's 303 motion on or by Wednesday, August 21, 2019. Signed by Judge Paul G. Byron on 8/14/2019. (SCM)** (Entered: 08/14/2019) |
| 08/14/2019 | | Set deadline as to 303 MOTION for miscellaneous relief, specifically for Additional Claim Construction Briefing and Identification of Terms Which Continue to Require Construction. Response due by 8/21/2019. (AC) (Entered: 08/14/2019) |
| 08/21/2019 | 305 | RESPONSE in Opposition re 303 MOTION for miscellaneous relief, specifically for Additional Claim Construction Briefing and Identification of Terms Which Continue to Require Construction filed by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Gardner, Eamonn) (Entered: 08/21/2019) |
| 08/29/2019 | 306 | MOTION for leave to file Reply in Support of 303 Motion for Additional Claim Construction Briefing and Identification of Terms Which Continue to Require Construction by ParkerVision, Inc. (Attachments: # 1 Exhibit A)(Cawley, Douglas) Modified on 8/30/2019 (BIA). (Entered: 08/29/2019) |
| 08/30/2019 | 307 | **ENDORSED ORDER granting 306 Motion for Leave to File. Plaintiff may file a reply in support of its motion to receive additional claim construction briefing.** |

| | | |
|---|---|---|
| | | **The reply may not exceed five pages and must be filed on or by September 5, 2019. Signed by Judge Paul G. Byron on 8/30/2019. (JRR)** (Entered: 08/30/2019) |
| 08/30/2019 | 308 | REPLY to Response to Motion re 303 MOTION for miscellaneous relief, specifically for Additional Claim Construction Briefing and Identification of Terms Which Continue to Require Construction filed by ParkerVision, Inc.. (Cawley, Douglas) (Entered: 08/30/2019) |
| 08/30/2019 | 309 | **AMENDED CASE MANAGEMENT AND SCHEDULING ORDER. Signed by Judge Paul G. Byron on 8/30/2019. (GNB) copies e-mailed** (Entered: 08/30/2019) |
| 08/30/2019 | | Set/reset scheduling order deadlines: Dispositive motions due by 8/14/2020, Pretrial statement due by 9/18/2020, All other motions due by 10/2/2020, Final Pretrial Conference set for 11/17/2020 at 03:00 PM in Orlando Courtroom 4 B before Judge Paul G. Byron, Jury Trial set for 12/1/2020 at 09:00 AM in Orlando Courtroom 4 B before Judge Paul G. Byron., Conduct mediation hearing by 7/7/2020. Lead counsel to coordinate dates. (BIA) (Entered: 09/04/2019) |
| 08/30/2019 | | Set/reset scheduling order deadlines: Discovery due by 4/22/2020 (BIA) (Entered: 09/04/2019) |
| 09/04/2019 | 310 | NOTICE of Hearing: Claims Construction Hearing set for 11/12/2019 at 10:30 AM in Orlando Courtroom 4B before Judge Paul G. Byron, U.S. District Court, 401 West Central Blvd, Orlando, Florida. (GNB) copies e-mailed (Entered: 09/04/2019) |
| 09/05/2019 | 311 | Joint MOTION to Amend/Correct 309 Case management and scheduling order by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) (Entered: 09/05/2019) |
| 09/06/2019 | 312 | **ENDORSED ORDER granting 311 motion to amend/correct. All other deadlines in the amended case management scheduling order remain the same. Signed by Judge Paul G. Byron on 9/6/2019. (JRR)** (Entered: 09/06/2019) |
| 09/17/2019 | 313 | Joint MOTION to Amend/Correct 309 Case management and scheduling order by ParkerVision, Inc.. (Cawley, Douglas) (Entered: 09/17/2019) |
| 09/17/2019 | 314 | NOTICE of mediation conference/hearing to be held on February 13, 2020 before Jay Cohen. (Cawley, Douglas) (Entered: 09/17/2019) |
| 09/18/2019 | 315 | **ENDORSED ORDER granting 313 motion to amend/correct. All other deadlines in the amended case management scheduling order remain the same. Signed by Judge Paul G. Byron on 9/18/2019. (JRR)** (Entered: 09/18/2019) |
| 09/25/2019 | 316 | NOTICE by ParkerVision, Inc. re 305 Response in Opposition to Motion *Regarding ParkerVision's Proposal for the Disputed Claim Construction Term "Bias Signal"* (Cawley, Douglas) (Entered: 09/25/2019) |
| 09/27/2019 | 317 | PLAINTIFF'S Additional Claim Construction BRIEF re 310 Notice of hearing *on Additional Claim Construction* filed by ParkerVision, Inc.. (Attachments: # 1 Declaration of Kathy H. Li, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, part 1, # 15 Exhibit 13, part 2, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18, # 21 Exhibit 19, # 22 Exhibit 20)(Cawley, Douglas) Modified on 9/30/2019 (BIA). (Entered: 09/27/2019) |
| 09/27/2019 | 318 | MOTION and Memorandum for Partial Summary Judgment of Noninfringement Based on Collateral Estoppel from ParkerVision I by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 |

| | | Declaration of Eamonn Gardner, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, part 1, # 13 Exhibit 11, part 2, # 14 Exhibit 11, part 3, # 15 Exhibit 12, part 1, # 16 Exhibit 12, part 2, # 17 Exhibit 13, part 1, # 18 Exhibit 13, part 2, # 19 Exhibit 14, part 1, # 20 Exhibit 14, part 2, # 21 Exhibit 14, part 3, # 22 Exhibit 14, part 4, # 23 Exhibit 15, part 1, # 24 Exhibit 15, part 2, # 25 Exhibit 15, part 3, # 26 Exhibit 16, part 1, # 27 Exhibit 16, part 2, # 28 Exhibit 16, part 3, # 29 Exhibit 16, part 4, # 30 Exhibit 17, # 31 Exhibit 18, # 32 Exhibit 19, # 33 Exhibit 20, part 1, # 34 Exhibit 20, part 2, # 35 Exhibit 21, part 1, # 36 Exhibit 21, part 2, # 37 Exhibit 21, part 3, # 38 Exhibit 22, part 1, # 39 Exhibit 22, part 2, # 40 Exhibit 23, # 41 Exhibit 24, # 42 Exhibit 25, # 43 Exhibit 26, # 44 Exhibit 27)(Brigham, Matthew) Modified on 9/30/2019 (BIA). (Entered: 09/27/2019) |
|---|---|---|
| 09/27/2019 | 319 | Consent MOTION for leave to file under seal *Regarding Defendants' Motion and Memorandum for Partial Summary Judgment of Noninfringement Based on Collateral Estoppel from ParkerVision I* by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Brigham, Matthew) (Entered: 09/27/2019) |
| 10/02/2019 | 320 | **ORDER granting 319 Motion to Seal. On or before October 7, 2019, Defendants shall file under seal an unredacted version of their motion for partial summary judgment as well as Exhibits 4, 5, 7, 8, 9, 10, 17, and 18, as set forth in the motion. Signed by Magistrate Judge Leslie R. Hoffman. (MKH)** (Entered: 10/02/2019) |
| 10/04/2019 | | Sealed Document (S-321). (RDO) Modified on 10/7/2019 (RDO). (Entered: 10/07/2019) |
| 10/07/2019 | 322 | Joint MOTION to Amend/Correct 309 Case management and scheduling order by ParkerVision, Inc.. (Cawley, Douglas) (Entered: 10/07/2019) |
| 10/08/2019 | 323 | **ENDORSED ORDER granting 322 motion to amend/correct. The parties are cautioned that no further extensions will be granted. Signed by Judge Paul G. Byron on 10/8/2019. (JRR)** (Entered: 10/08/2019) |
| 10/11/2019 | 324 | DEFENDANT'S BRIEF Regarding on Additional Claim Construction re 310 Notice of hearing filed by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Declaration of Eamonn Gardner, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Gardner, Eamonn) Modified on 10/15/2019 (BIA). (Entered: 10/11/2019) |
| 10/18/2019 | 325 | NOTICE of filing Joint Pre-Hearing Statement by ParkerVision, Inc. re 310 Notice of hearing. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Cawley, Douglas) Modified on 10/21/2019 (RDO). (Entered: 10/18/2019) |
| 10/25/2019 | 326 | STIPULATION of Agreed Material Facts re 318 MOTION and Memorandum for Partial Summary Judgment of Noninfringement Based on Collateral Estoppel from ParkerVision I by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Modified on 10/28/2019 (RDO). (Entered: 10/25/2019) |
| 10/25/2019 | 327 | RESPONSE in Opposition re 318 MOTION and Memorandum for Partial Summary Judgment of Noninfringement Based on Collateral Estoppel from ParkerVision I filed by ParkerVision, Inc.. (Attachments: # 1 Declaration of Phillip E. Allen, Ph.D., # 2 Declaration of R. Darryl Burke, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C)(Cawley, Douglas) (Entered: 10/25/2019) |

| 11/07/2019 | 328 | Joint MOTION to allow electronic equipment, specifically cell phones, laptops, and tablets by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Lockamy, Michael) (Entered: 11/07/2019) |
|---|---|---|
| 11/08/2019 | 329 | **ENDORSED ORDER granting 328 Motion to allow electronic equipment. Jeff Parker, Omar Moreno, Jim Jaffee, and Bryon Yafuso shall be permitted to enter the courthouse with their cellphones and laptops or tablets. Signed by Judge Paul G. Byron on 11/8/2019. (GNB) copies e-mailed** (Entered: 11/08/2019) |
| 11/08/2019 | 330 | REPLY to Response to Motion re 318 MOTION and Memorandum for Partial Summary Judgment of Noninfringement Based on Collateral Estoppel from ParkerVision I filed by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Declaration of Eamonn Gardner)(Brigham, Matthew) (Entered: 11/08/2019) |
| 11/08/2019 | 331 | Unopposed MOTION for Richter Darryl Burke to appear pro hac vice by ParkerVision, Inc.. (Thomas, John) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 11/08/2019) |
| 11/12/2019 | 332 | **ORDER granting 331 motion to appear pro hac vice. Richter Darryl Burke, Esq. may specially appear in this case as counsel for Plaintiff with Stephen D. Busey and John R. Thomas, Esq., serving as local counsel. Signed by Magistrate Judge Leslie R. Hoffman on 11/12/2019. (MKH)** (Entered: 11/12/2019) |
| 11/12/2019 | 333 | Minute Entry. Proceedings held before Judge Paul G. Byron: CLAIMS CONSTRUCTION HEARING held on 11/12/2019. Court Reporter: Koretta Stanford (GNB)copies e-mailed (Entered: 11/12/2019) |
| 11/14/2019 | | ***PRO HAC VICE FEES paid by attorney Richter Darryl Burke, appearing on behalf of ParkerVision, Inc. (Filing fee $150 receipt number ORL086791.) Related document: 331 Unopposed MOTION for Richter Darryl Burke to appear pro hac vice. (MEJ) (Entered: 11/14/2019) |
| 12/02/2019 | 334 | TRANSCRIPT of Claims Construction Hearing held on 11/12/19 before Judge Paul G. Byron. Court Reporter/Transcriber Koretta Stanford, stanarm2014@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 12/23/2019; Redacted Transcript Deadline set for 1/2/2020; Release of Transcript Restriction set for 3/2/2020. (KS) (MAA). (Entered: 12/02/2019) |
| 12/02/2019 | 335 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT, Doc. 334. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Koretta Stanford. (KS) (Entered: 12/02/2019) |
| 12/03/2019 | 336 | Unopposed MOTION for James A. Bolling, Mario Apreotesi and Kathy H. Li to withdraw as attorney *for ParkerVision, Inc.* by ParkerVision, Inc.. (Thomas, John) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 12/03/2019) |
| 12/04/2019 | 337 | **ORDER granting 336 Unopposed Motion for Order Authorizing Withdrawal as Counsel for Parkervision, Inc. Signed by Magistrate Judge Leslie R. Hoffman on 12/4/2019. (MKH)** (Entered: 12/04/2019) |

| 12/04/2019 | 338 | **ENDORSED ORDER granting 303 Motion for additional claim construction briefing. Signed by Judge Paul G. Byron on 12/4/2019. (JRR)** (Entered: 12/04/2019) |
| --- | --- | --- |
| 12/04/2019 | 339 | **ENDORSED ORDER directing the parties to provide a status update regarding "an updated joint statement reflecting [their agreement on the construction of the term 'harmonic'] and any other additional agreements or compromises." (Doc 334, 4:1-7). Signed by Judge Paul G. Byron on 12/4/2019. (JRR)** (Entered: 12/04/2019) |
| 12/06/2019 | 340 | **ORDER for Richter Darryl Burke to comply with the administrative procedures regarding electronic filing within thirty (30) days from the date of this Order. Signed by Judge Paul G. Byron on 12/6/2019. (GNB) copies mailed/e-mailed** (Entered: 12/06/2019) |
| 12/10/2019 | 341 | NOTICE of Filing Updated Joint Pre-Hearing Statement re 339 by ParkerVision, Inc. (Cawley, Douglas) Modified on 12/11/2019 (MEJ). Modified on 12/11/2019 (MEJ). (Entered: 12/10/2019) |
| 12/12/2019 | 342 | Unopposed MOTION for leave to file under seal *ParkerVision's Motion to Compel Interrogatory Answers and Production* by ParkerVision, Inc.. (Attachments: # 1 Exhibit A)(Cawley, Douglas) (Entered: 12/12/2019) |
| 12/17/2019 | 343 | **ORDER granting 342 Motion to Seal. Signed by Magistrate Judge Leslie R. Hoffman on 12/17/2019. (MKH)** (Entered: 12/17/2019) |
| 01/10/2020 | | Sealed Document. S-344 (MEJ) (Entered: 01/10/2020) |
| 01/10/2020 | 345 | MOTION to Compel Responses to Requests for Production from Defendant Qualcomm by ParkerVision, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J part 1, # 11 Exhibit J part 2, # 12 Exhibit J part 3, # 13 Exhibit J part 4, # 14 Exhibit J part 5, # 15 Exhibit K, # 16 Exhibit L, # 17 Exhibit M, # 18 Exhibit N, # 19 Exhibit O, # 20 Exhibit P)(Thomas, John) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 01/10/2020) |
| 01/10/2020 | 346 | MOTION to Compel Interrogatory Answers from Defendant Qualcomm by ParkerVision, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J part 1, # 11 Exhibit J part 2, # 12 Exhibit J part 3, # 13 Exhibit J part 4, # 14 Exhibit J part 5, # 15 Exhibit K, # 16 Exhibit L, # 17 Exhibit M, # 18 Exhibit N, # 19 Exhibit O, # 20 Exhibit P)(Thomas, John) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 01/10/2020) |
| 01/10/2020 | | Sealed Document S-347. (MEJ) (Entered: 01/13/2020) |
| 01/16/2020 | 348 | **ORDER denying 318 Motion for Partial Summary Judgment of Noninfringement Based on Collateral Estoppel. Signed by Judge Paul G. Byron on 1/16/2020. (JRR)** (Entered: 01/16/2020) |
| 01/16/2020 | | Sealed Document. S-349 (MEJ) (Entered: 01/17/2020) |
| 01/22/2020 | 350 | RESPONSE in Opposition re 346 MOTION to Compel Interrogatory Answers from Defendant Qualcomm filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Declaration of Matthew Brigham, # 2 Exhibit 1 (redacted), # 3 Exhibit 2 (redacted), # 4 Exhibit 3 (redacted), # 5 Exhibit 4 (redacted), # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11 (redacted), # 13 Exhibit 12 (redacted), # 14 Exhibit 13 (redacted), # 15 Exhibit 14 |

