## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED and<br>QUALCOMM ATHEROS, INC.,<br><br>　　　　　Defendants. | Case No. 6:14-cv-687-PGB-LRH |

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Anjali Srinivasan, moves for special admission to represent Qualcomm Incorporated and Qualcomm Atheros, Inc. in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, for the Northern District of California.

I have not abused the privilege of special admission by maintaining a regular law practice in California.  I have initially appeared in the last thirty-six months in these cases in state of federal court in Florida:

No Florida appearances.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required

1

2808419

by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States.  I will bear true faith and allegiance to the government of the United States.  I will maintain the respect due to the courts of justice and all judicial officers.  I will well and faithfully discharge my duties as an attorney and officer of this Court.  I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

                        Respectfully submitted,

                        KEKER, VAN NEST & PETERS LLP

Dated:  October 21, 2024

                    By:  */s/ Anjali Srinivasan*
                          Anjali Srinivasan
                          California State Bar No. 304413
                          asrinivasan@keker.com
                          633 Battery Street
                          San Francisco, CA 94111-1809
                          Telephone:  415 391 5400
                          Facsimile:  415 397 7188

                          Attorneys for Defendants
                          QUALCOMM INCORPORATED
                          and QUALCOMM ATHEROS, INC.

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party has no opposition to my special admission.

2808419