UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

    Defendants.

Case No. 6:14-cv-687-PGB-LRH

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

Matthew M. Werdegar, moves for special admission to represent Qualcomm Incorporated and Qualcomm Atheros, Inc. in this action.

I am not a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, for the Northern District of California.

I have not abused the privilege of special admission by maintaining a regular law practice in California. I have initially appeared in the last thirty-six months in these cases in state of federal court in Florida:

No Florida appearances.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of
> the United States or any Territory thereof who so multiplies the
> proceedings in any case unreasonably and vexatiously may be required

1

2808412

by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Respectfully submitted,

KEKER, VAN NEST & PETERS LLP

Dated: October 21, 2024

By: */s/ Matthew M. Werdegar*
Matthew M. Werdegar
California State Bar No. 200470
mwerdegar@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendants
QUALCOMM INCORPORATED
and QUALCOMM ATHEROS, INC.

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party has no opposition to my special admission.