# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.                                          Case No:   6:14-cv-687-PGB-LHP

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

    Defendants

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**   **UNOPPOSED MOTION FOR SPECIAL ADMISSION (Doc. No. 706)**
>
> **FILED:**      **October 21, 2024**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

> **MOTION:**   **UNOPPOSED MOTION FOR SPECIAL ADMISSION (Doc. No. 707)**
>
> **FILED:**      **October 21, 2024**

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

**MOTION:** UNOPPOSED MOTION FOR SPECIAL ADMISSION (Doc. No. 708)

**FILED:** October 21, 2024

**THEREON** it is **ORDERED** that the motion is **GRANTED**.

Anjali Srinivasan, Esq., Matthew M. Werdegar, Esq., and Robert A. Van Nest, Esq. may specially appear in this case as counsel for Defendants. Attorneys Srinivasan, Werdegar, and Van Nest shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov. Once registered for CM/ECF and added as counsel of record in this case, counsel will receive the Notification of Electronic Filing [NEF] on all documents.

The Clerk of Court is directed to mail a copy of this Order to Attorneys Srinivasan, Werdegar, and Van Nest. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**Orders permitting counsel to appear specially in this case shall not be construed as a finding that the work of multiple attorneys is necessary to prosecute or defend the case.**

**DONE** and **ORDERED** in Orlando, Florida on October 21, 2024.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties