# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED, and QUALCOMM ATHEROS, INC., <br><br> Defendants. | CASE NO. 6:14-cv-00687-PGB-LRH |

**PARKERVISION'S REQUEST FOR SCHEDULING CONFERENCE, TRIAL SETTING, AND IDENTIFICATION OF ISSUES THAT REQUIRE THE COURT'S RESOLUTION BEFORE TRIAL**

Over ten years ago, Plaintiff ParkerVision, Inc. (ParkerVision) sued Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. (collectively, Qualcomm) for patent infringement (Dkt. 1). On October 15, 2024, the Federal Circuit remanded this case (Dkt. 705). ParkerVision sought to agree with Qualcomm on an efficient path forward to trial. But the parties were unable to reach agreement. Despite weeks of negotiations, Qualcomm still cannot specifically articulate what issues it believes require the Court's resolution prior to trial, and specifically Qualcomm has refused to identify any additional claim term(s) it intends to propose for construction or the construction(s) it proposes for any such term(s). The parties likewise dispute when trial should be scheduled, with ParkerVision seeking trial as soon as reasonably practical (*e.g.*, April or May 2025).

For those reasons, ParkerVision respectfully requests the Court (i) grant this Motion and set a scheduling conference for some time between December 4-6, 2024 or December 9-11, 2024 (the parties have all indicated availability on these dates), or at a day and time

convenient for the Court; (ii) order the parties to specifically identify the issues that they believe require the Court's resolution prior to trial, and in any event no later than 15 days prior to the Court's scheduling conference; and (iii) further order that if any party raises claim construction as an issue, said party must identify the specific claim term(s) to be construed and propose construction(s) of each such term as part of that party's identification of issues.

November 4, 2024

                Respectfully Submitted,

                /s/ Ava K. Doppelt
                Ava K. Doppelt
                Fla. Bar No. 393738
                **ALLEN, DYER, DOPPELT, & GILCHRIST, PA**
                255 S. Orange Ave – Ste. 1401
                Orlando, FL 320801
                Telephone: (407) 841-2330
                Facsimile: (407) 481-2343
                adoppelt@allendyer.com

                Joshua W. Budwin
                Texas State Bar No. 24050347
                John B. Campbell, Jr. (*pro hac vice* forthcoming)
                Texas State Bar No. 24036314
                Kyle N. Ryman (*pro hac vic*)
                Texas State Bar No. 24125394
                **MCKOOL SMITH, P.C.**
                303 Colorado Street, Suite 2100
                Austin, TX 78701
                Telephone: (512) 692-8700
                Facsimile: (512) 592-8744
                jbudwin@McKoolSmith.com
                jcampbell@McKoolSmith.com
                kryman@McKoolSmith.com

-3-

        Kevin L. Burgess (*pro hac vice*)
        Texas State Bar No. 24006927
        **MCKOOL SMITH, P.C.**
        104 East Houston Street, Suite 300
        Marshall, TX 75670
        Telephone: (903) 923-9000
        Facsimile: (903) 923-9099
        kburgess@McKoolSmith.com

        Ayana M. Rivers (*pro hac vice*)
        **MCKOOL SMITH, P.C.**
        New York State Bar No. 2956209
        1301 Avenue of the Americas, 32nd Floor
        New York, NY 10019
        Telephone: (212) 402-9400
        Facsimile: (212) 402-9444
        arivers@McKoolSmith.com

        *Attorneys for Plaintiff ParkerVision, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 4, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non- CM/ECF participants: none.

/s/ Ava K. Doppelt
Ava K. Doppelt

## RULE 3.01(g) CERTIFICATION

The undersigned certifies that counsel for ParkerVision communicated via email with defendants' counsel, Sophie Hood and Anjali Srinivasan, on multiple occasions between October 23 and October 31, 2024. Counsel for ParkerVision also conducted Zoom video conferences with counsel for Qualcomm, Eamonn Gardner, on October 10, 2024 and various counsel for Qualcomm (including Ms. Hood) on October 18, 2024.

/s/ Joshua W. Budwin
Joshua W. Budwin