# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.                                    Case No:   6:14-cv-687-PGB-LHP

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

    Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** UNOPPOSED MOTION TO WITHDRAW LEAH BURATTI AS COUNSEL AND FOR TERMINATION OF ELECTRONIC NOTICES (Doc. No. 716)
>
> **FILED:** November 4, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

---

[1] The Court notes that the motion fails to comply with Local Rule 1.08. Future filings that fail to comply with all applicable Local Rules may be stricken or summarily denied without further notice.

Leah B. Buratti, Esq. withdraws as counsel for Plaintiff. Plaintiff remains represented by several other counsel of record.

**DONE** and **ORDERED** in Orlando, Florida on November 4, 2024.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties