AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| PARKERVISION, INC. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 6:14-cv-687-PGB-LRH |
| QUALCOMM INCORPORATED, et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Qualcomm Incorporated and Qualcomm Atheros, Inc.

Date:   11/29/2024

/s/ Daniel C. Johnson
*Attorney's signature*

Daniel C. Johnson, Fla. Bar No. 522880
*Printed name and bar number*

Carlton Fields, P.A.
200 S. Orange Ave.
Suite 1000
Orlando, FL 32801
*Address*

djohnson@carltonfields.com
*E-mail address*

(407) 849-0300
*Telephone number*

(407) 648-9099
*FAX number*