# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CLERK'S MINUTES
Status Conference

Case Number: 6:14-cv-687-PGB-LHP

**PARKERVISION, INC.,**

**Plaintiff's Counsel:** Ava K. Doppelt, Josh Budwin, Ayana Rivers, Kyle Ryman

Plaintiff,

v.

**QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC.,**

**Defense Counsel:** Daniel C. Johnson, Matt Werdegar, Sophie Hood, Anjali Srinivasan, Matt Brigham, Eamonn Gardner, Dena Chen

Defendants.

| Judge: | **Paul G. Byron** | Court Reporter | Karla Hyland hylandtranscripts@outlook.com |
|---|---|---|---|
| Deputy Clerk: | Kathleen McKinnie | Interpreter: | None |
| Date: | December 4, 2024 | Time: | 10:02 A.M. – 10:20 AM 18 minutes |

Case called. Appearances taken.

Parties are to resubmit their witness lists and deposition designations within 14 days. Parties to let the Court know within 14 days which Motions in Limine are still live.

Court adjourned.