**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PARKERVISION, INC.,

        Plaintiff,

v.                              Case No:   6:14-cv-687-PGB-LHP

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

        Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following

motions filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF DOUGLAS A. CAWLEY AS COUNSEL FOR PARKERVISION, INC. (Doc. No. 735)** |
| **FILED:** | **December 13, 2024** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF LOUIS J.** |

| | |
|---|---|
| | **FREEH AS COUNSEL FOR PARKERVISION, INC. (Doc. No. 736)** |
| **FILED:** | **December 13, 2024** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF STEPHEN D. BUSEY AS COUNSEL FOR PARKERVISION, INC. (Doc. No. 737)** |
| **FILED:** | **December 13, 2024** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF JOHN R. THOMAS AS COUNSEL FOR PARKERVISION, INC. (Doc. No. 738)** |
| **FILED:** | **December 13, 2024** |

**THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motions, once again, do not comply with the typography requirements set forth in Local Rule 1.08.   Doc. Nos. 735–38; *see* Doc. No. 731, at 1 n.1; Doc. No.

733, at 1 n.1 (cautioning Plaintiff that future failures to comply may result in the summary denial of the motion).   The motions also do not comply with Local Rule 2.02(c) because they were not filed or signed by the attorney seeking to withdraw from the case.   *See* Local Rule 2.02(c)(2) ("The withdrawing lawyer—not the lawyer's present or former firm or another lawyer—must move to withdraw unless unable because of an emergency, disability, or death.").

     **DONE** and **ORDERED** in Orlando, Florida on December 16, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties