UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br> Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC., <br><br> Defendants. | Case No. 6:14-cv-687-PGB-LRH |

### DEFENDANTS QUALCOMM INCORPORATED AND QUALCOMM ATHEROS, INC.'S AMENDED WITNESS LIST, DEPOSITION DESIGNATIONS, AND IDENTIFICATION OF PENDING MOTIONS

Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc. (collectively, "Qualcomm") respectfully submit the following in response to the Court's December 9, 2024 Order (ECF No. 726) and the Court's instructions to the parties during the December 4, 2024 status conference.

First, pursuant to the Court's Order (ECF No. 726, at 9), Qualcomm attaches as **Exhibit A** the list of witnesses it intends to call at trial. Qualcomm reserves all rights to amend, supplement, or revise this list, including in view of witness availability given the uncertain trial date, case developments, as well as motion practice (including motions *in limine*) that may impact the issues and scope of the case. With respect to motions *in limine* in particular,

1

witnesses accompanied by an asterisk * will be removed should the Court grant Qualcomm's Motion in Limine No. 1 and preclude ParkerVision from presenting testimony and exhibits relating to these individuals. Qualcomm does not waive objections to ParkerVision seeking to call any of these witnesses. Qualcomm reserves the right to call any witnesses included in ParkerVision's witness list and further reserves the right to call witnesses not listed herein solely for impeachment or in rebuttal. Based on information presently known to Qualcomm, all witnesses listed as appearing by deposition are outside the Court's jurisdiction and are not available to testify live or by Zoom. Qualcomm reserves the right to call these witnesses live or by zoom should they become available to testify live or by Zoom.

Second, Qualcomm attaches as **Exhibit B** its deposition designations, counter-designations to ParkerVision's deposition designations, and rebuttal designations identified in response to ParkerVision's counter-designations pursuant to the format set forth in the Court's Case Management and Scheduling Order (ECF No. 309).[1] For the convenience of the Court, Qualcomm also attaches the same information, organized on a witness-by-witness basis, as **Exhibit C**.[2] Qualcomm has separately provided the Court

---

[1] Qualcomm notes that ParkerVision's objections to Qualcomm's designations were not abbreviated; thus, each designation entry can take up multiple rows, adding to the length of the document.

[2] Qualcomm has not removed attorney objections from the designations, which would have

with highlighted deposition transcripts of Qualcomm's initial designations, ParkerVision's related counter-designations, and Qualcomm's rebuttal designations via CD and thumb drive.[3] Qualcomm reserves the right to amend, supplement, or revise these designations and objections based on witness availability, case developments, motions practice (including motions *in limine*), and meet-and-confers regarding the issues and scope of the case. With respect to motions *in limine* in particular, Qualcomm's designations are subject to further narrowing depending upon the Court's ruling on Qualcomm's Motion in Limine No. 1.[4] Qualcomm further reserves the right to use testimony at trial that is not included herein solely for impeachment or in rebuttal. Qualcomm also reserves all rights to object to the admission of exhibits marked during depositions, including based on the objections to ParkerVision's exhibit list.

Third, Qualcomm attaches as **Exhibit D**, a reference key explaining Qualcomm's abbreviated objections to ParkerVision's deposition designations,

---

the effect of creating yet additional entries. Nonetheless, Qualcomm intends for and seeks to have attorney objections omitted from its designations.

[3] For the Court's reference, the parties have agreed to the following color designation of the deposition transcripts:
- Qualcomm Initial Designations: Yellow
- ParkerVision Counter Designations: Green
- Qualcomm Rebuttal Designations: Orange

[4] Namely, Qualcomm would remove the following witness's deposition designations should the Court grant Qualcomm's MIL No. 1: Franklin Antonio; Seyfi Bazarjani; Steve Ciccarelli; Prashant Kantak; Donald Schrock; Charles Wheatley; Saed Younis.

2840515

which were included in ParkerVision's submission at ECF No. 741. The objections are intended to reference the Federal Rules of Evidence or other common objections (*e.g.*, "V" refers to vague and ambiguous; "S" refers to calls for speculation).

Finally, Qualcomm advises the Court that the following Qualcomm motions remain for the Court's resolution: 1) Qualcomm's Motions in Limine Nos. 1–6, 8, and 10 (subpart (b)) (ECF No. 621); and 2) Qualcomm's motion for summary judgment on willfulness or induced infringement (ECF No. 494 at 24-25). Qualcomm hereby withdraws MIL No. 9 related to estoppel, which we understand will not be tried to the jury. And, in view of the Federal Circuit's order regarding IPR estoppel, and this Court's Order (ECF No. 628) Granting Defendants' Motion to Strike and Exclude (ECF No. 628 at 16-21), which ParkerVision did not appeal, MIL No. 7 is now moot. With respect to MIL No. 10 (a), Qualcomm withdraws this motion in light of the Court's observations regarding the scope of permissible expert witness testimony at trial and with the understanding that experts will not be permitted to offer new opinions. ECF No. 726 at 5-8. By withdrawing this motion, Qualcomm does not waive its right to object to any attempt by ParkerVision to nevertheless seek to introduce new expert testimony at trial.

2840515

|  | Respectfully submitted, |
|---|---|
| Dated:  December 18, 2024 | **KEKER, VAN NEST & PETERS LLP** |
|  | By:  */s/ Anjali Srinivasan* |

Robert A. Van Nest (special admission)
rvannest@keker.com
Matthew M. Werdegar (special admission)
mwerdegar@keker.com
Sophie Hood (special admission)
shood@keker.com
Anjali Srinivasan (special admission)
asrinivasan@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Daniel C. Johnson
Florida Bar No.  522880
Carlton Fields, P.A.
200 S. Orange Ave.
Suite 1000
Orlando, FL 32801
Telephone: (407) 849-0300
Facsimile:  (407) 648-9099
djohnson@carltonfields.com

**COOLEY LLP**
Stephen C. Neal (admitted pro hac vice)
Matthew Brigham (admitted pro hac vice)
Jeffrey Karr (admitted pro hac vice)
Priya Viswanath (admitted pro hac vice)
Dena Chen (admitted pro hac vice)
Patrick Lauppe (admitted pro hac vice)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:  (650) 843-5000
Facsimile:  (650) 843-7400

**COOLEY LLP**
Eamonn Gardner (pro hac vice)
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

5

2840515

**COOLEY LLP**
Stephen Smith (admitted pro hac vice)
1299 Pennsylvania Avenue NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Facsimile: (202) 842-7899

Attorneys for Defendants QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC.

2840515

## CERTIFICATE OF SERVICE

I certify that on December 18, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM / ECF system.

*/s/ Alisa Thompson*
Alisa Thompson

2840515