# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

PARKERVISION, INC.,

                Plaintiff,

    v.

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

                Defendants.

Case No. 6:14-cv-687-PGB-LRH

## DEFENDANTS QUALCOMM INCORPORATED AND QUALCOMM ATHEROS, INC.'S AMENDED WITNESS LIST

## Will Call (Live or Zoom)

Qualcomm-Affiliated Witnesses:

    1.    Brown, Gary

    2.    Jaffee, Jim

    3.    Mulhern, Carla

    4.    Persico, Charles

    5.    Razavi, Dr. Behzad

    6.    Sahota, Gurkanwal (Kamal)

    7.    Williams, Tim

    8.    VIA Telecom

1

2843975

9.   Yantz, Maria

ParkerVision-Affiliated Witnesses:

10.   French (Poehlman), Cynthia

11.   Leach, Jeffrey


## Will Call Via Deposition[1]

Qualcomm-Affiliated Witnesses:

1.   Antonio, Franklin*[2] (deceased)

2.   Bazarjani, Seyfi*

3.   Ciccarelli, Steve*

4.   Kantak, Prashant*

5.   Peterzell, Paul

6.   Schrock, Donald*

7.   Scott, John

8.   Wheatley, Charles*

9.   Younis, Saed*

---

[1] Based on information presently known to Qualcomm, all witnesses listed as appearing by
deposition are located outside the court's jurisdiction and are not available to testify live or
by Zoom.

[2] Witnesses accompanied by an asterisk (*) may be removed should the Court grant
Qualcomm's Motion in Limine No. 1 and preclude ParkerVision from presenting testimony
and exhibits relating to these individuals.

2

<u>ParkerVision-Affiliated Witnesses:</u>

10.    Allen, Phillip

11.    Bultman, Michael

12.    Cook, Robert W.

2843975