# EXHIBIT D

## Key to Qualcomm's Deposition Objections

| Abbreviations | Deposition Objections |
|---|---|
| 402 | Irrelevant (FRE 402) |
| 403 | Rule 403 (unduly prejudicial/inflammatory/confusing/waste of time/misleading) |
| 602 | No personal knowledge (FRE 602) |
| 701 | Opinion testimony by lay witness (FRE 701) |
| 702/703 | Improper Expert Opinion; Expert offering facts not in evidence (FRE 702/FRE 703) |
| 802 | Hearsay (FRE 802) |
| 901 | Authentication (FRE 901) |
| Incomplete/I | Incomplete designation |
| MIL/Motion practice | Subject to MIL and/or other motion practice |
| Rule 32(a) | FRCP 32(a) (does not comply with restrictions on use of depo testimony) |
| V | Vague and ambiguous (unintelligible) |
| A | Asked and answered |
| M | Misstates document/prior testimony |
| L | Leading |
| Scope | Beyond the scope of direct/cross |
| S | Calls for Speculation |