IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PARKERVISION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>QUALCOMM INCORPORATED and<br>QUALCOMM ATHEROS, INC.,<br><br>Defendants. | CASE NO. 6:14-cv-00687-PGB-LRH |

**PLAINTIFF'S TIME-SENSITIVE AND UNOPPOSED
MOTION FOR EXTENSION OF TIME TO RESPOND TO
DEFENDANTS' MOTION FOR RECONSIDERATION**

Plaintiff ParkerVision, Inc. ("ParkerVision"), through the undersigned attorney, hereby respectfully requests a 7-day extension, until January 13, 2025, to respond to Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc.'s ("Qualcomm") (i) Motion for Reconsideration of the Court's December 9, 2024 Order and Modification of Case Schedule for Additional Claim Construction and Memorandum of Law in Support (Dkt. 745), and its attached (ii) Proposed Supplemental Opening Claim Construction Brief (Dkt. 745-1) (collectively, the "Motion"). ParkerVision's request is time sensitive given ParkerVision's short period to respond to the Motion, and ParkerVision requests a ruling on its request for extension by Friday, January 3, 2024, for the following reasons:

1. Qualcomm filed its Motion on December 23, 2024, at 7:58 p.m., making ParkerVision's response due on Monday, January 6, 2025. This period overlaps with at least three major holidays—Christmas, Hanukkah, and New Year's.

2. Given the holidays, the undersigned counsel needs additional time to review the Motion to be able to provide an informed response to the Court.

3. ParkerVision's request for an extension is not submitted for purposes of delay and no party will be prejudiced by the extension.

## MEMORANDUM OF LAW

Federal Rule of Civil Procedure 6(b) provides the Court discretion to grant extensions of time for good cause. It has generally been noted that the granting of a motion for extension of time is not an abuse of discretion where there is no prejudice to the opposing party, undue delay, or adverse effect on the administration of justice. *See, e.g.*, *Fisher v. Office of the State Attorney 13th Jud. Cir. Fla.*, 162 Fed. App'x 937, 940 (11th Cir. 2006). In this instance, Qualcomm filed its Motion two days before Christmas and the start of Hanukkah, resulting in much of ParkerVision's time to respond overlapping with the holiday season. Further, the purpose of ParkerVision's request is not to unduly delay the action and Qualcomm does not oppose it, and therefore there is no prejudice to the opposing party.

WHEREFORE, ParkerVision respectfully requests the Court grant an extension to respond to Qualcomm's Motion until Monday, January 13, 2025.

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned communicated on December 30, 2024, with Daniel Johnson, one of Qualcomm's lawyers, who advised that Qualcomm has no objection to ParkerVision's requested extension of time.

Respectfully submitted on December 30, 2024.

**ALLEN, DYER, DOPPELT + GILCHRIST, PA**

*/s/ Ava K. Doppelt*
Ava K. Doppelt
Fla. Bar No. 393738
255 S. Orange Ave – Ste. 1401
Orlando, FL 320801
Telephone: (407) 841-2330
Facsimile: (407) 481-2343
adoppelt@allendyer.com

**MCKOOL SMITH, P.C.**
Joshua W. Budwin
Texas State Bar No. 24050347
(*pro hac vice*)
John B. Campbell, Jr.
Texas State Bar No. 24036314
(*pro hac vice*)
Kyle N. Ryman
Texas State Bar No. 24125394
(*pro hac vice*)
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700

>Facsimile: (512) 592-8744
>jbudwin@McKoolSmith.com
>jcampbell@McKoolSmith.com
>kryman@McKoolSmith.com
>
>Kevin L. Burgess (*pro hac vice*)
>Texas State Bar No. 24006927
>104 East Houston Street, Suite 300
>Marshall, TX 75670
>Telephone: (903) 923-9000
>Facsimile: (903) 923-9099
>kburgess@McKoolSmith.com
>
>*Attorneys for Plaintiff*
>*ParkerVision, Inc.*

## CERTIFICATE OF SERVICE

I certify that on December 30, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non- CM/ECF participants: none.

>/s/ *Ava K. Doppelt*
>Ava K. Doppelt