**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PARKERVISION, INC,**

      **Plaintiff,**

v.                                                                Case No: 6:14-cv-687-PGB-LHP

**QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC.,**

      **Defendants.**

---

### NOTICE AND ORDER TO REGISTER FOR COURT'S CASE MANAGEMENT AND ELECTRONIC CASE FILING PROGRAM

On Monday, July 12, 2004, the United States District Court for the Middle District of Florida converted to a paperless electronic filing system: CM/ECF (Case Management and Electronic Case Filing). Extensive notice of this conversion was provided through the Court's web-page, announcements, and numerous mailings.

Upon review of this case, it appears that attorney **Jennifer Truelove** is not registered to participate in the Case Management and Electronic Case Filing ("CM/ECF") program of the Court.

Henceforth, all attorneys appearing in a case assigned to the undersigned Judge shall participate and docket in CM/ECF within **30 days** of entry of an appearance in such case.

Counsel is directed to the website located at **www.flmd.uscourts.gov** under "CM/ECF" where a password may be requested from the Court. Counsel must take the Tutorials offered on the website before using the CM/ECF system.

Therefore, **Jennifer Truelove** shall register to participate, as well as docket, in CM/ECF within thirty (30) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida on this 8th day of January 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record