# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.                                          Case No:   6:14-cv-687-PGB-LHP

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

    Defendants

## ORDER

This cause comes before the Court on two Unopposed Motions for Special Admission filed by Plaintiff. Doc. Nos. 763–64. Upon review, the motions (Doc. Nos. 763–64) are **GRANTED**.

Marc. E. Kasowitz, Esq. and Albert S. Mishaan, Esq. may specially appear in this case as counsel for Plaintiff. Attorneys Kasowitz and Mishaan shall immediately begin using the CM/ECF docket system and begin filing electronically. Counsel must register for a CM/ECF login and password through the website at www.flmd.uscourts.gov under "CM/ECF." Once registered for CM/ECF and added as counsel of record in this case, counsel will receive the Notification of Electronic Filing [NEF] on all documents.

The Clerk of Court is directed to mail a copy of this Order to Attorneys Kasowitz and Mishaan. Thereafter, the Clerk of Court shall not mail copies of documents filed in this case as counsel of record will receive such documents electronically through CM/ECF.

**Orders permitting counsel to appear specially in this case shall not be construed as a finding that the work of multiple attorneys is necessary to prosecute or defend the case.**

**DONE** and **ORDERED** in Orlando, Florida on February 5, 2025.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties