UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PARKERVISION, INC., <br><br>   Plaintiff, <br><br> v. <br><br> QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC., <br><br>   Defendants. | Case No. 6:14-cv-687-PGB-LRH |

### DEFENDANTS' NOTICE OF FILING CERTAIN EXHIBITS TO DECLARATION OF ANJALI SRINIVASAN IN SUPPORT OF DEFENDANTS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Defendants, through undersigned counsel, hereby give notice that they are filing with the Clerk of the Court a thumb drive containing copies of Exhibits B, F and J to the Declaration of Anjali Srinivasan in support of Defendants' Motion for Temporary Restraining Order and Preliminary Injunction filed today. Defendants file these Exhibits in this manner due to their being video files. Further, the size of the Exhibits is too large to be submitted via CD, necessitating their submission via thumb drive.

Respectfully submitted,

Dated: February 4, 2025    KEKER, VAN NEST & PETERS LLP

By: /s/ *Robert A. Van Nest*
Robert A. Van Nest (special admission)
Matthew M. Werdegar (special admission)

1

2863315

Sophie Hood (special admission)
Anjali Srinivasan (special admission)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
rvannest@keker.com
mwerdegar@keker.com
shood@keker.com
asrinivasan@keker.com

**CARLTON FIELDS, P.A.**
Daniel C. Johnson
Florida Bar No. 522880
200 S. Orange Ave.
Suite 1000
Orlando, FL 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
djohnson@carltonfields.com

**COOLEY LLP**
Matthew Brigham (admitted pro hac vice)
Dena Chen (admitted pro hac vice)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 843-7400
Dchen@cooley.com
Mbrigham@cooley.com

**COOLEY LLP**
Eamonn Gardner (pro hac vice)
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099
Egardner@cooley.com

Attorneys for Defendants QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC.

2863315

CERTIFICATE OF SERVICE

I certify that on February 4, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM / ECF system. I further certify that I served the foregoing document and accompanying exhibits by email to the following non-CM / ECF participants:

| | |
|---|---|
| Daniel C. Johnson<br>**Carlton Fields, P.A.**<br>200 S. Orange Ave., Ste 100<br>Orlando, FL 32801<br>djohnson@carltonfields.com | *Attorneys for Defendants*<br>*QUALCOMM, INC. and*<br>*QUALCOMM ATHEROS, INC.* |
| Dena Chen<br>Matthew Brigham<br>**Cooley LLP**<br>3175 Hanover St<br>Palo Alto, CA 94304<br><br>Eamonn Gardner<br>**Cooley LLP - Colorado**<br>1144 15th St., Suite 2300<br>Denver, CO 80202<br>QCParkervision@cooley.com | *Attorneys for Defendants*<br>*QUALCOMM, INC. and*<br>*QUALCOMM ATHEROS, INC.* |
| Ava K. Doppelt<br>Brian R. Gilchrist<br>Ryan Thomas Santurri<br>**Allen, Dyer, Doppelt, & Gilchrist, PA**<br>255 S. Orange Ave. - Ste 1401<br>PO Box 3791<br>Orlando, FL 32801<br>adoppelt@allendyer.com<br>bgilchrist@allendyer.com<br>rsanturri@allendyer.com | *Attorneys for Plaintiff and Counter Defendant*<br>*PARKERVISION, INC.* |

2863315

| | |
|---|---|
| Ayana M. Rivers<br>**McKool Smith, P.C.**<br>1301 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>arivers@mckoolsmith.com<br><br>Kevin Burgess<br>**McKool Smith P.C.**<br>104 East Houston, Suite 300<br>Marshall, TX 75670<br>kburgess@McKoolSmith.com<br><br>John B. Campbell, Jr.<br>Kyle N. Ryman<br>Joshua W. Budwin<br>**McKool Smith**<br>303 Colorado St., Suite 2100<br>Austin, TX 78701<br>jcampbell@mckoolsmith.com<br>kryman@mckoolsmith.com<br>jbudwin@mckoolsmith.com<br>ParkerVisionII-Qualcomm@McKoolSmith.com | *Attorneys for Plaintiff and Counter Defendant*<br>*PARKERVISION, INC.* |
| Marc E. Kasowitz<br>Albert Mishaan<br>Maria H. Ruiz<br>Jacob Abrams<br>**Kasowitz Benson Torres LLP**<br>1441 Brickell Ave., Suite 1420<br>Miami, Florida 33131<br>MKasowitz@kasowitz.com<br>AMishaan@kasowitz.com<br>MRuiz@kasowitz.com<br>JAbrams@kasowitz.com | *Attorneys for Plaintiff and Counter Defendant*<br>*PARKERVISION, INC.* |

4

2863315

| | |
|---|---|
| Marc E. Kasowitz<br>Albert Mishaan<br>Maria H. Ruiz<br>Jacob Abrams<br>**Kasowitz Benson Torres LLP**<br>1441 Brickell Ave., Suite 1420<br>Miami, Florida 33131<br>MKasowitz@kasowitz.com<br>AMishaan@kasowitz.com<br>MRuiz@kasowitz.com<br>JAbrams@kasowitz.com | *Attorneys for Plaintiff and Counter Defendant*<br>*PARKERVISION, INC.* |

/s/ Robert Van Nest
Robert Van Nest

2863315