# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.                                                  Case No: 6:14-cv-687-PGB-LHP

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

    Defendants

---

## ORDER

Before the Court is Plaintiff ParkerVision's Unopposed Motion to Seal ParkerVision's Motion for Reconsideration of the Court's December 9, 2024 Order (DKT. 726) in Light of the Expert Witness's Cancer Diagnosis. Doc. No. 769. Plaintiff, without opposition from Defendants, seeks to file under seal a motion for reconsideration, as well as two supporting declarations and related exhibits, which address the medical information and health of an expert witness, to include medical records. *Id.*

Based on the representations in the motion, having considered Local Rule 1.11[1] and the Eleventh Circuit's standard for sealing, and for reasons similar to those previously set forth in prior Orders, *see* Doc. No. 466, the Court finds good cause to allow Plaintiff to file these materials under seal. *See Clark v. FDS Bank*, No. 6:17-cv-692-Orl-41TBS, 2018 WL 6503583, at *2 (M.D. Fla. Dec. 11, 2018) ("The law recognizes a person's privacy interest in their personal medical information.").

Accordingly, it is **ORDERED** as follows:

1. Plaintiff ParkerVision's Unopposed Motion to Seal ParkerVision's Motion for Reconsideration of the Court's December 9, 2024 Order (DKT. 726) in Light of the Expert Witness's Cancer Diagnosis (Doc. No. 769) is **GRANTED**.

2. On or before **February 28, 2025**, Plaintiff shall file the documents described in the motion under seal.

---

[1] The Court notes that Plaintiff cites "Local Rule 1.09" in support of its motion. Doc. No. 769. However, motions to seal are governed by Local Rule 1.11, effective April 1, 2024. *See* https://www.flmd.uscourts.gov/local-rules. Although the present motion fails to comply in full with Local Rule 1.11, specifically subsection (b)(8), the Court has addressed the motion on the merits for the sake of judicial efficiency and in the absence of objection from Defendants. Going forward, however, Plaintiff is cautioned that future filings that fail to comply in full with all applicable Local Rules may be stricken or summarily denied without further notice.

3.      Upon review, the Court may require that some or all of the information filed under seal be filed in the public record, if it determines that the information is not properly subject to sealing. Otherwise, this seal shall not extend beyond **ninety (90) days** after the case is closed and all appeals exhausted. *See* Local Rule 1.11(e).

**DONE** and **ORDERED** in Orlando, Florida on February 24, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties