**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PARKERVISION, INC.,

    Plaintiff,

v.                                                       Case No: 6:14-cv-687-PGB-LHP

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

    Defendants

**ORDER**

Before the Court is Defendants' Unopposed Motion for Leave to File Under Seal Certain Portions of and Exhibits to Qualcomm's Response to ParkerVision's Motion for Reconsideration of the Court's December 9, 2024 Order.  Doc. No. 772. Defendants, without opposition from Plaintiff, seek to file under seal their unredacted response to Plaintiff's motion for reconsideration and related exhibits, which address the medical information and health of an expert witness and include portions of a sealed Order.  *Id.; see also* Doc. No. 726.

Based on the representations in the motion, having considered Local Rule 1.11 and the Eleventh Circuit's standard for sealing, and for reasons similar to those previously set forth in prior Orders, *see* Doc. Nos. 466, 771, the Court finds good

cause to allow Defendants to file these materials under seal.  *See Clark v. FDS Bank*, No. 6:17-cv-692-Orl-41TBS, 2018 WL 6503583, at *2 (M.D. Fla. Dec. 11, 2018) ("The law recognizes a person's privacy interest in their personal medical information.").

Accordingly, it is **ORDERED** as follows:

1. Defendants' Unopposed Motion for Leave to File Under Seal Certain Portions of and Exhibits to Qualcomm's Response to ParkerVision's Motion for Reconsideration of the Court's December 9, 2024 Order (Doc. No. 772) is **GRANTED**.

2. On or before **March 3, 2025**, Defendants shall separately file the documents described in the motion under seal.

3. Upon review, the Court may require that some or all of the information filed under seal be filed in the public record, if it determines that the information is not properly subject to sealing.  Otherwise, this seal shall not extend beyond **ninety (90) days** after the case is closed and all appeals exhausted.  *See* Local Rule 1.11(e).

**DONE** and **ORDERED** in Orlando, Florida on February 25, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties