# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PARKERVISION, INC.,

      Plaintiff,

v.                                               Case No:   6:14-cv-687-PGB-LHP

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

      Defendants

## ORDER

Before the Court is ParkerVision's Unopposed Motion to Seal ParkerVision's Reply Brief in Support of Its Opposed Motion for Reconsideration of the Court's December 9, 2024 Order (Dkt. 726) in Light of the Expert Witness's Cancer Diagnosis.  Doc. No. 788.  Defendants do not oppose.  *Id.* at 2, 6.

Based on the representations in the motion, having considered Local Rule 1.11 and the Eleventh Circuit's standard for sealing, and for reasons similar to those previously set forth in prior Orders, *see* Doc. Nos. 466, 771, 774, the Court finds good cause to allow ParkerVision to file the reply and related exhibits under seal.  *See Clark v. FDS Bank*, No. 6:17-cv-692-Orl-41TBS, 2018 WL 6503583, at *2 (M.D. Fla. Dec.

11, 2018) ("The law recognizes a person's privacy interest in their personal medical information.").

Accordingly, it is **ORDERED** as follows:

1. ParkerVision's Unopposed Motion to Seal ParkerVision's Reply Brief in Support of Its Opposed Motion for Reconsideration of the Court's December 9, 2024 Order (Dkt. 726) in Light of the Expert Witness's Cancer Diagnosis (Doc. No. 788) is **GRANTED**.

2. On or before **March 25, 2025**, ParkerVision shall separately file the documents described in the motion under seal.

3. Upon review, the Court may require that some or all of the information filed under seal be filed in the public record, if it determines that the information is not properly subject to sealing.  Otherwise, this seal shall not extend beyond **ninety (90) days** after the case is closed and all appeals exhausted.  *See* Local Rule 1.11(e).

**DONE** and **ORDERED** in Orlando, Florida on March 24, 2025.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

- 3 -

Counsel of Record
Unrepresented Parties