UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PARKERVISION, INC.,**

      **Plaintiff,**

v.                                            Case No: 6:14-cv-687-PGB-LHP

**QUALCOMM INCORPORATED
and QUALCOMM ATHEROS,
INC.,**

      **Defendants.**

                                        /

## ORDER

This cause is before the Court on Defendants Qualcomm Incorporated and Qualcomm Atheros, Inc.'s (collectively, "**Qualcomm**") Unopposed Motion for Partial Summary Judgment of Noninfringement and Dismissal Without Prejudice of Invalidity Counterclaims. (Doc. 809 (the "**Motion**")). Upon consideration, the Motion is due to be granted.

**I.   BACKGROUND**

The relevant procedural history is outlined in the Court's Third Claim Construction Order and is incorporated herein. (Doc. 804, pp. 1–5). Suffice it to say that following remand by the Federal Circuit, this Court allowed the parties to submit claim construction briefs for a third time. (*Id.*). After the Court issued the Third Claim Construction Order, the parties filed the instant Motion. (Doc. 809). The unopposed Motion is accompanied by a Joint Stipulation of Noninfringement

of All Asserted Receiver Claims. (Doc. 809-1). The parties stipulate that there is no genuine issue of material fact that the Accused Products did not infringe asserted claims 1 and 10 of U.S. Patent 7,218,907 (the "**'907 Patent**") and claims 24 and 331 of U.S. Patent 6,091,940 (the "**'940 Patent**") (collectively, the "**Receiver Claims**"). (*Id.*). The parties further stipulate that the Court should dismiss without prejudice Qualcomm's counterclaims seeking declaratory judgment of invalidity of the Receiver Claims, subject to renewal should the Federal Circuit reverse the Court's claim construction order. (*Id.* at pp. 2–3).

## II. DISCUSSION

The parties agree that their stipulation of noninfringement satisfies the requirements of Rule 56 and supports the entry of partial summary judgment in favor of Qualcomm as to ParkerVision's claims regarding infringement of the Receiver Claims and as to Qualcomm's corresponding counterclaims of noninfringement of those claims. *See* FED. R. CIV. P. 56(C)(1)(A); *Groove Digit., Inc. v. United Bank*, 825 F. App'x 852, 853 (Fed. Cir. 2020) (affirming summary judgment based upon joint stipulation of noninfringement); (Doc. 809, p. 2). The parties further agree that the entry of partial summary judgment will moot Qualcomm's counterclaims for invalidity. (*Id.* at p. 3); *see Nystrom v. TREX Co., Inc.*, 339 F.3d 1347, 1351, 1351 n.* (Fed. Cir. 2003) (holding the court may order dismissal of a counterclaim without prejudice—either with or without a finding that the counterclaim was moot—following the grant of summary judgment of non-infringement).

### III. CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Qualcomm's Unopposed Motion for Partial Summary Judgment of Noninfringement and Dismissal Without Prejudice of Invalidity Counterclaims (Doc. 809) is **GRANTED**.

2. The Court hereby enters partial summary judgment in favor of Defendants Qualcomm, Inc. and Qualcomm Atheros, Inc. as to claims 1 and 10 of the '907 Patent and claims 24 and 331 of the '940 Patent.

3. Defendants Qualcomm, Inc. and Qualcomm Atheros, Inc.'s Counterclaims as to the Receiver Claims are hereby **DISMISSED WITHOUT PREJUDICE**.[1]

**DONE AND ORDERED** in Orlando, Florida on August 21, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Stipulation and Motion for Partial Summary Judgment do not affect asserted claims 25, 26, 368, and 369 of the '940 Patent (the **"Transmitter Claims"**).

3