# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PARKERVISION, INC.,

    Plaintiff,

v.

QUALCOMM INCORPORATED, QUALCOMM ATHEROS, INC.,

    Defendants.

CASE NO.: 6:14-CV-00687-PGB-LHP

## **PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff ParkerVision, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the Final Judgment of this Court entered on October 2, 2025 (Dkt. 820), and from any and all other judgments, orders, opinions, rulings, and findings pertinent or ancillary to the foregoing.

Payment of the required fee of $605 is provided with this Notice of Appeal.

Dated: October 6, 2025

    Respectfully submitted,

    By: /s/ Ava K. Doppelt

    Ava K. Doppelt
    Fla. Bar No. 393738
    adoppelt@allendyer.com
    Allen, Dyer, Doppelt, & Gilchrist, PA
    255 S. Orange Ave – Ste. 1401
    Orlando, FL 320801
    Telephone: (407) 841-2330
    Facsimile: (407) 481-2343

By: /s/ Joshua W. Budwin
Joshua W. Budwin
Texas State Bar No. 24050347
John B. Campbell, Jr. (pro hac vice)
Texas State Bar No. 24036314
R. Mitch Verboncoeur (pro hac vice)
Texas State Bar No. 24105732
Matt Cameron (pro hac vice)
Texas State Bar No 240997451
McKool Smith, P.C.
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 592-8744
jbudwin@McKoolSmith.com
jcampbell@McKoolSmith.com
mverboncoeur@McKoolSmith.com
mcameron@McKoolSmith.com

Kevin L. Burgess (pro hac vice)
Texas State Bar No. 24006927
Jennifer Truelove (pro hac vice)
Texas State Bar No. 24012906
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
kburgess@McKoolSmith.com
jtruelove@McKoolSmith.com

Ayana M. Rivers (pro hac vice)
New York State Bar No. 2956209
1301 Avenue of the Americas, 32ndFloor
New York, NY 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
arivers@McKoolSmith.com

Attorneys for Plaintiff ParkerVision, Inc.

-3-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system on October 6, 2025.

                                            */s/ Ava K. Doppelt*
                                            Ava K. Doppelt