**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PARKERVISION, INC.,

                Plaintiff,

    v.

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

                Defendants.

Case No. 6:14-cv-687-PGB-LRH

## JOINT STATUS REPORT IN ACCORDANCE WITH ORDER DATED OCTOBER 2, 2025

The parties to this action, through their respective undersigned counsel, hereby provide the following status report on the appeal in accordance with the provisions of numbered paragraph 4 of this Court's Order Dated October 2, 2025 (D.E. 820).

1. The Plaintiff, ParkerVision filed the Notice of Appeal on October 9, 2025.

2. On October 23, 2025, Defendants filed a Motion to Dismiss for Lack of Jurisdiction. On January 21, 2026, the Federal Circuit denied Defendants' Motion to Dismiss for Lack of Jurisdiction "for the purpose of having the parties address the jurisdictional issues in the briefs." Order, *ParkerVision, Inc. v. Qualcomm Inc.*, Case No. 26-1033, Dkt. 22 (Fed. Cir. Jan. 21, 2016).

1

3.      As of March 30, 2026, all briefs have been completed and submitted.  The parties have provided their availability for oral argument. Currently, the parties await oral argument assignment from the Federal Circuit.

| | |
|---|---|
| Dated: March 30, 2026 | Respectfully submitted, |
| **MCKOOL SMITH, P.C.** | **KEKER, VAN NEST & PETERS LLP** |

By: /s/ *Joshua W. Budwin*
Joshua W. Budwin
Texas State Bar No. 24050347
John B. Campbell, Jr. (*pro hac vice*)
Texas State Bar No. 24036314
Kyle N. Ryman (*pro hac vice*)
Texas State Bar No. 24125394
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 592-8744
jbudwin@McKoolSmith.com
jcampbell@McKoolSmith.com
kryman@McKoolSmith.com

By:  /s/ *Sophie Hood*
Robert A. Van Nest (special admission)
Matthew M. Werdegar (special admission)
Sophie Hood (special admission)
Anjali Srinivasan (special admission)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
rvannest@keker.com
mwerdegar@keker.com
shood@keker.com
asrinivasan@keker.com

**MCKOOL SMITH, P.C.**
Kevin L. Burgess (*pro hac vice*)
Texas State Bar No. 24006927
Jennifer Truelove (*pro hac vice*)
Texas State Bar No. 24012906
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
kburgess@McKoolSmith.com

**CARLTON FIELDS, P.A.**
Daniel C. Johnson
Florida Bar No. 522880
200 S. Orange Ave.
Suite 1000
Orlando, FL 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
djohnson@carltonfields.com

2

**MCKOOL SMITH, P.C.**
Ayana M. Rivers (*pro hac vice*)
New York State Bar No. 2956209
1301 Avenue of the Americas, 32nd
Floor
New York, NY 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
arivers@McKoolSmith.com

**ALLEN, DYER, DOPPELT, &
GILCHRIST, PA**
Ava K. Doppelt
Fla. Bar No. 393738
255 S. Orange Ave – Ste. 1401
Orlando, FL 320801
Telephone: (407) 841-2330
Facsimile: (407) 481-2343
adoppelt@allendyer.com

Attorneys For Plaintiff
PARKERVISION, INC.

**COOLEY LLP**
Matthew Brigham (*pro hac vice*)
Dena Chen (*pro hac vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 843-7400
Dchen@cooley.com
Mbrigham@cooley.com

**COOLEY LLP**
Eamonn Gardner (*pro hac vice*)
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099
Egardner@cooley.com

Attorneys for Defendants
QUALCOMM
INCORPORATED and QUALCOMM
ATHEROS, INC.

## CERTIFICATE OF SERVICE

I certify that on March 30, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non- CM/ECF participants: none.

/s/ *Joshua W. Budwin*
Joshua W. Budwin

## Local Rule 3.01(g) Certification

In accordance with Local Rule 3.01(g), the undersigned certify that all parties respectfully submit this Joint Status Report.