**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PARKERVISION, INC.,

      Plaintiff,

v.                                     Case No:   6:14-cv-687-PGB-LHP

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

      Defendants

---

**ORDER**

Before the Court is an Unopposed Motion to Withdraw as Counsel for Defendants.   Doc. No. 826.   On review, the motion (Doc. No. 826) is **GRANTED**. Jeffrey Karr, Esq. is **TERMINATED** as counsel for Defendants.   Defendants remain represented by other counsel of record.

**DONE** and **ORDERED** in Orlando, Florida on April 2, 2026.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record