**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PARKERVISION, INC.,

                    Plaintiff,

         v.

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

                    Defendants.

Case No. 6:14-cv-687-PGB-LRH

**JOINT STATUS REPORT IN ACCORDANCE WITH ORDER DATED**
**JUNE 29, 2026**

The parties to this action, through their respective undersigned counsel, hereby provide the following status report on the appeal in accordance with the provisions of numbered paragraph 4 of this Court's Order Dated October 2, 2025 (D.E. 820).

1. ParkerVision filed the Notice of Appeal on October 9, 2025.

2. On October 23, 2025, Qualcomm filed a Motion to Dismiss for Lack of Jurisdiction.

3. On June 1, 2026, the Federal circuit held oral argument on ParkerVision's appeal and Qualcomm's Motion to Dismiss. The Federal Circuit has yet to rule on the appeal or the motion.

Dated: June 29, 2026

Respectfully submitted,

**MCKOOL SMITH, P.C.**

**KEKER, VAN NEST & PETERS LLP**

By: /s/ *Joshua W. Budwin*
Joshua W. Budwin
Texas State Bar No. 24050347
John B. Campbell, Jr. (*pro hac vice*)
Texas State Bar No. 24036314
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 592-8744
jbudwin@McKoolSmith.com
jcampbell@McKoolSmith.com

By: /s/ *Sophie Hood*
Robert A. Van Nest (special admission)
Matthew M. Werdegar (special admission)
Sophie Hood (special admission)
Anjali Srinivasan (special admission)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
rvannest@keker.com
mwerdegar@keker.com
shood@keker.com
asrinivasan@keker.com

**MCKOOL SMITH, P.C.**
Kevin L. Burgess (*pro hac vice*)
Texas State Bar No. 24006927
Jennifer Truelove (*pro hac vice*)
Texas State Bar No. 24012906
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
kburgess@McKoolSmith.com

**CARLTON FIELDS, P.A.**
Daniel C. Johnson
Florida Bar No. 522880
200 S. Orange Ave.
Suite 1000
Orlando, FL 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
djohnson@carltonfields.com

**ALLEN, DYER, DOPPELT, & GILCHRIST, PA**
Ava K. Doppelt
Fla. Bar No. 393738
255 S. Orange Ave – Ste. 1401
Orlando, FL 320801
Telephone: (407) 841-2330
Facsimile: (407) 481-2343
adoppelt@allendyer.com

**COOLEY LLP**
Matthew Brigham (*pro hac vice*)
Dena Chen (*pro hac vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 843-7400
Dchen@cooley.com
Mbrigham@cooley.com

Attorneys For Plaintiff
PARKERVISION, INC.

2

**COOLEY LLP**
Eamonn Gardner (*pro hac vice*)
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099
Egardner@cooley.com

Attorneys for Defendants
QUALCOMM
INCORPORATED and QUALCOMM
ATHEROS, INC.

## CERTIFICATE OF SERVICE

I certify that on June 29, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non- CM/ECF participants: none.

/s/ *Joshua W. Budwin*
Joshua W. Budwin

## Local Rule 3.01(g) Certification

In accordance with Local Rule 3.01(g), the undersigned certify that all parties respectfully submit this Joint Status Report.