**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PARKERVISION, INC.,

Plaintiff,

v.

QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC.,

Defendants.

Case No. 6:14-cv-687-PGB-LRH

**JOINT STATUS REPORT IN ACCORDANCE WITH ORDER DATED OCTOBER 2, 2025 (DKT. 820)**

The parties to this action, through their respective undersigned counsel, hereby provide the following status report on the appeal in accordance with the provisions of numbered paragraph 4 of this Court's Order dated October 2, 2025 (Dkt. 820), requiring that status reports be filed every 90 days. The last report was filed on June 29, 2026 (Dkt. 828).

1. ParkerVision filed its Notice of Appeal on October 6, 2025. (Dkt.821).

2. On October 16 2025, Appeals 26-1033 (lead) and 26-1035 (member) were consolidated in the Federal Circuit.

3. On October 23, 2025, Qualcomm moved to dismiss for lack of jurisdiction.

4. On June 1, 2026, the Federal Circuit (Judges Prost, Chen and Stark) held oral argument on ParkerVision's appeal and Qualcomm's motion to

dismiss. The Federal Circuit has yet to rule on either the appeal or the motion.

**Local Rule 3.01(g) Certification**

In accordance with Local Rule 3.01(g), the undersigned certifies that all parties respectfully submit this Joint Status Report.

*[Signatures on following pages]*

Dated: September 29, 2026

Respectfully submitted,

**BUDWIN KAMPRATH BURGESS CAMPBELL PLLC**

By: */s/ Joshua W. Budwin*
Joshua W. Budwin
Texas State Bar No. 24050347
5517 Laceback Terrace
Austin, TX 78738
Telephone (267) 251-2874
jbudwin@bkbclaw.com

Kevin L. Burgess
Texas State Bar No. 24006927
508 Oakwood Estates Blvd.
Marshall, TX 75672
Telephone (512) 626-7253
kburgess@bkbclaw.com

**ALLEN, DYER, DOPPELT, & GILCHRIST, PA**
Ava K. Doppelt
Fla. Bar No. 393738
255 S. Orange Ave. Suite 1401
Orlando, FL 320801
Telephone: (407) 841-2330
Facsimile: (407) 481-2343
adoppelt@allendyer.com

Attorneys for Plaintiff
PARKERVISION, INC.

**KEKER, VAN NEST & PETERS LLP**

By: */s/ Sophie Hood*
Robert A. Van Nest (special admission)
Matthew M. Werdegar (special admission)
Sophie Hood (special admission)
Anjali Srinivasan (special admission)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188
rvannest@keker.com
mwerdegar@keker.com
shood@keker.com
asrinivasan@keker.com

**CARLTON FIELDS, P.A.**
Daniel C. Johnson
Florida Bar No. 522880
200 S. Orange Ave.
Suite 1000
Orlando, FL 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
djohnson@carltonfields.com

**COOLEY LLP**
Matthew Brigham (*pro hac vice*)
Dena Chen (*pro hac vice*)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 843-7400
Dchen@cooley.com
Mbrigham@cooley.com

**COOLEY LLP**
Eamonn Gardner (*pro hac vice*)
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099
Egardner@cooley.com

Attorneys for Defendants
QUALCOMM
INCORPORATED and QUALCOMM
ATHEROS, INC.

**CERTIFICATE OF SERVICE**

I certify that on September 29, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non- CM/ECF participants: none.

*/s/ Ava K. Doppelt*
Ava K. Doppelt