UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:14-cv-687-PGB-LRH

PARKERVISION, INC.,

Plaintiff,

v.

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

Defendants.
_______________________________/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Pursuant to Local Rule 2.02(c)(2), Maria H. Ruiz (Ruiz) hereby moves the Court for leave to withdraw her appearance as counsel for Plaintiff ParkerVision, Inc. (ParkerVision) in this action and in support states as follows:

Ruiz, while a partner at the law firm Kasowitz LLP (Kasowitz), appeared in this matter for ParkerVision on February 4, 2025, along with Kasowitz partner Jacob Abrams, who is admitted to practice before this Court. That same day, Marc Kasowitz and Albert Mishaan of the Kasowitz firm moved to appear in this matter *pro hac vice* for ParkerVision. This Court granted that motion the following day. Effective July 6, 2026, Ruiz is no longer affiliated with Kasowitz and ParkerVision does not require her services in this matter. Mr. Kasowitz, Mr. Mishaan, and Mr. Abrams, continue to be counsel of record for ParkerVision, along with several non-Kasowitz attorneys. Contact information for Mr. Kasowitz, Mr. Mishaan, and Mr. Abrams is below.

Marc Kasowitz
MKasowitz@kasowitz.com
Albert Mishaan
AMishaan@kasowitz.com
Jacob Abrams
Jabrams@kasowitz.com
Kasowitz LLP
1633 Broadway
New York, NY 10019
212-506-1700

Ruiz's withdrawal will not delay the adjudication of this matter or otherwise prejudice any party. ParkerVision consents to this request and its consent is attached hereto. Defendant does not oppose the relief sought in this motion.

Ruiz respectfully requests that the Court grant an Order withdrawing her as counsel for ParkerVision in this matter.

**Local Rule 3.01(g) Certificate**

I hereby certify that I conferred with counsel for Plaintiff and Defendant and neither oppose the relief sought in this motion.

Dated: October 1, 2026

Respectfully Submitted,

*/s/ Maria H. Ruiz*

Maria H. Ruiz
Florida Bar No. 182923
HABER LAW, LLP
251 NW 23rd Street
Miami, FL 33127-4315
Tel.: 305-379-2400
Fax: 305-379-1106
Email: mruiz@haber.law
*Currently one of its attorneys of record for Plaintiff*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:14-cv-687-PGB-LRH

PARKERVISION, INC.,

Plaintiff,

v.

QUALCOMM INCORPORATED and
QUALCOMM ATHEROS, INC.,

Defendant365279s.
______________________________/

**CONSENT TO WITHDRAWAL OF COUNSEL**

On behalf of ParkerVision, Inc., I consent to Maria H. Ruiz's withdrawal as counsel of record for ParkerVision, Inc. in the above-referenced matter.

/s/ *Jeffery L. Parker*
Jeffrey L. Parker
Chairman of the Board and
Chief Executive Officer
Parkervision, Inc.