IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PARKERVISION, INC.,

Plaintiff,

vs.

QUALCOMM INCORPORATED,
QUALCOMM ATHEROS, INC.,

Defendants.

Case No: 6:14-cv-687-PGB-LHP

**UNOPPOSED MOTION FOR ORDER AUTHORIZING WITHDRAWAL OF AYANA M. RIVERS AS COUNSEL FOR PARKERVISION, INC.**

Pursuant to Local Rule 2.02(c), Ayana M. Rivers, formerly with McKool Smith, P.C., respectfully moves this Court for an Order permitting her to withdraw as counsel of record for ParkerVision, Inc. ("ParkerVision"), and states:

1. Ms. Rivers is no longer with McKool Smith, P.C. and is no longer working on this case.
2. ParkerVision was notified of Ms. River's withdrawal prior to the filing of this Motion and consents to the withdrawal.
3. Ms. River's withdrawal will not prejudice any party or delay these proceedings.
4. McKool Smith P.C. and Allen, Dyer, Doppelt + Gilchrist, P.A. will continue as counsel of record for ParkerVision in this action.

WHEREFORE, the undersigned respectfully moves this Court for an Order authorizing withdrawal of Ayana M. Rivers as counsel of record for ParkerVision.

**Memorandum in Support**

The Court should grant this Unopposed Motion to Withdraw Ayana M. Rivers as Counsel and for Termination of Electronic Notices pursuant to Local Rule 2.02(c). Ms. Rivers' withdrawal will not cause the continuance of the trial or other deadlines in this case, nor will Ms. Rivers' withdrawal result in Plaintiff proceeding pro se.

**Local Rule 2.02(c) Certification**

In accordance with Local Rule 2.02(c)(1)(B)(i), the undersigned certifies that Plaintiff ParkerVision, Inc. consents to Ms. Rivers' withdrawal as counsel of record.

**Local Rule 3.01(g) Certification**

Pursuant to Local Rule 3.01(g), Ayana M. Rivers, by email on November 19, 2026, with Ms. Anjali Srinivasan, one of Defendants' lawyers, who has no objection to this motion.

Respectfully submitted on November 19, 2026.

*/s/Ayana M. Rivers*
Ayana M. Rivers

**ALLEN, DYER, DOPPELT+ GILCHRIST, P.A.**

*/s/ Ava K. Doppelt*
Ava K. Doppelt
Florida Bar No. 393738
adoppelt@allendyer.com
Brian R. Gilchrist
Florida Bar No. 774065
bgilchrist@allendyer.com

Ryan T. Santurri
Florida Bar No. 01569
rsanturri@allendyer.com
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

Steven J. Rizzi (*pro hac vice* forthcoming)
NY State Bar No. 2534865
**MCKOOL SMITH, P.C.**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

George T. Fishback, Jr. (*pro hac vice* forthcoming)
Texas State Bar No. 24120823
R. Mitch Verboncoeur (*pro hac vice*)
Texas State Bar No. 24105732
Matt Cameron (*pro hac vice*)
Texas State Bar No 240997451
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 592-8744
gfishback@McKoolSmith.com
mverboncoeur@McKoolSmith.com
mcameron@McKoolSmith.com

Jennifer L. Truelove (*pro hac vice)*
**MCKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
jtruelove@McKoolSmith.com

**ATTORNEYS FOR PLAINTIFF PARKERVISION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel via the Court's ECF system on November 19, 2026.

*/s/ Ava K. Doppelt*
Ava K. Doppelt



4911-6497-9124