**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| PARKERVISION, INC.,<br>Plaintiff,<br>v.<br>QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC.,<br>Defendants. | Case No. 6:14-cv-687-PGB-LRH |

**JOINT STATUS REPORT PURSUANT TO ORDER DATED OCTOBER 2, 2025 DKT. 820**

Pursuant to this Court's October 2, 2025 Order to "provide written status reports . . . upon the occurrence of any event that may result in the stay being lifted" (Dkt. 820), Plaintiff ParkerVision, Inc. ("ParkerVision") and Defendants Qualcomm Incorporated, and Qualcomm Atheros, Inc. (collectively, "Qualcomm") (jointly with ParkerVision, the "Parties")) respectfully submit this joint status report:

1. On September 30, 2026, in ParkerVision, Inc. v. Qualcomm Incorporated, No. 26-01033, the Court of Appeals for the Federal Circuit dismissed ParkerVision's appeal. (Dkts. 49, 50).

2. On November 6, 2026, the Court of Appeals for the Federal Circuit issued its mandate, returning this action to this Court for further proceedings consistent with its decision. (Dkt.51).

3. On November 10, 2026, ParkerVision filed and the Court granted an Unopposed Motion to Withdraw as Counsel as to Joshua W. Budwin, Richard Kamprath, Kevin L. Burgess, and John B. Campbell, formerly of McKool Smith, ParkerVision's lead counsel. Dkt. Nos. 835–37. Responsibility for the case is being transitioned to other attorneys at McKool Smith.

4. The current case is significantly different from the case as it existed when the parties submitted their Joint Pre-Trial Statement five-and-a-half years ago, in May 2021 (Dkt. 612), prior to the two decisions by the Federal Circuit in this case. Accordingly, since the issuance of the mandate, counsel for ParkerVision and Qualcomm have conferred, and continue actively to confer, regarding a joint proposal for case management, scheduling, and pretrial and trial preparation that they propose to submit to this Court to assist in the management of this case.

5. Specifically, the Parties intend to submit a further status report and case management statement setting forth their joint and/or respective positions on case management, scheduling, and pretrial and trial preparations by no later than **December 3, 2026**. Due to the complexities of this case, the Parties respectfully request that the Court set a case management conference after receipt of the Parties' submission.

Respectfully submitted,

Dated: November 19, 2026 By: **KEKER, VAN NEST & PETERS LLP**

*/s/ Robert A. Van Nest*
Robert A. Van Nest (special admission)
Matthew M. Werdegar (special admission)
Sophie Hood (special admission)
Anjali Srinivasan (special admission)
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188
rvannest@keker.com
mwerdegar@keker.com
shood@keker.com
asrinivasan@keker.com

**CARLTON FIELDS, P.A.**
Daniel C. Johnson
Florida Bar No. 522880
200 S. Orange Ave.
Suite 1000
Orlando, FL 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
djohnson@carltonfields.com

**COOLEY LLP**
Matthew Brigham (admitted pro hac vice)
Dena Chen (admitted pro hac vice)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 843-7400
Dchen@cooley.com
Mbrigham@cooley.com

Eamonn Gardner (admitted pro hac vice)
1144 15th Street, Suite 2300
Denver, CO 80202-2686
Telephone: (720) 566-4000
Facsimile: (720) 566-4099

Egardner@cooley.com

Attorneys for Defendants QUALCOMM INCORPORATED and QUALCOMM ATHEROS, INC.

**ALLEN, DYER, DOPPELT+ GILCHRIST, P.A.**

*/s/ Ava K. Doppelt*
Ava K. Doppelt
Florida Bar No. 393738
adoppelt@allendyer.com
Brian R. Gilchrist
Florida Bar No. 774065
bgilchrist@allendyer.com
Ryan T. Santurri
Florida Bar No. 01569
rsanturri@allendyer.com
255 S. Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone: (407) 841-2330
Facsimile: (407) 841-2343

**MCKOOL SMITH P.C.**
Steven J. Rizzi (pro hac vice forthcoming)
NY State Bar No. 2534865
Mariel Talmage (pro hac vice forthcoming)
NY State Bar No. 5948831
MCKOOL SMITH, P.C.
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
Telephone: (212) 402-9400
Facsimile: (212) 402-9444
srizzi@mckoolsmith.com
mtalmage@mckoolsmith.com

Ramy E. Hanna (pro hac vice forthcoming)
Texas State Bar No. 24128039
600 Travis Street #7000,
Houston, Texas 77002,
Telephone: (713) 485-7300,
Facsimile: (713) 485-7344

rhanna@mckoolsmith.com

George T. Fishback, Jr. (pro hac vice forthcoming)
Texas State Bar No. 24120823
R. Mitch Verboncoeur (pro hac vice)
Texas State Bar No. 24105732
Matt Cameron (pro hac vice)
Texas State Bar No 240997451
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: (512) 692-8700
Facsimile: (512) 592-8744
gfishback@McKoolSmith.com
mverboncoeur@McKoolSmith.com
mcameron@McKoolSmith.com

Jennifer L. Truelove (pro hac vice)
104 East Houston Street, Suite 300
Marshall, TX 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099
jtruelove@McKoolSmith.com

Attorneys for PLAINTIFF PARKERVISION, INC.

CERTIFICATE OF SERVICE

I certify that on November 19, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM / ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM / ECF participants: none.

*/s/Ava K. Doppelt*
Ava K. Doppelt