| | | (redacted), # 16 Exhibit 15 (redacted), # 17 Exhibit 16 (redacted), # 18 Exhibit 17 (redacted), # 19 Exhibit 18 (redacted), # 20 Exhibit 19 (redacted), # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31)(Brigham, Matthew) (Entered: 01/22/2020) |
|---|---|---|
| 01/22/2020 | 351 | RESPONSE in Opposition re 345 Motion to Compel *Responses to Requests for Production* filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Attachments: # 1 Declaration of Matthew Brigham (redacted), # 2 Exhibit 1 (redacted), # 3 Exhibit 2 (redacted), # 4 Exhibit 3 (redacted), # 5 Exhibit 4 (redacted), # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11 (redacted), # 13 Exhibit 12 (redacted), # 14 Exhibit 13 (redacted), # 15 Exhibit 14 (redacted), # 16 Exhibit 15 (redacted), # 17 Exhibit 16 (redacted), # 18 Exhibit 17 (redacted), # 19 Exhibit 18 (redacted), # 20 Exhibit 19 (redacted), # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31)(Brigham, Matthew) Modified on 1/23/2020 (MEJ). (Entered: 01/22/2020) |
| 01/22/2020 | 352 | Agreed MOTION for Leave to file under seal *Qualcomm's Opposition to Plaintiff ParkerVision's Motion to Compel Interrogatory Answers 350 and Qualcomm's Opposition to ParkerVision's Motion to Compel Responses to Requests for Production 351* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit A)(Brigham, Matthew) Modified on 1/23/2020 (MEJ). (Entered: 01/22/2020) |
| 01/24/2020 | 353 | **ORDER granting 352 Motion to Seal. Signed by Magistrate Judge Leslie R. Hoffman on 1/24/2020. (MKH)** (Entered: 01/24/2020) |
| 01/27/2020 | | Sealed Document (S-354). (EJS) (Entered: 01/28/2020) |
| 01/27/2020 | | Sealed Document S-355. (MEJ) (Entered: 01/28/2020) |
| 01/29/2020 | 356 | Joint MOTION to Amend/Correct *Case Management and Scheduling Order* by All Plaintiffs. (Burke, Richter) (Entered: 01/29/2020) |
| 01/29/2020 | 357 | Unopposed MOTION for leave to file Reply to Qualcomm's Opposition to ParkerVision's Motion to Compel Interrogatory Answers and Motion to Compel Responses to Requests for Production by ParkerVision, Inc.. (Thomas, John) (Entered: 01/29/2020) |
| 01/30/2020 | 358 | **ORDER denying 357 Motion for Leave to File Reply. Signed by Magistrate Judge Leslie R. Hoffman on 1/30/2020. (MKH)** (Entered: 01/30/2020) |
| 01/31/2020 | 359 | **ENDORSED ORDER granting 356 motion to amend/correct. Signed by Judge Paul G. Byron on 1/31/2020. (JRR)** (Entered: 01/31/2020) |
| 01/31/2020 | 360 | NOTICE of Cancellation of Mediation by ParkerVision, Inc. re 314 Notice of mediation conference/hearing (Thomas, John) Modified on 2/3/2020 (MEJ). (Entered: 01/31/2020) |
| 02/14/2020 | 361 | **ORDER re 345 motion to compel, 346 motion to compel. On or before February 21, 2020, ParkerVision shall file a reply brief, not to exceed ten (10) pages, addressing the issues outlined in this Order. See Order for additional details. Signed by Magistrate Judge Leslie R. Hoffman on 2/14/2020. (MKH)** (Entered: 02/14/2020) |
| 02/14/2020 | 362 | **ORDER to show cause. The parties shall show cause in writing, on or before February 21, 2020, why the filings outlined in this Order should remain under seal. The response to this Order shall: (1) be filed by joint response by the parties;** |

| | | |
|---|---|---|
| | | **and (2) include an explanation, with citation to relevant legal authority, as to why each of the documents identified shall remain under seal. Signed by Magistrate Judge Leslie R. Hoffman on 2/14/2020. (MKH)** (Entered: 02/14/2020) |
| 02/18/2020 | | Set/reset deadlines/hearings: Plaintiff Reply Brief due by 2/21/2020, Show Cause Response due by 2/21/2020. (MEJ) (Entered: 02/18/2020) |
| 02/21/2020 | 363 | Joint RESPONSE to Order to Show Cause re 362 Order to show cause Regarding Sealing of Exhibits filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Modified on 2/24/2020 (MEJ). (Entered: 02/21/2020) |
| 02/21/2020 | 364 | RESPONSE re 361 Order to File Reply filed by ParkerVision, Inc. (Cawley, Douglas) Modified on 2/24/2020 (MEJ). (Entered: 02/21/2020) |
| 02/25/2020 | 365 | **ORDER Setting Hearing on 346 MOTION to Compel Interrogatory Answers from Defendant Qualcomm , 345 MOTION to Compel Responses to Requests for Production from Defendant Qualcomm. Motion Hearing set for 3/10/2020 at 10:00 AM in Orlando Courtroom 5D before Magistrate Judge Leslie R. Hoffman. Signed by Magistrate Judge Leslie R. Hoffman on 2/25/2020. (MKH)** (Entered: 02/25/2020) |
| 02/25/2020 | 366 | **ORDER discharging 362 Order to show cause. On or before February 28, 2020, the parties shall file the documents outlined in this Order on the public docket. See Order for further details Signed by Magistrate Judge Leslie R. Hoffman on 2/25/2020. (MKH)** (Entered: 02/25/2020) |
| 02/28/2020 | 367 | RESPONSE re 366 Order filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit 1 (Dkt. 350-2), # 2 Exhibit 2 (Dkt. 350-3), # 3 Exhibit 3 (Dkt. 350-4), # 4 Exhibit 4 (Dkt. 350-5), # 5 Exhibit 11 (Dkt. 350-12), # 6 Exhibit 12 (Dkt. 350-13), # 7 Exhibit 13 (Dkt. 350-14))(Brigham, Matthew) (Entered: 02/28/2020) |
| 03/03/2020 | 368 | **ORDER to show cause as to ParkerVision, Inc. On or before March 6, 2020, ParkerVision shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order 366. Signed by Magistrate Judge Leslie R. Hoffman on 3/3/2020. (MKH)** (Entered: 03/03/2020) |
| 03/03/2020 | 369 | NOTICE of Filing Exhibits per 366 Order by ParkerVision, Inc. (Attachments: # 1 Exhibit B, # 2 Exhibit L, # 3 Exhibit M, # 4 Exhibit N, # 5 Exhibit O, # 6 Exhibit P) (Burke, Richter) Modified on 3/4/2020 (MEJ). (Entered: 03/03/2020) |
| 03/04/2020 | | Set/reset deadlines/hearings: Show Cause Response due by 3/6/2020 (MEJ) (Entered: 03/04/2020) |
| 03/06/2020 | 370 | RESPONSE TO ORDER TO SHOW CAUSE re 368 Order to show cause filed by ParkerVision, Inc.. (Attachments: # 1 Exhibit A)(Cawley, Douglas) (Entered: 03/06/2020) |
| 03/06/2020 | 371 | **ORDER discharging 368 Order to show cause. Signed by Magistrate Judge Leslie R. Hoffman on 3/6/2020. (MKH)** (Entered: 03/06/2020) |
| 03/10/2020 | 372 | Minute Entry. Proceedings held before Magistrate Judge Leslie R. Hoffman: MOTION HEARING held on 3/10/2020 re 346 MOTION to Compel Interrogatory Answers from Defendant Qualcomm filed by ParkerVision, Inc., 345 MOTION to Compel Responses to Requests for Production from Defendant Qualcomm filed by ParkerVision, Inc.. Court Reporter: Amie First (ECJ) (Entered: 03/10/2020) |
| 03/11/2020 | 373 | **ORDER granting in part and denying in part 345 Motion to Compel; granting in part and denying in part 346 Motion to Compel. See Order for details. Signed by** |

| | | Magistrate Judge Leslie R. Hoffman on 3/11/2020. (MKH) (Entered: 03/11/2020) |
|---|---|---|
| 03/13/2020 | 375 | NOTICE of mediation conference/hearing to be held on April 27, 2020 9:30 a.m. before Jay M. Cohen, Esq.. (Thomas, John) (Entered: 03/13/2020) |
| 03/16/2020 | 376 | Joint MOTION to Stay by All Plaintiffs. (Burke, Richter) (Entered: 03/16/2020) |
| 03/17/2020 | 377 | **ENDORSED ORDER granting 376 Motion to Stay. The Clerk of Court is DIRECTED to stay the case. The parties shall file a status report on April 14, 2020 and every thirty (30) days thereafter. Signed by Judge Paul G. Byron on 3/17/2020. (JRR)** Modified on 3/18/2020 (GNB). (Entered: 03/17/2020) |
| 03/18/2020 | | Case Stayed. (MEJ) (Entered: 03/18/2020) |
| 03/18/2020 | | Set/reset deadlines/hearings: Status Report due by 4/14/2020. (MEJ) (Entered: 03/18/2020) |
| 04/06/2020 | 378 | NOTICE of change of address by Kevin L. Burgess (Burgess, Kevin) (Entered: 04/06/2020) |
| 04/14/2020 | 379 | Joint STATUS REPORT in Light of COVID-19 by All Plaintiffs. (Cawley, Douglas) Modified on 4/15/2020 (MEJ). (Entered: 04/14/2020) |
| 04/28/2020 | 380 | **ENDORSED ORDER re 379. All deadlines and discovery are stayed until May 29, 2020. Signed by Judge Paul G. Byron on 4/28/2020. (JRR)** (Entered: 04/28/2020) |
| 04/29/2020 | | Set/reset deadlines/hearings: Discovery due by 5/29/2020 (MEJ) (Entered: 04/29/2020) |
| 04/29/2020 | 381 | **ORDER re Claim Construction. See order for details. Signed by Judge Paul G. Byron on 4/29/2020. (JRR)** (Entered: 04/29/2020) |
| 05/29/2020 | 382 | Joint MOTION for Miscellaneous Relief, specifically Joint Status Report, Motion to Lift Stay, and Proposed Fifth Amended Scheduling Order by ParkerVision, Inc.. (Attachments: # 1 Exhibit A)(Cawley, Douglas) (Entered: 05/29/2020) |
| 06/03/2020 | 383 | Joint MOTION to Amend *Joint Status Report, Motion to Lift Stay, and Proposed Fifth Amended Scheduling Order (Dkt. 382)* by ParkerVision, Inc.. (Attachments: # 1 Exhibit A)(Cawley, Douglas) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/03/2020) |
| 06/03/2020 | 384 | **ORDER denying as moot 382 Motion ; granting in part and denying in part 383 Motion to Lift Stay and Modify Scheduling Order. See Order for details. Signed by Judge Paul G. Byron on 6/3/2020. (JRR)** (Entered: 06/03/2020) |
| 06/03/2020 | 385 | NOTICE OF RESCHEDULING HEARINGS: The Final Pretrial Conference previously scheduled for 11/17/2020 is rescheduled for 4/14/2021 at 3:00 PM in Orlando Courtroom 4B before Judge Paul G. Byron. Jury Trial previously scheduled for 12/1/2020 is rescheduled for 5/3/2021 at 9:00 AM in Orlando Courtroom 4B before Judge Paul G. Byron. (GNB) copies e-mailed (Entered: 06/03/2020) |
| 06/05/2020 | | Set/reset scheduling order deadlines:( All other motions due by 3/4/2021), Set/reset deadlines/hearings: Dispositive motions due by 12/18/2020, Pretrial statement due by 2/18/2021 (MEJ) (Entered: 06/05/2020) |
| 06/26/2020 | 386 | MOTION to Compel Responses to Requests for Production from Defendant Qualcomm by ParkerVision, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cawley, Douglas) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/26/2020) |
| 07/02/2020 | 387 | Unopposed MOTION for Extension of Time to File Response/Reply as to 386 MOTION to Compel Responses to Requests for Production from Defendant |

| | | |
|---|---|---|
| | | Qualcomm by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) (Entered: 07/02/2020) |
| 07/06/2020 | 388 | **ORDER granting 387 Motion for Extension of Time to File Response re 386 MOTION to Compel Responses to Requests for Production. Response due by 7/17/2020. Signed by Magistrate Judge Leslie R. Hoffman on 7/6/2020. (MKH)** (Entered: 07/06/2020) |
| 07/17/2020 | 389 | RESPONSE in Opposition re 386 MOTION to Compel Responses to Requests for Production from Defendant Qualcomm *No. 16, 17, 21 and 27* filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Declaration of Brent Byars, # 2 Declaration of Matthew Brigham, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7-part 1, # 10 Exhibit 7-part 2, # 11 Exhibit 7-part 3, # 12 Exhibit 7-part 4, # 13 Exhibit 7-part 5, # 14 Exhibit 7-part 6, # 15 Exhibit 7-part 7, # 16 Exhibit 8, # 17 Exhibit 9, # 18 Exhibit 10)(Brigham, Matthew) (Entered: 07/17/2020) |
| 08/10/2020 | 390 | **ORDER Setting Hearing on Motion 386 MOTION to Compel Responses to Requests for Production from Defendant Qualcomm . Motion Hearing set for 8/25/2020 at 10:00 AM before Magistrate Judge Leslie R. Hoffman. The hearing will be conducted remotely through the web-based Zoom application. See Order for further details. Signed by Magistrate Judge Leslie R. Hoffman on 8/10/2020. (MKH)** (Entered: 08/10/2020) |
| 08/12/2020 | 391 | NOTICE of supplemental authority re 386 MOTION to Compel Responses to Requests for Production from Defendant Qualcomm , 389 Response in Opposition to Motion by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit A) (Brigham, Matthew) (Entered: 08/12/2020) |
| 08/12/2020 | 392 | MOTION to Compel Regarding ParkerVision's Infringement Contentions *Short-Form Discovery Motion* by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Declaration of Eamonn Gardner, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5) (Gardner, Eamonn) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 08/12/2020) |
| 08/12/2020 | 393 | Unopposed MOTION to Seal 392 Defendants' Short-Form Discovery Motion to Compel Regarding ParkerVision's Infringement Contentions by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Attachments: # 1 Exhibit A)(Gardner, Eamonn) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 8/13/2020 (MEJ). (edited docket text) (Entered: 08/12/2020) |
| 08/12/2020 | 394 | MOTION to Strike *Portions of ParkerVision's Infringement Contentions, Short-Form Discovery Motion* by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Declaration of Eamonn Gardner, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9)(Gardner, Eamonn) (Entered: 08/12/2020) |
| 08/12/2020 | 395 | Unopposed MOTION to Seal *Defendants' Short-Form Discovery Motion to Strike Portions of ParkerVision's Infringement Contentions* by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit A)(Gardner, Eamonn) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 08/12/2020) |
| 08/14/2020 | 396 | **ORDER denying without prejudice 392 Motion to Compel ; denying without prejudice 393 Motion to Seal. See Order for details. Signed by Magistrate Judge** |

| | | Leslie R. Hoffman on 8/14/2020. (MKH) (Entered: 08/14/2020) |
|---|---|---|
| 08/19/2020 | 397 | MOTION for Christine Woodin to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-17198574 for $150 by ParkerVision, Inc.. (Thomas, John) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 08/19/2020) |
| 08/19/2020 | 398 | **ORDER granting 397 Motion to Appear Pro Hac Vice. Christine Woodin, Esq. may specially appear in this case as counsel for Plaintiff with Stephen D. Busey and John R. Thomas, Esq., serving as local counsel. Signed by Magistrate Judge Leslie R. Hoffman on 8/19/2020. (MKH)** (Entered: 08/19/2020) |
| 08/19/2020 | 399 | **ORDER granting 395 Motion to Seal. On or before 5:00 p.m. on August 26, 2020, Defendants shall file a copy of the unredacted motion to strike the infringement contentions (Doc. 394) and accompanying exhibits 3, 5, 7, 9 (Docs. 394-4, 394-6, 394-8, 394-10) under seal with the Clerk of Court. See PDF Order for further details. Signed by Magistrate Judge Leslie R. Hoffman on 8/19/2020. (MKH)** (Entered: 08/19/2020) |
| 08/21/2020 | | Sealed Document (S-400). (RDO) (Entered: 08/21/2020) |
| 08/21/2020 | 401 | Unopposed MOTION for Sarah B. Moore to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-17212473 for $150 by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Lockamy, Michael) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 08/21/2020) |
| 08/21/2020 | 402 | Unopposed MOTION for Patrick Lauppe to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-17212505 for $150 by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Lockamy, Michael) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 08/21/2020) |
| 08/24/2020 | 403 | **ORDER granting 401 Motion to Appear Pro Hac Vice; granting 402 Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Leslie R. Hoffman on 8/24/2020. (MKH)** (Entered: 08/24/2020) |
| 08/24/2020 | 404 | NOTICE of withdrawal of motion by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc. re 394 MOTION to Strike *Portions of ParkerVision's Infringement Contentions, Short-Form Discovery Motion* filed by HTC America, Inc., QUALCOMM Incorporated, Qualcomm Atheros, Inc., HTC Corporation (Brigham, Matthew) (Entered: 08/24/2020) |
| 08/25/2020 | 405 | Minute Entry. Proceedings held before Magistrate Judge Leslie R. Hoffman: MOTION HEARING held on 8/25/2020 re 386 MOTION to Compel Responses to Requests for Production from Defendant Qualcomm filed by ParkerVision, Inc. (DIGITAL) (ECJ) (Entered: 08/25/2020) |
| 08/25/2020 | 407 | **ORDER denying 386 ParkerVision's Motion to Compel Responses to Requests for Production from Defendant Qualcomm. Signed by Magistrate Judge Leslie R. Hoffman on 8/25/2020. (MKH)** (Entered: 08/25/2020) |
| 08/26/2020 | 408 | MOTION to Compel Regarding ParkerVision's Infringement Contentions by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Declaration of Eamonn Gardner, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 |

| | | Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38) (Gardner, Eamonn) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 08/26/2020) |
|---|---|---|
| 08/26/2020 | 409 | Unopposed MOTION to Seal *Defendants' Renewed Motion to Compel Regarding ParkerVision's Infringement Contentions* by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit A) (Gardner, Eamonn) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 08/26/2020) |
| 08/26/2020 | 410 | MOTION to Strike *Portions of Infringement Contentions Raising New Theories* by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Declaration of Eamonn Gardner, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38)(Gardner, Eamonn) (Entered: 08/26/2020) |
| 08/26/2020 | 411 | MOTION to Seal *Defendants' Renewed Motion to Strike Portions of Infringement Contentions Raising New Theories* by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit A) (Gardner, Eamonn) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 08/26/2020) |
| 08/28/2020 | 412 | **ORDER granting 409 Motion to Seal; granting 411 Motion to Seal. Signed by Magistrate Judge Leslie R. Hoffman on 8/28/2020. (MKH)** (Entered: 08/28/2020) |
| 08/31/2020 | 413 | MOTION for Peter M. Hillegas to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-17252268 for $150 by ParkerVision, Inc.. (Thomas, John) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 08/31/2020) |
| 08/31/2020 | 414 | MOTION for R. Mitch Verboncoeur to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-17252274 for $150 by ParkerVision, Inc.. (Thomas, John) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 08/31/2020) |
| 08/31/2020 | | Sealed Document S-417. (MEJ) (Entered: 09/01/2020) |
| 08/31/2020 | | Sealed Document S-420. (MEJ) (Entered: 09/01/2020) |
| 09/01/2020 | 415 | **ORDER granting 413 Motion to Appear Pro Hac Vice; granting 414 Motion to Appear Pro Hac Vice. Peter Hillegas, Esq. and R. Mitch Verboncoeur, Esq. may specially appear in this case as counsel for Plaintiff with Stephen D. Busey and John R. Thomas, Esq., serving as local counsel. Signed by Magistrate Judge Leslie R. Hoffman on 9/1/2020. (MKH)** (Entered: 09/01/2020) |
| 09/01/2020 | 416 | MOTION for Matthew T. Cameron to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-17256870 for $150 by ParkerVision, Inc.. (Thomas, John) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 09/01/2020) |
| 09/01/2020 | 418 | TRANSCRIPT of Motion Hearing held on 8/25/20 before Judge Leslie R. Hoffman. Court Reporter/Transcriber Suzanne Trimble, trimblecourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After |

Case 6:14-cv-00687-PGB-LHP   Document 701   Filed 08/07/24   Page 70 of 92 PageID 75097

| | | |
|---|---|---|
| | | that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 9/22/2020, Redacted Transcript Deadline set for 10/2/2020, Release of Transcript Restriction set for 11/30/2020. (SLT) (Entered: 09/01/2020) |
| 09/01/2020 | 419 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPT. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 09/01/2020) |
| 09/02/2020 | 421 | **ORDER granting 416 Motion to Appear Pro Hac Vice. Matthew T. Cameron, Esq. may specially appear in this case as counsel for Plaintiff with Stephen D. Busey and John R. Thomas, Esq., serving as local counsel. Signed by Magistrate Judge Leslie R. Hoffman on 9/2/2020. (MKH)** (Entered: 09/02/2020) |
| 09/04/2020 | 422 | Unopposed MOTION for R. Darryl Burke to Withdraw as Attorney *and for Termination of Electronic Notices* by ParkerVision, Inc.. (Thomas, John) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 09/04/2020) |
| 09/04/2020 | 423 | MOTION to File Excess Pages for Response re 410 Motion to Strike Portions of ParkerVision's Infringement Contentions by ParkerVision, Inc. (Thomas, John) Modified docket text on 9/8/2020 (MEJ). (Entered: 09/04/2020) |
| 09/08/2020 | 424 | **ORDER granting 422 Motion to Withdraw as Attorney. Attorney Richter Darryl Burke terminated as counsel for Plaintiff. Signed by Magistrate Judge Leslie R. Hoffman on 9/8/2020. (MKH)** (Entered: 09/08/2020) |
| 09/08/2020 | 425 | **ENDORSED ORDER granting 423 Motion to File Excess Pages. Signed by Judge Paul G. Byron on 9/8/2020. (JRR)** (Entered: 09/08/2020) |
| 09/09/2020 | 426 | NOTICE Narrowing Asserted Claims by ParkerVision, Inc. re 384 Order on Motion for Miscellaneous ReliefOrder on Motion to Amend / Correct / Modify / Supplement (Cawley, Douglas) Modified on 9/10/2020 (MEJ). (Entered: 09/09/2020) |
| 09/09/2020 | 427 | RESPONSE in Opposition re 408 MOTION to Compel Regarding ParkerVision's Infringement Contentions filed by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6)(Cawley, Douglas) (Entered: 09/09/2020) |
| 09/09/2020 | 428 | Unopposed MOTION to Seal *Response to Defendants' Renewed Motion to Compel ParkerVision's Infringement Contentions* by ParkerVision, Inc.. (Cawley, Douglas) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 09/09/2020) |
| 09/09/2020 | 429 | RESPONSE in Opposition re 410 MOTION to Strike *Portions of Infringement Contentions Raising New Theories* filed by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Cawley, Douglas) (Entered: 09/09/2020) |
| 09/09/2020 | 430 | Unopposed MOTION to Seal *Response to Defendants' Renewed Motion to Strike Portions of Infringement Contentions Raising New Theories* by ParkerVision, Inc.. (Cawley, Douglas) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 09/09/2020) |
| 09/10/2020 | 431 | **ORDER granting 428 Motion to Seal; granting 430 Motion to Seal. On or before 5:00 p.m. on September 15, 2020, ParkerVision shall file under seal an unredacted version of its Response to Defendants' Renewed Motion to Compel Regarding ParkerVision's Infringement Contentions (Doc. 427) and Exhibits 3 through 6** |

| | | |
|---|---|---|
| | | filed in support (Docs. 427-3 through 427-6), as well as an unredacted version of its Response to Defendants' Renewed Motion to Strike Portions of Infringement Contentions Raising New Theories (Doc. 429) and Exhibits 3 through 7 filed in support (Docs. 429-3 through 429-7). See PDF Order for further details. Signed by Magistrate Judge Leslie R. Hoffman on 9/10/2020. (MKH) (Entered: 09/10/2020) |
| 09/16/2020 | | Sealed Document S-432. (MEJ) (Entered: 09/16/2020) |
| 09/16/2020 | | Sealed Document (S-433). (MEJ) (Entered: 09/16/2020) |
| 09/18/2020 | 434 | Unopposed MOTION for Leave to File Reply in Support of Their Renewed Motion to Compel Regarding ParkerVision's Infringement Contentions by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Gardner, Eamonn) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified text on 9/21/2020 (TNP). (Entered: 09/18/2020) |
| 09/18/2020 | 435 | Unopposed MOTION for Leave to File Reply in Support of Their Renewed Motion to Strike Portions of Infringement Contentions Raising New Theories by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Gardner, Eamonn) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified text on 9/21/2020 (TNP). (Entered: 09/18/2020) |
| 09/22/2020 | 436 | **ENDORSED ORDER withdrawing 394 Motion to Strike. See 404. Signed by Judge Paul G. Byron on 9/22/2020. (JRR)** (Entered: 09/22/2020) |
| 09/22/2020 | | Sealed Document S-437. (MAA) (Entered: 09/24/2020) |
| 09/23/2020 | 438 | NOTICE Regarding Prior Art Invalidity Grounds by HTC America, Inc., HTC Corporation, QUALCOMM Incorporated, Qualcomm Atheros, Inc. re 384 Order on Motion for Miscellaneous ReliefOrder on Motion to Amend / Correct / Modify / Supplement (Gardner, Eamonn) Modified docket text on 9/24/2020 (MEJ). (Entered: 09/23/2020) |
| 10/02/2020 | 439 | MOTION to Strike 438 Notice (Other) *Portions of Qualcomm's Invalidity Contentions and Notice Regarding Prior Art Invalidity Grounds* by ParkerVision, Inc.. (Attachments: # 1 Affidavit of Josh Budwin, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Budwin, Joshua) (Entered: 10/02/2020) |
| 10/02/2020 | 440 | Unopposed MOTION to Seal Exhibits 1-2 to 439 Motion to Strike by ParkerVision, Inc. (Attachments: # 1 Exhibit A)(Budwin, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified docket text on 10/5/2020 (MEJ). (Entered: 10/02/2020) |
| 10/05/2020 | 441 | **ORDER granting 440 Motion to Seal. On or before 5:00 p.m. on October 9, 2020, ParkerVision shall file under seal unredacted versions of Exhibits 1 and 2 filed in support of its Motion to Strike Portions of Qualcomm's Invalidity Contentions. Signed by Magistrate Judge Leslie R. Hoffman on 10/5/2020. (MKH)** (Entered: 10/05/2020) |
| 10/07/2020 | | Sealed Document S-442. (MEJ) (Entered: 10/07/2020) |
| 10/09/2020 | 443 | STIPULATION of Dismissal *With Prejudice as to the HTC Defendants Only* by ParkerVision, Inc.. (Budwin, Joshua) (Entered: 10/09/2020) |
| 10/13/2020 | 444 | **ORDER re 443. Plaintiff's claims against Defendant HTC Corporation and HTC America, Inc., are DISMISSED WITH PREJUDICE. Defendants HTC Corporation and HTC America, Inc.'s, are also DISMISSED WITH PREJUDICE. The Clerk of Court is DIRECTED to terminate Defendants HTC** |

| | | Corporation and HTC America, Inc., from the file. Signed by Judge Paul G. Byron on 10/13/2020. (JRR) (Entered: 10/13/2020) |
|---|---|---|
| 10/14/2020 | 445 | NOTICE of Mootness by ParkerVision, Inc. re 408 MOTION to Compel Regarding ParkerVision's Infringement Contentions (Budwin, Joshua) Modified docket text on 10/15/2020 (MEJ). (Entered: 10/14/2020) |
| 10/14/2020 | 446 | RESPONSE re 408 MOTION to Compel Regarding ParkerVision's Infringement Contentions , 445 Notice (Other) filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Gardner, Eamonn) (Entered: 10/14/2020) |
| 10/16/2020 | 447 | Joint MOTION to Amend Case Management and Scheduling Order by ParkerVision, Inc. (Budwin, Joshua) Modified on 10/19/2020 (MEJ). (Entered: 10/16/2020) |
| 10/16/2020 | 448 | MEMORANDUM in opposition re 439 Motion to Strike Portions of Qualcomm's Invalidity Contentions and Notice Re Prior Art Invalidity Grounds filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Attachments: # 1 Affidavit of Eamonn Gardner ISO Opposition, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Gardner, Eamonn) Modified text on 10/19/2020 (MEJ). (Entered: 10/16/2020) |
| 10/16/2020 | 449 | Unopposed MOTION to Seal re 448 Opposition to Motion to Strike Portions of Qualcomm's Invalidity Contentions and Notice re Prior Art Invalidity Grounds by QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Attachments: # 1 Exhibit A) (Gardner, Eamonn) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 10/19/2020 (MEJ). (Entered: 10/16/2020) |
| 10/19/2020 | 450 | **ORDER granting 449 Motion to Seal. On or before 5:00 p.m. on October 23, 2020, Defendants shall file under seal unredacted versions of Exhibits 1-4 filed in support of Defendants' Opposition to Motion to Strike Portions of Qualcomm's Invalidity Contentions and Notice Regarding Prior Art Invalidity Grounds. Signed by Magistrate Judge Leslie R. Hoffman on 10/19/2020. (MKH)** (Entered: 10/19/2020) |
| 10/19/2020 | 451 | **ENDORSED ORDER granting 447 Motion to Amend. All other deadlines remain the same. Signed by Judge Paul G. Byron on 10/19/2020. (GNB) copies e-mailed** (Entered: 10/19/2020) |
| 10/20/2020 | | Sealed Document S-452. (MEJ) (Entered: 10/20/2020) |
| 10/23/2020 | 453 | NOTICE of *Mediator's* Appearance by James Michael Matulis on behalf of Matulis IP Law (Matulis, James) (Entered: 10/23/2020) |
| 11/06/2020 | 454 | MEDIATION report Hearing held on November 5, 2020. Hearing outcome: Impasse.. (Matulis, James) (Entered: 11/06/2020) |
| 12/02/2020 | 455 | Unopposed MOTION for Priya B. Viswanath to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-17615962 for $150 by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Lockamy, Michael) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 12/02/2020) |
| 12/03/2020 | 456 | **ORDER granting 455 Motion to Appear Pro Hac Vice. Priya B. Viswanath, Esq. may specially appear in this case as counsel for Defendants with Michael E. Lockamy, Esq., serving as local counsel. Signed by Magistrate Judge Leslie R. Hoffman on 12/3/2020. (MKH)** (Entered: 12/03/2020) |
| 12/14/2020 | 457 | Unopposed MOTION to Seal *ParkerVision's Motion for Extension of Time to Designate an Alternative Testifying Expert for the Asserted Receiver Claims and the* |

| | | |
|---|---|---|
| | | *Supporting Documents* by ParkerVision, Inc.. (Budwin, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 12/14/2020) |
| 12/14/2020 | 458 | MOTION for Extension of Time to Designate an Alternative Testifying Expert for the Asserted Receiver Claims and the Supporting Documents by ParkerVision, Inc. (Attachments: # 1 Affidavit of Mitch Verboncoeur, # 2 Affidavit of Expert, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5)(Budwin, Joshua) Modified event on 12/15/2020 (MEJ). (Entered: 12/14/2020) |
| 12/15/2020 | 459 | **ORDER denying without prejudice 457 Motion to Seal. On or before Monday, December 21, 2020, ParkerVision shall either renew its motion, if appropriate, upon a showing of good cause, and upon citation to legal authority supporting the request to seal the type of information at issue, or file an unredacted version of its motion and attachments on the docket. Signed by Magistrate Judge Leslie R. Hoffman on 12/15/2020. (MKH)** (Entered: 12/15/2020) |
| 12/17/2020 | 460 | **ORDER for Matthew Cameron and R. Mitch Verboncoeur to comply with the administrative procedures regarding electronic filing within thirty (30) days from the date of this Order. Signed by Judge Paul G. Byron on 12/17/2020. (GNB) copies mailed/e-mailed** (Entered: 12/17/2020) |
| 12/18/2020 | 461 | Unopposed MOTION for Extension of Time to File Dispositive and Daubert Motions *Request for Expedited Treatment* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) (Entered: 12/18/2020) |
| 12/18/2020 | 462 | Unopposed MOTION for Extension of Time to File Response/Reply as to 458 MOTION for Extension of Time to Designate an Alternative Testifying Expert for the Asserted Receiver Claims and the Supporting Documents by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) (Entered: 12/18/2020) |
| 12/21/2020 | 463 | **ORDER granting 462 Motion for Extension of Time to File Response re 458 MOTION for Extension of Time to Designate an Alternative Testifying Expert for the Asserted Receiver Claims and the Supporting Documents. Response due by 12/30/2020. Signed by Magistrate Judge Leslie R. Hoffman on 12/21/2020. (MKH)** (Entered: 12/21/2020) |
| 12/21/2020 | 464 | Unopposed Renewed MOTION to Seal re 457 Motion for Extension of Time to Designate an Alternative Testifying Expert for the Asserted Receiver Claims and the Supporting Documents by ParkerVision, Inc. (Budwin, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified text on 12/22/2020 (MEJ). (Entered: 12/21/2020) |
| 12/21/2020 | 465 | Renewed MOTION for Extension of Time to Designate an Alternative Testifying Expert for the Asserted Receiver Claims by ParkerVision, Inc. (Attachments: # 1 Affidavit of Mitch Verboncoeur, # 2 Affidavit of Expert, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5)(Budwin, Joshua) Modified event on 12/22/2020 (MEJ). (Entered: 12/21/2020) |
| 12/22/2020 | 466 | **ORDER granting 464 Motion to Seal. On or before 5:00 p.m. on December 23, 2020, ParkerVision shall file under seal unredacted versions of its renewed Motion for Extension of Time to Designate an Alternative Testifying Expert for the Asserted Receiver Claims and supporting exhibits. See Doc. Nos. 465, 465-1 through 465-7. Signed by Magistrate Judge Leslie R. Hoffman on 12/22/2020. (MKH)** (Entered: 12/22/2020) |
| 12/22/2020 | 467 | **ORDER denying as moot 458 Motion for Extension of Time to Designate a Substitute Testifying Expert for the Asserted Receiver Claims. Signed by Magistrate Judge Leslie R. Hoffman on 12/22/2020. (MKH)** (Entered: 12/22/2020) |

| 12/23/2020 | | Sealed Document (S-468). (MEJ) (Entered: 12/28/2020) |
|---|---|---|
| 12/28/2020 | 469 | **ENDORSED ORDER granting 461 Motion for Extension of Time to File; granting in part and denying in part 465 Motion for Extension of Time to File. Plaintiff may designate a substitute testifying expert for the asserted receiver claims. On or before Tuesday, January 5, 2021, the parties will meet and confer, identify the new testifying expert witness, and submit an amended Case Management Report with proposed new dates for dispositive and Daubert briefing, as well as a discussion of the impact on the remaining deadlines, including trial. Signed by Judge Paul G. Byron on 12/28/2020. (GNB) copies e-mailed** (Entered: 12/28/2020) |
| 12/29/2020 | | Set/reset deadlines/hearings: Amended Case management report due by 1/5/2021 (MEJ) (Entered: 12/29/2020) |
| 12/30/2020 | 470 | MOTION for Reconsideration re 469 Order on Motion for Extension of Time to File *Granting ParkerVision's Motion to Designate a Substitute Testifying Expert for the Asserted Receiver Claims (Dkt. 465)* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Declaration of Matthew Brigham, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12)(Brigham, Matthew) (Entered: 12/30/2020) |
| 12/30/2020 | 471 | Unopposed MOTION to Seal re 470 Motion for Reconsideration of Endorsed Order (Dkt. 469) by QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified text on 1/4/2021 (MEJ). (Entered: 12/30/2020) |
| 01/04/2021 | 472 | **ORDER granting 471 Motion to Seal. On or before 5:00 p.m. on January 8, 2021, Defendants shall file under seal unredacted versions of the motion for reconsideration (Doc. No. 470), the declaration filed in support (Doc. No. 470-1), and Exhibits 1 through 9 and 12 to the declaration (Doc. Nos. 470-2 through 470-10, 470-13). Signed by Magistrate Judge Leslie R. Hoffman on 1/4/2021. (MKH)** (Entered: 01/04/2021) |
| 01/04/2021 | 473 | Unopposed MOTION to Seal *ParkerVision's Response to Defendants' Motion for Reconsideration of Endorsed Order (Dkt. 470)* by ParkerVision, Inc.. (Budwin, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 01/04/2021) |
| 01/04/2021 | 474 | RESPONSE to Motion re 470 MOTION for Reconsideration re 469 Order on Motion for Extension of Time to File *Granting ParkerVision's Motion to Designate a Substitute Testifying Expert for the Asserted Receiver Claims (Dkt. 465)* filed by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Budwin, Joshua) (Entered: 01/04/2021) |
| 01/05/2021 | 475 | **ORDER granting 473 Motion to Seal. On or before 5:00 p.m. on January 8, 2021, ParkerVision shall file under seal an unredacted version of its response to Defendants' motion for reconsideration (Doc. No. 474). Signed by Magistrate Judge Leslie R. Hoffman on 1/5/2021. (MKH)** (Entered: 01/05/2021) |
| 01/05/2021 | | Sealed Document (S-476). (MEJ) (Entered: 01/05/2021) |
| 01/05/2021 | 477 | Joint MOTION to Amend Case Management and Scheduling Order by ParkerVision, Inc. (Budwin, Joshua) Modified on 1/6/2021 (MEJ). (Entered: 01/05/2021) |
| 01/05/2021 | 478 | NOTICE of Filing Identification of the Substitute Expert as Required by Dkt. 469 by ParkerVision, Inc. re 469 Order on Motion for Extension of Time to File (Budwin, Joshua) Modified text on 1/6/2021 (MEJ). (Entered: 01/05/2021) |

| 01/06/2021 | 479 | **ORDER granting in part and denying in part 470 Motion for Reconsideration. See Order for details. Signed by Judge Paul G. Byron on 1/6/2021. (JRR)** (Entered: 01/06/2021) |
|---|---|---|
| 01/06/2021 | | Sealed Document (S-480). (MEJ) (Entered: 01/07/2021) |
| 01/06/2021 | | Sealed Document (S-481). (MEJ) (Entered: 01/07/2021) |
| 01/07/2021 | | Sealed Document (S-482). (MEJ) (Entered: 01/08/2021) |
| 02/03/2021 | 483 | Joint MOTION for Extension of Time to Comply with Pre-Trial Statement Deadlines by ParkerVision, Inc. (Thomas, John) Modified text on 2/4/2021 (MEJ). (Entered: 02/03/2021) |
| 02/08/2021 | 484 | Time Sensitive MOTION to File Excess Pages *re Dispositive Motions* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Modified on 2/10/2021 (MEJ). (Entered: 02/08/2021) |
| 02/09/2021 | 485 | RESPONSE in Opposition re 484 MOTION to File Excess Pages *re Dispositive Motions* filed by ParkerVision, Inc.. (Budwin, Joshua) (Entered: 02/09/2021) |
| 02/09/2021 | 486 | MOTION for Leave to File Reply in Support of 484 Time-Sensitive Motion for Leave Regarding Dispositive Motions by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified text on 2/10/2021 (MEJ). (Entered: 02/09/2021) |
| 02/10/2021 | 487 | RESPONSE in Opposition re 486 MOTION for Leave to File Reply in Support of 484 Time-Sensitive Motion for Leave Regarding Dispositive Motion filed by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1)(Budwin, Joshua) (Entered: 02/10/2021) |
| 02/16/2021 | 488 | Unopposed MOTION to Seal *ParkerVision's Summary Judgment and Daubert Motions and Exhibits* by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1)(Budwin, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 02/16/2021) |
| 02/16/2021 | 489 | MOTION to Exclude Portions of the Expert Report and Proposed Testimony of Dr. Behzad Razavi by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1 Redacted, # 2 Exhibit 2 Redacted, # 3 Exhibit 3 Redacted, # 4 Exhibit 4 Redacted)(Budwin, Joshua) Modified text on 2/17/2021 (MEJ). (Entered: 02/16/2021) |
| 02/16/2021 | 490 | Daubert MOTION to Strike and Exclude ParkerVision's Unreliable and Speculative Conjecture Regarding Alleged Damages Issues by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Modified on 2/17/2021 (MEJ). (Entered: 02/16/2021) |
| 02/16/2021 | 491 | MOTION to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Gardner, Eamonn) Modified event on 2/17/2021 (MEJ). (Entered: 02/16/2021) |
| 02/16/2021 | 492 | Refiled MOTION to Exclude Portions of the Expert Report and Proposed Testimony of Dr. Behzad Razavi by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1 Redacted, # 2 Exhibit 2 Redacted, # 3 Exhibit 3 Redacted, # 4 Exhibit 4 Redacted)(Budwin, Joshua) Modified text on 2/17/2021 (MEJ). (Entered: 02/16/2021) |
| 02/16/2021 | 493 | Daubert MOTION to Exclude Portions of the Expert Reports and Proposed Testimony of Carla Mulhern and Dr. Tim Williams by ParkerVision, Inc. (Attachments: # 1 Exhibit 1 Filed Under Temporary Seal, # 2 Exhibit 2 Filed Under Temporary Seal, # 3 Exhibit 3 Filed Under Temporary Seal, # 4 Exhibit 4, # 5 Exhibit 5 Filed Under Temporary Seal, # 6 Exhibit 6 Filed Under Temporary Seal, # 7 Exhibit 7 Filed Under Temporary Seal, # 8 Exhibit 8 Filed Under Temporary Seal, # 9 Exhibit 9 Filed Under |

| | | |
|---|---|---|
| | | Temporary Seal, # 10 Exhibit 10 Filed Under Temporary Seal, # 11 Exhibit 11 Filed Under Temporary Seal, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14 Filed Under Temporary Seal, # 15 Exhibit 15 Filed Under Temporary Seal, # 16 Exhibit 16 Filed Under Temporary Seal, # 17 Exhibit 17 Filed Under Temporary Seal, # 18 Exhibit 18 Filed Under Temporary Seal, # 19 Exhibit 19 Filed Under Temporary Seal, # 20 Exhibit 20 Filed Under Temporary Seal, # 21 Exhibit 21 Filed Under Temporary Seal, # 22 Exhibit 22 Filed Under Temporary Seal, # 23 Exhibit 23 Filed Under Temporary Seal, # 24 Exhibit 24 Filed Under Temporary Seal, # 25 Exhibit 25 Filed Under Temporary Seal, # 26 Exhibit 26 Filed Under Temporary Seal)(Budwin, Joshua) Modified on 2/17/2021 (MEJ). (Entered: 02/16/2021) |
| 02/16/2021 | 494 | MOTION for Summary Judgment *of Noninfringement and Invalidity* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) (Entered: 02/16/2021) |
| 02/16/2021 | 495 | DECLARATION of Dr. Bezhad Razavi, Ph.D. re 494 MOTION for Summary Judgment of Noninfringement and Invalidity, 491 MOTION to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues by QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Gardner, Eamonn) Modified text on 2/17/2021 (MEJ). (Entered: 02/16/2021) |
| 02/16/2021 | 496 | DECLARATION of Dr. Behzad Razavi re 491 MOTION to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Modified text on 2/17/2021 (MEJ). (Entered: 02/16/2021) |
| 02/16/2021 | 497 | DECLARATION of Dr. Tim A. Williams, Ph.D. re 490 MOTION to Strike and Exclude ParkerVision's Unreliable and Speculative Conjecture Regarding Alleged Damages Issues by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Modified text on 2/17/2021 (MEJ). (Entered: 02/16/2021) |
| 02/16/2021 | 498 | MOTION for Summary Judgment *of IPR Estoppel Related to Qualcomm's BBA2 Invalidity Theories and that Qualcomm Cannot Prove That BB3 is Prior Art* by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1 Filed Under Temporary Seal, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7 Filed Under Temporary Seal, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10 Filed Under Temporary Seal, # 11 Exhibit 11 Filed Under Temporary Seal, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15 Filed Under Temporary Seal, # 16 Exhibit 16 Filed Under Temporary Seal, # 17 Exhibit 17 Filed Under Temporary Seal, # 18 Exhibit 18 Filed Under Temporary Seal, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23 Filed Under Temporary Seal, # 24 Exhibit 24, # 25 Exhibit 25 Filed Under Temporary Seal, # 26 Exhibit 26 Filed Under Temporary Seal, # 27 Exhibit 27 Filed Under Temp Seal, # 28 Exhibit 28)(Budwin, Joshua) (Entered: 02/16/2021) |
| 02/16/2021 | 499 | DECLARATION of Eamonn Gardner re 491 MOTION for Miscellaneous Relief, specifically to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues , 494 MOTION for Summary Judgment *of Noninfringement and Invalidity*, 490 MOTION for Miscellaneous Relief, specifically to Strike and Exclude ParkerVision's Unreliable and Speculative Conjecture Regarding Alleged Damages Issues by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8-25 (redacted), # 9 Exhibit 26, # 10 Exhibit 27-30 (redacted), # 11 Exhibit 31, # 12 Exhibit 32, # 13 Exhibit 33-40 (redacted), # 14 Exhibit 41, # 15 Exhibit 42, # 16 Exhibit 43-49 (redacted), # 17 Exhibit 50, # 18 Exhibit 51 (redacted), # 19 Exhibit 52, # 20 Exhibit 53 (redacted), # 21 Exhibit 54, # 22 Exhibit 55 (redacted), # 23 Exhibit 56, # 24 Exhibit 57-59 (redacted), # 25 Exhibit 60, # 26 |

| | | Exhibit 61, # 27 Exhibit 62, # 28 Exhibit 63, # 29 Exhibit 64, # 30 Exhibit 65, # 31 Exhibit 66, # 32 Exhibit 67, # 33 Exhibit 68-78 (redacted), # 34 Exhibit 79, # 35 Exhibit 80, # 36 Exhibit 81 (redacted))(Gardner, Eamonn) (Entered: 02/17/2021) |
|---|---|---|
| 02/17/2021 | 500 | REQUEST for oral argument re 494 MOTION for Summary Judgment *of Noninfringement and Invalidity,* 491 MOTION for Miscellaneous Relief, specifically to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) (Entered: 02/17/2021) |
| 02/17/2021 | 501 | Unopposed MOTION to Seal *Summary Judgment and Daubert Motions and Exhibits* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit A) (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 02/17/2021) |
| 02/17/2021 | 502 | **ORDER denying without prejudice 488 Motion to Seal; denying without prejudice 501 Motion to Seal. See Order for details. Signed by Magistrate Judge Leslie R. Hoffman on 2/17/2021. (MKH)** (Entered: 02/17/2021) |
| 02/17/2021 | 503 | NOTICE of Filing Supplement to Daubert Motions by QUALCOMM Incorporated, Qualcomm Atheros, Inc. re 491 MOTION to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues, 490 Daubert MOTION to Strike and Exclude ParkerVision's Unreliable and Speculative Conjecture Regarding Alleged Damages Issues (Brigham, Matthew) Modified text on 2/18/2021 (MEJ). (Entered: 02/17/2021) |
| 02/17/2021 | 504 | **ENDORSED ORDER re 483 Joint MOTION for Extension of Time to Comply with Pre-Trial Statement Deadlines filed by ParkerVision, Inc. The Court will not require the parties to file a pretrial statement by the current deadline of 2/18/21. An Order will be forthcoming on all outstanding deadlines. Signed by Judge Paul G. Byron on 2/17/2021. (GNB) copies e-mailed** Modified on 2/17/2021 (GNB). (Entered: 02/17/2021) |
| 02/24/2021 | 505 | Unopposed Renewed MOTION for Leave to File Daubert Motion to Exclude Portions of the Expert Reports and Proposed Testimony of Carla Mulhern and Dr. Tim Williams and Certain Supporting Exhibits Under Seal by ParkerVision, Inc.. (Attachments: # 1 Exhibit 2 (Redacted), # 2 Exhibit 19 (Redacted), # 3 Exhibit 25 (Redacted), # 4 Exhibit 26 (Redacted))(Budwin, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified event on 2/25/2021 (MEJ). (Entered: 02/24/2021) |
| 02/24/2021 | 506 | Unopposed MOTION to Seal *Defendants' (1) Motion for Summary Judgment of Noninfringement and Invalidity, (2) Motion to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues, and (3) Daubert Motion to Strike and Exclude ParkerVision's Unreliable and Speculative Conjecture Regarding Alleged Damages Issues* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 02/24/2021) |
| 02/24/2021 | 507 | NOTICE of Filing Public Versions by QUALCOMM Incorporated, Qualcomm Atheros, Inc. re 499 Declaration, 506 Unopposed MOTION to Seal Defendants' (1) Motion for Summary Judgment of Noninfringement and Invalidity, (2) Motion to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues, and (3) Daubert Motion to Strike and Exclude P, 491 MOTION to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues (Attachments: # 1 Qualcomm's Motion for Summary Judgment of Noninfringement and Invalidity (Redacted), # 2 Exhibit 13, # 3 Exhibit 18, # 4 Exhibit 29, # 5 Exhibit 30, # 6 Exhibit 81)(Brigham, Matthew) Modified on 2/25/2021 (MEJ). (Entered: 02/24/2021) |

| 02/24/2021 | 508 | MOTION to Seal *Defendants' Motion for Leave for ParkerVision to File Under Seal Per Rule 1.11(d) (see also Docket No. 505)* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 02/24/2021) |
|---|---|---|
| 02/25/2021 | 509 | Unopposed MOTION for George T. Fishback, Jr. to appear pro hac vice, Special Admission fee paid, Receipt No. 113A-17930001 for $150 by ParkerVision, Inc.. (Attachments: # 1 Special Admission Attorney Certification)(Thomas, John) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 02/25/2021) |
| 02/25/2021 | 510 | **ORDER denying without prejudice 509 Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Leslie R. Hoffman on 2/25/2021. (MKH)** (Entered: 02/25/2021) |
| 02/26/2021 | 511 | **ORDER granting 505 Motion to Seal; granting 506 Motion to Seal; granting in part and denying in part 508 Motion to Seal. See Order for deadlines and details. Signed by Magistrate Judge Leslie R. Hoffman on 2/26/2021. (MKH)** (Entered: 02/26/2021) |
| 02/26/2021 | 512 | Time-Sensitive and Unopposed Renewed MOTION for Leave For Parkervision To File Under Seal Per Rule 1.11(D) and To Remove Dkt. 498-14 by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified text on 3/1/2021 (MEJ). (Entered: 02/26/2021) |
| 02/26/2021 | 513 | MOTION to Remove and Replace Exhibit 14 and Notice of Filing a Placeholder Exhibit 14 to ParkerVision's Motion for Summary Judgment (Dkt. 498-14) by ParkerVision, Inc.. (Attachments: # 1 Exhibit 14 (Placeholder)(Budwin, Joshua) Modified text on 3/1/2021 (MEJ). (Entered: 02/26/2021) |
| 03/01/2021 | 514 | **ENDORSED ORDER granting 513 Motion to remove and replace exhibit 14. Signed by Judge Paul G. Byron on 3/1/2021. (JRR)** (Entered: 03/01/2021) |
| 03/01/2021 | 515 | **ENDORSED ORDER granting 477 Motion to Modify; granting 483 Motion for Extension of Time to File Deadlines. The Court will reset this case for the July 2021 trial term. New deadlines are as follows: Meeting in person - May 7, 2021. Joint Final Pretrial Statement - May 21, 2021. Motions in Limine and all other motions - May 28, 2021. Objections to Counter-Designations - June 2, 2021. Final Pretrial Conference - June 15, 2021. Signed by Judge Paul G. Byron on 3/1/2021. (GNB) copies e-mailed** (Entered: 03/01/2021) |
| 03/01/2021 | 516 | NOTICE OF RESCHEDULING HEARINGS: Final Pretrial Conference previously set for 4/14/2021 is rescheduled for 6/15/2021 at 3:00 PM in Orlando Courtroom 4B before Judge Paul G. Byron. Jury Trial previously set for 5/3/2021 is rescheduled for 7/6/2021 at 9:00 AM in Orlando Courtroom 4B before Judge Paul G. Byron. (GNB) copies e-mailed (Entered: 03/01/2021) |
| 03/01/2021 | 517 | **ORDER and DIRECTION TO CLERK OF COURT granting 512 Defendants' Time-Sensitive and Unopposed Renewed Motion for Leave for ParkerVision to File Under Seal Per Rule 1.11(d) and to Remove Dkt. 498-14. See Order for details. Signed by Magistrate Judge Leslie R. Hoffman on 3/1/2021. (MKH)** (Entered: 03/01/2021) |
| 03/02/2021 | | Set/reset scheduling order deadlines: Pretrial statement due by 5/21/2021, All other motions due by 5/28/2021 (MEJ) (Entered: 03/02/2021) |
| 03/02/2021 | 518 | NOTICE by ParkerVision, Inc. re 511 Order on Motion to Seal *re Rule 1.11(C)(5) Person Authorized to Retrieve Documents Sealed* (Budwin, Joshua) (Entered: |

| 03/02/2021 | | 03/02/2021) |
|---|---|---|
| 03/02/2021 | 519 | RESPONSE in Opposition re 493 Daubert MOTION to Exclude Portions of the Expert Reports and Proposed Testimony of Carla Mulhern and Dr. Tim Williams filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) (Entered: 03/02/2021) |
| 03/02/2021 | 520 | RESPONSE in Opposition re 489 MOTION to Exclude Portions of the Expert Report and Proposed Testimony of Dr. Behzad Razavi filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) (Entered: 03/02/2021) |
| 03/02/2021 | 521 | Unopposed MOTION to Seal *Exhibits to ParkerVision's Response to Defendants' Damages Daubert Motion and ParkerVision's Response to Defendants' Technical Daubert Under Local Rule 1.11* by ParkerVision, Inc.. (Budwin, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 03/02/2021) |
| 03/02/2021 | 522 | RESPONSE in Opposition re 498 MOTION for Summary Judgment *of IPR Estoppel Related to Qualcomm's BBA2 Invalidity Theories and that Qualcomm Cannot Prove That BB3 is Prior Art* filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) (Entered: 03/02/2021) |
| 03/02/2021 | 523 | RESPONSE in Opposition re 494 MOTION for Summary Judgment *of Noninfringement and Invalidity* filed by ParkerVision, Inc.. (Attachments: # 1 Declaration of Peter Hillegas, # 2 Exhibit 1 Filed Under Temporary Seal, # 3 Exhibit 2 Filed Under Temporary Seal, # 4 Exhibit 3 Filed Under Temporary Seal, # 5 Exhibit 4, # 6 Exhibit 5 Filed Under Temporary Seal, # 7 Exhibit 6 Filed Under Temporary Seal, # 8 Exhibit 7 Filed Under Temporary Seal, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10 Filed Under Temporary Seal, # 12 Exhibit 11 Filed Under Temporary Seal, # 13 Exhibit 12 Filed Under Temporary Seal, # 14 Exhibit 13, # 15 Exhibit 14 Filed Under Temporary Seal, # 16 Exhibit 15 Filed Under Temporary Seal, # 17 Exhibit 16 Filed Under Temporary Seal, # 18 Exhibit 17 Filed Under Temporary Seal, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20 Filed Under Temporary Seal, # 22 Exhibit 21 Filed Under Temporary Seal, # 23 Exhibit 22 Filed Under Temporary Seal, # 24 Exhibit 23 Filed Under Temporary Seal, # 25 Exhibit 24 Filed Under Temporary Seal)(Budwin, Joshua) (Entered: 03/02/2021) |
| 03/02/2021 | 524 | DECLARATION of Matthew Brigham re 520 Response in Opposition to Motion, 519 Response in Opposition to Motion, 522 Response in Opposition to Motion by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3 (redacted), # 4 Exhibit 4, # 5 Exhibit 5-11 (redacted), # 6 Exhibit 12, # 7 Exhibit 13, # 8 Exhibit 14-16 (redacted), # 9 Exhibit 17, # 10 Exhibit 18-19 (redacted), # 11 Exhibit 20 (redacted), # 12 Exhibit 21 (redacted), # 13 Exhibit 22, # 14 Exhibit 23, # 15 Exhibit 24, # 16 Exhibit 25, # 17 Exhibit 26, # 18 Exhibit 27, # 19 Exhibit 28, # 20 Exhibit 29, # 21 Exhibit 30, # 22 Exhibit 31, # 23 Exhibit 32, # 24 Exhibit 33 (redacted), # 25 Exhibit 34, # 26 Exhibit 35-36 (redacted), # 27 Exhibit 37, # 28 Exhibit 38, # 29 Exhibit 39, # 30 Exhibit 40-52 (redacted), # 31 Exhibit 53) (Brigham, Matthew) (Entered: 03/02/2021) |
| 03/02/2021 | 525 | DECLARATION of James Jaffee re 522 Response in Opposition to Motion by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit 1-13 (redacted), # 2 Exhibit 14, # 3 Exhibit 15, # 4 Exhibit 16 (redacted), # 5 Exhibit 17, # 6 Exhibit 18, # 7 Exhibit 19, # 8 Exhibit 20 (redacted))(Brigham, Matthew) (Entered: 03/02/2021) |
| 03/02/2021 | 526 | Unopposed MOTION to Seal *Defendants' Opposition Briefs and Exhibits* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 03/02/2021) |

| 03/02/2021 | 527 | RESPONSE in Opposition re 491 MOTION to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues filed by ParkerVision, Inc.. (Attachments: # 1 Declaration of Peter Hillegas, # 2 Exhibit 1 Filed Under Temporary Seal, # 3 Exhibit 2 Filed Under Temporary Seal, # 4 Exhibit 3 Filed Under Temporary Seal, # 5 Exhibit 4 Filed Under Temporary Seal, # 6 Exhibit 5 Filed Under Temporary Seal, # 7 Exhibit 6 Filed Under Temporary Seal, # 8 Exhibit 7 Filed Under Temporary Seal, # 9 Exhibit 8, # 10 Exhibit 9, Part 1, # 11 Exhibit 9, Part 2, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13 Filed Under Temporary Seal, # 16 Exhibit 14 Filed Under Temporary Seal, # 17 Exhibit 15 Filed Under Temporary Seal, # 18 Exhibit 16 Filed Under Temporary Seal, # 19 Exhibit 17, # 20 Supplement 18 Filed Under Temporary Seal, # 21 Exhibit 19 Filed Under Temporary Seal, # 22 Exhibit 20 Filed Under Temporary Seal, # 23 Exhibit 21 Filed Under Temporary Seal, # 24 Exhibit 22 Filed Under Temporary Seal, # 25 Exhibit 23 Filed Under Temporary Seal, # 26 Exhibit 24 Filed Under Temporary Seal, # 27 Exhibit 25 Filed Under Temporary Seal, # 28 Exhibit 26, # 29 Exhibit 27 Filed Under Temporary Seal, # 30 Exhibit 28 Filed Under Temporary Seal, # 31 Exhibit 29 Filed Under Temporary Seal, # 32 Exhibit 30 Filed Under Temporary Seal, # 33 Exhibit 31 Filed Under Temporary Seal)(Buratti, Leah) (Entered: 03/02/2021) |
| 03/02/2021 | 528 | RESPONSE in Opposition re 490 Daubert MOTION to Strike and Exclude ParkerVision's Unreliable and Speculative Conjecture Regarding Alleged Damages Issues filed by ParkerVision, Inc.. (Attachments: # 1 Declaration of Peter Hillegas, # 2 Exhibit 1 Filed Under Temporary Seal, # 3 Exhibit 2, # 4 Exhibit 3 Filed Under Temporary Seal, # 5 Exhibit 4 Filed Under Temporary Seal, # 6 Exhibit 5 Filed Under Temporary Seal, # 7 Exhibit 6 Filed Under Temporary Seal, # 8 Exhibit 7 Filed Under Temporary Seal, # 9 Exhibit 8 Filed Under Temporary Seal, # 10 Exhibit 9 Filed Under Temporary Seal, # 11 Exhibit 10 Filed Under Temporary Seal, # 12 Exhibit 11 Filed Under Temporary Seal, # 13 Exhibit 12 Filed Under Temporary Seal, # 14 Exhibit 13 Filed Under Temporary Seal, # 15 Exhibit 14 Filed Under Temporary Seal, # 16 Exhibit 15 Filed Under Temporary Seal, # 17 Exhibit 16 Filed Under Temporary Seal, # 18 Exhibit 17 Filed Under Temporary Seal, # 19 Exhibit 18 Filed Under Temporary Seal, # 20 Supplement 19 Filed Under Temporary Seal, # 21 Exhibit 20 Filed Under Temporary Seal, # 22 Exhibit 21, # 23 Exhibit 22 Filed Under Temporary Seal, # 24 Exhibit 23 Filed Under Temporary Seal, # 25 Exhibit 24 Filed Under Temporary Seal, # 26 Exhibit 25 Filed Under Temporary Seal, # 27 Exhibit 26, # 28 Exhibit 27 Filed Under Temporary Seal)(Buratti, Leah) (Entered: 03/02/2021) |
| 03/03/2021 | 529 | NOTICE of Service by ParkerVision, Inc. re 528 Response in Opposition to Motion (Buratti, Leah) Modified text on 3/4/2021 (MEJ). (Entered: 03/03/2021) |
| 03/03/2021 | 530 | STIPULATION of Agreed Material Facts re 494 MOTION for Summary Judgment *of Noninfringement and Invalidity*, 498 MOTION for Summary Judgment *of IPR Estoppel Related to Qualcomm's BBA2 Invalidity Theories and that Qualcomm Cannot Prove That BB3 is Prior Art* by ParkerVision, Inc.. (Buratti, Leah) Modified text on 3/4/2021 (MEJ). (Entered: 03/03/2021) |
| 03/03/2021 | 531 | NOTICE of Unredacted Filings Pursuant to Court Order at Dkt 511 by ParkerVision, Inc. re 498 MOTION for Summary Judgment *of IPR Estoppel Related to Qualcomm's BBA2 Invalidity Theories and that Qualcomm Cannot Prove That BB3 is Prior Art* (Attachments: # 1 Exhibit 15, # 2 Exhibit 16, # 3 Exhibit 17)(Budwin, Joshua) Modified text on 3/4/2021 (MEJ). (Entered: 03/03/2021) |
| 03/03/2021 | 532 | **ORDER granting 521 Motion to Seal; granting 526 Motion to Seal. See Order for details. Signed by Magistrate Judge Leslie R. Hoffman on 3/3/2021. (MKH)** (Entered: 03/03/2021) |

| 03/04/2021 | | Sealed Document (S-533). (MEJ) (Entered: 03/04/2021) |
|---|---|---|
| 03/04/2021 | | Sealed Document (S-534). (MEJ) (Entered: 03/04/2021) |
| 03/04/2021 | | Sealed Document (S-535). (MEJ) (Entered: 03/04/2021) |
| 03/04/2021 | | Sealed Document (S-538). (MEJ) (Entered: 03/08/2021) |
| 03/04/2021 | | Sealed Document (S-539). (MEJ) (Entered: 03/08/2021) |
| 03/04/2021 | | Sealed Document (S-540). (MEJ) (Entered: 03/08/2021) |
| 03/04/2021 | | Sealed Document (S-541). (MEJ) Modified on 3/8/2021 (MEJ). (Entered: 03/08/2021) |
| 03/04/2021 | | Sealed Document (S-542). (MEJ) (Entered: 03/08/2021) |
| 03/04/2021 | | Sealed Document (S-543). (MEJ) (Entered: 03/08/2021) |
| 03/04/2021 | | Sealed Document (S-544). (MEJ) (Entered: 03/09/2021) |
| 03/04/2021 | | Sealed Document (S-545). (MEJ) (Entered: 03/09/2021) |
| 03/05/2021 | | Sealed Document (S-536). (GNB) (Entered: 03/05/2021) |
| 03/05/2021 | 537 | **ENDORSED ORDER granting 410 Motion to Strike Portions of Infringement Contentions Raising New Theories. Signed by Judge Paul G. Byron on 3/5/2021. (GNB) copies e-mailed** (Entered: 03/05/2021) |
| 03/05/2021 | | Sealed Document (S-546). (MEJ) (Entered: 03/09/2021) |
| 03/05/2021 | | Sealed Document (S-547). (MEJ) (Entered: 03/09/2021) |
| 03/05/2021 | | Sealed Document (S-548). (MEJ) (Entered: 03/09/2021) |
| 03/05/2021 | | Sealed Document (S-549). (MEJ) (Entered: 03/09/2021) |
| 03/05/2021 | | Sealed Document (S-550). (MEJ) (Entered: 03/09/2021) |
| 03/05/2021 | | Sealed Document (S-551). (MEJ) (Entered: 03/09/2021) |
| 03/05/2021 | | Sealed Document (S-552). (MEJ) (Entered: 03/09/2021) |
| 03/09/2021 | 553 | **ENDORSED ORDER denying as moot 484 Motion to File Excess Pages; denying as moot 486 Motion for Leave to File Reply. Signed by Judge Paul G. Byron on 3/9/2021. (GNB) copies e-mailed** (Entered: 03/09/2021) |
| 03/15/2021 | 554 | Unopposed MOTION to File Under Seal Unredacted Exhibit 9 to the Brigham Declaration (Dkt. 524-5) Per Local Rule 1.11 by ParkerVision, Inc. (Attachments: # 1 Exhibit 1)(Buratti, Leah) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified event on 3/16/2021 (MEJ). (Entered: 03/15/2021) |
| 03/15/2021 | 555 | Unopposed MOTION for ParkerVision to File Under Seal Per Rule 1.11(D) (Dkt. 521) by QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified event on 3/16/2021 (MEJ). (Entered: 03/15/2021) |
| 03/16/2021 | 556 | **STRICKEN** per Order at 582 REPLY to Response to Motion re 492 Refiled MOTION to Exclude Portions of the Expert Report and Proposed Testimony of Dr. Behzad Razavi filed by ParkerVision, Inc.. (Buratti, Leah) Modified on 3/24/2021 (MEJ). (Entered: 03/16/2021) |
| 03/16/2021 | 557 | **STRICKEN** per Order at 582 REPLY in Support of Motion re 490 Daubert MOTION to Strike and Exclude ParkerVision's Unreliable and Speculative Conjecture |

| | | Regarding Alleged Damages Issues filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Modified text on 3/17/2021 (MEJ). Modified on 3/24/2021 (MEJ). (Entered: 03/16/2021) |
|---|---|---|
| 03/16/2021 | 558 | **STRICKEN** per Order at 582 REPLY in Support of Motion re 491 MOTION to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Modified text on 3/17/2021 (MEJ). Modified on 3/24/2021 (MEJ). (Entered: 03/16/2021) |
| 03/16/2021 | 559 | REPLY in Support of Motion re 494 MOTION for Summary Judgment *of Noninfringement and Invalidity* filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Modified text on 3/17/2021 (MEJ). (Entered: 03/16/2021) |
| 03/16/2021 | 560 | DECLARATION of Eamonn Gardner re 558 Reply to Response to Motion, 559 Reply to Response to Motion, 557 Reply to Response to Motion by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit 82-83 (redacted), # 2 Exhibit 84, # 3 Exhibit 85 (redacted), # 4 Exhibit 86, # 5 Exhibit 87)(Gardner, Eamonn) (Entered: 03/16/2021) |
| 03/16/2021 | 561 | Unopposed MOTION to Seal *Defendants' Reply Briefs and Exhibits* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 03/16/2021) |
| 03/16/2021 | 562 | REPLY to Response to Motion re 498 MOTION for Summary Judgment *of IPR Estoppel Related to Qualcomm's BBA2 Invalidity Theories and that Qualcomm Cannot Prove That BB3 is Prior Art* filed by ParkerVision, Inc.. (Attachments: # 1 Declaration of Peter Hillegas, # 2 Exhibit 27, # 3 Exhibit 28, # 4 Exhibit 29 Filed Under Temporary Seal)(Budwin, Joshua) (Entered: 03/16/2021) |
| 03/16/2021 | 563 | Unopposed MOTION to Seal *Parkervision's Reply in Support of its Daubert Motion to Exclude Portions of the Expert Reports and Proposed Testimony of Carla Mulhern and Dr. Tim Williams* by ParkerVision, Inc.. (Budwin, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 03/16/2021) |
| 03/16/2021 | 564 | **STRICKEN** per Order at 582 REPLY in Support of Motion re 493 Daubert MOTION to Exclude Portions of the Expert Reports and Proposed Testimony of Carla Mulhern and Dr. Tim Williams filed by ParkerVision, Inc.. (Buratti, Leah) Modified text on 3/17/2021 (MEJ). Modified on 3/24/2021 (MEJ). (Entered: 03/16/2021) |
| 03/17/2021 | 565 | **ORDER granting 554 Motion to Seal; granting 555 Motion to Seal; granting 561 Motion to Seal; granting 563 Motion to Seal. See Order for deadlines and further details. Signed by Magistrate Judge Leslie R. Hoffman on 3/17/2021. (MKH)** (Entered: 03/17/2021) |
| 03/19/2021 | | Sealed Document (S-566). (MEJ) (Entered: 03/19/2021) |
| 03/19/2021 | | Sealed Document (S-567). (MEJ) (Entered: 03/19/2021) |
| 03/19/2021 | | Sealed Document (S-568). (MEJ) (Entered: 03/19/2021) |
| 03/19/2021 | | Sealed Document (S-569). (MEJ) (Entered: 03/19/2021) |
| 03/19/2021 | | Sealed Document (S-570). (MEJ) (Entered: 03/19/2021) |
| 03/19/2021 | | Sealed Document (S-571). (TNP) (Entered: 03/22/2021) |
| 03/19/2021 | | Sealed Document (S-572). (TNP) (Entered: 03/22/2021) |

| 03/19/2021 | | Sealed Document (S-573). (TNP) (Entered: 03/22/2021) |
|---|---|---|
| 03/19/2021 | | Sealed Document (S-574). (TNP) (Entered: 03/22/2021) |
| 03/22/2021 | 575 | NOTICE of change of address by Eamonn Gardner (Gardner, Eamonn) (Entered: 03/22/2021) |
| 03/22/2021 | 576 | NOTICE by ParkerVision, Inc. re 565 Order on Motion to Seal *re Unredacted Filings* (Attachments: # 1 Unredacted Dkt #523-23 (Exhibit 22), # 2 Unredacted Dkt #523-24 (Exhibit 23), # 3 Unredacted Dkt #523-25 (Exhibit 24), # 4 Unredacted Dkt #527-6 (Exhibit 5), # 5 Unredacted Dkt #528-6 (Exhibit 5))(Budwin, Joshua) (Entered: 03/22/2021) |
| 03/22/2021 | 577 | NOTICE by QUALCOMM Incorporated, Qualcomm Atheros, Inc. re 537 Order on Motion to Strike (Brigham, Matthew) (Entered: 03/22/2021) |
| 03/22/2021 | 578 | Unopposed MOTION for Sarah B. Moore to Withdraw as Attorney by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Moore, Sarah) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 03/22/2021) |
| 03/23/2021 | 579 | **ORDER granting 578 Motion to Withdraw as Attorney. Attorney Sarah Butler Moore terminated as counsel for Defendants. Signed by Magistrate Judge Leslie R. Hoffman on 3/23/2021. (MKH)** (Entered: 03/23/2021) |
| 03/23/2021 | 581 | **ENDORSED ORDER denying 489 Motion ; denying 492 Motion. ParkerVision's unredacted, sealed Daubert motion appears at 533. Rather than preparing two Orders, one redacted and the other sealed, the Court has elected to file a Sealed Order at 580. If a non-party or the public voice interest in examining the Court's Order, a redacted Order will be prepared. Signed by Judge Paul G. Byron on 3/23/2021. (JRR)** Modified on 3/24/2021 (MEJ). (Entered: 03/23/2021) |
| 03/23/2021 | 582 | **ENDORSED ORDER striking 556 Reply to Response to Motion filed by ParkerVision, Inc.; 557 Reply to Response to Motion filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.; 558 Reply to Response to Motion filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.; 564 Reply to Response to Motion filed by ParkerVision, Inc. See Local Rule 3.01(d). Signed by Judge Paul G. Byron on 3/23/2021. (GNB) copies e-mailed** (Entered: 03/23/2021) |
| 03/23/2021 | | Sealed Document (S-583). (GNB) (Entered: 03/23/2021) |
| 03/23/2021 | | Sealed Document (S-580). (MEJ) (Entered: 03/24/2021) |
| 03/26/2021 | 584 | **ORDER. The parties are DIRECTED to submit, no later than April 2, 2021, one flash drive for each pending motion which contains the motion and every exhibit referenced in the motion. Opposing counsel will submit one flash drive for each pending response in opposition along with every exhibit referenced in the response. If the motion and/or response are sealed, the flash drive will only contain the sealed version of the pleading and exhibits. See Order for additional details. Signed by Judge Paul G. Byron on 3/26/2021. (JRR)** (Entered: 03/26/2021) |
| 03/29/2021 | 585 | **ENDORSED ORDER denying as moot 434 Motion for Leave to File Document; denying as moot 435 Motion for Leave to File Document. Signed by Judge Paul G. Byron on 3/29/2021. (GNB) copies e-mailed** (Entered: 03/29/2021) |
| 03/30/2021 | 586 | Unopposed MOTION for Leave to File Other Document :ParkerVision to File Under Seal Per Rule 1.11(D) (Dkt. 563) by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 03/30/2021) |

| 03/31/2021 | 587 | **ORDER granting 586 Motion to Seal. On or before April 2, 2021, ParkerVision shall file under seal unredacted versions of its summary judgment reply (Doc. 562) and Exhibit 29 filed in support (Doc. 562-4). ParkerVision shall also comply with the presiding District Judge's directives regarding resubmission of pleadings/exhibits as set forth by the March 26, 2021 Order. See Doc. 584. Signed by Magistrate Judge Leslie R. Hoffman on 3/31/2021. (MKH)** (Entered: 03/31/2021) |
|---|---|---|
| 04/01/2021 | 588 | Joint NOTICE of compliance re 584 Order pdf by ParkerVision, Inc. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G)(Cawley, Douglas) Modified text on 4/2/2021 (MEJ). (Entered: 04/01/2021) |
| 04/01/2021 | | Sealed Document (S-590). (MEJ) (Entered: 04/02/2021) |
| 04/02/2021 | 589 | MOTION for Clarification of the Court's Order (Dkt. 537) as it Relates to the '177 Patent by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1 Filed Under Temporary Seal, # 2 Exhibit 2 Filed Under Temporary Seal, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5 Filed Under Temporary Seal)(Cawley, Douglas) Modified text on 4/5/2021 (MEJ). Modified on 4/19/2021 (MEJ). (Entered: 04/02/2021) |
| 04/02/2021 | 591 | NOTICE of Redacted Placeholder Filings Containing Confidential Information per Local Rule 1.11(d) by ParkerVision, Inc. re 589 MOTION for Clarification of the Court's Order (Dkt. 537) as it Relates to the '177 Patent *of Redacted and Placeholder Filings Containing Qualcomm's Confidential Information Per Local Rule 1.11(D)* (Budwin, Joshua) Modified text on 4/5/2021 (MEJ). (Entered: 04/02/2021) |
| 04/05/2021 | | Sealed Document (S-592). (GNB) (Entered: 04/05/2021) |
| 04/06/2021 | 593 | NOTICE of Submission of Flash Drive by ParkerVision, Inc. re 584 Order pdf,, *of Submission of Flash Drive* (Attachments: # 1 Exhibit A)(Cawley, Douglas) Modified text on 4/7/2021 (MEJ). (Entered: 04/06/2021) |
| 04/16/2021 | 594 | MOTION to Seal Under Seal Per Rule 1.11(D) Dkt 591 by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit Exh. 1 - Redacted ParkerVision Motion for Clarification etc. (Dkt. 591))(Gardner, Eamonn) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified text on 4/19/2021 (MEJ). (Entered: 04/16/2021) |
| 04/16/2021 | 595 | MEMORANDUM in opposition re 589 Motion for Clarification of the Court's Order (Dkt 537) as it Relates to the '177 Patent filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Gardner, Eamonn) Modified text on 4/19/2021 (MEJ). (Entered: 04/16/2021) |
| 04/16/2021 | 596 | Unopposed MOTION to Seal Opposition to ParkerVision's Motion for Clarification of the Court's Order (Dkt 537) as it Relates to the '177 Patent by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Gardner, Eamonn) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified text on 4/19/2021 (MEJ). (Entered: 04/16/2021) |
| 04/16/2021 | 597 | Joint NOTICE of Submission of Flash Drives by QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Gardner, Eamonn) Modified text on 4/19/2021 (MEJ). (Entered: 04/16/2021) |
| 04/19/2021 | 598 | **ORDER granting 594 Motion to Seal; granting 596 Motion to Seal. See order for details. Signed by Magistrate Judge Leslie R. Hoffman on 4/19/2021. (MKH)** (Entered: 04/19/2021) |
| 04/19/2021 | | Sealed Document (S-599). (ALL) (Entered: 04/20/2021) |

| 04/20/2021 | | (FILED IN ERROR) Sealed Document (S-600). (MEJ) Modified on 4/21/2021 (MEJ). (Entered: 04/20/2021) |
|---|---|---|
| 04/20/2021 | 601 | MOTION for Zoom or Telephonic Case Management Conference by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Modified on 4/21/2021 (MEJ). (Entered: 04/20/2021) |
| 04/21/2021 | 602 | **ENDORSED ORDER denying 601 Motion. The Court will set a Final Pretrial Conference once the Court has ruled on all pending motions. Signed by Judge Paul G. Byron on 4/21/2021. (GNB) copies e-mailed** (Entered: 04/21/2021) |
| 04/21/2021 | 603 | NOTICE canceling Jury Trial scheduled for the July trial term and Final Pretrial Conference scheduled for June 15, 2021. These will be rescheduled at a later date. The parties are advised that this notice does NOT relieve them of the other previously imposed deadlines at Doc. 515. (GNB) copies e-mailed (Entered: 04/21/2021) |
| 04/21/2021 | | Sealed Document (S-604). (MEJ) (Entered: 04/22/2021) |
| 05/11/2021 | 605 | MOTION to Enforce Court's Order (Doc. 537) by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Declaration of Eamonn Gardner, # 2 Exhibit 1, # 3 Exhibit 2 (redacted), # 4 Exhibit 3)(Gardner, Eamonn) Modified text on 5/12/2021 (MEJ). (Entered: 05/11/2021) |
| 05/11/2021 | 606 | Unopposed MOTION to Seal 605 Motion to Enforce Court's Order (Doc. 537) by QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Gardner, Eamonn) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified text on 5/12/2021 (MEJ). (Entered: 05/11/2021) |
| 05/11/2021 | 607 | NOTICE of change of address by Joshua W. Budwin (Budwin, Joshua) (Entered: 05/11/2021) |
| 05/12/2021 | 608 | **ORDER granting 606 Unopposed Motion for Leave to File Under Seal Qualcomm's Motion to Enforce Court's Order. See attached PDF Order for further details. Signed by Magistrate Judge Leslie R. Hoffman on 5/12/2021. (ECJ)** (Entered: 05/12/2021) |
| 05/14/2021 | | Sealed Document (S-609). (MEJ) (Entered: 05/14/2021) |
| 05/21/2021 | 612 | JOINT PRETRIAL statement by all parties. (Attachments: # 1 A-1 Plaintiff's Trial Exhibit List, # 2 A-2 Defendants' Trial Exhibit List, # 3 A-3 Joint Trial Exhibit List, # 4 A-4 Plaintiff's Objections to Defendants' Trial Exhibit List, # 5 A-5 Defendants' Objections to Plaintiff's Trial Exhibit List, # 6 B-1 Plaintiff's Witness List, # 7 B-2 Defendants' Witness List, # 8 C-1 Plaintiff's Deposition Designations, # 9 C-2 Defendants' Deposition Designations, # 10 D Proposed Jury Instructions, # 11 E-1 Plaintiff's Jury Verdict Form, # 12 E-2 Defendants' Jury Verdict Form, # 13 E-3 Plaintiff's Objections to Defendants' Jury Verdict Form, # 14 E-4 Defendants' Objections to Plaintiff's Jury Verdict Form, # 15 F Joint Voir Dire Questions)(Budwin, Joshua) Modified on 5/24/2021 (RDO). (Entered: 05/21/2021) |
| 05/22/2021 | 613 | UNOPPOSED JOINT MOTION to File Under Seal *Joint Pre-Trial Statement* by ParkerVision, Inc.. (Budwin, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified on 5/24/2021 (RDO). (Entered: 05/22/2021) |
| 05/24/2021 | 614 | **ORDER granting 613 Motion to Seal. On or before May 28, 2021, the parties shall file under seal an unredacted version of the Joint Pre-Trial Statement. Signed by Magistrate Judge Leslie R. Hoffman on 5/24/2021. (MKH)** (Entered: 05/24/2021) |
| 05/25/2021 | 615 | RESPONSE in Opposition re 605 MOTION to Enforce Court's Order (Doc. 537) filed by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1 - Filed Under Temporary Seal, # 2 |

| | | Exhibit 2 - Filed Under Temporary Seal)(Budwin, Joshua) (Entered: 05/25/2021) |
|---|---|---|
| 05/25/2021 | 616 | NOTICE by ParkerVision, Inc. re 615 Response in Opposition to Motion - *Redacted and Placeholder Filings Containing Qualcomm's Confidential Information Per Local Rule 1.11(D)* (Budwin, Joshua) (Entered: 05/25/2021) |
| 05/26/2021 | 617 | RESPONSE in Opposition re 605 MOTION to Enforce Court's Order (Doc. 537) *CORRECTED* filed by ParkerVision, Inc.. (Attachments: # 1 Exhibit 1 - Filed Under Temporary Seal, # 2 Exhibit 2 - Filed Under Temporary Seal)(Budwin, Joshua) (Entered: 05/26/2021) |
| 05/28/2021 | 618 | MOTION for Leave to File Under Seal Per Rule 1.11(D)(Doc. 615, 617) by QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified event on 6/1/2021 (MEJ). (Entered: 05/28/2021) |
| 05/28/2021 | 619 | MOTION In Limine by ParkerVision, Inc.. (Attachments: # 1 Declaration of Peter Hillegas, # 2 Exhibit 1 Filed Under Temporary Seal, # 3 Exhibit 2 Filed Under Temporary Seal, # 4 Exhibit 3, # 5 Exhibit 4 Filed Under Temporary Seal, # 6 Exhibit 5 Filed Under Temporary Seal, # 7 Exhibit 6 Filed Under Temporary Seal, # 8 Exhibit 7 Filed Under Temporary Seal, # 9 Exhibit 8 Filed Under Temporary Seal, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12)(Budwin, Joshua) Modified event on 6/1/2021 (MEJ). (Entered: 05/28/2021) |
| 05/28/2021 | 620 | NOTICE re Placeholder Filings Containing Qualcomm's Confidential Information Per Local Rule 1.11(D) by ParkerVision, Inc. re 619 MOTION In Limine (Budwin, Joshua) Modified text on 6/1/2021 (MEJ). (Entered: 05/28/2021) |
| 05/28/2021 | 621 | MOTION In Limine by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Declaration of Matthew Brigham, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit 1, # 5 Exhibit 2 (redacted), # 6 Exhibit 3, # 7 Exhibit 4 (redacted), # 8 Exhibit 5 (redacted), # 9 Exhibit 6 (redacted), # 10 Exhibit 7 (redacted), # 11 Exhibit 8 (redacted), # 12 Exhibit 9 (redacted), # 13 Exhibit 10, # 14 Exhibit 11, # 15 Exhibit 12, # 16 Exhibit 13, # 17 Exhibit 14, # 18 Exhibit 15, # 19 Exhibit 16, # 20 Exhibit 17, # 21 Exhibit 18 (redacted), # 22 Exhibit 19 (redacted), # 23 Exhibit 20 (redacted), # 24 Exhibit 21 (redacted), # 25 Exhibit 22, # 26 Exhibit 23 (redacted), # 27 Exhibit 24 (redacted), # 28 Exhibit 25 (redacted), # 29 Exhibit 26, # 30 Exhibit 27, # 31 Exhibit 28 (redacted), # 32 Exhibit 29 (redacted), # 33 Exhibit 30 (redacted), # 34 Exhibit 31 (redacted), # 35 Exhibit 32)(Brigham, Matthew) (Entered: 05/28/2021) |
| 05/28/2021 | 622 | Unopposed MOTION for Leave to File Motion in Limine (Doc. 621) under Seal by QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified event on 6/1/2021 (MEJ). (Entered: 05/28/2021) |
| 06/01/2021 | 623 | **ORDER granting 622 Motion to Seal. On or before June 4, 2021, Qualcomm shall file under seal unredacted versions of its Motion in Limine and Exhibits 2, 4-9, 18-21, 23-25, 28-31 filed in support. See Order for further details. Signed by Magistrate Judge Leslie R. Hoffman on 6/1/2021. (MKH)** (Entered: 06/01/2021) |
| 06/01/2021 | 624 | **ORDER granting 618 Motion to Seal. On or before June 4, 2021, ParkerVision shall file under seal unredacted versions of its corrected response to the motion to enforce court's order (Doc. No. 617), and Exhibit 2 filed in support (Doc. No. 617-2). See Order for further details. Signed by Magistrate Judge Leslie R. Hoffman on 6/1/2021. (MKH)** (Entered: 06/01/2021) |
| 06/01/2021 | 625 | AMENDED document by ParkerVision, Inc.. Amendment to 617 Response in Opposition to Motion, 624 Order on Motion to Seal *Unredacted version of [617-1]* |

| | | |
|---|---|---|
| | | *Exhibit 1*. (Budwin, Joshua) (Entered: 06/01/2021) |
| 06/02/2021 | | Sealed Document (S-626). (MEJ) (Entered: 06/02/2021) |
| 06/02/2021 | 627 | Joint NOTICE of Submission of Deposition Designations by ParkerVision, Inc. re 515 Order on Motion to Amend / Correct / Modify / SupplementOrder on Motion for Extension of Time to File (Attachments: # 1 C-2 (Corrected) Defendants' Deposition Designations, # 2 C-3 Plaintiff's Objections to Counter-Designations / Rebuttal Designations, # 3 C-4 Defendants' Objections to Counter-Designations / Rebuttal Designations)(Cawley, Douglas) Modified text on 6/3/2021 (MEJ). (Entered: 06/02/2021) |
| 06/03/2021 | | Sealed Document (S-628). (MEJ) (Entered: 06/03/2021) |
| 06/11/2021 | 630 | **ENDORSED ORDER granting in part and denying in part 493 Motion to Exclude Portions of the Expert Reports and Proposed Testimony of Ms. Carla Mulhern and Dr. Tim Williams. See 629. Signed by Judge Paul G. Byron on 6/11/2021. (JRR)** (Entered: 06/11/2021) |
| 06/11/2021 | 631 | MOTION for Leave to File Other Document :for ParkerVision to File Under Seal *(Doc. 620)* by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/11/2021) |
| 06/11/2021 | 632 | RESPONSE to Motion re 621 MOTION In Limine filed by ParkerVision, Inc.. (Attachments: # 1 Declaration of Peter M. Hillegas, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3 - Filed Under Temporary Seal, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6 - Filed Under Temporary Seal, # 8 Exhibit 7 - Filed Under Temporary Seal, # 9 Exhibit 8 - Filed Under Temporary Seal, # 10 Exhibit 9 - Filed Under Temporary Seal, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12 - Filed Under Temporary Seal, # 14 Exhibit 13 - Filed Under Temporary Seal, # 15 Exhibit 14 - Filed Under Temporary Seal, # 16 Exhibit 15 - Filed Under Temporary Seal, # 17 Exhibit 16 - Filed Under Temporary Seal, # 18 Exhibit 17 - Filed Under Temporary Seal, # 19 Exhibit 18 - Filed Under Temporary Seal)(Budwin, Joshua) (Entered: 06/11/2021) |
| 06/11/2021 | 633 | Unopposed MOTION to Seal *Certain Supporting Exhibits to ParkerVision's Response to Qualcomm's Motions in Limine (Dkt. 621) and Rule 1.11(D) Notice* by ParkerVision, Inc.. (Budwin, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/11/2021) |
| 06/11/2021 | 634 | RESPONSE in Opposition re 619 MOTION In Limine filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Declaration of Matthew Brigham, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3 (redacted), # 5 Exhibit 4, # 6 Exhibit 5 (redacted), # 7 Exhibit 6 (redacted), # 8 Exhibit 7 (redacted), # 9 Exhibit 8 (redacted), # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11 (redacted), # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16 (redacted), # 18 Exhibit 17 (redacted), # 19 Exhibit 18 (redacted), # 20 Exhibit 19 (redacted), # 21 Exhibit 20 (redacted), # 22 Exhibit 21 (redacted), # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24 (redacted), # 26 Exhibit 25, # 27 Exhibit 26 (redacted), # 28 Exhibit 27 (redacted), # 29 Exhibit 28)(Brigham, Matthew) (Entered: 06/11/2021) |
| 06/11/2021 | 635 | Unopposed MOTION to File Under Seal Qualcomm's Opposition to ParkerVision's Motions In Limine and Rule 1.11(D) Notice by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified text on 6/14/2021 (MEJ). (Entered: 06/11/2021) |
| 06/14/2021 | 636 | **ORDER granting 631 Motion to Seal; granting 633 Motion to Seal; granting 635 Motion to Seal. See Order for deadlines and further details. Signed by Magistrate** |

| | | Judge Leslie R. Hoffman on 6/14/2021. (MKH) (Entered: 06/14/2021) |
|---|---|---|
| 06/16/2021 | | Sealed Document (S-637). (MEJ) (Entered: 06/16/2021) |
| 06/17/2021 | 638 | Notice of Filing Unredacted versions of Exhibits by ParkerVision, Inc. re 619 MOTION In Limine . (Attachments: # 1 Unredacted version of [619-7] Exhibit 6) (Budwin, Joshua) Modified text on 6/21/2021 (MEJ). (Entered: 06/17/2021) |
| 06/18/2021 | 639 | Unopposed MOTION for Benjamin S. Lin to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-18379432 for $150 by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Attachments: # 1 Exhibit A - Oath on Admission)(Lockamy, Michael) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/18/2021) |
| 06/21/2021 | 640 | **ORDER granting 639 Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Leslie R. Hoffman on 6/21/2021. (MKH)** (Entered: 06/21/2021) |
| 06/24/2021 | 641 | Unopposed MOTION for Leave to File Under Seal per Rule 1.11(D) (Doc. 632) by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified event on 6/25/2021 (MEJ). (Entered: 06/24/2021) |
| 06/25/2021 | 642 | Unopposed MOTION to Seal *Certain Pages and Exhibits to Qualcomm's Opposition to ParkerVision's Motions in Limine (Dkt. 634)* by ParkerVision, Inc.. (Budwin, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 06/25/2021) |
| 06/28/2021 | 643 | **ORDER granting 641 Motion to Seal. See Order for deadlines and details. Signed by Magistrate Judge Leslie R. Hoffman on 6/28/2021. (MKH)** (Entered: 06/28/2021) |
| 06/28/2021 | 644 | **ORDER denying as moot 642 Motion to Seal. Signed by Magistrate Judge Leslie R. Hoffman on 6/28/2021. (MKH)** (Entered: 06/28/2021) |
| 06/29/2021 | | Sealed Document (S-645). (GNB) (Entered: 06/29/2021) |
| 06/29/2021 | 646 | **ENDORSED ORDER granting in part and denying in part 605 Motion to Enforce Court's Order. Signed by Judge Paul G. Byron on 6/29/2021. (GNB)** ctp (Entered: 06/29/2021) |
| 06/30/2021 | | Sealed Document (S-647). (MEJ) (Entered: 06/30/2021) |
| 07/02/2021 | | Sealed Document (S-648). (MEJ) (Entered: 07/02/2021) |
| 07/02/2021 | | Sealed Document (S-649). (MEJ) (Entered: 07/02/2021) |
| 07/23/2021 | 650 | Joint Stipulation and MOTION for Entry of Judgment of Non-Infringement of the '177 Patent by ParkerVision, Inc.. (Attachments: # 1 Declaration of Peter M. Hillegas, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C (Filed Under Temporary Seal), # 5 Exhibit D) (Budwin, Joshua) Modified event on 7/26/2021 (MEJ). (Entered: 07/23/2021) |
| 07/23/2021 | 651 | Joint MOTION to Seal Exhibit to 650 Joint Stipulation and Motion for Entry of Judgment of Non-Infringement of the '177 Patent by ParkerVision, Inc.. (Budwin, Joshua) Motions referred to Magistrate Judge Leslie R. Hoffman. Modified text on 7/26/2021 (MEJ). (Entered: 07/23/2021) |
| 07/26/2021 | 652 | **ORDER granting 651 Motion to Seal. Signed by Magistrate Judge Leslie R. Hoffman on 7/26/2021. (MKH)** (Entered: 07/26/2021) |
| 07/27/2021 | | Sealed Document (S-653). (MEJ) (Entered: 07/27/2021) |

| 07/29/2021 | 654 | NOTICE of Appearance by Brian R. Gilchrist on behalf of ParkerVision, Inc. (Gilchrist, Brian) (Entered: 07/29/2021) |
| 07/29/2021 | 655 | NOTICE of Appearance by Ryan Thomas Santurri on behalf of ParkerVision, Inc. (Santurri, Ryan) (Entered: 07/29/2021) |
| 07/29/2021 | 656 | NOTICE of Appearance by Ava K. Doppelt on behalf of ParkerVision, Inc. (Doppelt, Ava) (Entered: 07/29/2021) |
| 07/30/2021 | 657 | Unopposed MOTION for Christine Woodin to Withdraw as Attorney *and for Termination of Electronic Notices* by ParkerVision, Inc.. (Woodin, Christine) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 07/30/2021) |
| 08/02/2021 | 658 | **ORDER granting 657 Motion to Withdraw as Attorney. Attorney Christine Michelle Woodin terminated as counsel for Plaintiff. Signed by Magistrate Judge Leslie R. Hoffman on 8/2/2021. (MKH)** (Entered: 08/02/2021) |
| 08/13/2021 | 659 | Unopposed MOTION for Patrick W. Lauppe to Withdraw as Attorney by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Lauppe, Patrick) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 08/13/2021) |
| 08/16/2021 | 660 | **ORDER granting 659 Motion to Withdraw as Attorney. Attorney Patrick Warren Lauppe terminated as counsel for Defendants. Signed by Magistrate Judge Leslie R. Hoffman on 8/16/2021. (MKH)** (Entered: 08/16/2021) |
| 09/20/2021 | 661 | **ENDORSED ORDER granting 650 Joint Stipulation and MOTION for Entry of Judgment of Non-Infringement of the '177 Patent. The stipulated judgment will be made part of the final judgment. Signed by Judge Paul G. Byron on 9/20/2021. (GNB) ctp** (Entered: 09/20/2021) |
| 09/27/2021 | 662 | **ORDER denying 439 Motion to Strike. Signed by Judge Paul G. Byron on 9/27/2021. (AH)** (Entered: 09/27/2021) |
| 09/27/2021 | 663 | Unopposed MOTION for Christina A. Ondrick to appear pro hac vice, Special Admission fee paid, Receipt No. AFLMDC-18752759 for $150 by ParkerVision, Inc.. (Doppelt, Ava) Motions referred to Magistrate Judge Leslie R. Hoffman. (Entered: 09/27/2021) |
| 09/28/2021 | 664 | **ORDER granting 663 Motion to Appear Pro Hac Vice. Signed by Magistrate Judge Leslie R. Hoffman on 9/28/2021. (MKH)** (Entered: 09/28/2021) |
| 10/29/2021 | 665 | NOTICE by ParkerVision, Inc. *of Firm Change and Amended Designation of Email Address for Co-Counsel of Plaintiff Leah Bhimani Buratti* (Doppelt, Ava) (Entered: 10/29/2021) |
| 11/24/2021 | 666 | Unopposed MOTION for Peter Hillegas to Withdraw as Counsel and for Termination of Electronic Notices by ParkerVision, Inc. (Doppelt, Ava) Modified text on 11/24/2021 (TNP). (Entered: 11/24/2021) |
| 11/29/2021 | 667 | **ORDER granting 666 Motion to Withdraw as Counsel. Attorney Peter M. Hillegas terminated as counsel for Plaintiff. Signed by Magistrate Judge Leslie R. Hoffman on 11/29/2021. (MKH)** (Entered: 11/29/2021) |
| 12/13/2021 | 668 | Entered in Error. (Entered: 12/13/2021) |
| 01/14/2022 | 669 | NOTICE of Hearing on Motions re 494 MOTION for Summary Judgment *of Noninfringement and Invalidity*, 498 MOTION for Summary Judgment *of IPR Estoppel Related to Qualcomm's BBA2 Invalidity Theories and that Qualcomm Cannot Prove That BB3 is Prior Art*, 491 MOTION to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues. Motion Hearing set for 1/24/2022 at 9:30 |

| | | AM in Orlando Courtroom 4B before Judge Paul G. Byron. The Court will set aside no more than two (2) days for argument on these motions. The parties will be permitted no more than two (2) attorneys per side and one (1) support staff member at counsel table. All counsel must be fully vaccinated and actively negative for COVID-19. Any other attorney who wishes to attend may sit in the gallery.(GNB) ctp (Entered: 01/14/2022) |
|---|---|---|
| 01/21/2022 | 670 | Joint MOTION to Dismiss Certain Claims by ParkerVision, Inc.. (Doppelt, Ava) (Entered: 01/21/2022) |
| 01/21/2022 | 671 | Joint NOTICE Regarding The '177 Patent and Claim 107 of the '372 Patent by QUALCOMM Incorporated, Qualcomm Atheros, Inc. re 661 Order on Motion for Miscellaneous Relief, 670 Joint MOTION to Dismiss Certain Claims (Gardner, Eamonn) Modified text on 1/21/2022 (TNP). (Entered: 01/21/2022) |
| 01/24/2022 | 672 | Minute Entry. In Person Proceedings held before Judge Paul G. Byron: MOTION HEARING (Day 1) held on 1/24/2022 re 494 MOTION for Summary Judgment *of Noninfringement and Invalidity* filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.,491 MOTION to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc., 498 MOTION for Summary Judgment *of IPR Estoppel Related to Qualcomm's BBA2 Invalidity Theories and that Qualcomm Cannot Prove That BB3 is Prior Art* filed by ParkerVision, Inc.. Court Reporter: Suzanne L. Trimble (GNB) ctp (Entered: 01/24/2022) |
| 01/25/2022 | 673 | Minute Entry. In Person Proceedings held before Judge Paul G. Byron: MOTION HEARING (Day 2) held on 1/25/2022 re 494 MOTION for Summary Judgment *of Noninfringement and Invalidity* filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc.,491 MOTION to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues filed by QUALCOMM Incorporated, Qualcomm Atheros, Inc., 498 MOTION for Summary Judgment *of IPR Estoppel Related to Qualcomm's BBA2 Invalidity Theories and that Qualcomm Cannot Prove That BB3 is Prior Art* filed by ParkerVision, Inc. Court Reporter: Suzanne L. Trimble (GNB) ctp (GNB). (Entered: 01/25/2022) |
| 02/01/2022 | 674 | REDACTED TRANSCRIPT of Motion Hearing, Volume 1 of 2, held on 1/24/22 before Judge Paul G. Byron. Court Reporter Suzanne L. Trimble, trimblecourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 2/22/2022 Redacted Transcript Deadline set for 3/4/2022 Release of Transcript Restriction set for 5/2/2022. (SLT) (Entered: 02/01/2022) |
| 02/01/2022 | 675 | REDACTED TRANSCRIPT of Motion Hearing, Volume 2 of 2, held on 1/25/22 before Judge Paul G. Byron. Court Reporter Suzanne L. Trimble, trimblecourtreporter@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or purchased through the Court Reporter. Redaction Request due 2/22/2022 Redacted Transcript Deadline set for 3/4/2022 Release of Transcript Restriction set for 5/2/2022. (SLT) (Entered: 02/01/2022) |
| 02/01/2022 | 676 | NOTICE to counsel of filing of OFFICIAL TRANSCRIPTS dated 1/24/22 and 1/25/22. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days. Any party needing a copy of the transcript to review for redaction |

| | | purposes may purchase a copy from the court reporter or view the document at the clerk's office public terminal. Court Reporter: Suzanne L. Trimble. (SLT) (Entered: 02/01/2022) |
|---|---|---|
| 02/03/2022 | 679 | NOTICE of Intent to Request Redaction by QUALCOMM Incorporated, Qualcomm Atheros, Inc. (Gardner, Eamonn) Modified text on 2/3/2022 (TNP). (Entered: 02/03/2022) |
| 02/07/2022 | 680 | NOTICE of supplemental authority re 498 MOTION for Summary Judgment *of IPR Estoppel Related to Qualcomm's BBA2 Invalidity Theories and that Qualcomm Cannot Prove That BB3 is Prior Art* by ParkerVision, Inc.. (Doppelt, Ava) (Entered: 02/07/2022) |
| 02/22/2022 | 681 | NOTICE Regarding Transcripts by QUALCOMM Incorporated, Qualcomm Atheros, Inc. re 675 Transcript, 674 Transcript (Gardner, Eamonn) Text modified on 2/23/2022 (RDO). (Entered: 02/22/2022) |
| 03/09/2022 | 683 | **ENDORSED ORDER granting 491 Motion to Strike. Signed by Judge Paul G. Byron on 3/9/2022. (GNB) ctp** (Entered: 03/09/2022) |
| 03/17/2022 | 684 | **ENDORSED ORDER granting 670 Motion to Dismiss Certain Claims. Signed by Judge Paul G. Byron on 3/17/2022. (AH)** Text modified on 3/17/2022 (RDO). (Entered: 03/17/2022) |
| 03/22/2022 | 685 | **SEALED ORDER granting 538 Sealed Motion for Summary Judgment. The Clerk is DIRECTED to enter judgment in favor of Defendant Qualcomm Inc. and against Plaintiff ParkerVision, Inc. The Clerk is DIRECTED to terminate any pending deadlines and close the file. Signed by Judge Paul G. Byron on 3/22/2022. (GNB) ctp** (Entered: 03/22/2022) |
| 03/22/2022 | 686 | **ENDORSED ORDER granting 494 Motion for Summary Judgment. The Clerk is DIRECTED to enter judgment in favor of Defendant Qualcomm Inc. and against Plaintiff ParkerVision, Inc. The Clerk is DIRECTED to terminate any pending deadlines and close the file. Signed by Judge Paul G. Byron on 3/22/2022. (GNB) ctp** (Entered: 03/22/2022) |
| 03/23/2022 | 687 | JUDGMENT in favor of QUALCOMM Incorporated against ParkerVision, Inc.. ( Signed by Deputy Clerk) (RDO) (Entered: 03/23/2022) |
| 03/31/2022 | 688 | Joint MOTION to Unseal Document Doc. 685 and make public a redacted version of Doc. 682 by QUALCOMM Incorporated. (Lockamy, Michael) Motions referred to Magistrate Judge Leslie Hoffman Price. (Entered: 03/31/2022) |
| 04/01/2022 | 689 | **ENDORSED ORDER granting 688 Motion to Unseal Document. The Clerk is DIRECTED to unseal 685 Sealed Order granting Summary Judgment. The parties are DIRECTED to send a redacted version of 682 Sealed Order granting Motion to Strike and Exclude Opinions to chambers_flmd_byron@flmd.uscourts.gov on or before April 4, 2022. Signed by Judge Paul G. Byron on 4/1/2022. (AH)** (Entered: 04/01/2022) |
| 04/01/2022 | 690 | Unopposed MOTION for Extension of Time to File A Request for Costs and/or Fees Under Fed. R. Civ. P. 54(d), 28 U.S.C. § 285, and Local Rule 7.01 by QUALCOMM Incorporated, Qualcomm Atheros, Inc.. (Brigham, Matthew) (Entered: 04/01/2022) |
| 04/04/2022 | 691 | **REDACTED ORDER granting 491 Motion to Strike and Exclude Opinions Regarding Alleged Infringement and Validity Issues. See 689 Endorsed Order granting Motion to Unseal. Signed by Judge Paul G. Byron on 4/4/2022. (AH)** (Entered: 04/04/2022) |

| | | |
|---|---|---|
| 04/05/2022 | 692 | **ORDER granting 690 Unopposed Motion to Toll Deadlines. Defendants may file a motion for attorney's fees and/or costs within fourteen (14) days of the expiration of the time for Plaintiff to file an appeal, or alternatively, if Plaintiff files an appeal, within fourteen (14) days after issuance of the mandate by the Court of Appeals. Signed by Magistrate Judge Leslie Hoffman Price on 4/5/2022. (MKH)** (Entered: 04/05/2022) |
| 04/20/2022 | 693 | NOTICE OF APPEAL as to 687 Judgment by ParkerVision, Inc.. Filing fee $ 505, receipt number AFLMDC-19481354. (Doppelt, Ava) (Entered: 04/20/2022) |
| 04/21/2022 | 694 | TRANSMITTAL of initial appeal package to USCA consisting of copies of notice of appeal, docket sheet, order/judgment being appealed, and motion, if applicable to USCA re 693 Notice of Appeal. Eleventh Circuit Transcript information form forwarded to pro se litigants and available to counsel at www.flmd.uscourts.gov under Forms and Publications/General. (Attachments: # 1 Notice of Appeal, # 2 Judgment, # 3 Docket Sheet)(RDO) (Entered: 04/21/2022) |
| 05/02/2022 | | Notice of Appeal package submitted to the U.S. Court of Appeals for the Federal Circuit via email re 693 Notice of Appeal. (RDO) (Entered: 05/02/2022) |
| 05/06/2022 | 695 | USCA ORDER as to 693 Notice of Appeal filed by ParkerVision, Inc. Appeal dismissed as it was erroneously docketed in the wrong court. EOD: 5/4/2022; USCA number: 22-11281-G. (LMF) (Entered: 05/06/2022) |
| 07/16/2024 | 696 | ORDER of USCA for the Federal Circuit as to 693 Notice of Appeal filed by ParkerVision, Inc. Mandate to issue at a later date. USCA number: 22-1755. Dismissed. (TRF) Modified text on 7/18/2024 (KME). (Entered: 07/17/2024) |
| 07/16/2024 | 697 | MANDATE of USCA for the Federal Circuit as to 693 Notice of Appeal filed by ParkerVision, Inc. Issued as Mandate: 07/16/2024 USCA number: 22-1755. (TRF) (Entered: 07/17/2024) |
| 07/23/2024 | 698 | JOINT MOTION for Entry of Final Judgement Pursuant to the Mandate of the Federal Circuit - Time Sensitive by ParkerVision, Inc.. (Attachments: # 1 Text of Proposed Order - Proposed Final Judgement)(Doppelt, Ava) Modified on 7/23/2024 to edit docket text (JDR). (Entered: 07/23/2024) |
| 08/01/2024 | 699 | **ORDER granting 698 Joint Motion for Entry of Final Judgment Pursuant to the Mandate of the Federal Circuit. See Order for further details. Signed by Judge Paul G. Byron on 8/1/2024. (REG)** (Entered: 08/01/2024) |
| 08/05/2024 | 700 | NOTICE OF APPEAL to United States Court of Appeals for the Federal Circuit as to 699 Order on Motion for Miscellaneous Relief by ParkerVision, Inc. Filing fee $ 605, receipt number AFLMDC-22373739. (Doppelt, Ava) Modified text on 8/7/2024 (AG). (Entered: 08/05/2024) |